JAE K. PARK (Bar No. 234474)
jae.park@dentons.com
DENTONS US LLP
601 S Figueroa St., Suite 2500
Los Angeles, CA 90017
Tel: (213) 623-9300
Fax: (213) 623-9924

WILLIAM T. O'BRIEN (*admitted pro hac vice*)
william.obrien@dentons.com
JOHN W. LOMAS, JR. (*admitted pro hac vice*)
john.lomas@dentons.com
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorneys for Plaintiff
PAVEL FUKS

DENTONS US LLP
601 S FIGUEROA ST., SUITE 2500
LOS ANGELES, CA 90017
(213) 623-9300

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS, an individual, | Case No. 8:19-CV-01212-JVS (JDEx) |
| Plaintiff, | Hon. James V. Selna |
| v. | **RESPONSE TO ORDER TO SHOW CAUSE** |
| YURI VANETIK, an individual, | |
| Defendant. | Complaint Filed:  6/18/19 |

US_Active\112934969\V-5

1    Plaintiff Pavel Fuks respectfully submits this response to the Court's July 31,

2    2019 Order that Plaintiff Show Cause why this action should not be dismissed for

3    lack of prosecution.  (Dkt. No. 16.)

4    Since filing the Complaint on June 18, 2019 (Dkt No. 1), Plaintiff has

5    diligently sought to serve the Complaint and Summons on Defendant Yuri Vanetik.

6    Unfortunately, Vanetik has a long history of using non-home and non-work place

7    addresses, which has made personal service difficult.  For example, the 8502 E

8    Chapman Ave, Suite 609, Orange, California address that Vanetik used when

9    establishing in Wyoming what appears to be a front company, is a mailbox at a

10   UPS Store.  (Exhibits A, B; *see also* Complaint ¶¶ 1, 53.)  That UPS Store address

11   is also the address that The Disciplinary Board of the State of Pennsylvania has for

12   Vanetik, though he is on inactive status (Exhibit C), and an address in Federal

13   Election Commission records for more than fifty political contributions Vanetik has

14   made since 2007, including several in 2017 and 2018 (Exhibit D).

15   At Plaintiff's direction, a process server attempted on the day the Complaint

16   was filed to serve Defendant Vanetik at the address he has repeatedly identified as

17   his home address: 1085 Castlerock Lane, Santa Ana, CA 92705-6128.  The house at

18   that address appears to be owned in the name of Nina Vanetik, who Plaintiff

19   understands is Defendant's mother.  (Exhibit E.)  Defendant Vanetik identified that

20   address as his home on two Foreign Agents Registration Act submissions that

21   Vanetik filed with the United States Department of Justice dated October 7, 2017

22   and March 19, 2018.  (Exhibits F, G.)

23   That address is also listed as Defendant Vanetik's address in Federal Election

24   Commission ("FEC") records for more than seventy political campaign and

25   committee contributions that Vanetik has made since 2004, including a recent

26   contribution on June 18, 2019 (the same day Plaintiff filed the Complaint in this

27   action), five contributions in 2018, including contributions to the California

28   Republican Party and Republican Party of Orange County, multiple contributions in

DENTONS US LLP
601 S FIGUEROA ST., SUITE 2500
LOS ANGELES, CA 90017
(213) 623-9300

- 2 -       RESPONSE TO ORDER TO SHOW CAUSE

2017 to the Rohrabacher for Congress campaign committee, and contributions in 2016 to the Hillary Victory Fund, Hillary for America, and the Democratic National Committee.  (Exhibit D.)

That same Castlerock Lane address is also identified as Vanetik's address in South Dakota Secretary of State records for a political campaign contribution to Jason Ravnsborg (Exhibit H), New Mexico Secretary of State records for a political campaign contribution to Susana Martinez (Exhibit I), New Jersey Election Law Enforcement Commission records for a political campaign contribution to the New Jersey Republican State Committee (Exhibit J), and a business entity registration with the State of California (Exhibit K).  The Castlerock Lane address is also listed as Vanetik's home address in numerous public directories.

Process servers have attempted to serve Defendant Vanetik at the Castlerock Lane address at least ten times at different times of the day without success.  No one has ever answered the door.

Plaintiff has also had a process server attempt to serve Defendant Vanetik at 5757 W. Century Blvd., Los Angeles, CA  90045, the address that Vanetik identified as his business address on his Foreign Agents Registration Act filings with the United States Department of Justice dated October 7, 2017 and March 19, 2018.  (Exhibits F, G.)  That address is an executive office facility, and the secretary at the facility said that no one with Vanetik's name was located there.

Plaintiff has also had a process server attempt service at two other addresses —500 South Calle de Casas, Anaheim Hills, CA 92807 and 1401 Dove Street, #220 Newport Beach, CA 92660—associated with Defendant Vanetik in a judgment against him that is recorded in Orange County.  (Exhibit L.)  The Dove Street location is a suite in an office building.  A woman who answered the locked suite door told the process server that she had never heard of Defendant Vanetik, asked a co-worker to look him up in their system, and told the process server there was no record of his name.  No one appeared to be home at the South Calle de Casas

DENTONS US LLP
4655 EXECUTIVE DRIVE, SUITE 700
SAN DIEGO, CALIFORNIA  92121
(619) 236-1414

- 3 -     RESPONSE TO ORDER TO SHOW CAUSE

1    address.

2        Plaintiff has also attempted to contact Defendant Vanetik through attorneys

3    who have represented him in other prior court actions, but none of those attorneys

4    have responded.

5        Plaintiff will continue to attempt personal service, including at the Castlerock

6    Lane, Century Boulevard, and South Calle de Casas addresses.  Plaintiff will also

7    evaluate whether substitute service or a motion to serve Vanetik by publication are

8    appropriate.

9        The Federal Rules provide that: "*If* a defendant is not served ***within 90 days***

10   ***after the complaint is filed***, the court—on motion or on its own after notice to the

11   plaintiff—must dismiss the action without prejudice against that defendant or order

12   that service be made within a specified time.  But if the plaintiff shows good cause

13   for the failure, the court must extend the time for service for an appropriate period."

14   Fed. R. Civ. P. 4(m) (emphasis added).

15       Given Plaintiff filed the Complaint on June 18, the initial 90-day service

16   period runs through September 16.  Plaintiff has made and is continuing to make

17   diligent efforts to serve the Complaint, and thus the action should not be dismissed

18   for failure to prosecute.

19

20    Dated:  August 8, 2019                    DENTONS US LLP

21

22                                             By: *s/Jae K. Park*

23                                                 Jae K. Park

24                                             Attorneys for Plaintiff Pavel Fuks

25

26

27

28

DENTONS US LLP
4655 EXECUTIVE DRIVE, SUITE 700
SAN DIEGO, CALIFORNIA  92121
(619) 236-1414

- 4 -        RESPONSE TO ORDER TO SHOW CAUSE

# EXHIBIT A

**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: business@state.wy.us

Max Maxfield, WY Secretary of State
FILED: 12/17/2014 08:50 AM
ID: 2014-000677680

# Limited Liability Company
# Articles of Organization

1. Name of the limited liability company:

Medowood Management, LLC

2. Name and physical address of its registered agent:
*(The registered agent may be an individual resident in Wyoming, a domestic or foreign entity authorized to transact business in Wyoming, having a business office identical with such registered office. **The registered agent must have a physical address in Wyoming.** A Post Office Box or Drop Box is not acceptable. If the registered office includes a suite number, it must be included in the registered office address.)*

Corporation Service Company
1821 Logan Avenue
Cheyenne, WY 82001

3. Mailing address of the limited liability company:

8502 E. Chapman, Suite 609
Orange, CA  92869

4. Principal office address:

8502 E. Chapman, Suite 609
Orange, CA  92869

Signature: _____
*(Shall be executed by an organizer.)*

Date: 12/12/14
*(mm/dd/yyyy)*

Print Name: Amanda J. Beren

Contact Person: Amanda J. Beren

Daytime Phone Number: 888-449-2638          Email: aberen@corpnet.com

**Other Requirements:**
- An annual report will be due annually on the first day of the anniversary month of formation. If not paid within sixty (60) days from the due date, the entity will be subject to dissolution/revocation.

Received
DEC 16 2014
Secretary of State
Wyoming

LLC-ArticlesOrganization - Revised 07/01/2010

**Wyoming Secretary of State**
State Capitol Building, Room 110
200 West 24th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Fax 307.777.5339
Email: business@state.wy.us

# Consent to Appointment by Registered Agent

I, | Corporation Service Company | , registered office located at

*(name of registered agent)*

Corporation Service Company
1821 Logan Avenue
Cheyenne, WY 82001

voluntarily consent to serve

**\*** *(registered office physical address, city, state & zip)*

as the registered agent for | Medowood Management, LLC |

*(name of business entity)*

I hereby certify that I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

**Signature:** *Brandy Vendrick*      **Date:** 12-10-2014

*(Shall be executed by the registered agent.)*      *(mm/dd/yyyy)*

Print Name: | Brandy Vendrick |      Daytime Phone: | (302) 636-5440 |

Title: | Assistant VP |      Email: | info@cscglobal.com |

Registered Agent Mailing Address
(if different than above):

---

**\*If this is a new address, complete the following:**

Previous Registered Office(s):

I hereby certify that:
- After the changes are made, the street address of my registered office and business office will be identical.
- This change affects every entity served by me and I have notified each entity of the registered office change.
- I certify that the above information is correct and I am in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

**Signature:** _____      **Date:** _____

*(Shall be executed by the registered agent.)*      *(mm/dd/yyyy)*

Checklist
[✓] Submit one **originally signed** consent to appointment and one exact photocopy.

