JAE K. PARK (Bar No. 234474)
jae.park@dentons.com
DENTONS US LLP
601 S Figueroa St., Suite 2500
Los Angeles, CA 90017
Tel: (213) 623-9300
Fax: (213) 623-9924

WILLIAM T. O'BRIEN (admitted *pro hac vice*)
william.obrien@dentons.com
JOHN W. LOMAS, JR. (admitted *pro hac vice*)
john.lomas@dentons.com
1900 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 496-7500
Facsimile: (202) 496-7756

Attorneys for Plaintiff
PAVEL FUKS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>YURI VANETIK, an individual,<br><br>            Defendant. | Case No. 8:19-CV-01212-JVS (JDEx)<br><br>Hon. James V. Selna<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>Complaint Filed: 6/18/19 |

DENTONS US LLP
601 S FIGUEROA ST., SUITE 2500
LOS ANGELES, CA 90017
(213) 623-9300

Case 8:19-cv-01212-JVS-JDE Document 7 Filed 06/18/19 Page 2 of 2 Page ID #:28

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:19-cv-01212-JVS (JDEx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Yuri Vanetik
was received by me on *(date)* 8/15/2019

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Address provided is a UPS Store left the documents with Bethany Derado (Person In Charge Of Business) that verified subject has a box and this location. Following up with a mailing done 9/5/2019.

My fees are $ 129.40 for travel and $ 0 for services, for a total of $ 129.40 .

I declare under penalty of perjury that this information is true.

Date: 9/5/2019

_____
Server's signature

William Mishlove #PSC 1709 / Process Server
Printed name and title

c/o American Messenger Services, Inc.
3330 Market Street, Suite C, San Diego, CA 92102
Server's address

Additional information regarding attempted service, etc:

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): Telephone No.: (213) 623-9300 <br> Jae K. Park (SBN 234474) <br> Dentons, US, LLP <br> 601 S. Figueroa Street, Suite 2500 <br> Los Angeles, CA 90017 <br> ATTORNEY FOR (NAME): Plaintiff | Ref. No. or File No. <br> 15801919.000001 | FOR COURT USE ONLY |
|---|---|---|

Insert name of court, judicial district or branch court, if any:
United States District Court-Central District of California
Central District of California
411 West Fourth Street
Santa Ana, CA 92701-4516

PLAINTIFF:
PAVEL FUKS

DEFENDANT
YURI VANETIK

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER <br> 8:19-cv-01212-JVS (JDEx) |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
# DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA; ORDER SETTING RULE 26(f) SCHEDULING CONFERENCE; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)

ON: Yuri Vanetik
AT: 8502 E. Chapman Avenue
    Orange, CA 92869

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 8/28/2019 1:12:00 PM
PERSON SERVED: Bethany Derado - Person In Charge Of Business

FEE FOR SERVICE: $129.40

Registered California Process Server
County: Orange, CA
**Registration No.** PSC 1709
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Thursday, September 05, 2019**

Signature: William Mishlove

**PROOF OF SERVICE**

529016

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): Telephone No.: (213) 623-9300 | | FOR COURT USE ONLY |
|---|---|---|
| Jae K. Park (SBN 234474)<br>Dentons, US, LLP<br>601 S. Figueroa Street, Suite 2500<br>Los Angeles, CA 90017 | | |
| ATTORNEY FOR (NAME): Plaintiff | Ref. No. or File No.<br>15801919.000001 | |

Insert name of court, judicial district or branch court, if any:
United States District Court-Central District of California
Central District of California
411 West Fourth Street
Santa Ana, CA 92701-4516

PLAINTIFF:
PAVEL FUKS

DEFENDANT
YURI VANETIK

| **DECLARATION OF DILIGENCE** | CASE NUMBER<br>8:19-cv-01212-JVS (JDEx) |
|---|---|

AT THE TIME OF DILIGENCE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION. I ATTEMPTED PERSONAL SERVICE ON THE FOLLOWING DATES AND TIMES WITH THE FOLLOWING RESULTS:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1); INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA; ORDER SETTING RULE 26(f) SCHEDULING CONFERENCE; NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ALTERNATIVE DISPUTE RESOLUTION (ADR)

ON: Yuri Vanetik

ADDRESS, CITY AND STATE: 8502 E. Chapman Avenue
Orange, CA 92869

Thursday 8/15/2019 at 12:05 pm - 8502 E. Chapman Avenue, # 609 Orange, CA 92869 - Per "Jane Doe" this is a private box and peoples information can not be given. The clerk will not confirm nor deny if subject has a box.

Friday 8/23/2019 at 10:00 pm - 8502 E. Chapman Avenue, # 609 Orange, CA 92869 - The UPS store was closed. There was no answer at the door. No activity was heard inside.

Monday 8/26/2019 at 7:11 am - 8502 E. Chapman Avenue, # 609 Orange, CA 92869 - The UPS store was closed. There was no answer at the door. No activity was heard inside.

Wednesday 8/28/2019 at 1:12 pm - 8502 E. Chapman Avenue, # 609 Orange, CA 92869 - The address was verified and service was announced and left with the clerk. Served - Bethany Derado - Person In Charge Of Business

Additional Costs for diligence are recoverable under CCP 1033.5(a)(4)(B)

FEE FOR SERVICE: $129.40
Registered California Process Server
County: Orange, CA
Registration No. PSC 1709
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Thursday, September 05, 2019**

Signature: _____
William Mishlove

**DECLARATION OF DILIGENCE**

529016




Yuri Vanetik
Address: 8502 E. Chapman Avenue
Suite:
City State: Orange, CA
Zip Code: 92869
Phone #:

9/5/19  $4.40