**JOHN M. HAMILTON (State Bar No. 155381)**
**HAMILTON LAW OFFICES**
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045
Phone: (424) 419-4028
Facsimile: (424) 419-4002
Email: jm_hamilton15@yahoo.com

Attorneys for defendant Yuri Vanetik

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>YURI VANETIK, an individual,<br><br>          Defendants. | CASE NO.: 8:19-cv-1212- JVS (JDEx)<br><br>**CERTIFICATE OF INTERESTED PARTIES**<br><br>**(F.R. Civ. Pro. Rule 7.1)** |

The undersigned, counsel of record for Defendant Yuri Vanetik, certifies that the following listed parties (other than those named as parties to the action) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. NONE KNOWN.

DATED: October 9, 2019

Respectfully submitted,

HAMILTON LAW OFFICES

/s/John M. Hamilton
John M. Hamilton
Attorneys for Defendant Yuri Vanetik