Jobi Halper, Esq.
ADR SERVICES, INC.
19000 MacArthur Boulevard, Suite 550
Irvine, California 92612

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pavel Fuks | **CASE NUMBER** |
| Plaintiff(s) | 8:19-cv-01212-JVS |
| v. | |
| Yuri Vanetik | **MEDIATION REPORT** |
| Defendant(s). | |

**_Instructions_**: _**The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.**_

1.  ☑ A mediation was held on (date):  February 14, 2020                              .

    ☐ A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    ☒ Appeared as required by Civil L.R. 16-15.5(b).

    ☐ Did not appear as required by Civil L.R. 16-15.5(b).

    　　☐ Plaintiff or plaintiff's representative failed to appear.

    　　☐ Defendant or defendant's representative failed to appear.

    　　☐ Other:

3.  Did the case settle?

    ☐ Yes, fully, on _____ (date).

    ☐ Yes, partially, and further facilitated discussions are expected. _(See No. 4 below.)_

    ☐ Yes, partially, and further facilitated discussions are **not** expected.

    ☐ No, and further facilitated discussions are expected. _(See No. 4 below.)_

    ☒ No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

Dated:  2/14/2020

_____
Signature of Mediator

Jobi Halper
_____
Name of Mediator (print)

_The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."_