UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS, an individual,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>YURI VANETIK, an individual,<br><br>　　　　　　Defendants. | CASE NO.: 8:19-cv-1212- JVS (JDEx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY, MOTION, AND EXPERT DISCOVERY CUT OFF, AND TRIAL DATE** |

GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that:

Pursuant to the parties' stipulation, the Court sets the following dates:

    A. The Jury Trial is continued to **January 12, 2021 at 8:30 a.m**.

- File Findings of Fact and Conclusions of Law by **January 5, 2020**.

    B. The **Final PreTrial Conference** is continued to **December 21, 2020 at 11:00 a.m**. [note date change]

- File PreTrial Documents not later than **December 14, 2020** [note date change]
- File motions *in limine* not later than **November 23, 2020** [note date change]

    C. The Discovery Cut-off is continued to **October 29, 2020**.

    D. Law and Motion cut-off is continued to **November 23, 2020 at 1:30 p.m**.

Or in the alternative.

    A. The discovery cutoff is continued to **August 20, 2020**.

    B. The motion cutoff is continued to **September 14, 2020 at 1:30 p.m**.

At this time, the Court can provide no assurance that the matter will proceed to trial as indicated.

Dated: July 23, 2020

_____
Hon. James V. Selna
UNITED STATES DISTICT JUDGE