**JOHN M. HAMILTON (State Bar No. 155381)**
**HAMILTON LAW OFFICES**
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045
Phone: (424) 419-4028
Facsimile: (424) 419-4002
Email: jm_hamilton15@yahoo.com

Attorneys for defendant Yuri Vanetik

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>YURI VANETIK, an individual,<br><br>Defendants. | CASE NO.: 8:19-cv-1212- JVS (JDEx)<br><br>**STIPULATION TO CONTINUE DISCOVERY, MOTION, AND EXPERT DISCOVERY CUT OFF, AND TRIAL DATE** |

    Plaintiff Pavel Fuks and Defendant Yuri Vanetik, hereby stipulate to continue, and respectfully request that the Court continue, the discovery cut-off date(s), the deadline for expert witness disclosures, and the motion cut-off date(s) follows:

    WHEREAS, the parties have continued to progress toward completing non-expert discovery, including initial written discovery and non-party discovery, and have completed ADR;

1

WHEREAS, given, among other things, the restrictions and challenges that have been in place because of COVID-19, the cross-border nature of this dispute, the physical location of the parties, translation needs, and other scheduling challenges counsel need additional time to complete discovery, including for the depositions of the parties and potential depositions of non-parties;

WHEREAS, the current discovery cut-off date is October 29, 2020;

WHEREAS, the current motion cut-off date is November 23, 2020;

WHEREAS, the final pre-trial conference is scheduled for December 21, 2020, with motions *in limine* due by November 23, 2020 and final pre-trial documents by December 14, 2020;

WHEREAS, a jury trial is currently scheduled for January 12, 2021;

WHEREAS, the holding of jury trials in this Court has been suspended indefinitely;

WHEREAS, counsel believe that an approximately three-month continuance of the trial date, the pre-trial hearing, the cut-off dates for discovery and motions, and all related deadlines, as provided in the attached proposed Order, would allow the parties time to complete discovery, engage in further meaningful settlement negotiations, and fully prepare for trial if needed;

WHEREAS, the requested extension is not for the purposes of delay;

WHEREAS, the parties have requested one previous extension of time to the deadlines referenced herein.

IT IS HEREBY STIPULATED and respectfully requested by Plaintiff and Defendant, through their respective counsel of record, that the cut-off date for non-expert discovery be continued ninety days; the motion cut-off date be continued for ninety days; and the pre-trial hearing and trial be continued for ninety days, or whichever date is convenient for the Court.

1 | Respectfully submitted,

3 | DATED: October 30, 2020                    Eversheds Sutherland LLP

By: ___/s/_____
John Lomas
Attorneys for Plaintiff
PAVEL FUKS

9 | DATED: October 30, 2020                    HAMILTON LAW OFFICES

By: ___/s/_____
John M. Hamilton
Attorneys for Defendant
YURI VANETIK