FILED
CLERK, U.S. DISTRICT COURT

December 24, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the )
Calendar ) ORDER OF THE CHIEF JUDGE
 )
of ) **20-188**
 )
Judge FERNANDO L. AENLLE-ROCHA )
 )

     Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Fernando L. Aenlle-Rocha,

     IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge James V. Selna to the calendar of Fernando L. Aenlle-Rocha:

| Case Number | Case Name |
|---|---|
| 2:19-cv-06118-JVS-SP | James Vest v. CSP - LAC |
| 2:20-cv-08120-JVS-SK | Janice Marie Baker v. Andrew Saul |
| 5:20-cv-00683-JVS-KS | Edward D. Murphy v. Andrew M. Saul |
| 8:19-cv-01212-JVS-JDEx | Pavel Fuks v. Yuri Vanetik |
| 8:19-cv-02447-JVS-ADSx | Dustin Kelter v. Cox Automotive Corporate Services, LLC et al |
| 8:20-cv-00099-JVS-DFMx | Brytiny Howard v. Learning Care Group, Inc. et al |
| 8:20-cv-00786-JVS-ADSx | Antonio Diaz v. Monte Jackson et al |
| 8:20-cv-00840-JVS-DFMx | Turning Point Treatment, Inc. et al v. Jaime Grace et al |
| 8:20-cv-01055-JVS-JDEx | Amit K. Pandey et al v. GBGI Limited, et al |
| 8:20-cv-01062-JVS-ADSx | Inland Empire Waterkeeper et al v. Columbia Steel Inc et al |
| 8:20-cv-01863-JVS-DFMx | Freda Philomena D Souza v. City of San Clemente et al |
| 8:20-cv-01894-JVS-KESx | Data Resolution, LLC v. Sentinel Insurance Company Limited |
| 8:20-cv-02037-JVS-ADSx | Sanrio Company, Ltd. et al v. Gearment, LLC et al |
| 8:20-cv-02052-JVS-KESx | Access Vapor, LLC v. California Grown E Liquids, LLC et al |

In the Matter of the
Creation of Calendar for
District Judge Fernando L. Aenlle-Rocha                                                                 2

        8:20-cv-02062-JVS-KESx    Mark C. Healy v. Tricia M. Bailey et al
        8:20-cv-02145-JVS-JDEx    OptumRx v. Copper Bend Pharmacy, Inc. et al
        8:20-cv-02197-JVS-ADSx    Jonathan Fix v. Union Bank et al
        8:20-cv-02231-JVS-ADSx    EAM Equestrian LLC et al v. Donna P Campagnolo et al
        8:20-cv-02240-JVS-JDEx    Louis J. Croatti, Jr. v. United States of America
        8:20-cv-02288-JVS-KESx    Belaid Benaoudia v. Target Corporation et al

    On all documents subsequently filed in the case, please substitute the Judge initials FLA after the case number in place of the initials of the prior Judge.

DATED: December 24, 2020                            _____
                                                            Chief Judge Philip S. Gutierrez