UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:19-cv-01212-FLA (JDEx) | Date | February 9, 2021 |
|---|---|---|---|
| Title | *Pavel Fuks v. Yuri Vanetik, et al.* | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) THIRD STIPULATION TO CONTINUE DISCOVERY, MOTION, AND EXPERT DISCOVERY CUT OFF AND TRIAL DATE [DKT. 41]

    Plaintiff Pavel Fuks ("Fuks" or "Plaintiff") filed the Complaint in this action on June 16, 2019.  Dkt. 1.  The Scheduling Conference in this action was held on October 21, 2019, at which time the court set July 30, 2020 as the discovery cut-off date; August 24, 2020 as the law and motion cut-off date; and the jury trial to begin on October 13, 2020.  Dkt. 31.  The parties subsequently submitted two joint stipulations for continuances on July 22 and October 30, 2020 (Dkt. 36, 38), which the court granted on July 23 and October 30, 2020 (Dkt. 37, 39).  Based on the court's October 30, 2020 order, the discovery cut-off date expired on February 4, 2021; the law and motion cut-off date is March 1, 2021; the final pretrial conference is set for March 29, 2021 at 11:00 a.m.; and the jury trial is set to begin on April 13, 2021 at 8:30 a.m.  Dkt. 39.

    On February 5, 2021, the parties filed their third stipulation to continue the discovery cut off, motion cut off, expert discovery cut off, and trial dates.  Dkt. 41.  In the third stipulation, the parties contend they need additional time to complete discovery due to the restrictions and challenges that have been in place because of COVID-19, the cross-border nature of this dispute, the physical location of the parties, translation needs, certain personal family circumstances of counsel, and other scheduling challenges the parties' counsel have faced.  *Id.* at 2.

    To show good cause for a continuance, a party must provide specific, detailed, and non-conclusory reasons for granting the extension, including a showing of diligence in

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:19-cv-01212-FLA (JDEx) | Date | February 9, 2021 |
| Title | Pavel Fuks v. Yuri Vanetik, et al. | | |

pursuing the litigation.  See Fed. R. Civ. P. 16(b)(4) (requiring good-cause showing); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (noting that the standard focuses on a party's diligence and that "the inquiry should end" when diligence is not shown).  The parties have not met their burden.

The parties do not offer any specific facts as to why they were unable to complete discovery by February 4, 2021, despite receiving two prior continuances.  The parties also do not discuss their litigation efforts since the inception of the case or provide specific, detailed, and non-conclusory reasons why they were unable to complete discovery by February 4, 2021.  The parties' statements regarding their need for additional time lack detail, are conclusory, and are insufficient to demonstrate they diligently pursued the litigation or to establish good cause for a continuance.  See *Johnson*, 975 F.2d at 609.

The court, therefore, DENIES the February 5, 2021 Stipulation to Continue Discovery, Motion, and Expert Discovery Cut Off, and Trial Date.  The court, on its own motion, continues the final pretrial conference from March 29, 2021 at 11:00 a.m. to April 2, 2021 at 3:00 p.m.  Otherwise, the dates set forth in the court's October 30, 2020 order stand.  Dkt. 39.

IT IS SO ORDERED.

:

Initials of Preparer   vrv