**JOHN M. HAMILTON (State Bar No. 155381)**
**HAMILTON LAW OFFICES**
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045
Phone: (424) 419-4028
Facsimile: (424) 419-4002
Email: jm_hamilton15@yahoo.com

Attorneys for defendant Yuri Vanetik

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>YURI VANETIK, an individual,<br><br>Defendants. | CASE NO.: 8:19-cv-1212- FLA (JDEx)<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES** |

    Plaintiff Pavel Fuks and Defendant Yuri Vanetik, hereby stipulate to continue, and respectfully request that the Court continue the jury trial, final pre-trial conference and deadline to file pre-trial documents as follows:

    WHEREAS, a jury trial is currently scheduled for April 13, 2021;

    WHEREAS, the final pre-trial conference is scheduled for April 2, 2021, with final pre-trial documents by March 22, 2021 and findings of fact and conclusions of law due April 6, 2021;

WHEREAS, pursuant to Orders of the Chief Judge 21-002, 20-179, and 20-042, and General Orders 20-15, 20-09, and 20-05 the holding of jury trials in this Court has been for several months and continues to be suspended indefinitely;

WHEREAS, today, March 19, 2021, the Clerk of Court published a Notice of Clerk regarding court operations providing that: "Until further notice, no jury trials will be conducted in civil cases. However, individual judges, at their discretion, may offer bench trials by video conference in lieu of postponement";

WHEREAS, the Notice of Clerk also states that "the process for issuing jury summonses must begin seven weeks before jury trials can commence" and that states that "the Court Southern Division will begin sending begin issuing jury summonses for the Southern Division starting on March 22, 2021";

WHEREAS, pursuant to the Notice of Clerk, the soonest jury trials can commence in the Southern Division is May 10, 2021;

WHEREAS, counsel for the parties have been diligently working to prepare for trial, including:

- discussing potential trial options in light of the uncertainty over the process in the Central District for civil jury trials and recent experiences with video-conference hearings and trials in other courts;
- identifying admitted facts;
- identifying stipulated facts;
- preparing exhibits;
- preparing the joint exhibit list;
- determining witness availability;
- preparing the witness list; and
- drafting the final pre-trial conference order;

WHEREAS, the parties' efforts to complete the final pre-trial documents and conference order and their preparations for trial have been hampered by the uncertainty over the trial schedule given the ongoing civil jury trial suspension and how such trials will be conducted given, as well as defendant's counsel's limited

2

availability given his involvement in an ongoing video court trial (including on March 3, 4, 10, 11, 16, 17 and 18) that is continuing next week and likely beyond next week and his workload on other matters, plus new and additional demands in other matters on plaintiff's counsel's recent availability, including preparation for an arbitration hearing the first week of April that was rescheduled in January at the request of counsel for the other party, recent mediations and settlement conferences that extended into additional days, and taking over work with pressing deadlines from an attorney who recently left the firm;

WHEREAS, there are additional challenges here given the plaintiff and other potential witnesses are overseas and will require interpreters;

WHEREAS, counsel believe that, in light of their efforts to prepare for trial, the challenges they face in preparing for trial when civil jury trials have and continue to be suspended, the uncertainty over how civil trials will be conducted once they restart, that a continuance of at least four weeks to the trial date to May 11, 2021, the deadline to File Findings of Fact and Conclusions of Law to May 4, 2021, the final pre-trial hearing to April 30, 2021, the deadline for pre-trial documents to April 19, 2021, is necessary to adequately prepare for trial and for the efficient resolution of this matter;

WHEREAS, the requested extension is not for the purposes of delay;

WHEREAS, the parties have requested two previous extensions of time to discovery deadlines, which also required continuing the deadlines at issue in this stipulation; and

IT IS HEREBY STIPULATED and respectfully requested by Plaintiff and Defendant, through their respective counsel of record, that the jury trial, pre-hearing document deadline, and final pre-trial conference be continued for at least four weeks;

Respectfully submitted,

DATED: March 19, 2021          Eversheds Sutherland LLP


                               By: ___/s/_____
                                   John Lomas
                                   Attorneys for Plaintiff
                                   PAVEL FUKS



DATED: March 19, 2021          HAMILTON LAW OFFICES


                               By: ___/s/_____
                                   John M. Hamilton
                                   Attorneys for Defendant
                                   YURI VANETIK