UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS,<br><br>        Plaintiff/s,<br><br>    v.<br><br>YURI VANETIK,<br><br>        Defendant/s. | Case No. 8:19-cv-1212- FLA (JDEx)<br><br>**JOINT EXHIBIT LIST** |

| Ex. # | Description | Witness Establishing Foundation | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | Text file containing messages exchanged between Plaintiff and Defendant from November 16, 2016 through May 10, 2017 with translation. | Pavlo Fuks | | |
| 2 | Email from Yuri Vanetik sent November 21, 2016 with attached invoice from Odyssey Management, LLC | Pavlo Fuks | | |
| 3 | November 22, 2016 SWIFT receipt for payment of $200,000 to Odyssey | Pavlo Fuks | | |

-1-

45958035.1

| | | | | | |
|---|---|---|---|---|---|
| | | Management, LLC | | | |
| | 4 | Defendant Yuri Vanetik's Response to Special Interrogatories, dated November 20, 2019. | Stipulated | | |
| | 5 | Email from Yuri Vanetik to Matthew Keelen dated January 13, 2017 with Subject "3 vip for black tie and boots" | Matthew Keelen | | |
| | 6 | Email from Yuri Vanetik to Matthew Keelen dated January 12, 2017 with Subject "Fwd: TSS Black Tie & Boots" | Matthew Keelen | | |
| | 7 | Email from Matt Keelen to Yuri Vanetik dated January 28, 2017 with Subject "Re: Going to need some $ from you for last week." | Matthew Keelen | | |
| | 8 | Email from Matt Keelen dated January 13, 2017 with attachment. | Matthew Keelen | | |
| | 9 | Invoice from Odyssey Management, LLC to BEM Global Corp. dated November 19, 2016 | Yuri Vanetik | | |
| | 10 | Inaugural Events: Vip program with no date attached. | Yuri Vanetik | | |
| | 11 | Odyssey-Pavlo Fuks Confidential Consulting agreement dated September 21, 2016. | Yuri Vanetik | | |
| | 12 | Text files between Plaintiff and Defendant from March 20, 2016through March 29, 2016 with translations | Yuri Vanetik | | |
| | 13 | Plaintiff's Objections and Responses to defendant's first set of request for | Stipulated | | |

45958035.1

|    |                                                                                                                                |             |   |   |
|----|--------------------------------------------------------------------------------------------------------------------------------|-------------|---|---|
|    | admissions dated January 13, 2020.                                                                                             |             |   |   |
| 14 | Plaintiff's Objections and Responses to defendant's first set of special interrogatories dated January 13, 2020 | Stipulated  |   |   |
| 15 | Text message from defendant to plaintiff dated January 9, 2017                                                                 | Yuri Vanetik |   |   |

45958035.1