Name and address:
ASHBY LAW FIRM P.C.
Joseph R. Ashby (SBN 248579)
joseph@ashbylawfirm.com
1055 West Seventh Street, 33rd Floor
Los Angeles, California 90017
Telephone: (213) 232-3810
Facsimile: (213) 429-0976

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Pavel Fuks

PLAINTIFF(S)

v.

Yuri Vanetik

DEFENDANT(S)

CASE NUMBER:

8:19-cv-01212

**REQUEST FOR APPROVAL OF**
**SUBSTITUTION OR WITHDRAWAL**
**OF COUNSEL**

**INSTRUCTIONS**

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

**SECTION I - WITHDRAWING ATTORNEY**

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Jae K. Park                                                                 CA Bar Number: 234474

Firm or agency: DENTONS US LLP

Address: 601 S Figueroa St.

Telephone Number: (213) 623-9300                    Fax Number: (213) 623-9924

E-mail: jae.park@dentons.com

Counsel of record for the following party or parties: Plaintiff Pavel Fuks

Other members of the same firm or agency also seeking to withdraw: Justin Alan Martin (SBN 317939),
DENTONS US LLP, 4675 Macarthur Ct., Suite 1250, Newport Beach, CA 92660, Email: : justin.martin@dentons.com,
Telephone: (949) 732-3702, Facsimile: (949) 732-3702

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Joseph R. Ashby (as local counsel)          CA Bar Number: 248579

Firm or agency: Ashby Law Firm P.C.

Address: 1055 West Seventh Street, 33rd Floor

Telephone Number: (213) 232-3810          Fax Number: (213) 429-0976

E-mail: joseph@ashbylawfirm.com

## SECTION III - SIGNATURES

**Withdrawing Attorney**

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney listed in Section I be allowed to withdraw from this case.

Date: March 19, 2021          Signature: /s/

Name: Jae K. Park

**New Attorney (if applicable)**

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: March 17, 2021          Signature: /s/ Joseph R. Ashby

Name: Joseph R. Ashby (as local counsel)

**Party Represented by Withdrawing Attorney**

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above. I will also continue to be represented by
☐ representing myself *pro se* in this case.   John W. Lomas, Jr. and William T. O'Brien of Eversheds Sutherland (US) LLP.

Date: March 17, 2021          Signature: /s/

Name: Pavel Fuks

Title: