**JOHN M. HAMILTON (State Bar No. 155381)**
**HAMILTON LAW OFFICES**
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045
Phone: (424) 419-4028
Facsimile: (424) 419-4002
Email: jm_hamilton15@yahoo.com

Attorneys for defendant Yuri Vanetik

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PAVEL FUKS, an individual, | Case No. 8:19-cv-1212-FLA (JDEx) |
|---|---|
| Plaintiff, | **DEFENDANT YURI VANETIK'S WITNESS LIST** |
| v. | **[LOCAL RULE 16-5]** |
| YURI VANETIK, an individual, | |
| Defendant. | |
| | **TRIAL: 6/8/21**<br>**TIME: 8:30**<br>**CTRM: 6B** |

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Yuri Vanetik, defendant | Will testify concerning his work for the plaintiff and that plaintiff owes him money. Also, about the program set up for the plaintiff. Also, plaintiff | 4 hours | 2-3 hours | |

| | | | | | |
|---|---|---|---|---|---|
| | | threats and refusal to cooperate when he arrived for the program. | | | |
| | Aksana Cherniavskaya | Will testify that plaintiff did not communicate and the program she partially prepared for plaintiff. Will testify re threats plaintiff made | 1.5 | .5-1 | |
| | Matt Keelen | Will testify regarding the parts of the program he put together for plaintiff.  Will testify regarding his interaction with the plaintiff. | 2 | 2 | |
| | Sayhan Agiev | Will testify that plaintiff owes defendant money. Also, the threats plaintiff made against defendant. | 1.5 | 1 | |
| | Eric Rogers | Will testify regarding the program he worked on for plaintiff and his inability to communicate with plaintiff. | 1 | 1 | |
| | | | | | |

DATED:  April 30, 2021

Respectfully submitted,
HAMILTON LAW OFFICES

/s/John M. Hamilton
John M. Hamilton
Attorneys for Defendant Yuri Vanetik