JOSEPH R. ASHBY (SBN 248579)
joseph@ashbylawfirm.com
ASHBY LAW FIRM P.C.
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (213) 232-3810
Facsimile: (213) 429-0976

WILLIAM T. O'BRIEN (*admitted pro hac vice*)
williamobrien@eversheds-sutherland.us
JOHN W. LOMAS, JR. (*admitted pro hac vice*)
johnlomas@eversheds-sutherland.us
EVERSHEDS SUTHERLAND (US) LLP
700 6th St NW
Washington, DC 20001
Telephone: (202) 220-8049
Facsimile: (202) 637-3593

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAVEL FUKS, an individual,

Plaintiff,

vs.

YURI VANETIK, an individual,

Defendant.

Case No.: 8:19-cv-1212- FLA (JDEx)

**PLAINTIFF PAVEL FUKS'S WITNESS LIST**

| Witness's Name*, Title, Affiliation (If Relevant) | Summary of Testimony / Why Testimony Is Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Pavel Fuks, Plaintiff (*Resides in Ukraine, will testify by video-conference and through an interpreter*) | Will testify concerning Defendant's promise to provide a VIP package for the 2017 Presidential Inauguration in exchange for $200,000; payment of the $200,000; Defendant's failure to provide the promised VIP inauguration package; Defendant's refusal to return the money; and the damages and harm caused by Defendant's actions. | 4 hours (*given translation*) | 4 hours (*given translation*) | |
| Matt Keelen*, Founder and President of the Keelen Group | Will testify that: The Keelen Group (i) was not engaged to provide services for Defendant Vanetik or any of his clients in connection with the Presidential Inauguration in 2017, (ii) had no contract with Mr. Vanetik relating to the 2017 Inauguration, (iii) had no non-disclose agreement with Mr. Vanetik relating to the 2017 Inauguration; (iv) did not organize a program of events relating to the 2017 Inauguration; (v) had no responsibility for organizing a program of events relating to the 2017 Inauguration either for Mr. Vanetik or Mr. Fuks; (vi) purchased several tickets to one inauguration even at the request of Mr. Vanetik for which Mr. Vanetik reimbursed The Keelen Group approximately $5,000 for the cost of the tickets and use of a private driver; (vii) was neither promised nor received any form of compensation for information about inauguration events other than the reimbursement of the $5,000; (viii) held an inauguration and parade viewing party on January 20, 2017 that Mr. Vanetik | 2 hours | 1 hour | |

| | | | | |
|---|---|---|---|---|
| | and Mr. Fuks attended; (ix) did not charge Mr. Vanetik, Mr. Fuks, or anyone else who attended the event; and (x) was not compensated in any manner for Mr. Fuks's attendance at the event or anyone else's attendance at the event.<br><br>Will further testify that:<br>he (i) did not observe Mr. Fuks acting in a threatening manner or making threat to anyone, (ii) did not observer Mr. Fuks behaving bizarrely or aggressively toward anyone, (iii) has no knowledge of Mr. Vanetik's communications with Mr. Fuks regarding the 2017 Inauguration, (iv) has no knowledge of any purported approval by Mr. Fuks of any program relating to the 2017 Inauguration; (v) did not organize a program of events relating to the 2017 Inauguration for Mr. Fuks, Mr. Vanetik, or any of Mr. Vanetik's other clients; and (vi) had no responsibility to organize a program of events relating to the 2017 Inauguration for Mr. Fuks, Mr. Vanetik, or any of Mr. Vanetik's other clients | | | |

*Indicates that witness will be called only if the need arises.

DATED: April 30, 2021

ASHBY LAW FIRM P.C.
Joseph R. Ashby

EVERSHEDS SUTHERLAND LLP
William T. O'Brien
John W. Lomas, Jr.

By: ___*/s/ Joseph R. Ashby*___
Joseph R. Ashby
Attorneys for Plaintiff Pavel Fuksp