JOSEPH R. ASHBY (SBN 248579)
joseph@ashbylawfirm.com
ASHBY LAW FIRM P.C.
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (213) 232-3810
Facsimile: (213) 429-0976

WILLIAM T. O'BRIEN (*admitted pro hac vice*)
williamobrien@eversheds-sutherland.us
JOHN W. LOMAS, JR. (*admitted pro hac vice*)
johnlomas@eversheds-sutherland.us
EVERSHEDS SUTHERLAND (US) LLP
700 6th St NW
Washington, DC  20001
Telephone: (202) 220-8049
Facsimile: (202) 637-3593

Attorneys for Plaintiff

JOHN M. HAMILTON (SBN 155381)
jm_hamilton15@yahoo.com
HAMILTON LAW OFFICES
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045
Phone: (424) 419-4028
Facsimile: (424) 419-4002

Attorney for Defendant Yuri Vanetik

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS, an individual,<br><br>          Plaintiff,<br><br> vs.<br><br>YURI VANETIK, an individual,<br><br>          Defendant. | Case No.: 8:19-cv-1212- FLA (JDEx)<br><br>**JOINT PROPOSED VERDICT FORM** |

JOINT PROPOSED VERDICT FORM

46144893.1

Pursuant to the Court's Order dated March 29, 2021  (Dkt. #49), attached please find the parties' joint proposed verdict form in the above-captioned matter.

DATED: May 14, 2021          ASHBY LAW FIRM P.C.
                             Joseph R. Ashby


                             EVERSHEDS SUTHERLAND LLP
                             William T. O'Brien
                             John W. Lomas, Jr.


                             By: ___/s/ Joseph R. Ashby_____
                                    Joseph R. Ashby
                                 Attorneys for Plaintiff Pavel Fuks

DATED: May 14, 2021          HAMILTON LAW OFFICES
                             John M. Hamilton


                             By: ___/s/ (with permission)_____
                                    John M. Hamilton
                                 Attorney for Defendant Yuri Vanetik

Pursuant to L-R 5-4.3.4(a)(2)(i), I, Joseph R. Ashby, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                              /s/ Joseph R. Ashby_____
                             Joseph R. Ashby

- 1 -                                    JOINT PROPOSED VERDICT FORM

46144893.1

**VERDICT FORM**

For each claim, select one of the two options listed.

1. On Pavlo Fuks's claim for promissory estoppel:

    _____ we find in favor of Pavlo Fuks and against Yuri Vanetik.

    _____ we find in favor of Yuri Vanetik and against Pavlo Fuks.

2. On Pavlo Fuks's claim for intentional misrepresentation:

    _____ we find in favor of Pavlo Fuks and against Yuri Vanetik.

    _____ we find in favor of Yuri Vanetik and against Pavlo Fuks.

3. On Pavlo Fuks's claim for breach of contract:

    _____ we find in favor of Pavlo Fuks and against Yuri Vanetik.

    _____ we find in favor of Yuri Vanetik and against Pavlo Fuks.

4. On Pavlo Fuks's claim for conversion:

    _____ we find in favor of Pavlo Fuks and against Yuri Vanetik.

    _____ we find in favor of Yuri Vanetik and against Pavlo Fuks.

5. On Pavlo Fuks's claim for unjust enrichment:

    _____ we find in favor of Pavlo Fuks and against Yuri Vanetik.

    _____ we find in favor of Yuri Vanetik and against Pavlo Fuks.

Complete the section below only if you find in favor of Mr. Fuks on at least one of his claims.

We award Pavlo Fuks the following damages: $ _____.

Did Mr. Vanetik engage in the conduct with malice, oppression, or fraud?

    Yes _____ No _____

    If your answer to this question is yes, then answer the next question. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

What amount of punitive damages, if any, do you award Mr. Fuks?

    $_____

Signed: _____
       Presiding Juror

Dated: _____

After this verdict form has been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.