1  JOSEPH R. ASHBY (SBN 248579)
   joseph@ashbylawfirm.com
2  ASHBY LAW FIRM P.C.
   1055 West Seventh Street, 33rd Floor
3  Los Angeles, CA 90017
4  Telephone: (213) 232-3810
   Facsimile: (213) 429-0976
5
6  WILLIAM T. O'BRIEN (*admitted pro hac vice*)
   williamobrien@eversheds-sutherland.us
7  JOHN W. LOMAS, JR. (*admitted pro hac vice*)
   johnlomas@eversheds-sutherland.us
8  EVERSHEDS SUTHERLAND (US) LLP
   700 6th St NW
9  Washington, DC  20001
10 Telephone: (202) 220-8049
   Facsimile: (202) 637-3593
11
12 Attorneys for Plaintiff

13 JOHN M. HAMILTON (SBN 155381)
   jm_hamilton15@yahoo.com
14 HAMILTON LAW OFFICES
   5757 W. Century Blvd., Suite 700
15 Los Angeles, CA 90045
   Phone: (424) 419-4028
16 Facsimile: (424) 419-4002
17
   Attorney for Defendant Yuri Vanetik

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS, an individual,<br><br>        Plaintiff,<br><br> vs.<br><br>YURI VANETIK, an individual,<br><br>        Defendant. | Case No.: 8:19-cv-1212- FLA (JDEx)<br><br>**JOINT STATEMENT OF THE CASE** |

JOINT PROPOSED STATEMENT OF CASE

46145161.1

Pursuant to the Court's Order dated March 29, 2021 (Dkt. #49), attached please find the parties' joint proposed statement of case in the above-captioned matter.

DATED: May 14, 2021                ASHBY LAW FIRM P.C.
                                   Joseph R. Ashby

                                   EVERSHEDS SUTHERLAND LLP
                                   William T. O'Brien
                                   John W. Lomas, Jr.

                                   By: ___/s/ Joseph R. Ashby_____
                                        Joseph R. Ashby
                                   Attorneys for Plaintiff Pavel Fuks

DATED: May 14, 2021                HAMILTON LAW OFFICES
                                   John M. Hamilton

                                   By: ___/s/_(with permission)_____
                                        John M. Hamilton
                                   Attorney for Defendant Yuri Vanetik

Pursuant to L-R 5-4.3.4(a)(2)(i), I, Joseph R. Ashby, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                    /s/ Joseph R. Ashby_____
                                    Joseph R. Ashby

**STATEMENT OF CASE**

This case concerns claims for fraud, breach of contract, and other related claims in connection with an alleged promise to provide a VIP events package for the 2017 U.S. presidential inauguration.

The plaintiff is Pavlo Fuks, a citizen and resident of Ukraine, the second-largest country in Europe. The defendant is Yuri Vanetik, a U.S. citizen and resident of California.

Mr. Fuks alleges that Mr. Vanetik promised to provide to him a VIP events package for the 2017 U.S. presidential inauguration in Washington, D.C. in exchange for $200,000; that he paid Mr. Vanetik $200,000 for the VIP events package and flew to Washington D.C. for the inauguration; and that when he arrived in Washington, D.C., Mr. Vanetik did not deliver on the promise of a VIP events package.

Mr. Vanetik denies Mr. Fuks's allegations and claims.