JOSEPH R. ASHBY (SBN 248579)
joseph@ashbylawfirm.com
ASHBY LAW FIRM P.C.
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (213) 232-3810
Facsimile: (213) 429-0976

WILLIAM T. O'BRIEN (*admitted pro hac vice*)
williamobrien@eversheds-sutherland.us
JOHN W. LOMAS, JR. (*admitted pro hac vice*)
johnlomas@eversheds-sutherland.us
EVERSHEDS SUTHERLAND (US) LLP
700 6th St NW
Washington, DC  20001
Telephone: (202) 220-8049
Facsimile: (202) 637-3593

Attorneys for Plaintiff

JOHN M. HAMILTON (SBN 155381)
jm_hamilton15@yahoo.com
HAMILTON LAW OFFICES
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045
Phone: (424) 419-4028
Facsimile: (424) 419-4002

Attorney for Defendant Yuri Vanetik

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS, an individual,<br><br>     Plaintiff,<br><br> vs.<br><br>YURI VANETIK, an individual,<br><br>     Defendant. | Case No.: 8:19-cv-1212- FLA (JDEx)<br><br>**NOTICE OF LODGING PROPOSED FINAL PRETRIAL CONFERENCE ORDER** |

Pursuant to the Court's Order dated March 29, 2021 (Dkt. #49), attached please find the parties' proposed final pretrial order in the above-captioned matter.

DATED: May 14, 2021   ASHBY LAW FIRM P.C.
Joseph R. Ashby


EVERSHEDS SUTHERLAND LLP
William T. O'Brien
John W. Lomas, Jr.


By: ___/s/ Joseph R. Ashby___
      Joseph R. Ashby
Attorneys for Plaintiff Pavel Fuks


DATED: May 14, 2021   HAMILTON LAW OFFICES
John M. Hamilton


By: ___/s/ (with permission)___
      John M. Hamilton
Attorney for Defendant Yuri Vanetik


Pursuant to L-R 5-4.3.4(a)(2)(i), I, Joseph R. Ashby, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

 /s/ Joseph R. Ashby
Joseph R. Ashby