JOSEPH R. ASHBY (SBN 248579)
joseph@ashbylawfirm.com
ASHBY LAW FIRM P.C.
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (213) 232-3810
Facsimile: (213) 429-0976

WILLIAM T. O'BRIEN (*admitted pro hac vice*)
williamobrien@eversheds-sutherland.us
JOHN W. LOMAS, JR. (*admitted pro hac vice*)
johnlomas@eversheds-sutherland.us
EVERSHEDS SUTHERLAND (US) LLP
700 6th St NW
Washington, DC  20001
Telephone: (202) 220-8049
Facsimile: (202) 637-3593

Attorneys for Plaintiff

JOHN M. HAMILTON (SBN 155381)
jm_hamilton15@yahoo.com
HAMILTON LAW OFFICES
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045
Phone: (424) 419-4028
Facsimile: (424) 419-4002

Attorney for Defendant Yuri Vanetik

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS, an individual,<br><br>　　　　Plaintiff,<br><br> vs.<br><br>YURI VANETIK, an individual,<br><br>　　　　Defendant. | Case No.: 8:19-cv-1212- FLA (JDEx)<br><br>**JOINT WITHDRAWAL OF JURY DEMAND AND STIPULATION TO TRIAL BY COURT** |

Pursuant to Federal Rules of Civil Procedure 38(d) and 39(a)(1), each of the parties hereby withdraws his jury demand with the consent of the other, and stipulates to trial by the Court.

DATED: June 3, 2021                     ASHBY LAW FIRM P.C.
                                        Joseph R. Ashby

                                        EVERSHEDS SUTHERLAND LLP
                                        William T. O'Brien
                                        John W. Lomas, Jr.


                                        By: ___/s/ Joseph R. Ashby_____
                                                Joseph R. Ashby
                                            Attorneys for Plaintiff Pavel Fuks

DATED: June 3, 2021                     HAMILTON LAW OFFICES
                                        John M. Hamilton


                                        By: ___/s/_(with permission)_____
                                                John M. Hamilton
                                            Attorney for Defendant Yuri Vanetik

Pursuant to L-R 5-4.3.4(a)(2)(i), I, Joseph R. Ashby, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                         /s/ Joseph R. Ashby_____