# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PAVEL FUKS | 8:19−cv−01212−FLA−JDE |
| Plaintiff(s), | |
| v. | |
| YURI VANETIK | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   6/3/2021

Document Number(s):   66

Title of Document(s):   Stipulation to Waive Jury Demand and to proceed by Court Trial

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

Missing proposed order , to remove recorded Jury Demand.

Other:

As an alternative, prepare and e−file a formal Notice of Lodging, to be docketed only under its specific event: Notice of Lodging, to which the formal proposed order is submitted as Separate Attachment thereto.

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: June 3, 2021          By:  /s/ Linda Chai  Linda_Chai@cacd.uscourts.gov
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**