|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| PAVEL FUKS, | Case No. 8:19-cv-1212- FLA (JDEx) |
|---|---|
| Plaintiff/s, | **FIRST AMENDED JOINT EXHIBIT LIST** |
| v. | |
| YURI VANETIK, | |
| Defendant/s. | |

| Ex. # | Description | Witness Establishing Foundation | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | Text file containing messages exchanged between Plaintiff and Defendant from March 18, 2016 through May 10, 2017 with translation. | Defendant objects to foundation.<br><br>Plaintiff Pavlo Fuks will intends to establish foundation. | | |
| 2 | Email from Yuri Vanetik sent November 21, 2016 with attached invoice from Odyssey Management, LLC | Foundation Stipulated | | |

45958035.1

| | | | | |
|---|---|---|---|---|
| 3 | November 22, 2016 SWIFT receipt for payment of $200,000 to Odyssey Management, LLC | Foundation Stipulated | | |
| 4 | Defendant Yuri Vanetik's Response to Special Interrogatories, dated November 20, 2019. | Foundation Stipulated | | |
| 5 | Email from Yuri Vanetik to Matthew Keelen dated January 13, 2017 with Subject "3 vip for black tie and boots" | Foundation Stipulated | | |
| 6 | Email from Yuri Vanetik to Matthew Keelen dated January 12, 2017 with Subject "Fwd: TSS Black Tie & Boots" | Foundation Stipulated | | |
| 7 | Email from Matt Keelen to Yuri Vanetik dated January 28, 2017 with Subject "Re: Going to need some $ from you for last week." | Foundation Stipulated | | |
| 8 | Email from Matt Keelen dated January 13, 2017 with attachment. | Foundation Stipulated | | |
| 9 | Inaugural Events: Vip program with no date attached. | Plaintiff objects to foundation. Defendant Yuri Vanetik intends to establish foundation. | | |
| 10 | Odyssey-Pavlo Fuks Confidential Consulting agreement dated September 21, 2016. | Plaintiff objects to foundation. Defendant Yuri Vanetik intends to establish foundation. | | |
| 11 | Plaintiff's Objections and Responses to defendant's first set of request for | Foundation Stipulated | | |

45958035.1

| | | | | |
|---|---|---|---|---|
| | | admissions dated January 13, 2020. | | |
| | 12 | Plaintiff's Objections and Responses to defendant's first set of special interrogatories dated January 13, 2020 | Foundation Stipulated | |
| | 13 | Text files between Plaintiff and Defendant from March 20, 2016 through March 29, 2016 with translations | Plaintiff objects to foundation. Defendant Yuri Vanetik intends to establish foundation. | |
| | 14 | Text message from defendant to plaintiff dated January 9, 2017 | Plaintiff objects to foundation. Defendant Yuri Vanetik intends to establish foundation. | |

45958035.1