# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | SA CV19-01212-FLA (JDEx) |
| Title: | Pavel Fuks v. Yuri Vanetik |
| Date | September 22, 2021 |

Present: The Honorable **FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE**

| Twyla Freeman | Anne Keilwasser |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John W. Lomas, Jr. | John M. Hamilton |
| Joseph R. Ashby | |

__Second__ Day Court Trial       ____ Day Jury Trial

☐ One day trial:  ☐ Begun (1st day);  ☐ Held & Continued;  ☐ Completed by jury verdict/submitted to court.

☐ The Jury is impaneled and sworn.
☐ Opening statements made by
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
✓ Plaintiff(s) rest.   ☐ Defendant(s) rest.
☐ Closing arguments made by ☐ plaintiff(s) ☐ defendant(s).   ☐ Court instructs jury.
☐ Bailiff(s) sworn.   ☐ Jury retires to deliberate.   ☐ Jury resumes deliberations.
☐ Jury Verdict in favor of ☐ plaintiff(s) ☐ defendant(s) is read and filed.
☐ Jury polled.   ☐ Polling waived.
☐ Filed Witness & Exhibit Lists   ☐ Filed jury notes.   ☐ Filed jury instructions.
☐ Judgment by Court for ☐ plaintiff(s) ☐ defendant(s).
☐ Findings, Conclusions of Law & Judgment to be prepared by ☐ plaintiff(s) ☐ defendant(s).
☐ Case submitted.   Briefs to be filed by
☐ Motion to dismiss by ____ is ☐ granted. ☐ denied. ☐ submitted.
☐ Motion for mistrial by ____ is ☐ granted. ☐ denied. ☐ submitted.
☐ Motion for Judgment/Directed Verdict by ____ is ☐ granted. ☐ denied. ☐ submitted.
☐ Settlement reached and placed on the record.
☐ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
☐ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
☐ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to September 23, 2021, at 8:00 a.m. for further trial/further jury deliberation.
☐ Other: Certified Russian Interpreter Leonid Vishmid is present.

04 : 24

Initials of Deputy Clerk  TF

cc: