FILED
CLERK, U.S. DISTRICT COURT

SEP 23 2021

CENTRAL DISTRICT OF CALIFORNIA
BY TF DEPUTY

## LIST OF EXHIBITS AND WITNESSES

| Case Number | SA CV19-01212-FLA (JDEx) | Title | PAVEL FUKS v. YURI VANETIK |
|---|---|---|---|
| Judge | FERNANDO L. AENLLE-ROCHA | | |
| Dates of Trial or Hearing | 9/21/21, 9/22/21, 9/23/21. | | |
| Court Reporters or Tape No. | ANNE KIELWASSER | | |
| Deputy Clerks | V.R. VALLERY/TWYLA FREEMAN | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| JOHN W. LOMAS, JR. | JOHN M. HAMILTON |
| JOSEPH R. ASHBY | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | Pavel Fuks - 9/21; 9/22; 9/23; | Plaintiff |
| | | | | | | Yuri Vanetik - 9/22; | Defense |
| 22 | 9/22/21 | 9/22/21 | | | | Vanetik FARA Registration | Plaintiff |
| 20 | 9/22/21 | 9/22/21 | | | | Inaugural Committee Underwriter Benefits | Plaintiff |
| 21 | 9/22/21 | 9/22/21 | | | | Opinion of California Court of Appeal / Division 3 | Plaintiff |
| | | | | | | Eric Rogers - 9/22; | Defense |
| | | | | | | Khuseyn Agaev - 9/23; | Defense |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS,<br><br>             Plaintiff/s,<br><br>     v.<br><br>YURI VANETIK,<br><br>             Defendant/s. | Case No. 8:19-cv-1212- FLA (JDEx)<br><br>**FIRST AMENDED JOINT EXHIBIT LIST** |

| Ex. # | Description | Witness Establishing Foundation | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | Text file containing messages exchanged between Plaintiff and Defendant from March 18, 2016 through May 10, 2017 with translation. | Defendant objects to foundation.<br><br>Plaintiff Pavlo Fuks will intends to establish foundation. | 9/21/21 | 9/21/21 |
| 2 | Email from Yuri Vanetik sent November 21, 2016 with attached invoice from Odyssey Management, LLC | Foundation Stipulated | 9/21/21 | 9/21/21 |

-1-

45958035.1

| | | | | | |
|---|---|---|---|---|---|
| | 3 | November 22, 2016 SWIFT receipt for payment of $200,000 to Odyssey Management, LLC | Foundation Stipulated | 9/21/21 | 9/21/21 |
| | 4 | Defendant Yuri Vanetik's Response to Special Interrogatories, dated November 20, 2019. | Foundation Stipulated | 9/22/21 | 9/22/21 |
| | 5 | Email from Yuri Vanetik to Matthew Keelen dated January 13, 2017 with Subject "3 vip for black tie and boots" | Foundation Stipulated | 9/22/21 | 9/22/21 |
| | 6 | Email from Yuri Vanetik to Matthew Keelen dated January 12, 2017 with Subject "Fwd: TSS Black Tie & Boots" | Foundation Stipulated | 9/22/21 | 9/22/21 |
| | 7 | Email from Matt Keelen to Yuri Vanetik dated January 28, 2017 with Subject "Re: Going to need some $ from you for last week." | Foundation Stipulated | 9/22/21 | |
| | 8 | Email from Matt Keelen dated January 13, 2017 with attachment. | Foundation Stipulated | 9/22/21 | 9/22/21 |
| | 9 | Inaugural Events: Vip program with no date attached. | Plaintiff objects to foundation.<br><br>Defendant Yuri Vanetik intends to establish foundation. | 9/22/21 | 9/22/21 |
| | 10 | Odyssey-Pavlo Fuks Confidential Consulting agreement dated September 21, 2016. | Plaintiff objects to foundation.<br><br>Defendant Yuri Vanetik intends to establish foundation. | 9/21/21 | 9/22/21 |
| | 11 | Plaintiff's Objections and Responses to defendant's first set of request for | Foundation Stipulated | | |

-2-

| | | | | |
|---|---|---|---|---|
| | | admissions dated January 13, 2020. | | | |
| 12 | Plaintiff's Objections and Responses to defendant's first set of special interrogatories dated January 13, 2020 | Foundation Stipulated | | |
| 13 | Text files between Plaintiff and Defendant from March 20, 2016 through March 29, 2016 with translations | Plaintiff objects to foundation.<br><br>Defendant Yuri Vanetik intends to establish foundation. | 9/21/21 | 9/22/21 |
| 14 | Text message from defendant to plaintiff dated January 9, 2017 | Plaintiff objects to foundation.<br><br>Defendant Yuri Vanetik intends to establish foundation. | | |

-3-

45958035.1