RAConsent – Revised 10/21/2009      -7-

# STATE OF WYOMING
## Office of the Secretary of State

I, MAX MAXFIELD, SECRETARY OF STATE of the STATE OF WYOMING, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

## Medowood Management, LLC

Accordingly, the undersigned, by virtue of the authority vested in me by law, hereby issues this Certificate.

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **17th** day of **December**, **2014**.

_____
Secretary of State

By: _____ Chris Hoshaw _____

Filed Date: 12/17/2014

# WYOMING SECRETARY OF STATE
## OFFICIAL RECEIPT
Thank you for your payment!

---

| | |
|---|---|
| **DO NOT PAY!**<br>**THIS IS NOT A BILL.** | Amount Paid: **$103.00**<br>Receipt #: **823037**<br>Receipt Date: **December 17, 2014**<br>Processed By: **CHRIS  HOSHAW**<br>Corp #: **2014-000677680** |

CorpNet, Incorporated
340 N Westlake Blvd Ste 210
WESTLAKE VILLAGE, CA 91362

| Payment | Reference | Amount |
|---|---|---|
| CHECK | 6821 | 103.00 |
| **TOTAL PAYMENT** | | **$103.00**  |

| Description of Charges | Invoice # | Sec. File # | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| CT - Certification | | | 1 | 3.00 | 3.00 |
| LCD - Limited Liability Company - Domestic | | | 1 | 100.00 | 100.00 |
| **TOTAL CHARGES PAID** | | | | | **$103.00**  |

**In Reference To:**

Medowood Management, LLC

**Comments:**

---

SECRETARY OF STATE
State Capitol, 200 W. 24th St.
Cheyenne, WY 82002-0020

PAD or Billing Questions?
(307) 777-5343
SOSAdminServices@wyo.gov

# EXHIBIT B

Case 8:19-cv-01212-JVS-JDE   Document 1   Filed 06/06/19   Page 11 of 45   Page ID #:73

 **The UPS Store** 

## E Chapman Ave

OPEN TODAY UNTIL 6:30 PM

 **The UPS Store**

*Your resource for mailbox, shipping, and printing services in Orange, CA.*

**8502 E Chapman Ave**
**Orange, CA 92869**

*Located In The Albertson's Shopping On The Corner Of Chapman And Jamboree*

**Get Directions**    **Contact Us**

| | |
|---|---|
| **Phone:** | (714) 288-1040 |
| **Fax:** | (714) 288-1032 |
| **Email:** | store2075@theupsstore.com |

 Start Print Order     Schedule Appointment

 **Hours**

**Store Hours**

Open Today Until 6:30 PM ▼

**UPS Air Pickup Times**

Last Pickup Today at 5:15 PM ▼

**UPS Ground Pickup Times**

Last Pickup Today at 5:15 PM ▼




## Products and Services

### Printing

You can count on the printing professionals at The UPS Store Orange to help you make a lasting impression. We offer a wide range of printing and copying services to help you promote your small business or prepare for your personal event or presentation. Place your order online or stop by our store to get started.

**Start Online Print Order ›**
**Copies & Documents ›**
**Marketing Materials ›**
**Stationery & Cards ›**

### Shipping & Packing

The UPS Store is your professional packing and shipping resource in Orange. We offer a range of domestic, international and freight shipping services as well as custom shipping boxes, moving boxes and packing supplies. The UPS Store Certified Packing Experts at 8502 E Chapman Ave are here to help you ship with confidence.

**UPS Shipping ›**
**Packing & Shipping Boxes ›**
**International Shipping ›**
**Freight Shipping ›**

### Mailboxes

When you open a mailbox at The UPS Store, you get a lot more than just a box with a key. You'll get package acceptance from all shipping carriers, mail receipt notifications, and a real street address in 92869, not just a PO Box #. Apply today.

**Mailbox Services ›**

**Banners, Posters & Signs** >

**All Printing Services** >

**Moving Boxes & Supplies** >

**All Shipping & Packing Services** >

### Notary Services

Looking for a notary public in 92869? The UPS Store at 8502 E Chapman Ave offers convenient notary services near you. Stop by today to get your documents notarized and check another item off your to-do list.

**Notary Services** >

### Shredding Services

The UPS Store offers convenient and affordable document shredding services in Orange, CA, provided by Iron Mountain®. Shred your items to help protect yourself and your business from identity theft.

**Shredding Services** >

### Passport Photos

Traveling abroad? Need to renew your passport? Stop by today to get your passport photo taken at The UPS Store location on 8502 E Chapman Ave.

**Passport Photos** >

### House Accounts

Get easier checkout and flexible billing for your small business. Learn about opening a house account at The UPS Store on 8502 E Chapman Ave.

**House Accounts** >

### Additional Services

The UPS Store is here to help you get stuff done. Learn more about all of our products and store services including mailing and office supplies, faxing, scanning, and more.

**Additional Services** >

| About | Store Services |
|---|---|

**Locally Owned & Operated in Orange**

**Contact Us** ›

### The UPS Store E Chapman Ave

The UPS Store in Orange, CA is here to help individuals and small businesses by offering a wide range of products and services. We are locally owned and operated and conveniently located at 8502 E Chapman Ave.

While we're your local packing and shipping experts, we do much more. The UPS Store is your local print shop in 92869, providing professional printing services to market your small business or to help you complete your personal project or presentation. We offer secure mailbox and package acceptance services, document shredding, office and mailing supplies, faxing, scanning and more. Everything for your small business, even shipping.

🏛 **Areas Served**

Orange, CA

🌐 **Languages Spoken**

English

**Connect with Us**

## Join Our Mailing List

Sign up for insider access to The UPS Store® news and special offers and you'll save 15% on your next online print order.

**Provide Email**

Are you a small business owner?



Nearby The UPS Store Locations

**The UPS Store Saddleback Square** ›

**Open Today Until 7:00 PM**

3419 E Chapman Ave
Orange, CA 92869
(714) 799-4800

**Directions**    **View Page**

● ○ ○

Copyright © 1994-© 2019. The UPS Store, Inc. is a UPS® company. The UPS Store® (TUPSS™) locations are independently owned and operated by franchisees of The UPS Store, Inc. in the USA and by its master licensee and its franchisees in Canada. All employees working at the local The UPS Store center, including the notary, are employees of the franchisee, and not The UPS Store, Inc.

All Locations › CA › Orange › 8502 E Chapman Ave

The UPS Store | Privacy Notice | Your CA Privacy Rights | Website Terms of Use

# EXHIBIT C



‹ Back to Search

# Vanetik, Yuri

## Public Information

Attorney ID: 82556

Current Status: Inactive

Date of Admission: 11/12/1998

Law Firm: Vanetik law

Other Organization:

Address: 8502 E CHAPMAN AVE
ORANGE California 92869-2461

Country: United States

Telephone: (714) 323-8246

Fax: (714) 538-4177

County: Out of State

District: Out of State

Professional Liability Insurance: I do not maintain professional liability insurance because I do not have private clients and have no possible exposure to malpractice actions (e.g. retired, full-time in-house counsel, prosecutor, full-time government counsel, etc.)

Comment(s):

**Quick Links**

**BROWSE RULES**
*Browse the Rules that govern attorneys.*

**FILE A COMPLAINT**
*File a complaint against an attorney.*

**FIND AN ATTORNEY**
*Look up an attorney's contact information and disciplinary history.*

**SEARCH OPINIONS**
*Search Supreme Court and Disciplinary Board Opinions.*

**SEARCH RECENT DISCIPLINE**
*Search Supreme Court and Disciplinary Board Actions.*



https://www.padisciplinaryboard.org/for-the-public/find-attorney/attorney-detail/82556

Phone: 717.231.3380
Fax: 717.231.3381

Search Opinions

Update My Information

**FOR THE PUBLIC**

File a Complaint

Find an Attorney

FAQs & Resources

Search Recent
Discipline

Annual Report

Leadership

Contact Us

SIGN UP!



**Disciplinary Board of the** 🐦
@DBoardPA

An appeals court dismissed a medical malpractice lawsuit because the lawyer filed an expert report 18 minutes after a midnight deadline.
abajournal.com/lawscribbler/a...

❤    ↻        10h

**Disciplinary Board of the** 🐦
@DBoardPA

Attorney Michael Evan Weintraub

©2007-2019 The Disciplinary Board of the Supreme Court of Pennsylvania.

Disclaimer  |  ADA Policy

# EXHIBIT D

| committee_name | report_year | entity_type_desc | contributor_name | contributor_street_1 | contributor_street_2 | contributor_city | contributor_state | contributor_zip | contributor_employer | contributor_occupation | contribution_receipt_date | contribution_receipt_amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STEVE DAINES FOR MONTANA | 2019 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | DOMINION PARTNERS | MANAGING PARTNER | 6/18/2019 0:00 | $1,000.00 |
| CALIFORNIA REPUBLICAN PARTY FEDERAL ACCT. | 2018 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | DOMINION PARTNERS | PARTNER | 11/10/2018 0:00 | $500.00 |
| CALIFORNIA REPUBLICAN PARTY FEDERAL ACCT. | 2018 | INDIVIDUAL | VANETIK, YURI | 8502 EAST CHAPMAN AVENUE | | ORANGE | CA | 92869 | DOMINION | LAWYER | 10/25/2018 0:00 | $2,000.00 |
| CALIFORNIA REPUBLICAN PARTY FEDERAL ACCT. | 2018 | INDIVIDUAL | VANETIK, YURI | 8502 EAST CHAPMAN AVENUE | | ORANGE | CA | 92869 | DOMINION | LAWYER | 10/25/2018 0:00 | $2,500.00 |
| TROY DOWNING FOR US SENATE | 2018 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 92705 | VANETIK | LAWYER | 6/5/2018 0:00 | $500.00 |
| AMERICA FIRST ACTION, INC. | 2018 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | SELF-EMPLOYED | LAWYER | 4/4/2018 0:00 | $250.00 |
| ALEX MOONEY FOR CONGRESS | 2018 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN 609 | | ORANGE | CA | 928692461 | DOMINION PARTNERS | LAWYER | 3/31/2018 0:00 | $1,000.00 |
| GEN EQUITY FEDERAL PAC | 2018 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLE ROCK | | ORANGE | CA | 92705 | VANETIK INTERNATIONAL | INVESTOR | 3/8/2018 0:00 | $4,000.00 |
| REPUBLICAN PARTY OF ORANGE COUNTY (FEDERAL) | 2018 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 927056128 | SELF-EMPLOYED | INVESTOR | 3/8/2018 0:00 | $1,500.00 |
| SHAWN NELSON FOR CONGRESS | 2018 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN, #609 | | ORANGE | CA | 92869 | DOMINION PARTNERS | CEO | 3/6/2018 0:00 | $2,700.00 |
| MIMI WALTERS VICTORY FUND | 2018 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVE, #609 | | ORANGE | CA | 92869 | VANETIK LAW | ATTORNEY | 2/1/2018 0:00 | $1,000.00 |
| WALTERS FOR CONGRESS | 2018 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVE, #609 | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL, INC | PRINCIPAL & CEO | 2/1/2018 0:00 | $1,000.00 |
| MIMI WALTERS VICTORY FUND | 2017 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVE, #609 | | ORANGE | CA | 92869 | VANETIK LAW | ATTORNEY | 11/8/2017 0:00 | $500.00 |
| KEN CALVERT FOR CONGRESS COMMITTEE | 2017 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN, #609 | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | CEO | 11/8/2017 0:00 | $500.00 |
| WALTERS FOR CONGRESS | 2017 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVE, #609 | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL, INC | PRINCIPAL & CEO | 11/8/2017 0:00 | $500.00 |
| ROHRABACHER FOR CONGRESS | 2017 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL, LLC | FINANCE | 6/29/2017 0:00 | $336.40 |
| ROHRABACHER FOR CONGRESS | 2017 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL, LLC | FINANCE | 5/26/2017 0:00 | $1,101.18 |
| ROHRABACHER FOR CONGRESS | 2017 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL, LLC | FINANCE | 5/12/2017 0:00 | $1,232.42 |
| NRCC | 2017 | INDIVIDUAL | VANETIK, YURI MR. | 8502 EAST CHAPMAN | SUITE 609 | ORANGE | CA | 928692461 | VANETIK INTERNATIONAL | INVESTOR | 3/15/2017 0:00 | $25,000.00 |
| REPUBLICAN PARTY OF SAN DIEGO COUNTY | 2016 | INDIVIDUAL | VANETIK, YURI | 85020 E CHAPMAN ST | | ORANGE | CA | 92769 | VANETIK INTERNATIONAL | LAWYER | 8/15/2016 0:00 | $750.00 |
| MAJORITY COMMITTEE PAC--MC PAC | 2016 | INDIVIDUAL | VANETIK, YURI | 8502 EAST CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | INVESTOR | 6/27/2016 0:00 | $1,200.00 |
| KEVIN MCCARTHY FOR CONGRESS | 2016 | INDIVIDUAL | VANETIK, YURI | 8502 EAST CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | INVESTOR | 6/27/2016 0:00 | $1,500.00 |
| MCCARTHY VICTORY FUND | 2016 | INDIVIDUAL | VANETIK, YURI | 8502 EAST CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | INVESTOR | 6/27/2016 0:00 | $2,700.00 |
| DNC SERVICES CORP./DEM. NAT'L COMMITTEE | 2016 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | DOMINION PARTNERS, LLC | MANAGING PARTNER | 6/18/2016 0:00 | $10,000.00 |
| HILLARY VICTORY FUND | 2016 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | DOMINION PARTNERS, LLC | MANAGING PARTNER | 6/18/2016 0:00 | $10,000.00 |
| NRSC | 2016 | INDIVIDUAL | VANETIK, YURI MR | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL, LLC | | 5/25/2016 0:00 | $7,500.00 |
| NRSC | 2016 | INDIVIDUAL | VANETIK, YURI MR | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL, LLC | | 5/25/2016 0:00 | $7,500.00 |
| MCCARTHY WALTERS VICTORY COMMITTEE | 2016 | INDIVIDUAL | VANETIK, YURI | 8502 CHAPMAN AVE, #609 | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL, INC | PRINCIPAL/CEO | 5/16/2016 0:00 | $5,400.00 |
| MAKING INVESTMENTS MAJORITY INSURED PAC | 2016 | INDIVIDUAL | VANETIK, YURI | 8502 CHAPMAN AVE, #609 | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL, INC | PRINCIPAL/CEO | 5/13/2016 0:00 | $1,500.00 |
| KEVIN MCCARTHY FOR CONGRESS | 2016 | INDIVIDUAL | VANETIK, YURI | 8502 EAST CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | INVESTOR | 5/13/2016 0:00 | $2,700.00 |
| KEVIN MCCARTHY FOR CONGRESS | 2016 | INDIVIDUAL | VANETIK, YURI | 8502 EAST CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | INVESTOR | 5/13/2016 0:00 | $1,200.00 |
| FRIENDS OF JARED POLIS COMMITTEE | 2016 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL | CEO | 5/10/2016 0:00 | $2,700.00 |
| HILLARY FOR AMERICA | 2016 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | DOMINION PARTNERS, LLC | MANAGING PARTNER | 4/27/2016 0:00 | $2,700.00 |
| RAND PAUL FOR PRESIDENT, INC. | 2016 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL | CEO | 3/5/2016 0:00 | ($2,700.00) |
| RAND PAUL FOR PRESIDENT, INC. | 2016 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL | CEO | 3/5/2016 0:00 | ($2,700.00) |
| CARLOS CURBELO CONGRESS | 2016 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN | STE 609 | ORANGE | CA | 928692461 | VANETIK INTERNATIONAL | OWNER | 2/23/2016 0:00 | $1,000.00 |
| RAND PAUL VICTORY COMMITTEE | 2016 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL | CEO | 2/11/2016 0:00 | ($5,400.00) |
| ROYCE CAMPAIGN COMMITTEE | 2016 | INDIVIDUAL | VANETIK, YURI | 8502 E. CHAPMAN AVENUE | SUITE 609 | ORANGE | CA | 928692461 | VANETIK INTERNATIONAL, LLC | PRINCIPAL/CEO | 1/10/2016 0:00 | $2,700.00 |
| ROYCE CAMPAIGN COMMITTEE | 2016 | INDIVIDUAL | VANETIK, YURI | 8502 E. CHAPMAN AVENUE | SUITE 609 | ORANGE | CA | 928692461 | VANETIK INTERNATIONAL, LLC | PRINCIPAL/CEO | 1/10/2016 0:00 | $200.00 |
| RAND PAUL FOR PRESIDENT, INC. | 2015 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL | CEO | 12/18/2015 0:00 | $2,700.00 |
| RAND PAUL FOR PRESIDENT, INC. | 2015 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL | CEO | 12/18/2015 0:00 | $2,700.00 |
| RAND PAUL FOR US SENATE | 2015 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL | CHAIRMAN | 12/16/2015 0:00 | $2,700.00 |
| RAND PAUL FOR US SENATE | 2015 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL | CHAIRMAN | 12/16/2015 0:00 | $2,700.00 |
| RAND PAUL VICTORY COMMITTEE | 2015 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL | CEO | 12/16/2015 0:00 | $5,400.00 |
| KRISTI FOR CONGRESS | 2015 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVENUE | SUITE 609 | ORANGE | CA | 928692461 | VANETIK INTERNATIONAL | CHAIRMAN | 12/1/2015 0:00 | $500.00 |
| ISSA FOR CONGRESS | 2015 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 92705 | VANTETIK INTERNATIONAL | OWNER | 11/16/2015 0:00 | $2,700.00 |
| DARRELL ISSA VICTORY FUND | 2015 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | YURI VANETIK | INVESTOR | 11/16/2015 0:00 | $3,000.00 |
| ISSA FOR CONGRESS | 2015 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 92705 | VANTETIK INTERNATIONAL | OWNER | 11/16/2015 0:00 | $300.00 |
| ROYCE CAMPAIGN COMMITTEE | 2015 | INDIVIDUAL | VANETIK, YURI | 8502 E. CHAPMAN AVENUE | SUITE 609 | ORANGE | CA | 928692461 | VANETIK INTERNATIONAL, LLC | PRINCIPAL/CEO | 10/23/2015 0:00 | $2,500.00 |
| MIMI WALTERS VICTORY FUND | 2015 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVE, #609 | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL, INC | PRINCIPAL/CEO | 10/15/2015 0:00 | $2,700.00 |
| WALTERS FOR CONGRESS | 2015 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVE, #609 | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL, INC | PRINCIPAL & CEO | 10/15/2015 0:00 | $2,700.00 |
| WALTERS FOR CONGRESS | 2015 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL, INC | FINANCE | 8/19/2015 0:00 | $2,700.00 |
| JEB 2016, INC. | 2015 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL LLS | CHAIRMAN | 8/18/2015 0:00 | $2,700.00 |
| MARCO RUBIO FOR PRESIDENT | 2015 | INDIVIDUAL | VANETIK, YURI MR. | 1085 CASTLEROCK LN | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL | C.E.O. | 6/29/2015 0:00 | $2,700.00 |
| DARRELL ISSA VICTORY FUND | 2014 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | YURI VANETIK | INVESTOR | 10/29/2014 0:00 | $3,390.34 |
| ZINKE FOR CONGRESS | 2014 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVE | | ORANGE | CA | 928692461 | VANETIK INTERNATIONAL | CEO | 9/16/2014 0:00 | $2,600.00 |
| MAVERICK PAC USA | 2014 | INDIVIDUAL | VANETIK, YURI | 44 CASTLETREE | | LAS FLORES | CA | 92688 | SELF | PRIVATE EQUITY | 9/12/2014 0:00 | $300.00 |
| COMMITTEE TO RE-ELECT CONGRESSMAN DANA ROHRABACHER | 2014 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL, LLC | FINANCE | 6/23/2014 0:00 | $2,000.00 |
| ZINKE FOR CONGRESS | 2014 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVE | | ORANGE | CA | 928692461 | VANETIK INTERNATIONAL | CEO | 3/10/2014 0:00 | $500.00 |
| CARL DEMAIO FOR CONGRESS | 2013 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL, LLC | INVESTOR | 11/24/2013 0:00 | $2,000.00 |
| CORY BOOKER FOR SENATE | 2013 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL, LLC | CEO | 9/23/2013 0:00 | $400.00 |
| CORY BOOKER FOR SENATE | 2013 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL, LLC | CEO | 9/23/2013 0:00 | $1,000.00 |
| ISSA FOR CONGRESS | 2013 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL | OWNER | 9/23/2013 0:00 | $2,400.00 |
| DARRELL ISSA VICTORY FUND | 2013 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | YURI VANETIK | INVESTOR | 9/23/2013 0:00 | $5,000.00 |
| ISSA FOR CONGRESS | 2013 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL | OWNER | 9/23/2013 0:00 | $600.00 |
| CORY BOOKER FOR SENATE | 2013 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL, LLC | CEO | 9/23/2013 0:00 | $1,000.00 |
| CORY BOOKER FOR SENATE | 2013 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL, LLC | CEO | 9/23/2013 0:00 | $1,000.00 |
| CORY BOOKER FOR SENATE | 2013 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL, LLC | CEO | 9/23/2013 0:00 | ($400.00) |

| committee_name | report_year | entity_type_desc | contributor_name | contributor_street_1 | contributor_street_2 | contributor_city | contributor_state | contributor_zip | contributor_employer | contributor_occupation | contribution_receipt_date | contribution_receipt_amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NRCC | 2013 | INDIVIDUAL | VANETIK, YURI | 8502 EAST CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | INVESTOR | 6/28/2013 0:00 | $200.00 |
| KEVIN MCCARTHY FOR CONGRESS | 2013 | INDIVIDUAL | VANETIK, YURI | 8502 EAST CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | INVESTOR | 6/27/2013 0:00 | $2,600.00 |
| MAJORITY COMMITTEE PAC--MC PAC | 2013 | INDIVIDUAL | VANETIK, YURI | 8502 EAST CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | INVESTOR | 6/27/2013 0:00 | $5,000.00 |
| KEVIN MCCARTHY FOR CONGRESS | 2013 | INDIVIDUAL | VANETIK, YURI | 8502 EAST CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | INVESTOR | 6/27/2013 0:00 | $2,600.00 |
| MCCARTHY VICTORY FUND 2014 | 2013 | INDIVIDUAL | VANETIK, YURI | 8502 EAST CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | INVESTOR | 5/1/2013 0:00 | $10,400.00 |
| ROYCE CAMPAIGN COMMITTEE | 2013 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 927056128 | VANETIK INTERNATIONAL, LLC | PRINCIPAL | 4/17/2013 0:00 | $2,600.00 |
| NRCC | 2013 | INDIVIDUAL | VANETIK, YURI MR. | 8502 E. CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL LLC | MANAGING PARTNER | 4/2/2013 0:00 | $4,000.00 |
| NATIONAL CONSERVATIVE CAMPAIGN FUND | 2012 | INDIVIDUAL | VANETIK, YURI MR. | 1085 CASTLEROCK AVE | | SANTA ANA | CA | 92702 | | | 12/17/2012 0:00 | $1,000.00 |
| TEXANS FOR LAMAR SMITH | 2012 | INDIVIDUAL | VANETIK, YURI | 1401 DOVE STREET | SUITE 640 | NEWPORT BEACH | CA | 92660 | VANETIK INTERNATIONAL, LLC | OWNER | 9/5/2012 0:00 | $2,000.00 |
| PAT ROBERTS FOR US SENATE INC | 2012 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | SELF-EMPLOYED | INVESTOR | 8/16/2012 0:00 | $2,000.00 |
| STRICKLAND FOR CONGRESS 2012 | 2012 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN. | | SANTA ANA | CA | 92705 | VANETIK | DIRECTOR | 6/5/2012 0:00 | $1,000.00 |
| FRIENDS OF GARY DELONG | 2012 | INDIVIDUAL | VANETIK, YURI | 1085 CASTKROCK | | LEMON HEIGHTS | CA | 92705 | VANETIK INTERNATIONAL | OWNER | 6/4/2012 0:00 | $1,000.00 |
| ELIZABETH EMKEN FOR US SENATE | 2012 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 92705 | VANETIK INTL, LLC | INVESTOR | 3/9/2012 0:00 | $500.00 |
| HELLER FOR SENATE | 2012 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL | OWNER | 3/8/2012 0:00 | $500.00 |
| BOB CORKER FOR SENATE 2012 | 2012 | INDIVIDUAL | VANETIK, YURI | 8502 EAST CHAPMAN DRIVE | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | PRINCIPAL | 3/6/2012 0:00 | $500.00 |
| ROYCE CAMPAIGN COMMITTEE | 2012 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL, LLC | PRINCIPAL | 3/5/2012 0:00 | $500.00 |
| JOHN CAMPBELL FOR CONGRESS | 2012 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVENUE | SUITE 609 | ORANGE | CA | 92869 | OWNER/VANETIK INTERNATIONAL LLC | VANETIK INTERNATIONAL LLC | 3/5/2012 0:00 | $250.00 |
| STRICKLAND FOR CONGRESS 2012 | 2012 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN. | | SANTA ANA | CA | 92705 | VANETIK | DIRECTOR | 3/5/2012 0:00 | $1,000.00 |
| ISSA FOR CONGRESS | 2012 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 92705 | VANTETIK INTERNATIONAL | OWNER | 3/5/2012 0:00 | $500.00 |
| FRIENDS OF GARY DELONG | 2012 | INDIVIDUAL | VANETIK, YURI | 1085 CASTKROCK | | LEMON HEIGHTS | CA | 92705 | VANETIK INTERNATIONAL | OWNER | 2/1/2012 0:00 | $1,000.00 |
| ROMNEY FOR PRESIDENT INC. | 2011 | INDIVIDUAL | VANETIK, YURI MR. | 1085 CASTLEROCK | | LEMON HEIGHTS | CA | 92705 | VANETIK INTERNATIONAL LLC | INVESTOR | 12/13/2011 0:00 | $2,500.00 |
| PROSPERITY PAC | 2011 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | LEMON HEIGHTS | CA | 92705 | VANETIK INTERNATIONAL/INVESTOR | INVESTOR | 10/31/2011 0:00 | $2,500.00 |
| WICKER FOR SENATE | 2011 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN | STE 609 | ORANGE | CA | 92705 | VANETIK INTL., LLC | FINANCE | 9/27/2011 0:00 | $1,000.00 |
| JON HUNTSMAN FOR PRESIDENT INC. | 2011 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLE ROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL L.L.C. | INVESTOR | 7/25/2011 0:00 | $1,500.00 |
| PAWLENTY FOR PRESIDENT | 2011 | INDIVIDUAL | VANETIK, YURI MR. | 8502 E. CHAPMAN AVENUE | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL L.L.C. | PRINCIPAL | 7/14/2011 0:00 | $2,500.00 |
| JON HUNTSMAN FOR PRESIDENT INC. | 2011 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLE ROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL L.L.C. | INVESTOR | 6/30/2011 0:00 | $1,000.00 |
| COMMITTEE TO RE-ELECT CONGRESSMAN DANA ROHRABACHER | 2011 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVENUE | # 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | FINANCE | 6/30/2011 0:00 | $2,500.00 |
| PAWLENTY FOR PRESIDENT | 2011 | INDIVIDUAL | VANETIK, YURI MR. | 8502 E. CHAPMAN AVENUE | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL L.L.C. | PRINCIPAL | 5/24/2011 0:00 | $2,500.00 |
| GARDNER FOR CONGRESS | 2010 | INDIVIDUAL | VANETIK, YURI | 8507 E CHAPMAN STE 609 | | ORANGE | CA | 92869 | SELF-EMPLOYED | FINANCE | 10/31/2010 0:00 | $2,400.00 |
| KRISTI FOR CONGRESS | 2010 | INDIVIDUAL | VANETIK, YURI | 8507 E. CHAPMAN STE 609 | | ORANGE | CA | 92869 | SELF-EMPLOYED | FINANCE | 10/27/2010 0:00 | $2,400.00 |
| FRIENDS OF DAVID HARMER | 2010 | INDIVIDUAL | VANETIK, YURI | 660 NEWPORT CENTER DRIVE | SUITE 770 | NEWPORT BEACH | CA | 92660 | GR CAPITAL ASSET MGMT. | MANAGING DIRECTOR | 10/25/2010 0:00 | $2,400.00 |
| FRIENDS OF JOE HECK | 2010 | INDIVIDUAL | VANETIK, YURI | 8507 E. CHAPMAN SUITE 609 | | ORANGE | CA | 92869 | SELF EMPLOYED | FINANCE | 10/13/2010 0:00 | $2,400.00 |
| YOUNG GUNS VICTORY FUND | 2010 | INDIVIDUAL | VANETIK, YURI | 8507 E. CHAPMAN STE 609 | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL , LLC | MANAGING PARTNER | 10/13/2010 0:00 | $12,000.00 |
| ROBERT HURT FOR CONGRESS | 2010 | INDIVIDUAL | VANETIK, YURI | 8507 E CHAPMAN STE 609 | | ORANGE | CA | 92869 | SELF EMPLOYED | FINANCE | 10/13/2010 0:00 | $2,400.00 |
| MARY BONO MACK COMMITTEE | 2010 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK | | LEMON HEIGHTS | CA | 92705 | VANETIK INTERNATIONAL, LLC | OWNER | 9/24/2010 0:00 | $1,000.00 |
| VAN TRAN FOR CONGRESS | 2010 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | FINANCE | 9/9/2010 0:00 | $500.00 |
| NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE | 2010 | INDIVIDUAL | VANETIK, YURI MR. | 8502 E. CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL LLC | MANAGING PARTNER | 8/10/2010 0:00 | $2,400.00 |
| REPUBLICAN PARTY OF ORANGE COUNTY (FEDERAL) | 2010 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 927056128 | SELF-EMPLOYED | INVESTOR | 8/2/2010 0:00 | $2,500.00 |
| KEN CALVERT FOR CONGRESS COMMITTEE | 2010 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN, #609 | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | CEO | 3/12/2010 0:00 | $250.00 |
| NATIONAL REPUBLICAN CONGRESSIONAL COMMITTEE | 2010 | INDIVIDUAL | VANETIK, YURI MR. | 8502 E. CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL LLC | MANAGING PARTNER | 2/18/2010 0:00 | $5,000.00 |
| FREE AND STRONG AMERICA PAC INC. | 2009 | INDIVIDUAL | VANETIK, YURI MR. | 1085 CASTLE ROCK | | LEMON HEIGHTS | CA | 92705 | VANETIK INTERNATIONAL | INVESTOR | 5/21/2009 0:00 | $1,000.00 |
| GEN NEXT PAC- FEDERAL ACCOUNT | 2009 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLE ROCK | | ORANGE | CA | 92705 | VANETIK INTERNATIONAL | INVESTOR | 1/15/2009 0:00 | $5,000.00 |
| LINDSEY GRAHAM FOR SENATE | 2008 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVE | STE 609 | ORANGE | CA | 92869 | VANTETIK INTERNATIONAL, LLC | FINANCE | 8/8/2008 0:00 | $2,300.00 |
| REPUBLICAN NATIONAL COMMITTEE | 2008 | INDIVIDUAL | VANETIK, YURI | 8502 E. CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL, L.L.C. | FINANCE | 5/29/2008 0:00 | $28,000.00 |
| MCCAIN VICTORY CALIFORNIA | 2008 | INDIVIDUAL | VANETIK, YURI MR. | 8502 E. CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL, L.L.C. | FINANCE | 5/28/2008 0:00 | $40,300.00 |
| CALIFORNIA REPUBLICAN PARTY/V8 | 2008 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVE STE 609 | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL, L.L.C. | FINANCE | 5/28/2008 0:00 | $10,000.00 |
| MCCAIN-PALIN COMPLIANCE FUND INC. | 2008 | INDIVIDUAL | VANETIK, YURI MR. | 8502 E. CHAPMAN | SUITE 609 | ORANGE | CA | 928692461 | VANETIK INTERNATIONAL, L.L.C. | FINANCE | 5/28/2008 0:00 | $2,300.00 |
| JOHN MCCAIN 2008 INC. | 2008 | INDIVIDUAL | VANETIK, YURI MR. | 8502 E. CHAPMAN | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL, L.L.C. | FINANCE | 3/25/2008 0:00 | $2,300.00 |
| GENERATION NEXT PAC- FEDERAL ACCOUNT | 2008 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVENUE | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL, LLC | INVESTOR | 3/5/2008 0:00 | $5,000.00 |
| JOHN CAMPBELL FOR CONGRESS | 2007 | INDIVIDUAL | VANETIK, YURI | 8502 E CHAPMAN AVENUE | SUITE 609 | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | INVESTOR | 10/10/2007 0:00 | $2,300.00 |
| REPUBLICAN NATIONAL COMMITTEE | 2007 | INDIVIDUAL | VANETIK, YURI MR. E | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL, L.L.C. | VENTURE CAPITAL & CONSULTING | 9/19/2007 0:00 | $10,000.00 |
| ROMNEY FOR PRESIDENT INC. | 2007 | INDIVIDUAL | VANETIK, YURI MR. | 1085 CASTLEROCK | | LEMON HEIGHTS | CA | 927056128 | VANETIK INTERNATIONAL LLC | INVESTOR | 6/19/2007 0:00 | $1,300.00 |
| REPUBLICAN NATIONAL COMMITTEE | 2007 | INDIVIDUAL | VANETIK, YURI MR. E | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL, L.L.C. | VENTURE CAPITAL & CONSULTING | 3/30/2007 0:00 | $15,000.00 |
| RUDY GIULIANI PRESIDENTIAL COMMITTEE INC | 2007 | INDIVIDUAL | VANETIK, YURI MR. | 8502 E. CHAPMAN | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL | INVESTOR | 3/29/2007 0:00 | $2,300.00 |
| GENERATION NEXT PAC- FEDERAL ACCOUNT | 2007 | INDIVIDUAL | VANETIK, YURI | 8502 E. CHAPMAN SUITE 609 | | ORANGE | CA | 92869 | VANETIK INTERNATIONAL LLC | INVESTOR | 3/7/2007 0:00 | $5,000.00 |
| REPUBLICAN NATIONAL COMMITTEE | 2006 | INDIVIDUAL | VANETIK, YURI MR. E | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL L.L.C. | VENTURE CAPITAL & CONSULTING | 7/17/2006 0:00 | $10,000.00 |
| SHERMAN FOR CONGRESS | 2006 | INDIVIDUAL | VANETIK, YURI | 2041 CONEJO LN. | | FULLERTON | CA | 92633 | VAN ASSET MANAGEMENTLLC/PRIVATE INV | PRIVATE INVESTOR | 7/10/2006 0:00 | $1,000.00 |
| SHERMAN FOR CONGRESS | 2006 | INDIVIDUAL | VANETIK, YURI | 2041 CONEJO LN. | | FULLERTON | CA | 92633 | VAN ASSET MANAGEMENTLLC/PRIVATE INV | PRIVATE INVESTOR | 7/10/2006 0:00 | $1,000.00 |
| REPUBLICAN NATIONAL COMMITTEE | 2006 | INDIVIDUAL | VANETIK, YURI MR. E | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL L.L.C. | VENTURE CAPITAL & CONSULTING | 4/28/2006 0:00 | $7,500.00 |
| REPUBLICAN CAMPAIGN COMMITTEE OF NEW MEXICO | 2006 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK LN | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL LLC | INVESTMENT BANKING | 4/24/2006 0:00 | $5,000.00 |

| committee_name | report_year | entity_type_desc | contributor_name | contributor_street_1 | contributor_street_2 | contributor_city | contributor_state | contributor_zip | contributor_employer | contributor_occupation | contribution_receipt_date | contribution_receipt_amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| THE COMMONWEALTH PAC | 2006 | INDIVIDUAL | VANETIK, YURI | 2041 CONEJO LANE | | FULLERTON | CA | 92633 | VANETIK INTERNATIONAL LLC | INVESTOR | 4/21/2006 0:00 | $2,000.00 |
| MORROW CONGRESSIONAL COMMITTEE | 2006 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK | | LEMON MTS | CA | 92705 | VANETIK INTERNATIONAL/INVESTOR | INVESTOR | 4/11/2006 0:00 | $1,000.00 |
| MORROW CONGRESSIONAL COMMITTEE | 2005 | INDIVIDUAL | VANETIK, YURI | 1085 CASTLEROCK | | LEMON MTS | CA | 92705 | VANETIK INTERNATIONAL/INVESTOR | INVESTOR | 12/6/2005 0:00 | $500.00 |
| REPUBLICAN NATIONAL COMMITTEE | 2005 | INDIVIDUAL | VANETIK, YURI MR. | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL LLC | VENTURE CAPITAL & CONSULTING | 8/29/2005 0:00 | $7,500.00 |
| GIORGINO FOR CONGRESS | 2004 | INDIVIDUAL | VANETIK, YURI MR. | 1085 CASTLEROCK | | SANTA ANA | CA | 92705 | VANETIV INTERNATIONAL LLC/INVESTOR | INVESTOR | 9/13/2004 0:00 | $250.00 |
| REPUBLICAN NATIONAL COMMITTEE | 2004 | INDIVIDUAL | VANETIK, YURI MR. | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL LLC | VENTURE CAPITAL & CONSULTING | 8/23/2004 0:00 | $6,500.00 |
| GIORGINO FOR CONGRESS | 2004 | INDIVIDUAL | VANETIK, YURI  MR. | 1085 CASTLEROCK | | SANTA ANA | CA | 92705 | VANETIV INTERNATIONAL, LLC | INVESTOR | 8/20/2004 0:00 | $100.00 |
| REPUBLICAN NATIONAL COMMITTEE | 2004 | INDIVIDUAL | VANETIK, YURI MR. | 1085 CASTLEROCK LANE | | SANTA ANA | CA | 92705 | VANETIK INTERNATIONAL LLC | VENTURE CAPITAL & CONSULTING | 8/10/2004 0:00 | $1,000.00 |

# EXHIBIT E



## 1085 Castlerock Ln, Santa Ana, CA

Home > California > Santa Ana > 1085 Castlerock Ln

### DETILS

| | |
|---|---|
| **Property Owner:** | Nina Vanetik |
| **Address:** | 1085 Castlerock Ln |
| **City:** | Santa Ana |
| **State:** | California |
| **Zip Code:** | 92705 |
| **Account ID:** | ORG-50356135 |
| **Land Use Code:** | 101 |
| **Land Use Description:** | RESID. SINGLE FAMILY |
| **Lot:** | ORG:50356135 |
| **Appraised Valuation:** | 935598 |
| **Assessed Valuation:** | 935598 |
| **Line Valuation Size:** | 0.368 acres |

SPONSORED SEARCHES

property ownership records 🔍        house property value 🔍

heat & cool air conditioner 🔍        central air units 🔍

### PROPERTY DESCRIPTION

1085 Castlerock Ln is a parcel of land located in Santa Ana, California and has a legal description provided by the local assessor of ORG:50356135. The Arivify.com account number for this parcel is ORG-50356135.

1085 CASTLEROCK LN contains 4,860 square feet of living area and was built in 1989. This property has an improvement value of $522,617.

The last assessment recorded was taken in the year 2015 with a value of 935598.

This parcel is owned by Nina Vanetik and can be described as a Resid. Single Family.

For more information regarding 1085 Castlerock Ln including construction details, assessments, previous owners, and sales data please look below.

| Building | 1 |
|---|---|
| **Living Area** | 4,860 |
| **Replacement Cost** | 935598 |
| **Year Built** | 1989 |
| **Building Value** | $522,617 |

## BUILDING ATTRIBUTES

| Assessor | Claude Parrish, Assessor |
|---|---|
| **Bathrooms** | 4 |
| **Bedrooms** | 5 |
| **Building Area** | 4,860 |
| **Garage Size** | 618 |
| **Half Baths** | 1 |
| **Improvement Percentage** | 55 |
| **Improvement Value** | $522,617 |
| **Land Value** | $412,981 |
| **Legal Description** | N Tr 10479 Blk Lot 26 |
| **Use Description** | Resid. Single Family |

## ASSESSMENTS



| Year | Value |
|---|---|
| 2015 | 935598 |

## OWNERSHIP HISTORY



| Owners | Record | Date | Price |
|---|---|---|---|
|  |  |  |  |

-23-

# EXHIBIT F

U.S. Department of Justice

Washington, DC 20530

OMB No. 1124-0005; Expires May 31, 2020

**Short Form Registration Statement**

**Pursuant to the Foreign Agents Registration Act of 1938, as amended**

INSTRUCTIONS.  Each partner, officer, director, associate, employee, and agent of a registrant is required to file a short form registration statement unless he engages in no activities in furtherance of the interests of the registrant's foreign principal or unless the services he renders to the registrant are in a secretarial, clerical, or in a related or similar capacity.  Compliance is accomplished by filing an electronic short form registration statement at https://www.fara.gov.

Privacy Act Statement.  The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 et seq., for the purposes of registration under the Act and public disclosure.  Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act.  Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC.  Statements are also available online at the Registration Unit's webpage: https://www.fara.gov.  One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act.  The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent.  This report is available to the public and online at: https://www.fara.gov.

Public Reporting Burden.  Public reporting burden for this collection of information is estimated to average .429 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| | |
|---|---|
| 1.  Name<br><br>Yuri Vanetik | 2.  Registration No.<br><br>**6474** |
| 3.  Residence Address(es)<br>1085 Castlerock Lane<br>Santa Ana, CA  92705 | 4.  Business Address(es)<br>5757 W. Century Blvd, Suite 700<br>Los Angeles, CA  90045<br>c/o John Hamilton, Esq. |
| 5.  Year of Birth   1970<br><br>Nationality   USSR<br><br>Present Citizenship  USA | 6.  If present citizenship was not acquired by birth,<br>   indicate when, and how acquired.<br>   Naturalization in (approximately) 1984 |

7.  Occupation   Management Consultant and Private Investor

8.  What is the name and address of the primary registrant?
Name   Medowood Management, LLC    Address   5757 W. Century Blvd, Suite 700
Los Angeles, CA  90045
c/o John Hamilton, Esq.

9.  Indicate your connection with the primary registrant:

- [ ] partner
- [x] officer
- [ ] other *(specify)*_____
- [ ] director
- [ ] associate
- [ ] employee
- [ ] agent
- [ ] consultant
- [ ] subcontractor

10.  List every foreign principal to whom you will render services in support of the primary registrant.
   Mr. Serhey Rybalka; and separately, the Agrarian Party of Ukraine

11.  Describe separately and in detail all services which you will render to the foreign principal(s) listed in Item 10 either directly, or through the primary registrant listed in Item 8, and the date(s) of such services.  *(If space is insufficient, a full insert page must be used.)*
   See Attachment

FORM NSD-6
Revised 05/17

Received by NSD/FARA Registration Unit   10/07/2017   3:16:45 PM

12. Do any of the above described services include political activity as defined in Section 1(o) of the Act and in the footnote below?

         Yes ☒        No ☐

If yes, describe separately and in detail such political activity.
See Attachment

13. The services described in Items 11 and 12 are to be rendered on a

    ☐ full time basis        ☒ part time basis        ☐ special basis

14. What compensation or thing of value have you received to date or will you receive for the above services?

    ☐ Salary: Amount $ _____ per _____    ☐ Commission at _____ % of _____

    ☒ Salary: Not based solely on services rendered to the foreign principal(s).

    ☐ Fee: Amount $ _____    ☐ Other thing of value _____

15. During the period beginning 60 days prior to the date of your obligation to register to the time of filing this statement, did you make any contributions of money or other things of value from your own funds or possessions and on your own behalf in connection with any election to political office or in connection with any primary election, convention, or caucus held to select candidates for any political office?    Yes ☒    No ☐

If yes, furnish the following information:

| Date | Amount or Thing of Value | Political Organization or Candidate | Location of Event |
|---|---|---|---|
| Sept 22, 2017 | $2,000 | Don Barnes, candidate for Sheriff in Orange County, CA | N/A (contribution only, no event) |

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

_____    _____
(Date of signature)    (Signature)

Footnote: "Political activity," as defined in Section 1(o) of the Act, means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

Attachment to Medowood Management LLC Short Form (Yuri Vanetic)

**Question 11:**

- <u>Serhey Rybalka</u> – Arrange meetings with U.S. government officials to discuss U.S. foreign policy relating to Ukraine, international commerce, and related matters.  Dates of service are expected to occur through the end of 2017, possibly 2018.  The registrant anticipates coordinating these and other services regulated by the Act with a subcontractor, Potomac International Partners, Inc. (FARA Reg. No. 6459).

- <u>Agrarian Party of Ukraine</u> – Develop a business plan and implementation strategy for the party.  Arrange meetings with U.S. government officials and think tanks to highlight the party's message regarding land use reform in Ukraine and to build the party's brand.  Dates of service are expected to occur through the end of 2017.

**Question 12:**

- <u>Serhey Rybalka</u> – Arrange meetings with U.S. government officials to discuss U.S. foreign policy relating to Ukraine, international commerce, and related matters.

- <u>Agrarian Party of Ukraine</u> – Arrange meetings with U.S. government officials and think tanks to highlight the party's message regarding land use reform in Ukraine and to build the party's brand.

# EXHIBIT G

Received by NSD/FARA Registration Unit 03/19/2018 4:39:57 PM

OMB No. 1124-0005; Expires May 31, 2020

**U.S. Department of Justice**

Washington, DC 20530

# Short Form Registration Statement
# Pursuant to the Foreign Agents Registration Act of 1938, as amended

INSTRUCTIONS. Each partner, officer, director, associate, employee, and agent of a registrant is required to file a short form registration statement unless he engages in no activities in furtherance of the interests of the registrant's foreign principal or unless the services he renders to the registrant are in a secretarial, clerical, or in a related or similar capacity. Compliance is accomplished by filing an electronic short form registration statement at https://www.fara.gov.

Privacy Act Statement. The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 *et seq.*, for the purposes of registration under the Act and public disclosure. Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act. Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit in Washington, DC. Statements are also available online at the Registration Unit's webpage: https://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public and online at: https://www.fara.gov.

Public Reporting Burden. Public reporting burden for this collection of information is estimated to average .429 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to Chief, Registration Unit, Counterintelligence and Export Control Section, National Security Division, U.S. Department of Justice, Washington, DC 20530; and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, DC 20503.

| | |
|---|---|
| 1. Name<br><br>Yuri Vanetik | 2. Registration No.<br><br>6474 |
| 3. Residence Address(es)<br>1085 Castlerock Lane<br>Santa Ana, CA 92705 | 4. Business Address(es)<br>5757 W. Century Blvd, Suite 700<br>Los Angeles, CA 90045<br>c/o John Hamilton, Esq. |
| 5. Year of Birth 1970<br><br>Nationality USSR<br><br>Present Citizenship USA | 6. If present citizenship was not acquired by birth, indicate when, and how acquired.<br>Naturalization in (approximately) 1984 |

7. Occupation Management Consultant and Private Investor

8. What is the name and address of the primary registrant?
Name Medewood Management, LLC    Address 5757 W. Century Blvd, Suite 700 Los Angeles, CA 90045 c/o John Hamilton, Esq.

9. Indicate your connection with the primary registrant:

☐ partner      ☐ director      ☐ employee      ☐ consultant

☒ officer      ☐ associate      ☐ agent      ☐ subcontractor

☐ other (specify)_____

10. List every foreign principal to whom you will render services in support of the primary registrant.
Mr. Valerii Babych

11. Describe separately and in detail all services which you will render to the foreign principal(s) listed in Item 10 either directly, or through the primary registrant listed in Item 8, and the date(s) of such services. *(If space is insufficient, a full insert page must be used.)*
Arrange meetings with U.S. government officials, think tanks, and media to discuss U.S. foreign policy regarding Ukraine.

FORM NSD-6
Revised 05/17

Received by NSD/FARA Registration Unit 03/19/2018 4:39:57 PM

12. Do any of the above described services include political activity as defined in Section 1(o) of the Act and in the footnote below?

        Yes ☒       No ☐

If yes, describe separately and in detail such political activity.

Arrange meetings with U.S. government officials, think tanks, and media to discuss U.S. foreign policy regarding Ukraine.

---

13. The services described in Items 11 and 12 are to be rendered on a

    ☐ full time basis        ☒ part time basis        ☐ special basis

14. What compensation or thing of value have you received to date or will you receive for the above services?

    ☐ Salary: Amount $ _____ per _____    ☐ Commission at _____ % of _____

    ☒ Salary: Not based solely on services rendered to the foreign principal(s).

    ☐ Fee: Amount $ _____        ☐ Other thing of value _____

15. During the period beginning 60 days prior to the date of your obligation to register to the time of filing this statement, did you make any contributions of money or other things of value from your own funds or possessions and on your own behalf in connection with any election to political office or in connection with any primary election, convention, or caucus held to select candidates for any political office?    Yes ☐    No ☒

If yes, furnish the following information:

| Date | Amount or Thing of Value | Political Organization or Candidate | Location of Event |
|------|--------------------------|-------------------------------------|-------------------|
| N/A  |                          |                                     |                   |

---

## EXECUTION

In accordance with 28 U.S.C. § 1746, the undersigned swears or affirms under penalty of perjury that he/she has read the information set forth in this registration statement and that he/she is familiar with the contents thereof and that such contents are in their entirety true and accurate to the best of his/her knowledge and belief.

March 17, 2018

_____

*(Date of signature)*

Duo Device Authentication    Digitally signed by: Duo Device Authentication
DN: CN = Duo Device Authentication
Date: 2018.03.17 14:30:03 -04'00'

*(Signature)*

Electronically signed by Yuri Vanetik

---

Footnote: "Political activity," as defined in Section 1(o) of the Act, means any activity which the person engaging in believes will, or that the person intends to, in any way influence any agency or official of the Government of the United States or any section of the public within the United States with reference to formulating, adopting, or changing the domestic or foreign policies of the United States or with reference to the political or public interests, policies, or relations of a government of a foreign country or a foreign political party.

# EXHIBIT H

Pre-Primary
Jason Ravnsborg



SUBMITTED
MAY 2 1 2018
S.D. SEC. OF STATE

## Itemized Direct Contributions from Individuals (Continued)

| Name | Address | Amount |
| --- | --- | --- |
| Redacted | | |
| Yuri Vanetik | 1085 Castlerock Lane, Santa Ana, CA 92705 | $500.00 |
| Redacted | | |

**Total this page**    **$6,855.20**

Filed this ___21st___ day of

___May 2018___

*Shantel Krebs*

SECRETARY OF STATE

-32-

# EXHIBIT I

State of New Mexico
Office of the Secretary of State
Ethics Administration
325 Don Gaspar Suite 300
Santa Fe, New Mexico 87503
(800) 477-3632/(505) 827-3600

# SECRETARY OF STATE
**Dianna J. Duran**

**Candidate**

Campaign Reporting Act
Report of Expenditures and Contributions

Official Time Stamp

**FORM A**

# 2011

Candidate's Name          Martinez, Susana

Date Submitted:   10/7/2011 2:17:47 PM  Date Run:      10/7/2011 2:17:47 PM  Date Due:     10/11/2011 5:00:00 PM

| 1. FILING DEADLINES (Check the box that indicates the report being filled) | | 2. Filing Officer |
|---|---|---|
| 4/11/2011 Before 5PM | | X  Secretary Of State |
| X  10/11/2011 Before 5PM | | County Clerk |
| | | County Name |

| | | | |
|---|---|---|---|
| 3. | Full name of Candidate<br>Martinez, Susana | Office Sought or Held<br>Governor Of New Mexico | |
| | Mailing Address<br>P.O. Box 1517 | City, State & Zip Code<br>Las Cruces, NM 88004-5117 | |
| | Phone # | Fax # | |
| 4. | Full name of Campaign Committee | Phone #<br>575-636-2150 | |
| | Mailing Address | City, State, Zip Code | Fax # |
| 5. | Full Name of Treasurer<br>Emerick Biad, Anna | Phone #<br>5754960938 | |
| | Mailing Address<br>4008 Fiesta Drive | City, State, Zip Code<br>Las Cruces, NM 88005-4209 | Fax # |
| | Name & Street Address of Financial Institution Where bank account is mantained (Bank Account Located in New Mexico)<br>Wells Fargo.  425 South Telshor Boulevard, Las Cruces, NM 88011 | | |

| 6. | FINANCIAL SUMMARY | |
|---|---|---|
| a. | OPENING BALANCE for reporting period | $210,334.72 |
| | ("0" If first report, OR CLOSING BALANCE FROM LAST REPORT) | |
| | | |
| b. | Total Monetary Contribution this Reporting Period (Form B1 + Form B3) | $109,369.11 |
| c. | Total Expenditures this Reporting Period (Form C  + Form C1) | $54,133.12 |
| d. | Closing Balance this Reporting Period (6a + 6b - 6c) | $265,570.71 |
| e. | Total Loans To the Committee this Reporting Period (Forma A1) | $0.00 |
| f. | Total unpaid Campaign Debt (Form A1) | $0.00 |
| g. | Total In-Kind Contributions this Reporting Period (Form B 2) | $0.00 |
| 7. | Special Event Work sheet Attached          Yes          X  No | |

*Page 1 of 47*

| | State of New Mexico | Campaign Reporting Act | |
|---|---|---|---|
| | Ethics Administration | Report of Expenditures and Contributions | **2011** |

Candidate's Name       Martinez, Susana

Date Submitted:     10/7/2011 2:17:47 PM  Date Run:     10/7/2011 2:17:47 PM  Date Due:     10/11/2011 5:00:00 PM

| | | |
|---|---|---|
| 1. | TOTAL DEBT CARRIED FORWARD | $0.00 |
| 2. | TOTAL LOAN CONTRIBUTIONS | $0.00 |
| 3. | TOTAL DEBT PAID | $0.00 |
| 4. | TOTAL LOANS FORGIVEN | $0.00 |
| 5. | TOTAL UNPAID DEBT | $0.00 |

CERTIFICATION OF REPORT

I here by swear or affirm,under penalty of purjury, that all the information on this form and any attachments is true correct and complete to the best of my knowledge; and I further swear or affirm that if this is a final report the candidate named herein has been dissolved or no longer exists and that the committee bank account has been closed.

*(SEAL)*

Attested this _____ day of _____ ,

_____
(Signature of Treasurer)

_____
(Printed Name)

**NOTARY INFORMATION**

State of _____ , County _____

Subscribed and sworn to before me this _____ day of _____ ,2010

Date Commission Expires: _____   _____
(Signature of Notary Public)

*Page 2 of 47*

-35-

| State of New Mexico | Campaign Reporting Act | |
|---|---|---|
| Ethics Administration | Report of Expenditures and Contributions | **2011** |

### FORM B 1

### MONETARY CONTRIBUTIONS

Candidate's Name        Martinez, Susana

Date Submitted:     10/7/2011 2:17:47 PM  Date Run:     10/7/2011 2:17:47 PM  Date Due:     10/11/2011 5:00:00 PM

| DATE | NAME and ADDRESS of CONTRIBUTOR | OCCUPATION (of any contributor who makes a contribution of $250 or more in an election) | AMOUNT |
|---|---|---|---|
| 9/30/2011 | Redacted | | $100.00 |
| 9/30/2011 | Redacted | Retired | $10.00 |
| 9/30/2011 | Redacted | Homemaker | $20.00 |
| 9/30/2011 | Redacted | Retired | $75.00 |
| 9/30/2011 | Redacted | | $100.00 |
| 9/30/2011 | Redacted | | $25.00 |
| 9/30/2011 | Redacted | Consultant | $2.00 |
| 9/30/2011 | Redacted | Retired | $50.00 |
| 9/30/2011 | Redacted | Physician | $30.00 |
| 9/30/2011 | Redacted | Rancher | $75.00 |
| 9/30/2011 | Redacted | Rancher | $50.00 |
| 9/30/2011 | Redacted | | $10.00 |
| 9/30/2011 | Redacted | Investor | $500.00 |
| 9/30/2011 | Redacted | Retired | $25.00 |
| 9/30/2011 | Redacted | Scientist | $35.00 |
| 9/30/2011 | Redacted | Business Owner | $150.00 |
| 9/30/2011 | Redacted | Retired | $25.00 |
| 9/30/2011 | Redacted | Retired | $50.00 |
| 9/28/2011 | Redacted | | $187.70 |
| 9/28/2011 | Redacted | | $187.70 |
| 9/27/2011 | Redacted | Retired | $25.00 |

*Page 3 of 47*

| State of New Mexico | Campaign Reporting Act | |
|---|---|---|
| Ethics Administration | Report of Expenditures and Contributions | **2011** |

| | | | |
|---|---|---|---|
| 9/6/2011 | Redacted | | $13.00 |
| 9/2/2011 | Redacted | | $5,000.00 |
| 9/2/2011 | Redacted | | $5,000.00 |
| 8/15/2011 | Redacted | | $1,000.00 |
| 8/10/2011 | Redacted | | $500.00 |
| 8/10/2011 | Redacted | | $500.00 |
| 8/10/2011 | Redacted | | $200.00 |
| 8/10/2011 | Redacted | Business Owner | $1,000.00 |
| 8/10/2011 | Redacted | | $2,600.00 |
| 8/10/2011 | Redacted | | $2,500.00 |
| 8/3/2011 | Redacted | | $2,000.00 |
| 7/18/2011 | Redacted | Administrator | $1,000.00 |
| 7/11/2011 | Redacted | VP Advancement | $500.00 |
| 6/28/2011 | Yuri Vanetik - 1085 Castlerock Lane, Santa Ana CA 92705-6128 | Investor | $1,000.00 |
| 6/28/2011 | Redacted | Construction | $1,000.00 |
| 6/28/2011 | Redacted | Attorney | $150.00 |
| 6/20/2011 | Redacted | CEO | $500.00 |
| 6/20/2011 | Redacted | Property Investor | $250.00 |
| 6/15/2011 | Redacted | President | $1,000.00 |
| 6/15/2011 | Redacted | President | $1,000.00 |
| 6/15/2011 | Redacted | CEO | $1,000.00 |
| 6/15/2011 | Redacted | President | $500.00 |
| 6/15/2011 | Redacted | Business Owner | $500.00 |
| 6/15/2011 | Redacted | | $1,000.00 |
| 6/15/2011 | Redacted | | $999.00 |
| 6/15/2011 | Redacted | Retired | $500.00 |

*Page 34 of 47*

# EXHIBIT J

**SINGLE CONTRIBUTOR VIEW**

| | |
|---|---|
| **Contributor Name** | VANETIK, YURI |
| **Address** | 1085 CASTLEROCK<br>SANTA ANA, CA 92705 |
| **Contributor Type** | INDIVIDUAL |
| **Contribution Type** | MONETARY |
| **Occupation** | MGMT/EXECUTIVES |
| **Employer** | VANETIK INTERNATIONAL<br>1085 CASTLEROCK<br>SANTA ANA, CA 92705 |
| **Recipient Information** | NJ REPUBLICAN STATE COMMITTEE,<br>POLITICAL PARTY COMMITTEE, 2011,<br>STATE POLITICAL PARTY CMTE,<br>STATEWIDE,<br>REPUBLICAN |

| Contribution Date | Contribution Amount |
|---|---|
| 11/11/2011 | $1,500.00 |

# EXHIBIT K

**Alex Padilla**
California Secretary of State

🔍 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Monday,
August 5, 2019. Please refer to document Processing Times for the received dates of filings
currently being processed. The data provided is not a complete or certified record of an entity.
Not all images are available online.

## C2645752   AZOTH, INC.

| | |
|---|---|
| **Registration Date:** | 02/19/2004 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC STOCK |
| **Status:** | FTB SUSPENDED |
| **Agent for Service of Process:** | YURI VANETIK |
| | 8502 E CHAPMAN AVENUE STE 609 |
| | ORANGE CA 92869 |
| **Entity Address:** | * |
| **Entity Mailing Address:** | 1085 CASTLEROCK LANE |
| | SANTA ANA CA 92705 |

| Document Type ⇅ | File Date ⇅ | PDF |
|---|---|---|
| REGISTRATION | 02/19/2004 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is
  automatically revoked. Please refer to California Corporations Code section 2114 for
  information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to
  Information Requests.
- For information on ordering certificates, status reports, certified copies of documents
  and copies of documents not currently available in the Business Search or to request a
  more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked
  Questions.

[ Modify Search ]   [ New Search ]   [ Back to Search Results ]

# EXHIBIT L

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:

WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
MARK J. ROSENBAUM (SBN 167168)
11400 West Olympic Boulevard, Ninth Floor
Los Angeles, California 90064-1582
TEL NO. (310) 478-4100 FAX NO. (optional)
E-MAIL ADDRESS (Optional)

[X] ATTORNEY
FOR
[X] JUDGMENT
CREDITOR
[ ] ASSIGNEE
OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **ORANGE**
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS: SAME
CITY AND ZIP CODE: SANTA ANA, CA 92702
BRANCH NAME: CENTRAL JUSTICE CENTER

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder
65.00
* $ R 0 0 0 8 4 0 2 3 6 0 8 *
2016000234780 1:24 pm 05/25/16
227 417 A03 F13 3
0.00 0.00 0.00 0.00 6.00 50.00 0.00 0.00

FOR RECORDER'S USE ONLY

PLAINTIFF: FARMERS & MERCHANTS TRUST COMPANY, a
California corporation as administrator and tr
DEFENDANT: TERRA RESOURCES PLC; ENERGY TODAY INC.,
a Texas corporation; et al.

CASE NUMBER:
30-2013-00688150-CU-BC-CJC

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS
[ ] Amended

FOR COURT USE ONLY

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**05/18/2016** at 10:42:00 AM
Clerk of the Superior Court
By Mary M Johnson,Deputy Clerk

1. The [X] judgment creditor [ ] assignee of record
applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      Anatoly Vanetik
      1085 Castlerock Lane
      Santa Ana, CA 92705

   b. Driver's license no. [last 4 digits] and state: [X] Unknown
   c. Social security no. [last 4 digits]: 7516 [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Anatoly Vanetik, 1401 Dove Street, #220, Newport Beach, CA 92660

2. [X] Information on additional judgment debtors is
   shown on page 2.
3. Judgment creditor (name and address):
   Farmers & Merchants Trust, c/o Wolf, Rifkin, Shapiro, Schulman &
   Rabkin, LLP, 11400 West Olympic Bl., 9th Fl, Los Angeles, CA 90064
Date: 5/18/16
MARK J. ROSENBAUM
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is
   shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ See Attachment 6
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 4/15/16
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien
    is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until
       (date):
12. a. [X] I certify that this is a true and correct abstract of
       the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Alan Carlson, Clerk of the Court
This abstract issued on (date):
May 23, 2016

Clerk, by _Mary Johnson_____, Deputy
Mary M Johnson

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Legal
Solutions

Page 1 of 2
Code of Civil Procedure, §§ 488.480,
674, 700.190

https://www.docdroid.net/VFSl4EI/abstract-recrded16-0525.pdf#page=2 1/3

| PLAINTIFF: FARMERS & MERCHANTS TRUST COMPANY, a California corporation as administrator and tr DEFENDANT: TERRA RESOURCES PLC; ENERGY TODAY INC., a Texas corporation; et al. | COURT CASE NO.<br>30-2013-00688150-CU-BC-CJC |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor (name and address):  14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16.      Name and last known address

Yuri Vanetik
500 South Calle de Casas
Anaheim Hills, CA 92807

Driver's license no. [last 4 digits] and state:
8812 CA      ☐ Unknown
Social security no. [last 4 digits]: 0918    ☐ Unknown

Summons was personally served at or mailed to (address):
Yuri Vanetik

1401 Dove Street, #220

Newport Beach, CA 92660

17.      Name and last known address

Richard Weed
1824 Port Carlow Place
Newport Beach, CA 92660

Driver's license no. [last 4 digits] and state:
       ☒ Unknown
Social security no. [last 4 digits]: 9262    ☐ Unknown

Summons was personally served at or mailed to (address):
Richard Weed

4695 MacArthur Court, Suite 1430

Newport Beach, CA 92660

18.      Name and last known address

Weed & Co. LLP
4695 MacArthur Court, Suite 1430
Newport Beach, CA 92660

Driver's license no. [last 4 digits] and state:
       ☒ Unknown
Social security no. [last 4 digits]:    ☒ Unknown

Summons was personally served at or mailed to (address):
Weed & Co. LLP

4695 MacArthur Court, Suite 1430

Newport Beach, CA 92660

19.      Name and last known address

Weed & Co. L.C.
4695 MacArthur Court, Suite 1430
Newport Beach, CA 92660

Driver's license no. [last 4 digits] and state:
       ☒ Unknown
Social security no. [last 4 digits]:    ☒ Unknown

Summons was personally served at or mailed to (address):
Weed & Co. L.C.

4695 MacArthur Court, Suite 1430

Newport Beach, CA 92660

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

| SHORT TITLE: FARMERS & MERCHANTS TRUST COMPANY V. TERRA RESOURCES PLC; et al. | CASE NUMBER: 30-2013-00688150-CU- |
|---|---|

1 | Attachment 6

2 | Total amount of judgment as entered or last renewed:

3 | 1.  Anatoly Vanetik - $2,000,000.00

4 | 16. Yuri Vanetik -     $2,750,000.00

5 | 17. Richard Weed -   $  860,000.00

6 | 18. Weed & Co. LLP -  $  750,001.00

7 | 19. Weed & Co. L.C. - $  750,001.00

26 | *(Required for verified pleading)* The items on this page stated on information and belief *(specify item numbers, not line numbers):*

27 | This page may be used with any Judicial Council form or any other paper filed with this court. | Page_____

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

Legal Solutions Plus

CRC 201, 501