1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3                                 ---

4          HONORABLE **FERNANDO L. AENLLE-ROCHA,** JUDGE PRESIDING

5                                 ---

6

7

8      **PAVEL FUKS,**                        )
                                              )
9                                             )
                                              )
10                        Plaintiff,          )
                                              ) CV NO. 19-1212
11              VS                            )
                                              )
12     **YURI VANETIK,**                       )
                                              )
13                                            )
                          Defendant.          )
14     _____)

15

16                Reporter's Transcript of Proceedings
                        **COURT TRIAL - DAY TWO**
17                     Los Angeles, California
                   **WEDNESDAY, SEPTEMBER 22, 2021**
18                          8:00 A.M.

19

20

21

22

23

                     ANNE KIELWASSER, CRR, RPR, CSR
24               Federal Official Court Reporter
                 **UNITED STATES DISTRICT COURT**
25               **CENTRAL DISTRICT OF CALIFORNIA**
                     anne.kielwasser@gmail.com

```
 1                    A P P E A R A N C E S

 2

 3     ON BEHALF OF THE PLAINTIFF:

 4

 5     JOHN W. LOMAS, JR.
       JOSEPH R. ASHBY
       Eversheds Sutherland US LLP
 6     700 Sixth Street NW
       Suite 700
 7     Washington, document 20001
       TEL: 202-220-8049
 8     Fax: 202-637-3593
       E-mail: Johnlomas@eversheds-sutherland.com
 9

10

11

12     ON BEHALF OF THE DEFENDANT:
13
       John M Hamilton
14     John M Hamilton Law Offices
       5757 West Century Boulevard
15     Suite 700
       Los Angeles, CA 90045
16     TEL:  424-419-4028
       E-mail: J.m.hamilton@earthlink.net
17

18

19

20

21

22

23

24

25
```

1                              <u>INDEX</u>

2     <u>PLAINTIFF:</u>                                                    <u>PAGE:</u>

3     WITNESS **PAVEL FUKS,** PREVIOUSLY SWORN               5
      CROSS-EXAMINATION (RESUMED) BY MR. HAMILTON           4
4     REDIRECT EXAMINATION BY MR. LOMAS                    17
      DEFENDANT, **YURI VANETIK,** SWORN                   32
5     DIRECT EXAMINATION BY MR. HAMILTON                   32
      CROSS-EXAMINATION BY MR. LOMAS                       85
6     REDIRECT EXAMINATION BY MR. HAMILTON                133
      RECROSS-EXAMINATION BY MR. LOMAS                    141
7     WITNESS, **ERIC ROGERS,** SWORN                     145
      DIRECT EXAMINATION BY MR. HAMILTON                  145
8     CROSS-EXAMINATION BY MR. LOMAS                      151

9                              * * * * *

10                            **EXHIBITS**

11    Exhibit No. 10 received in evidence                  52
      Exhibit No. 5 received in evidence                   64
12    Exhibit No. 6 received in evidence                   65
      Exhibit No. 9 received in evidence                   83
13    Exhibit No. 13 received in evidence                  85
      Exhibit No.  20 marked for identification           113
14
      Exhibit No. 20 received in evidence                 132
15    Exhibit No. 22 received in evidence                 132
      Exhibit No. 21 received in evidence                 132
16    Exhibit No. 8 received in evidence                  132
      Exhibit No. 4 received in evidence                  132

17                             * * * * * *

18

19

20

21

22

23

24

25

```
         1   WEDNESDAY, SEPTEMBER 22, 2021                    8:00 A.M.

         2                        ~ ~ ~

         3                  COURT TRIAL - DAY TWO

13:37:48 4                        ~ ~ ~

08:10:54 5        COURT CLERK:  Calling SA CV 19-1212.  Pavel Fuks

08:11:05 6   versus Yuri Vanetik.

08:11:07 7             Counsel, please state your appearances for

08:11:13 8   the record.

08:11:13 9        MR. LOMAS:  Good morning, Your Honor.  John Lomas,

08:11:17 10  and Joseph Ashby on behalf of plaintiff.

08:11:19 11       MR. HAMILTON:  Good morning, Your Honor.  John

08:11:23 12  Hamilton on behalf of Yuri Vanetik.

08:11:27 13        THE COURT:  Good morning, everyone.

08:11:27 14             I appreciate the flexibility with respect to

08:11:27 15  the schedules.  We're ready to resume the trial.  Parties and

08:11:31 16  counsel are present.

08:11:32 17             I see Mr. Fuks is essentially back on the

08:11:37 18  witness stand via remote technology.  The interpreter is

08:11:39 19  here.  So, we're ready to continue, and we can resume with

08:11:43 20  cross-examination.

08:11:47 21             Mr. Hamilton.

08:11:50 22        MR. HAMILTON:  Yes, Your Honor, thank you.

08:11:53 23        WITNESS, PAVEL FUKS, PREVIOUSLY SWORN

08:11:53 24              CROSS-EXAMINATION (RESUMED)

08:11:53 25  BY MR. HAMILTON:
```

08:11:57  1    Q.    Good evening, Mr. Fuks, and thank you again for

08:12:01  2    appearing or staying up late to provide testimony for us

08:12:05  3    today.

08:12:15  4    A.    Good evening.  Of course.

08:12:18  5    Q.    Yesterday I was showing you Exhibit 13, and I'm going

08:12:21  6    to push that back up on the screen for you now.

08:12:35  7              Do you see where Mr. Vanetik is talking about

08:12:41  8    an engagement contract in that text message?

08:12:52  9    A.    What is "engagement" exactly?

08:13:06  10   Q.    Do you remember speaking on March 20, 2016 with Mr.

08:13:12  11   Vanetik regarding any kind of contract?

08:13:23  12             **THE INTERPRETER:**  I'm sorry, what was the date

08:13:25  13   again?

08:13:25  14             **MR. HAMILTON:**  March 20, 2016.

08:13:37  15             **THE PLAINTIFF:**  No, I was only talking about

08:13:43  16   e-mails, and I was supposed to connect him with Gennady's

08:13:49  17   assistant, Olga.

08:13:51  18   BY **MR. HAMILTON:**

08:13:51  19   Q.    And why were you supposed to connect him with

08:13:56  20   Gennady's assistant, Olga?

08:14:00  21   A.    Because Gennady Kernes, being the mayor, he had no

08:14:20  22   time for it, and so I connected him with Olga, and they

08:14:25  23   confirmed that they had received the e-mail.

08:14:27  24   Q.    And do you have any understanding what Mr. Vanetik and

08:14:31  25   Olga were supposed to discuss?

| | | |
|---|---|---|
| 08:14:41 | 1 | A.      No. |
| 08:14:44 | 2 | Q.      Did you meet with Mr. Vanetik in Rome at some time? |
| 08:14:58 | 3 | A.      I believe that I did.  Although I do not recall |
| 08:15:06 | 4 | accurately, but possibly I did. |
| 08:15:10 | 5 | Q.      Do you have any remembrance what the purpose of -- for |
| 08:15:15 | 6 | meeting Mr. Vanetik in Rome? |
| 08:15:29 | 7 | A.      We simply spoke, exchanged information.  Nothing very |
| 08:15:35 | 8 | important.  He happened to have some time before he flew out, |
| 08:15:40 | 9 | and so did I.  So we met and spoke. |
| 08:15:44 | 10 | Q.      Isn't it accurate that you met Mr. Vanetik in Rome to |
| 08:15:47 | 11 | discuss the contract, which is referenced in Exhibit 13 |
| 08:15:52 | 12 | that's on your screen? |
| 08:15:58 | 13 | A.      No, I have never discussed any contract with Mr. |
| 08:16:15 | 14 | Vanetik other than purchase of tickets. |
| 08:16:18 | 15 | Q.      Did you discuss any other business with Mr. Vanetik |
| 08:16:22 | 16 | when you met him in Rome? |
| 08:16:26 | 17 | A.      No. |
| 08:16:33 | 18 | Q.      Was attending the 2017 presidential inaugural |
| 08:16:45 | 19 | important to you? |
| 08:16:55 | 20 | A.      Well, I wanted, of course, to see it, being such an |
| 08:17:02 | 21 | important event. |
| 08:17:03 | 22 | Q.      When did you first speak with Mr. Vanetik regarding |
| 08:17:08 | 23 | the 2017 inauguration? |
| 08:17:12 | 24 | A.      I do not recall exactly when. |
| 08:17:22 | 25 | Q.      Do you know what you first discussed with Mr. Vanetik |

08:17:27  1  regarding the 2017 inauguration?

08:17:31  2  A.     No.

08:17:42  3  Q.     You would agree with me there is no written agreement

08:17:45  4  between you and Mr. Vanetik regarding your attendance at the

08:17:51  5  2017 inauguration; is that correct?

08:18:17  6  A.     No.  The reason there is some -- only our

08:18:20  7  correspondence on WhatsApp and also the fact that I

08:18:24  8  transferred the money and that we have discussed what the

08:18:28  9  money was for.

08:18:48  10              And I want to once again reiterate that Mr.

08:18:52  11  Vanetik told me, that the funds had to be transferred for

08:18:56  12  some type of a service because the tickets to the inaugural

08:19:02  13  events actually are not sold but Mr. Vanetik's friends,

08:19:06  14  various congressmen, et cetera, would give them to him.  And

08:19:10  15  that's it.

08:19:11  16  Q.     Isn't it accurate that you did not pay Mr. Vanetik

08:19:16  17  personally for anything related to the inauguration?

08:19:21  18  A.     Payment was made by a company belonging to me.  I, as

08:19:46  19  the physical person, did not make the payment, but it was

08:19:50  20  made by my company.

08:19:51  21  Q.     And isn't it accurate that Mr. Vanetik never promised

08:19:56  22  you that you'd meet Donald Trump at the 2017 inauguration?

08:20:16  23  A.     No, not meeting as such but taking -- having a picture

08:20:38  24  taken was discussed for which Mr. Vanetik requested an

08:20:43  25  additional $350,000, and I said no, it's not necessary, he'll

| | | |
|---|---|---|
| 08:20:48 | 1 | be there at the inauguration, and that will be good enough. |
| 08:20:55 | 2 | Q.    And isn't it also accurate that Mr. Vanetik advised |
| 08:21:00 | 3 | you that you cannot attend certain inaugural events because |
| 08:21:06 | 4 | you're a foreigner? |
| 08:21:22 | 5 | A.    No.  I do not recall such a thing. |
| 08:21:31 | 6 | Q.    I'm going to have you look at Exhibit 9 now. |
| 08:21:51 | 7 | A.    I don't see anything.  Now I do. |
| 08:22:17 | 8 | Q.    Mr. Fuks, can you read what's on your screen? |
| 08:22:24 | 9 | A.    Maybe ask the interpreter. |
| 08:22:32 | 10 | Q.    Okay.  Did -- |
| 08:22:36 | 11 |         Have you ever seen this document before, Mr. |
| 08:22:43 | 12 | Fuks? |
| 08:22:43 | 13 | A.    I do not recall. |
| 08:22:45 | 14 | Q.    Did Mr. Vanetik ever send you any kind of program of |
| 08:22:53 | 15 | the events you were scheduled to attend? |
| 08:22:57 | 16 | A.    I do not believe so. |
| 08:23:09 | 17 | Q.    And looking at Exhibit 9, isn't it accurate that Mr. |
| 08:23:14 | 18 | Vanetik e-mailed this to you? |
| 08:23:30 | 19 | A.    I do not recall.  I would have to see the specific |
| 08:24:06 | 20 | e-mail, but I was only interested in the events on the 19th. |
| 08:24:12 | 21 | These other things were extras that Mr. Vanetik had offered, |
| 08:24:16 | 22 | and I was not interested in them. |
| 08:24:19 | 23 | Q.    Did you ever tell Mr. Vanetik you were not interested |
| 08:24:23 | 24 | in them? |
| 08:24:26 | 25 | A.    Of course. |

08:24:32  1   Q.    Okay, and what was your --

08:24:38  2   A.    He had asked me to come earlier, but I had told him

08:24:44  3   that I can't, and I would only be there on the 19th.  And

08:24:55  4   those events that I actually was interested in were all on

08:25:00  5   the 19th, the 20th, the 21st and the 22nd.

08:25:05  6   Q.    And can you describe to us what events you were

08:25:08  7   interested in during those dates?

08:25:26  8   A.    Well, we have --

08:25:34  9         Well, the reason our correspondence, wherein

08:25:39  10  all of those things are mentioned, but the first thing that

08:25:42  11  was discussed was the cabinet ball concerning which Mr.

08:25:47  12  Vanetik said that we got screwed.

08:25:50  13  Q.    Anything else?

08:25:52  14  A.    Well, then there was the red carpet event, the

08:26:15  15  inauguration, itself, the fireworks and the --

08:26:22  16        There is our correspondence, and I already

08:26:25  17  testified to this.

08:26:27  18  Q.    Do you remember attending an event at the Carpenters'

08:26:32  19  Union building?

08:27:16  20  A.    There was that event.  There is the event that I

08:27:35  21  mentioned before where Vanetik took us into an office

08:27:47  22  building, and then there was the event with the people from

08:27:51  23  Texas, and there was the third time of the Trump Hotel where

08:27:55  24  we simply looked at the view.  And --

08:27:58  25        But, maybe, if you could tell me specifically

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 08:28:00 | 1  | what this e-mail was, maybe I could say something.  What     |
| 08:28:07 | 2  | was -- what building was this?  Was this where the people    |
| 08:28:18 | 3  | from Texas were, or was this where we took pictures?         |
| 08:28:21 | 4  | Q.    It was the Carpenters' Union building in which you     |
| 08:28:25 | 5  | could have viewed the President's swearing in.               |
| 08:28:42 | 6  | A.    Yes, we took pictures there after the event was        |
| 08:28:53 | 7  | actually over, even the chairs that people had sat on had    |
| 08:28:58 | 8  | been removed.                                                |
| 08:29:01 | 9  | Q.    What made you unhappy with that event?                 |
| 08:29:50 | 10 | A.    I was not satisfied by the fact that this wasn't       |
| 08:29:53 | 11 | really an event.  This was the remainder of the aftermath of |
| 08:29:59 | 12 | an event.  We were walking among cleaning ladies cleaning up |
| 08:30:03 | 13 | after it.  It seemed more like a small excursion to go up on |
| 08:30:20 | 14 | a balcony and look at the Capital.                           |
| 08:30:22 | 15 | Q.    Where did you allege you actually watched President    |
| 08:30:26 | 16 | Trump's swearing-in from?                                    |
| 08:30:42 | 17 | A.    From the bar of the hotel.                             |
| 08:30:44 | 18 | Q.    Which hotel?                                           |
| 08:30:45 | 19 | A.    The one that I was living at [SIC], D.C., maybe?  No,  |
| 08:30:58 | 20 | I don't really remember where it was.                        |
| 08:31:00 | 21 | Q.    What hotel were you staying at for the inauguration?   |
| 08:31:13 | 22 | A.    I don't recall the name of it.  If it's important, I   |
| 08:31:17 | 23 | could call my assistant and find out.                        |
| 08:31:20 | 24 | Q.    Was it the Mandarin Oriental?                          |
| 08:31:29 | 25 | A.    I do not recall.                                        |

08:31:36 1    Q.     Mr. Fuks, did you bring anyone with you to Washington,

08:31:40 2    D.C. for the inauguration?

08:31:51 3    A.     Yes, I came with a friend of mine.

08:31:53 4    Q.     What's his name?

08:31:59 5    A.     Vitaliy -- K-H-O-M-O --

08:32:24 6                 K-H-O-M --

08:32:35 7                 It was contained actually in my

08:32:41 8    correspondence with Mr. Vanetik so you could look it up.

08:32:45 9                 **THE COURT:**  Can we just get a spelling of the

08:32:48 10   name?

08:32:50 11                THE INTERPRETER:  K-H-O-M-U-T-E-M-M-E-K.

08:33:18 12                K-H-O-M-U-T-I-N-N-I-K.

08:33:29 13                **THE WITNESS:**  Yes.

08:33:30 14   BY **MR. HAMILTON:**

08:33:30 15   Q.     Did Mr. Khomutinnik bring anyone else with him?

08:33:43 16   A.     Yes, he had his wife with him, she also had some

08:33:48 17   business she came for apparently.

08:33:50 18   Q.     What's her name?

08:33:53 19   A.     Svitlana.

08:33:55 20   Q.     And who was Mr. Khomutinnik?

08:34:14 21   A.     Mr. Khomutinnik, he was a businessman.  He was a

08:34:18 22   people's deputy at one time, now he's a businessman.

08:34:20 23   Q.     And at the time of the inauguration, was he -- did he

08:34:24 24   play any role in the Ukrainian government?

08:34:50 25   A.     No, he was invited to the inauguration.  There was a

| | | |
|---|---|---|
| 08:34:54 | 1 | meeting at some hotel where there were other representatives |
| 08:34:57 | 2 | from the Ukraine and where they met with Mr. Trump.  But it |
| 08:35:11 | 3 | wasn't a government delegation, it was a group in which he |
| 08:35:15 | 4 | was included. |
| 08:35:16 | 5 | Q.    And was the VIP program that Mr. Vanetik was supposed |
| 08:35:25 | 6 | to create, was that also for Mr. Khomutinnik? |
| 08:35:46 | 7 | A.    Yes, I got two tickets for myself and for him.  He |
| 08:36:01 | 8 | simply invited me.  He took me there in his plane, and I said |
| 08:36:07 | 9 | I would get the invitation. |
| 08:36:10 | 10 | Q.    You flew to Washington, D.C. on Mr. Khomutinnik's |
| 08:36:16 | 11 | private plane, right? |
| 08:36:21 | 12 | A.    Yes. |
| 08:36:22 | 13 | Q.    Did Mr. Khomutinnik pay you for setting up the program |
| 08:36:27 | 14 | with Mr. Vanetik? |
| 08:36:35 | 15 | A.    Me?  No. |
| 08:36:37 | 16 | Q.    Isn't it accurate that Mr. Vanetik had to pay certain |
| 08:36:46 | 17 | third parties to set up the program for you? |
| 08:36:50 | 18 | A.    I do not know. |
| 08:37:02 | 19 | Q.    Do you know if the events that you attended cost money |
| 08:37:05 | 20 | to attend? |
| 08:37:15 | 21 | A.    What events? |
| 08:37:18 | 22 | Q.    I believe you talked about the Texas event and another |
| 08:37:22 | 23 | event where you claim people -- the maids were cleaning up |
| 08:37:27 | 24 | afterwards.  Those two events, do you know if they cost money |
| 08:37:32 | 25 | to attend those? |

| | | |
|---|---|---|
| 08:37:34 | 1 | A.     I do not know. |
| 08:37:48 | 2 | Q.     Isn't it accurate that you left after one day? |
| 08:37:58 | 3 | A.     I -- just a moment.  The one with the Texans, I |
| 08:38:16 | 4 | checked later, and there were -- the tickets for that were |
| 08:38:19 | 5 | being sold, and I believe it might have been either 1000 or |
| 08:38:24 | 6 | maybe 1500, but that is not precise.  I don't have an |
| 08:38:31 | 7 | accurate recollection. |
| 08:38:36 | 8 | Q.     Isn't it accurate that you left after one day in |
| 08:38:39 | 9 | Washington, D.C.? |
| 08:38:46 | 10 | A.     I don't recall the exact date. |
| 08:38:49 | 11 | Q.     Okay.  How many days did you stay in Washington, D.C.? |
| 08:38:57 | 12 | A.     I believe I stayed for two or three days because |
| 08:39:19 | 13 | throughout that time Yuri was promising that things would |
| 08:39:24 | 14 | change and that we would end up attending events, but then I |
| 08:39:30 | 15 | realized that it was all fraudulent, and I left. |
| 08:39:32 | 16 | Q.     Did you have any discussions with Mr. Vanetik during |
| 08:39:50 | 17 | that time? |
| 08:39:50 | 18 | A.     We did communicate somewhat.  There were times when he |
| 08:39:54 | 19 | was not picking up his phone.  There are other times when he |
| 08:39:58 | 20 | did pick it up.  So, we did communicate, yes. |
| 08:40:02 | 21 | Q.     Were there any events left on the program after you |
| 08:40:06 | 22 | left Washington, D.C.? |
| 08:40:23 | 23 | A.     None of the events promised by Mr. Vanetik had |
| 08:40:30 | 24 | remained. |
| 08:40:32 | 25 | Q.     When you left Washington, D.C., you took |

08:40:38  1    Mr. Khomutinnik's private plane and went skiing in Aspen; is

08:40:56  2    that correct?

08:40:56  3    A.    Yes, he offered me this trip to Aspen for a few days

08:41:06  4    although I intended to go to New York, so, I went.

08:41:10  5    Q.    How many days did you stay in Aspen?

08:41:14  6    A.    I do not recall.

08:41:19  7    Q.    More than a week?

08:41:21  8    A.    No, no.

08:41:24  9    Q.    And after Aspen, where did you go next?

08:41:31  10   A.    I don't remember.

08:41:35  11   Q.    At any other times when you had conversations with Mr.

08:41:42  12   Vanetik in Washington, D.C., did you make any threats against

08:41:45  13   him?

08:41:59  14   A.    I don't remember.  I could have said some things when

08:42:13  15   I was simply angry, but no such thing as a threat.

08:42:18  16   Q.    You didn't tell Mr. Vanetik that you would have him

08:42:21  17   killed, during a discussion in Washington, D.C.?

08:42:34  18   A.    I have never said such things, ever.

08:42:40  19   Q.    And how did you leave it with Mr. Vanetik when you

08:42:48  20   left Washington, D.C.?

08:43:00  21   A.    Yuri apologized saying "I got screwed.  I will

08:43:15  22   straighten things out, and you will get your money back."

08:43:22  23   That's it.  Yes.  And after that I was the whole time waiting

08:43:28  24   and waiting and waiting.  And so I said to Yuri:  Please give

08:43:50  25   me the contacts of the people that you dealt with and we paid

08:43:55  1  them money to, and I will deal with them with my attorneys,

08:43:59  2  and he said, yes, great idea, I will do that, but he never

08:44:04  3  did.

08:44:07  4  Q.      Mr. Fuks do you know an individual named, first name

08:44:13  5  Sayhan Agaev?  And I'll spell it for you.  First name

08:44:15  6  S-A-Y-H-A-N, last name A-G-I-V-E [SIC].

08:44:21  7  A.      No.

08:44:26  8  Q.      Do you know anybody from Chechnya named Sayhan who's

08:44:37  9  related or had some connection to Yuri Vanetik?

08:44:48  10  A.      No.

08:45:08  11  Q.      Mr. Fuks, isn't it true that the Ukrainian government

08:45:15  12  recently issued sanctions against you, freezing all your

08:45:17  13  personal and corporate assets?

08:45:32  14  A.      They did sanction me, yes, that's true.

08:45:36  15  Q.      And isn't it also accurate that Russia has an arrest

08:45:43  16  warrant out for you?

08:45:46  17  A.      No.  The Court revoked it.

08:45:54  18  Q.      At one time there was?

08:45:56  19  A.      At a certain moment, yes.  It did exist.  There was a

08:46:45  20  moment when I was on the list in 2018 of 100 top Ukraine

08:46:51  21  businessman and politicians, and the Russian government

08:46:56  22  sanctioned all of them, and they also dug up two old criminal

08:47:02  23  cases and tried to prosecute me, but the Court demonstrated

08:47:06  24  that it was all fake.

08:47:19  25          I ended up on the same list with all the

08:47:23  1    members of the Ukrainian government with the Prime Minister,

08:47:28  2    with the internal security people, all the people in the

08:47:32  3    government.  So, for me it was actually an honor.

08:47:42  4    Q.    Were you ever denied entry into Mexico?

08:47:49  5    A.    Yes.  Because I have not obtained a visa.  I have been

08:48:15  6    told before that when they didn't need a visa, but it turned

08:48:21  7    out that one had to fill out one electronically, and I did

08:48:25  8    not do that.

08:48:26  9    Q.    Your complaint alleges that you watched the inaugural

08:48:30  10   in a lobby of a hotel, but you don't know the name of the

08:48:34  11   hotel; is that correct?

08:48:47  12   A.    I don't -- I -- I don't recall it, but I will notify

08:48:55  13   my attorney of it.  But after my testimony, I will call and

08:49:02  14   ask my assistant.  I was in Washington just one time, and

08:49:21  15   that's why I don't recall.  If you had asked me about New

08:49:25  16   York, I would certainly be able to tell you what hotels I

08:49:30  17   stayed in.

08:49:32  18            MR. HAMILTON:  Move to strike, Your Honor,

08:49:34  19   nonresponsive.

08:49:36  20            THE COURT:  Give me a moment.  Hold on, Counsel.

08:49:43  21              What is it you're moving to strike?

08:49:45  22            MR. HAMILTON:  Well, just the language about if

08:49:48  23   you asked me about visiting New York.

08:49:50  24            THE COURT:  Okay, all right.  That motion is --

08:49:52  25   the objection is sustained, and the motion to strike the one

| | |
|---|---|
| 08:49:56 | 1 |
| 08:50:15 | 2 |
| 08:50:15 | 3 |
| 08:50:26 | 4 |
| 08:50:26 | 5 |
| 08:50:31 | 6 |
| 08:50:36 | 7 |
| 08:50:51 | 8 |
| 08:50:59 | 9 |
| 08:51:09 | 10 |
| 08:51:16 | 11 |
| 08:51:18 | 12 |
| 08:51:19 | 13 |
| 08:51:45 | 14 |
| 08:51:45 | 15 |
| 08:51:49 | 16 |
| 08:51:51 | 17 |
| 08:51:54 | 18 |
| 08:51:58 | 19 |
| 08:52:10 | 20 |
| 08:52:10 | 21 |
| 08:52:17 | 22 |
| 08:52:20 | 23 |
| 08:52:24 | 24 |
| 08:52:25 | 25 |

1 sentence about New York is stricken, is granted and stricken.

2 BY **MR. HAMILTON:**

3 Q.    Mr. Fuks, have you ever heard of a business called BTA

4 Bank?

5 A.    I have heard of this bank, of course.

6 Q.    Does that bank, BTA Bank, have a fraud judgment

7 against you in the sum of €52 million.

8 A.    No, I won the Court case, and we signed mutual

9 agreement.  We did have a court case with them, but we came

10 to a mutual agreement.

11         **MR. HAMILTON:**  Your Honor, I have no further

12 questions of this witness.

13         **THE COURT:**  All right.  Redirect?

14                 REDIRECT EXAMINATION

15 BY MR. LOMAS:

16 Q.    Good evening, Mr. Fuks.

17         You mentioned watching the inauguration from

18 the bar of a hotel.  Was that the hotel that you were staying

19 at while you were in Washington, D.C.?

20 A.    Yes.

21 Q.    Counsel for the defendant asked you -- do you recall

22 he asked you about threats, and your response was you might

23 have said some things in anger to Mr. Vanetik.

24         Why would -- why would you be --

25         What were you angry about at the time?

08:52:46   1   A.    Well, after we got wet basically for nothing, we were

08:53:07   2   turned around at the first checkpoint, I'm sure I might have

08:53:11   3   said something like:  *Yuri, what an asshole you are, you*

08:53:15   4   *really screwed us.*  Or something like that.

08:53:19   5   Q.    When you said you got wet, was that --

08:53:21   6                    Why did you get wet?

08:53:27   7   A.    It was raining.

08:53:29   8   Q.    And you were -- why were you out in the rain?

08:53:48   9   A.    Because Yuri had told us to go on foot.  He said the

08:53:52   10  congressmen's car is busy right now, you might have to wait

08:53:57   11  too long.

08:53:57   12  Q.    Were you supposed to get a ride that day to the

08:54:00   13  inauguration event?

08:54:21   14  A.    Yes, a car was supposed to pick us up.  I don't recall

08:54:25   15  exactly whether it was 8:00 or 9:00 a.m., they were supposed

08:54:28   16  to take us there, and we would remain there with others until

08:54:31   17  the inauguration.

08:54:32   18  Q.    And was it Mr. Vanetik who was supposed to arrange for

08:54:37   19  the car to pick you up and take you?

08:54:40   20  A.    Yes, of course.

08:54:44   21  Q.    Prior to paying Mr. Vanetik the $200,000 for the

08:54:53   22  inauguration event tickets, did Mr. Vanetik ever tell you

08:54:56   23  that you would not be able to attend any of the events,

08:54:59   24  particular events?

08:55:15   25  A.    No.

08:55:15  1    Q.    Prior to you leaving for Washington, D.C. to attend
08:55:19  2    the inauguration, did Mr. Vanetik ever tell you that you
08:55:23  3    would not be able to go to any of the events that you had
08:55:27  4    purchased tickets to?
08:55:44  5    A.    No.
08:55:45  6    Q.    And prior to leaving for Washington, D.C. to attend
08:55:48  7    the inauguration, did Mr. Vanetik ever tell you that you
08:55:51  8    would not be able to attend any particular event?
08:55:55  9    A.    No.
08:56:06  10   Q.    When you were first discussing inauguration events and
08:56:14  11   tickets with Mr. Vanetik, did you rely on the information
08:56:18  12   that Mr. Vanetik told you?
08:56:20  13   A.    Well, he -- because he had told us that he was friends
08:57:05  14   with the Bush family, that he knew various senators.  He sent
08:57:09  15   us lots and lots of photographs.  So we understood later
08:57:12  16   these were just photos at various inauguration events that
08:57:18  17   anyone could have taken.
08:57:19  18   Q.    So, based on what he told you about his relationship
08:57:24  19   with the Bush family and these photographs, did you
08:57:27  20   understand Mr. Fuks [SIC] to have knowledge about
08:57:31  21   inauguration events and tickets?
08:57:35  22         **THE COURT:**  You said "Mr. Fuks."
08:57:38  23         **MR. LOMAS:**  I'm sorry, strike that.  I'll reask
08:57:41  24   the question.
08:57:42  25   BY MR. LOMAS:

08:57:43  1    Q.    Based on this information that you were just

08:57:45  2    describing about the relationship between Mr. Vanetik and the

08:57:49  3    Bush family and these photographs of Mr. Vanetik, did you

08:57:52  4    understand or believe Mr. Vanetik had knowledge about

08:57:58  5    inauguration events and tickets?

08:58:02  6    A.    Yes, that's exactly right.

08:58:27  7    Q.    And then did you rely on the information that Mr.

08:58:32  8    Vanetik provided you when you decided to buy the inauguration

08:58:36  9    event tickets?

08:58:48  10   A.    Yes.

08:58:48  11   Q.    Were you relying on Mr. Vanetik to provide you further

08:58:53  12   details and information about this schedule?

08:59:06  13   A.    Yes.

08:59:06  14   Q.    Were you relying on Mr. Vanetik to provide -- excuse

08:59:11  15   me -- strike that.

08:59:13  16         Were you relying on Mr. Vanetik to provide

08:59:15  17   you information about where to go and when for these events?

08:59:32  18   A.    Of course.  That was his responsibility.  For this he

08:59:40  19   charged the money.

08:59:46  20   Q.    We talked before about the $200,000 payment.  The

08:59:51  21   $200,000 that was wired from a BEM Global account to an

08:59:56  22   Odyssey Management account, was that payment made on behalf

08:59:59  23   of you?

09:00:14  24         THE INTERPRETER:  I'm sorry, what was the question

09:00:16  25   again?

BY MR. LOMAS:

Q.     Was the payment that was wired from a BEM account to an Odyssey Management account made on behalf of you?

A.     Of course.

Q.     And was that payment being made to Mr. Vanetik?

A.     Yes, Mr. Vanetik offered this company that this was to whom to pay the money.

Q.     Mr. Fuks, did you arrive in Washington, D.C. the day before the Trump inauguration?

A.     Yes, we came, I believe, on the 19th, probably during the daytime, because in the evening we was supposed to be at that cabinet ball or whatever it was called.

Q.     And was that the same day that you attended the Texas Boots event?

A.     I believe so.  He shoved some tickets at us and said, yes, go there.

            (Discussion off the record.)

            **MR. LOMAS:**  Excuse me one moment.

BY MR. LOMAS:

Q.     Okay, Mr. Fuks, do you see what's been marked as Exhibit 9 on the screen?

A.     Yes.

Q.     Okay.  This is --

                Well, actually -- strike that.

                All right, Mr. Fuks, do you see now --

| | | |
|---|---|---|
| 09:03:03 | 1 | I flipped to the second page of this |
| 09:03:05 | 2 | document.  Do you see this section here concerning inaugural |
| 09:03:11 | 3 | concert and fireworks? |
| 09:03:24 | 4 | A.    Yes. |
| 09:03:24 | 5 | Q.    And below here this says:  "Ticket required for |
| 09:03:28 | 6 | special viewing areas."  Were you given any tickets to these |
| 09:03:33 | 7 | special viewing areas for this inaugural concert and |
| 09:03:36 | 8 | fireworks? |
| 09:03:39 | 9 | A.    No. |
| 09:03:48 | 10 | Q.    This next entry here, Thursday, January 19, 5:00 p.m. |
| 09:03:56 | 11 | to 8:00 p.m. Red White and Western 58th Inaugural Reception |
| 09:04:02 | 12 | and Celebration, were you provided any tickets to this event? |
| 09:04:22 | 13 | A.    No. |
| 09:04:23 | 14 | Q.    This next event here, Montana Celebration, Cocktail |
| 09:04:30 | 15 | Reception, the Lofts, were you provided any tickets or access |
| 09:04:35 | 16 | to this event? |
| 09:04:52 | 17 | A.    No. |
| 09:04:53 | 18 | Q.    The next one, Presidential Inaugural Ball at the |
| 09:04:59 | 19 | Gaylord National Resort & Convention Center, a red carpet |
| 09:05:04 | 20 | event, were you provided any ticket for this event? |
| 09:05:19 | 21 | A.    No. |
| 09:05:19 | 22 | Q.    And the next event here on this document, Parade VIP |
| 09:05:26 | 23 | Tickets, were you provided any tickets for this event?  Were |
| 09:05:31 | 24 | you provided Parade VIP tickets? |
| 09:05:38 | 25 | A.    No. |

09:05:39  1    Q.    Presidential Swearing-In is the next event listed

09:05:47  2    here, and at the end of this description it says:  "Tickets

09:05:51  3    will determine your location."

09:05:52  4                        Were you provided any tickets to the

09:05:55  5    Presidential Swearing-In?

09:06:07  6    A.    No.

09:06:07  7    Q.    Going down there, there is an event, Friday, January

09:06:19  8    20, 8:00 p.m. to 11:00 p.m., inaugural celebrate -- Official

09:06:27  9    Inaugural Ball.  Do you see this?

09:06:34  10   A.    Yes.

09:06:34  11   Q.    The last sentence here says:  Inaugural Ball, VIP

09:06:40  12   Access.  Were you provided any inaugural ball VIP access?

09:06:51  13   A.    No.

09:06:51  14   Q.    Were you provided any tickets or access to the

09:06:55  15   inaugural ball at all?

09:06:58  16   A.    No.

09:07:01  17   Q.    These last two items on this -- for Saturday, January

09:07:08  18   21st, were you provided any tickets to either of these

09:07:12  19   events?

09:07:14  20   A.    No.

09:07:20  21   Q.    Mr. Fuks, you were asked about the -- a sanction in

09:07:37  22   Ukraine.  Could you explain the circumstances concerning

09:07:41  23   that?

09:07:44  24              **THE INTERPRETER:**  Pardon me.  What in the Ukraine?

09:07:49  25              **MR. LOMAS:**  The sanctions.

| | | |
|---|---|---|
| 09:07:54 | 1 | **THE WITNESS:**  Well, the ones -- the Russian ones I |
| 09:08:02 | 2 | explained, correct. |
| 09:08:04 | 3 | BY MR. LOMAS: |
| 09:08:04 | 4 | Q.    Correct.  So, I'm asking about the one that you |
| 09:08:06 | 5 | mentioned.  He asked you about a Ukrainian -- |
| 09:08:10 | 6 | A.    No, I don't actually know what this was for.  I have |
| 09:08:23 | 7 | applied to the Ukrainian Supreme Court, and I'm waiting for a |
| 09:08:29 | 8 | response. |
| 09:08:29 | 9 | Q.    So, you've been -- to date have you been begin any |
| 09:08:32 | 10 | indication what the issue was? |
| 09:08:43 | 11 | A.    No. |
| 09:08:43 | 12 | Q.    And did you have an agreement with Mr. Vanetik for VIP |
| 09:08:57 | 13 | inauguration access? |
| 09:09:10 | 14 | I'm going to strike that question. |
| 09:09:11 | 15 | Mr. Fuks, did you have an agreement with Mr. |
| 09:09:16 | 16 | Vanetik to purchase a VIP inauguration ticket package. |
| 09:09:32 | 17 | **THE COURT:**  Didn't we cover this on direct? |
| 09:09:34 | 18 | **MR. LOMAS:**  We did, but there was a question on |
| 09:09:36 | 19 | cross that was -- |
| 09:09:38 | 20 | **THE COURT:**  All right, go ahead. |
| 09:09:41 | 21 | **MR. LOMAS:**  So I was just trying to -- yeah. |
| 09:09:43 | 22 | You can answer. |
| 09:09:48 | 23 | **THE PLAINTIFF:**  Yes, that did take place. |
| 09:09:49 | 24 | BY MR. LOMAS: |
| 09:09:49 | 25 | Q.    And so, did you have any other agreements with Mr. |

09:10:00  1   Vanetik?

09:10:00  2   A.     No.

09:10:19  3        **MR. LOMAS:**  Okay, I have no further questions.

09:10:22  4   Thank you.

09:10:22  5        **THE COURT:**  Recross?

09:10:24  6        **MR. HAMILTON:**  No further questions, Your Honor.

09:10:26  7        **THE COURT:**  All right, I may have a question or

09:10:27  8   two, and let me direct this to counsel.

09:10:30  9             What's the scope of damages that plaintiff

09:10:34  10  will be seeking?

09:10:36  11        **MR. LOMAS:**  The recovery of the $200,000.  We did

09:10:41  12  make a request for the travel costs which he estimated at

09:10:47  13  $20,000, but really the focus is $200,000.

09:10:52  14        **THE COURT:**  So, will you be asking for the cost

09:10:55  15  associated with travel?

09:10:56  16        **MR. LOMAS:**  The hotel cost that he described is

09:10:58  17  approximately $20,000, but we've asked for it and we'll --

09:11:02  18             We didn't ask for it, but -- yes.  But not

09:11:04  19  the airline cost of course because that was not something

09:11:07  20  that he incurred.

09:11:09  21        **THE COURT:**  Okay, all right.  So, let me ask Mr.

09:11:11  22  Fuks a couple of questions.

09:11:12  23             Mr. Fuks, with respect to the hotel, how many

09:11:16  24  nights did you spend in Washington, D.C. at a hotel?

09:11:20  25        **THE PLAINTIFF:**  I believe it was three.

09:11:28  1          THE COURT:  And why did it cost $20,000 to stay at

09:11:37  2  a hotel for three nights?

09:11:50  3          THE PLAINTIFF:  It's an approximate amount.  I had

09:11:55  4  two suites and the only suites remaining were very expensive

09:12:05  5  ones because there weren't any others available.  One can

09:12:10  6  check whether it was one or two.

09:12:12  7          THE COURT:  And did you leave the hotel with an

09:12:16  8  invoice?

09:12:24  9          THE PLAINTIFF:  Yes, I think so.  I don't remember

09:12:33 10  exactly, but if it's necessary, I will find it and I will

09:12:38 11  forward it to my attorney today or tomorrow.

09:12:43 12          THE COURT:  Mr. Fuks --

09:12:47 13          THE PLAINTIFF:  It's also possible that the

09:12:57 14  $20,000 would be the total, including amounts I spent on --

09:13:02 15  for transportation and restaurants and things like that.

09:13:11 16          THE COURT:  And did you keep records of all of

09:13:13 17  those expenses?

09:13:23 18          THE PLAINTIFF:  Record?  What type of record?

09:13:27 19          THE COURT:  When you go to a restaurant, you get a

09:13:29 20  receipt, a car service presumably would supply you with a

09:13:35 21  receipt after a payment.

09:13:43 22          THE PLAINTIFF:  Yes, the restaurant I paid by

09:13:47 23  card, of course.  But in the case of a hotel, let's say, my

09:13:58 24  assistant would reserve it ahead of time and also prepaid,

09:14:04 25  but that would also -- might also happen with transportation.

09:14:14  1    And I just signed for the extras, like whatever food was

09:14:18  2    ordered, drinks, et cetera.

09:14:22  3            THE COURT:  All right, have you traveled to the

09:14:24  4    United States for any other presidential inaugurations?

09:14:33  5            THE PLAINTIFF:  No, that was my first time.

09:14:37  6            THE COURT:  And why did you -- why was it

09:14:39  7    important for you to attend President Trump's inauguration?

09:14:47  8            THE PLAINTIFF:  It was simply very interesting.  I

09:15:05  9    mean, Trump was a very famous real estate developer, and it

09:15:11  10   was an opportunity to go, so I decided to go.

09:15:17  11           THE COURT:  All right, any other questions by

09:15:19  12   counsel, either plaintiff or defense?

09:15:21  13           MR. HAMILTON:  No.

09:15:24  14           MR. LOMAS:  Not from plaintiff.

09:15:25  15           MR. HAMILTON:  No, Your Honor.

09:15:27  16           THE COURT:  All right.

09:15:29  17           Ready to move on to your next witness?  Do we

09:15:32  18   need to take a break with respect to this connection here.

09:15:36  19           MR. LOMAS:  Well, no, actually plaintiff rests.

09:15:39  20   We have no further witnesses.

09:15:41  21           THE COURT:  Oh, I see.

09:15:42  22           MR. LOMAS:  The only other witness that we had

09:15:44  23   identified was a potential rebuttal witness only.  That was

09:15:52  24   Mr. Matt Keelen.

09:15:52  25           THE COURT:  A Mr. --

09:15:54  1          **MR. LOMAS:**  Matthew Keelen.  So, we identified him

09:15:55  2  only as a potential rebuttal witness, not in our direct, not

09:16:00  3  our opening case.

09:16:02  4          **THE COURT:**  I see.  Okay.

09:16:10  5          All right, defense, are you ready to proceed

09:16:13  6  with your presentation of evidence?

09:16:14  7          **MR. HAMILTON:**  Yes, Your Honor.

09:16:15  8          **THE COURT:**  All right.

09:16:17  9          **MR. HAMILTON:**  We call Yuri Vanetik.

09:16:17  10          **THE COURT:**  You're going to call Mr. Vanetik.  All

09:16:17  11  right.

09:16:24  12          And what are we doing with the electronic

09:16:26  13  connection here with the plaintiff.  Is he staying on?

09:16:27  14          **MR. LOMAS:**  He may stay on to observe so, but he

09:16:30  15  doesn't need to --

09:16:32  16          **THE COURT:**  But it's all going to be in English I

09:16:35  17  take it, right?  Are we continuing to use the Russian

09:16:38  18  interpreter?

09:16:39  19          **MR. LOMAS:**  No, he's not going to have the Russian

09:16:42  20  interpreter.  Since he finished testifying, he would like, if

09:16:45  21  it's possible, to have his wife, she speaks English, to help

09:16:48  22  him listen and translate if necessary just to observe.  Is

09:16:52  23  that an issue?

09:16:53  24          **THE COURT:**  Well, he's a party.  So I don't have

09:16:55  25  an issue with him participating by video.  I just -- I know

09:17:02  1  that the defense has some witnesses that will be testifying

09:17:06  2  remotely.  So, I'm not sure --

09:17:08  3          **MR. LOMAS:**  Oh, yes, if we --

09:17:10  4          **THE COURT:**  -- I don't know how that will work.

09:17:12  5          **MR. LOMAS:**  Understood.  If we can't accommodate,

09:17:13  6  that's fine, if there can only be one connection or one party

09:17:18  7  that's connected.  I sort of assumed that we could be

09:17:20  8  multiple parties, that he could be in.  But if that's not --

09:17:20  9  if that's not -- we can -- we can --

09:17:23  10         He does not need to -- to continue listening

09:17:25  11  if that's the issue.

09:17:26  12         **THE COURT:**  All right.  Well, it's possible to

09:17:27  13  keep him on, we'll keep him on.

09:17:27  14         **MR. LOMAS:**  Okay.

09:17:32  15         **THE COURT:**  So, is the Russian interpreter --

09:17:35  16         Are the two sides done with using the Russian

09:17:38  17  interpreter, or will he continue to be needed for trial?

09:17:41  18         **MR. HAMILTON:**  No.  One very short witness, Your

09:17:50  19  Honor, Sayhan Agaev would need the Russian interpreter, and I

09:17:54  20  was going to suggest after lunch he'd be the first witness,

09:17:56  21  maybe ten minutes on, and then we'll be done with the Russian

09:17:59  22  interpreter, and he can beat the traffic.

09:18:03  23         **THE COURT:**  Okay.  I'm assuming you got the

09:18:05  24  message, but we're going to go until 2:00 o'clock and we'll

09:18:08  25  take an abbreviated lunch break.  So it will probably be no

| | | |
|---|---|---|
| 09:18:12 | 1 | more than about 30 minutes, okay?  So, just to maximize our |
| 09:18:17 | 2 | trial time today. |
| 09:18:17 | 3 | MR. LOMAS:  Now, we would -- we may reserve the |
| 09:18:23 | 4 | right to recall Mr. Fuks for rebuttal if there's anything |
| 09:18:25 | 5 | that comes up in their defense, but -- |
| 09:18:25 | 6 | THE COURT:  He's a party.  So, you're welcome |
| 09:18:27 | 7 | to -- |
| 09:18:27 | 8 | MR. LOMAS:  So that's the only reason we're |
| 09:18:31 | 9 | dismissing the translator but -- |
| 09:18:32 | 10 | THE COURT:  All right, I'm going to ask the |
| 09:18:34 | 11 | interpreter to step down from the witness stand so that we |
| 09:18:35 | 12 | have the use of the witness stand. |
| 09:18:45 | 13 | And then, plaintiff, I know some exhibits |
| 09:18:48 | 14 | were identified during Mr. Fuks's testimony.  At the moment, |
| 09:18:54 | 15 | I believe only 1, 2 and 3 are admitted? |
| 09:18:57 | 16 | MR. LOMAS:  Correct. |
| 09:19:00 | 17 | THE COURT:  I'm going to assume that you |
| 09:19:01 | 18 | intentionally did not move to admit the others. |
| 09:19:06 | 19 | MR. HAMILTON:  That's correct, Your Honor. |
| 09:19:15 | 20 | THE PLAINTIFF:  What about me? |
| 09:19:17 | 21 | MR. LOMAS:  Could I ask you to translate, Mr. |
| 09:19:21 | 22 | Interpreter? |
| 09:19:28 | 23 | (Discussion off the record.) |
| 09:19:35 | 24 | THE PLAINTIFF:  But if not, I can be free to go? |
| 09:19:39 | 25 | MR. LOMAS:  Yes. |

09:19:42  1          **THE PLAINTIFF:**  Well, thank you very much.  Thank

09:19:47  2  you very much to the Court.  Thanks to all.  Thank you.

09:19:54  3          **THE COURT:**  All right, the plaintiff has rested.

09:19:56  4  Defense?

09:20:05  5          **THE DEFENDANT:**  Shall I go --

09:20:09  6          **THE COURT:**  You may go around the back.

09:20:09  7          **MR. HAMILTON:**  Your Honor, I was just going to use

09:20:11  8  the exhibit book, because we don't have that many with Mr.

09:20:15  9  Vanetik, but if you want me to publish them --

09:20:17  10          **THE COURT:**  Well, I have a copy.

09:20:19  11          **MR. HAMILTON:**  I'm just asking the Court's

09:20:22  12  preference.

09:20:25  13          **THE COURT:**  It's up to you, Counsel.

09:20:25  14          **MR. HAMILTON:**  Okay.

09:20:28  15          **THE COURT:**  I have them here.  So, if you don't

09:20:31  16  want to electronically publish them in the courtroom, that's

09:20:35  17  fine.  I assume everyone is working off the same set of

09:20:39  18  exhibits.

09:20:39  19          **MR. HAMILTON:**  Yes, Your Honor.

09:20:40  20          **THE COURT:**  All right, let's have Mr. Vanetik

09:20:42  21  sworn in.

09:20:43  22          COURT CLERK:  Please stand before me and raise

09:20:46  23  your right hand.

09:20:46  24              Do you swear or affirm that the testimony

09:20:46  25  you're about to give in the case now before this Court will

| | | |
|---|---|---|
| 09:20:46 | 1 | be the truth, the whole truth and nothing but the truth, so |
| 09:20:49 | 2 | help you God? |
| 09:20:49 | 3 | **THE DEFENDANT:**  I do.  I do. |
| 09:20:54 | 4 | COURT CLERK:  Thank you. |
| 09:20:55 | 5 | You may be seated in the witness stand. |
| 09:20:58 | 6 | **THE DEFENDANT:**  Thank you. |
| 09:21:04 | 7 | COURT CLERK:  Please state and spell your full |
| 09:21:05 | 8 | name for the record, and please project into the microphone. |
| 09:21:10 | 9 | **THE DEFENDANT:**  May I take off the mask? |
| 09:21:12 | 10 | **THE COURT:**  Yes.  Well, you heard my admonition |
| 09:21:15 | 11 | yesterday.  So if you're fully vaccinated, you may remove the |
| 09:21:18 | 12 | mask to testify. |
| 09:21:19 | 13 | **THE DEFENDANT:**  Yes, thank you. |
| 09:21:21 | 14 | Yuri Vanetik, Y-U-R-I, last name |
| 09:21:28 | 15 | V-A-N-E-T-I-K. |
| 09:21:30 | 16 | **DEFENDANT, YURI VANETIK, SWORN** |
| 09:21:30 | 17 | DIRECT EXAMINATION |
| 09:21:31 | 18 | BY **MR. HAMILTON:** |
| 09:21:32 | 19 | Q.    Good morning, Mr. Vanetik. |
| 09:21:33 | 20 | A.    Good morning. |
| 09:21:34 | 21 | Q.    Mr. Vanetik, did you go to college? |
| 09:21:37 | 22 | A.    I did. |
| 09:21:37 | 23 | Q.    And where did you go to college? |
| 09:21:40 | 24 | A.    Undergrad UC Berkley. |
| 09:21:43 | 25 | Q.    When did you graduate? |

| | | |
|---|---|---|
| 09:21:45 | 1 | A.    In '91. |
| 09:21:47 | 2 | Q.    Did you receive any honors? |
| 09:21:50 | 3 | A.    I did.  I graduated with highest honors.  I was the |
| 09:21:55 | 4 | valedictorian and commencement speaker in my major.  I was |
| 09:22:04 | 5 | valedictorian in my major. |
| 09:22:05 | 6 | Q.    What was your major? |
| 09:22:07 | 7 | A.    It was legal studies which was political philosophy |
| 09:22:10 | 8 | and history. |
| 09:22:12 | 9 | Q.    After college, did you attend any higher education? |
| 09:22:16 | 10 | A.    Yes. |
| 09:22:17 | 11 | Q.    And can you describe that to us? |
| 09:22:19 | 12 | A.    I was a researcher in philosophy at Oxford, extra |
| 09:22:26 | 13 | college, then I went to law school, University of California |
| 09:22:37 | 14 | Hastings.  And then I was -- I graduated from Anderson in |
| 09:22:47 | 15 | their executives business program, UCLA. |
| 09:22:49 | 16 | Q.    Anything else? |
| 09:22:51 | 17 | A.    Various courses and executives education like Stanford |
| 09:22:57 | 18 | Directors' College and various programs.  There were quite a |
| 09:23:00 | 19 | few of them along the way. |
| 09:23:02 | 20 | Q.    Did you receive any honors at the institutions you |
| 09:23:05 | 21 | just mentioned? |
| 09:23:06 | 22 | A.    No, other than UC Berkley, no.  I mean, I've had like |
| 09:23:14 | 23 | juris prudence awards or various other things, but nothing |
| 09:23:16 | 24 | that are considered truly, truly substantive. |
| 09:23:20 | 25 | Q.    After you graduated from Hastings, did you ever work |

09:23:24    1    for a law firm?

09:23:26    2    A.      Yeah -- yes.

09:23:27    3    Q.      Who was that?

09:23:28    4    A.      It was at the time Kirkpatrick & Lockhart which

09:23:33    5    subsequently became K&L Gates.

09:23:35    6    Q.      And where were they located?

09:23:37    7    A.      I was -- there were -- they were a national firm at

09:23:41    8    the time.  I was in New York and then in Pittsburgh.

09:23:44    9    Q.      Were you a member of the Pennsylvania Bar?

09:23:47    10    A.      Yes.  Still am.

09:23:48    11    Q.      And did you specialize in any area of work?

09:23:53    12    A.      I wouldn't say specialize.  I did transactional work,

09:23:58    13    securities work, mostly.

09:23:59    14    Q.      And how long did you work for Kirkpatrick & Lockhart?

09:24:07    15    A.      I believe around two years.

09:24:10    16    Q.      And after you left Kirkpatrick & Lockhart, where were

09:24:21    17    you employed next?

09:24:22    18    A.      I was with a technology startup called College

09:24:29    19    Station, and then I was also -- I was a partner in a firm

09:24:36    20    called Igrocolor (phonetically spelled) Vanetik, which was a

09:24:38    21    small law firm.

09:24:38    22    Q.      Where was that located?

09:24:40    23    A.      That was in D.C. and in Newport Beach, actually, Costa

09:24:45    24    Mesa, in Orange County.

09:24:48    25    Q.      What kind of law did they practice?

09:24:51  1    A.     Mostly advising directors of public companies on

09:24:55  2    surveying and representing independent directors, you know,

09:24:59  3    that was the majority of the practice.

09:25:00  4    Q.     Had -- as we sit here today, you've been the directors

09:25:05  5    of any companies?

09:25:06  6    A.     I have been director of multiple companies over the

09:25:10  7    years, some publicly traded, mostly private, some nonprofits.

09:25:15  8    Q.     Can you give me some examples of what companies you've

09:25:18  9    been a director on?

09:25:19  10   A.     Informant Sync (phonetically spelled) which is a

09:25:21  11   technology company, Miracles for Kids which is a charity

09:25:26  12   based in Orange County that provides financial assistance to

09:25:30  13   children that have terminal or serious illness.  Delta

09:25:38  14   Petroleum, oil and gas company that was publically traded at

09:25:42  15   one point, and quite a few others.

09:25:45  16   Q.     Have you had any political appointments or other

09:25:49  17   government appointments?

09:25:50  18   A.     Yes.

09:25:50  19   Q.     And can you describe those?

09:25:52  20   A.     I was appointee --

09:25:54  21          I was appointed by Arnold Schwarzenegger to

09:25:57  22   be the California lottery commissioner.  I was also the

09:26:00  23   California Criminal Justice counsel for four years, and I was

09:26:04  24   appointed by State Senate to the Economy Strategy Commission

09:26:08  25   which was shut down right after I was confirmed.

| | | |
|---|---|---|
| 09:26:10 | 1 | So, those were the state appointments, and |
| 09:26:13 | 2 | then I've been active for almost 20 years with NRCC, RNC, |
| 09:26:21 | 3 | RGA, various Republican clubs or groups. |
| 09:26:24 | 4 | Q.     Were you ever associated in any way with the San |
| 09:26:30 | 5 | Bernardino Special Services Bureau? |
| 09:26:32 | 6 | A.     I'm currently at reserve there. |
| 09:26:35 | 7 | Q.     What is that?  Describe that to us. |
| 09:26:38 | 8 | A.     Well, you -- you go through a reserve academy, |
| 09:26:43 | 9 | typically, and there are three levels, there's three, Level |
| 09:26:46 | 10 | two, level one is the same thing as, you know, a full-time |
| 09:26:50 | 11 | officer, and then you volunteer your time with agency that |
| 09:26:53 | 12 | decides to take you on.  That's the paradigm. |
| 09:26:56 | 13 | Q.     Describe what you would do on just a day-to-day of |
| 09:27:01 | 14 | volunteering out there? |
| 09:27:02 | 15 | A.     You know, recently mostly working at the range and |
| 09:27:06 | 16 | providing some informal strategic legal advice on certain |
| 09:27:12 | 17 | matters.  That's mostly what I've been doing in the recent |
| 09:27:15 | 18 | years.  Before that, when there is an event and they need |
| 09:27:18 | 19 | extra people, I would volunteer for patrol or, you know, any |
| 09:27:22 | 20 | kind of assistance, so on-call stuff. |
| 09:27:25 | 21 | You have to put in technically about 20 hours |
| 09:27:28 | 22 | a month. |
| 09:27:29 | 23 | Q.     Are you familiar with an individual named Pavel Fuks? |
| 09:27:41 | 24 | A.     Sadly, yes. |
| 09:27:43 | 25 | Q.     And how many times have you met Mr. Fuks? |

```
09:27:45   1    A.      I met him twice.

09:27:47   2    Q.      When was the first time?

09:27:49   3    A.      The first time I met him in Rome, I think first

09:27:54   4    quarter of 2016, and the second time was, I checked, it was

09:28:00   5    on the 20th of January 2017.

09:28:04   6    Q.      Where was that?

09:28:05   7    A.      It was in Washington, D.C.

09:28:11   8    Q.      And how did you first meet Mr. Fuks?

09:28:15   9    A.      I was introduced to him, technically, through

09:28:23  10    controversial now deceased mayor of the second largest City

09:28:24  11    in Ukraine, and I met the mayor through several business

09:28:28  12    people in Ukraine that I know well, and then the mayor

09:28:31  13    indicated that Mr. Fuks was his close confident/friend and he

09:28:35  14    would be handling, you know, all logistics and technical

09:28:39  15    matters if we -- if we do any business together.

09:28:41  16    Q.      Who was mayor Kernes?

09:28:47  17    A.      He was a controversial figure.  Well, allegedly he had

09:28:53  18    a criminal past which generally doesn't shock people in that

09:28:58  19    part of the world, and he was controversial because of his

09:29:00  20    social media presence, because of his strong stance on,

09:29:04  21    initially, supporting Russia and subsequently not supporting

09:29:09  22    Russia.  But he was considered somebody that was, you know,

09:29:12  23    very diligent in dealing with city issues.

09:29:16  24              So, you know, he had his detractors.  He had

09:29:19  25    a lot of enemies.  He's also had people that truly supported
```

| | | |
|---|---|---|
| 09:29:24 | 1 | him. |
| 09:29:24 | 2 | Q.     How did you know Mayor Kernes? |
| 09:29:27 | 3 | A.     A person named Aleck Sinonof (phonetically spelled) |
| 09:29:29 | 4 | and Alec Ukichock (phonetically spelled), two business people |
| 09:29:33 | 5 | quite successful in Ukraine, introduced me to him, and the |
| 09:29:38 | 6 | telos of the introduction was to help him because he was |
| 09:29:40 | 7 | under siege and he needed access to U.S. attorneys, to human |
| 09:29:46 | 8 | rights group, you know, he needed a support infrastructure in |
| 09:29:50 | 9 | the west, and he also wanted to, in tandem with that, start |
| 09:29:51 | 10 | to rebuild his image, because he lost his visa, and he was |
| 09:29:56 | 11 | gravely ill, and he needed to -- he wanted to become an |
| 09:30:00 | 12 | access U.S. medical systems, U.S. doctors.  So, it was, you |
| 09:30:04 | 13 | know, there were a lot of issues, and they asked me if I |
| 09:30:07 | 14 | would meet with them. |
| 09:30:09 | 15 | Q.     Now, you indicate you first met Mr. Fuks in Rome |
| 09:30:15 | 16 | around March 2016, did you have any discussions with Mr. |
| 09:30:20 | 17 | Fuks? |
| 09:30:20 | 18 | A.     Yes, multiple discussions that he and I had, I mean, |
| 09:30:28 | 19 | substantive discussions were solely with him.  There were |
| 09:30:33 | 20 | quite a few people that were in attendance, and I was |
| 09:30:33 | 21 | there -- |
| 09:30:35 | 22 |             I flew out specifically to meet with them. |
| 09:30:39 | 23 | Pavel Fuks handled the engagement.  They wanted to hire me. |
| 09:30:39 | 24 | I wasn't going to just fly out to Rome to hang out with them. |
| 09:30:39 | 25 | I wasn't that enthralled.  And he kind of stepped in and |

09:30:49  1    handled that role and then, to answer your question, there

09:30:53  2    were certain festivities when we were there, we went to

09:30:57  3    dinner and walked around and talked, but when it came to

09:30:59  4    talking shop, it was Pavel that was apparently obligated to

09:31:08  5    address the business aspects of our meeting.

09:31:10  6    Q.    Okay, and what were --

09:31:12  7          Can you describe the business aspects of the

09:31:14  8    meeting?

09:31:14  9    A.    I -- in a way I already did.  To get -- to be more

09:31:20  10   specific, he said we wants to, you know, we would like for

09:31:22  11   you to manage a campaign for us to, A, identify, you know,

09:31:28  12   why the mayor lost his U.S. visa and what the problems are

09:31:33  13   that he has in the U.S.  I said, you know, we'd have to hire

09:31:37  14   immigration attorneys initially to do that.

09:31:39  15         And then they explained to me -- in fact, it

09:31:42  16   was all Mr. Fuks, that ironically in some ways, the mayor's

09:31:48  17   human rights, his rights were being systematically violated.

09:31:52  18   He survived an assassination attempt and was in profound pain

09:31:57  19   and was in a wheelchair, crippled, and while, you know, he

09:32:00  20   was in that state, there were multiple criminal cases that

09:32:03  21   were aggressively pursued by the Ukrainian government which

09:32:09  22   at that point was by President Poroshenko and his cabinet,

09:32:14  23   and they wanted to -- what we discussed with Mr. Fuks, and

09:32:17  24   that discussion, you know, escalated after we parted ways in

09:32:21  25   Rome, was to determine, assess the criminal cases, assess

09:32:25 1    what the violations are, and then from there recommend a

09:32:29 2    strategy, a plan, and implement it to -- to call attention to

09:32:35 3    his plight with human rights groups and with lawyers and

09:32:40 4    perhaps with other activist in the west, not just U.S.

09:32:46 5    Q.    And after Mr. Fuks left Rome, did you have any

09:32:52 6    subsequent discussions with him regarding your retention?

09:32:56 7    A.    Yes, yes.

09:32:57 8    Q.    And when was the first one, and what was it about?

09:33:02 9    A.    I would submit to you it was probably within a week,

09:33:07 10   and, you know, Mr. Fuks communicated to us that time was of

09:33:12 11   essence, and I indicated to him that he needed to, you know,

09:33:16 12   as crude as that sounded, I said you need to take care of the

09:33:19 13   initial bill.  Because he never paid for the trip and the

09:33:23 14   meetings that we had in Rome, and that didn't bother me as

09:33:26 15   much because I have enough experience working with East

09:33:29 16   Europeans.

09:33:30 17              Is that okay that I'm elaborating or --

09:33:33 18              **THE COURT:**  Just answer the question.  If there is

09:33:35 19   an objection, I will address it.

09:33:37 20              **THE PLAINTIFF:**  Thanks.  I feel like I'm talking

09:33:41 21   too much.

09:33:42 22              So, I -- I'm sorry, what was the question?

09:33:50 23   BY MR. HAMILTON:

09:33:50 24   Q.    Let me give you a new question.

09:33:55 25              Was Mr. Fuks talking about hiring you or the

09:34:04  1   company you worked with?

09:34:05  2   A.    He talked about hiring me in whatever capacity made

09:34:10  3   the most sense, and I said it would be through Odyssey

09:34:13  4   Management which was a consulting company that I became a

09:34:16  5   partner in.  It was an essence a startup.  And we were going

09:34:23  6   to handle various consulting projects of this type through

09:34:25  7   that entity.

09:34:26  8            And I sent him a contract.  There were

09:34:33  9   several renditions of it.  Ultimately, even though we started

09:34:37  10  work and against tacit objections of my partners and I

09:34:37  11  encouraged them that this is how, you know, things sometimes

09:34:46  12  happen in Eastern Europe and I encouraged them that, you

09:34:48  13  know, these are people that have the resources to pay us, and

09:34:51  14  that the mayor is a fascinating individual.

09:34:53  15            So, we started doing work, and then

09:34:56  16  ultimately Pavel Fuks did enter into an agreement which we

09:35:01  17  saw, and I think that --

09:35:05  18            So, we were -- recalling your question -- we

09:35:08  19  were in constant -- not constant but in systemic

09:35:11  20  communications, and we communicated via cell phone calls, via

09:35:15  21  WhatsApp, via Telegram, I believe Signal, and he would

09:35:20  22  also -- which is also not that unusual, he would switch

09:35:23  23  phones.  So he had several phones where he would say:  Now

09:35:27  24  this one is no longer functional.  And I guess that's also

09:35:31  25  not that unusual in that part of the world.

| | | |
|---|---|---|
| 09:35:34 | 1 | Q.    You mentioned Odyssey.  Were you the only employee of |
| 09:35:37 | 2 | Odyssey? |
| 09:35:37 | 3 | A.    No. |
| 09:35:37 | 4 | Q.    Who were the other employees? |
| 09:35:39 | 5 | A.    Eric Rogers and Stewart Weingarten.  And I wouldn't |
| 09:35:43 | 6 | call us employees.  We were partners.  Stewart was |
| 09:35:47 | 7 | operational for the most part even though he did bring in |
| 09:35:51 | 8 | some clients, and Eric brought in clients from other |
| 09:35:56 | 9 | industries, medical industry, also real estate, and I -- you |
| 09:35:58 | 10 | know, I had clients during the time that the business was |
| 09:36:00 | 11 | functioning from Eastern Europe and EurAsia. |
| 09:36:05 | 12 | Q.    What of -- was there anything that Odyssey specialized |
| 09:36:13 | 13 | in? |
| 09:36:13 | 14 | A.    I would say -- I would say doing feasibility studies, |
| 09:36:17 | 15 | due diligence, market entry analysis.  You know, I'm -- I'm |
| 09:36:22 | 16 | tempted to say, from my standpoint, political advocacy, but |
| 09:36:27 | 17 | that really was more me than, you know, what the objective |
| 09:36:30 | 18 | was with that business. |
| 09:36:31 | 19 | Q.    Is Odyssey still active? |
| 09:36:46 | 20 | A.    No. |
| 09:36:46 | 21 | Q.    And why was it closed? |
| 09:36:48 | 22 | A.    It was a number of circumstances.  It was, I believe, |
| 09:36:52 | 23 | kind of the beginning of Covid, business had dropped off. |
| 09:36:55 | 24 | Eric wanted to do -- get back into the medical industry, and |
| 09:37:01 | 25 | Stewart was losing interest, and we just decided to |

09:37:04  1   disengage very amicably.  Just -- the timing made sense.

09:37:11  2              THE COURT:  Counsel, let's just take a brief

09:37:13  3   break, okay?

09:37:14  4              MR. HAMILTON:  Certainly, Your Honor.

09:37:16  5              THE COURT:  All right.  It will be about ten

09:37:17  6   minutes or so.

09:37:20  7              COURT CLERK:  All rise.

10:05:39  8              (Recess taken.)

10:05:40  9              THE COURT:  All right, we're back on the record.

10:05:41  10  Witness is on the stand.  Counsel are present.

10:05:45  11              So, Mr. Hamilton, you may continue with your

10:05:51  12  examination.

10:05:53  13              MR. HAMILTON:  Thank you, Your Honor.

10:06:00  14  BY MR. HAMILTON:

10:06:01  15  Q.    Mr. Vanetik, can you provide us some names of the

10:06:06  16  clients of Odyssey Management?

10:06:07  17  A.    By way of recollection --

10:06:15  18              THE COURT:  Can you get closer to the mic, please?

10:06:18  19  Make sure we can hear you.

10:06:19  20              THE PLAINTIFF:  I apologize.

10:06:21  21              As I recall, one was informants which was a

10:06:26  22  technology company in the insurance industry.  The other one

10:06:31  23  was Kona Partners.  That's a company developing projects,

10:06:38  24  real estate projects in Hawaii.  One of the -- another client

10:06:49  25  was -- I'm trying to remember -- it was another real estate

10:06:56  1   project for student housing, and I'm trying to remember the

10:07:04  2   name of the client.  And also Ganaddy Kernes Human Rights

10:07:15  3   Project as we referred to it.  These are some examples.

10:07:18  4   Q.    And what is the Kernes Human Rights project?

10:07:21  5   A.    That was the project that we discussed in Rome

10:07:24  6   initially, and subsequently, after my visit, we started

10:07:29  7   working on the project and worked on it, as I recall, through

10:07:37  8   the beginning of November of 2016.

10:07:41  9   Q.    When you say "we discussed in Rome," who is "we"?

10:07:47  10  A.    That was to some extent, Mayor Kernes and I, but for

10:07:53  11  the most part, Pavel Fuks and I.

10:07:59  12             **THE COURT:**  If I may, Counsel.

10:08:00  13             Mr. Vanetik, how did you get involved in that

10:08:02  14  project?  How did it come to pass.

10:08:05  15             **THE PLAINTIFF:**  Of course.  I was introduced to

10:08:08  16  the mayor through two individuals.  One is Oleg Sinonof

10:08:17  17  (phonetically spelled) and the other one is Oleg Urichak

10:08:21  18  (phonetically spelled), I've known Urichak for a very long

10:08:25  19  time.  They're both business people in Ukraine.  And they

10:08:29  20  contacted me, and I recall that because they were on this

10:08:34  21  island in Greece where a lot of people, you know, from the

10:08:40  22  Slavic world go where religious -- it's called AFOMI

10:08:44  23  (phonetically spelled) and it's only for men and you pray.

10:08:46  24             At any rate, they said there's an interesting

10:08:51  25  opportunity to -- to help this mayor who was in trouble and

| | |
|---|---|
| 10:08:54 | 1 |
| 10:08:58 | 2 |
| 10:09:02 | 3 |
| 10:09:05 | 4 |
| 10:09:09 | 5 |
| 10:09:14 | 6 |
| 10:09:21 | 7 |
| 10:09:24 | 8 |
| 10:09:27 | 9 |
| 10:09:28 | 10 |
| 10:09:29 | 11 |
| 10:09:30 | 12 |
| 10:09:34 | 13 |
| 10:09:36 | 14 |
| 10:09:42 | 15 |
| 10:09:47 | 16 |
| 10:09:50 | 17 |
| 10:09:58 | 18 |
| 10:09:59 | 19 |
| 10:10:01 | 20 |
| 10:10:04 | 21 |
| 10:10:07 | 22 |
| 10:10:11 | 23 |
| 10:10:12 | 24 |
| 10:10:12 | 25 |

1  who was highly controversial and they thought that there

2  could be something that I could get involved with.

3         They initially pitched me on the project, and

4  I, you know, I had some discussions.  I did some, you know,

5  Google searching.  I didn't go that deep.  And after that, I

6  had a conversation with Gennady, and then Pavel Fuks

7  contacted me.  So that was, Your Honor, the genesis of that

8  relationship.

9         **THE COURT:**  Go ahead, Counsel.

10        **MR. HAMILTON:**  Thank you, Your Honor.

11 BY MR. HAMILTON:

12 Q.    Mr. Vanetik, was there ever an agreement created

13 regarding the Kernes project?

14 A.    There were -- there were two agreements.  One was an

15 agreement for me to fly out and provide a consultation and

16 meet in Rome, and subsequently there was an agreement that I

17 drafted, that I provided to Pavel Fuks, and subsequently he

18 executed it.

19        We were already doing work at the time, and I

20 had to push him a little bit to get it signed.  I said we

21 can't keep going unless we have something in writing.

22 Q.    Let's talk the first agreement of you flying to Rome,

23 was that written?

24 A.    Yes.

25 Q.    Okay.  And how much was --

10:10:16  1          Was it between you, or was it Odyssey and

10:10:18  2  Kernes?

10:10:19  3  A.    It was Odyssey from the very beginning.  It was

10:10:23  4  between Odyssey and Pavel Fuks, individual.

10:10:27  5  Q.    And how much was Odyssey to be paid under the initial

10:10:33  6  contract to your flight to Rome?

10:10:36  7  A.    It was $65,000, and it was for my trip to Rome,

10:10:43  8  providing consultation and doing a strategy memo.  So, it

10:10:47  9  included everything, kind of a flat fee retainer.

10:10:53  10  Q.    Okay.  And were you ever paid on --

10:10:57  11          Was Odyssey ever paid for that contract?

10:11:00  12  A.    No.

10:11:01  13  Q.    Now, let's talk about the second contract.  You said

10:11:05  14  you -- you, individually drafted a second contract?

10:11:09  15  A.    Yes.

10:11:09  16  Q.    Okay, and if you'd turn to Exhibit 10, please.

10:11:14  17  A.    I don't think the exhibits are marked in this book.

10:11:17  18  Q.    Yes, there are tabs.

10:11:20  19  A.    Oh, I'm sorry, apologies.  Yes, I see it.

10:11:25  20  Q.    At the top it says:  "Odyssey Pavlo Fuks confidential

10:11:28  21  consulting agreement."  Is that what you have in front of

10:11:31  22  you?

10:11:31  23  A.    Yes.

10:11:37  24  Q.    And have you seen this document before?

10:11:39  25  A.    Yes.

| | | |
|---|---|---|
| 10:11:39 | 1 | Q.    And who drafted it? |
| 10:11:41 | 2 | A.    I did. |
| 10:11:42 | 3 | Q.    You drafted the entire agreement? |
| 10:11:49 | 4 | A.    Yes. |
| 10:11:49 | 5 | Q.    And when was it prepared? |
| 10:11:51 | 6 | A.    I imagine sometime -- I think at least the initial |
| 10:11:55 | 7 | draft of it, sometime August of 2016.  I'm just guessing, |
| 10:12:03 | 8 | around that time. |
| 10:12:04 | 9 | Q.    And where was it prepared? |
| 10:12:05 | 10 | A.    I prepared it probably at Odyssey's office in Newport |
| 10:12:12 | 11 | Beach. |
| 10:12:12 | 12 | Q.    And what was the purpose of Exhibit 10, the consulting |
| 10:12:17 | 13 | agreement? |
| 10:12:18 | 14 | A.    Well, Mr. Hamilton, as I started explaining earlier, |
| 10:12:24 | 15 | it was in essence for us to review thousands of pages of |
| 10:12:30 | 16 | translates and review thousands of pages of criminal cases |
| 10:12:34 | 17 | that were -- some were ongoing, some were getting ready for |
| 10:12:40 | 18 | trial and identify human rights violations. |
| 10:12:45 | 19 | I made contact with human rights groups that |
| 10:12:48 | 20 | would take on someone as controversial as Gennady Kernes. |
| 10:12:52 | 21 | You know, that was the majority of it. |
| 10:12:56 | 22 | Pavel deliberately wanted to keep it abroad |
| 10:12:58 | 23 | so we could provide other services, and, you know, I guess |
| 10:13:03 | 24 | I'm elaborating more now, but the idea behind the project was |
| 10:13:07 | 25 | that we would do some core work to prepare it for, what I |

10:13:12  1  would truly say subcontractors, and I explained that it would

10:13:16  2  be bigger -- you know, it would be big firms, it would be

10:13:20  3  probably some large law firms.  It would be engaging, you

10:13:22  4  know, perhaps some advocacy firms that have access to the

10:13:25  5  human rights nonprofit world.

10:13:28  6          Like, there is one called human rights

10:13:30  7  foundation which I was familiar with and I got them engaged.

10:13:35  8  They were affiliated with Kote (phonetically spelled)

10:13:39  9  Brothers network, and because of that connection, I knew some

10:13:41  10 of the people that were there.

10:13:43  11          So that's -- that was the scope.  The scope

10:13:46  12 was very broad.  It was, you know, one of the bigger

10:13:49  13 contracts that -- that I had proposed.

10:13:51  14 Q.    Okay.  Who at Odyssey worked on this agreement?

10:13:57  15 A.    It was mostly me and Eric Rogers and a person named

10:14:07  16 Collin Breeze (phonetically spelled) who was hired as a

10:14:10  17 subcontractor.  You know, I'm trying to remember, we hired

10:14:12  18 some other people.  We also used Latham & Watkins in Orange

10:14:17  19 County to do some research.  So, we kind of jumped into it.

10:14:20  20 But ultimately there was a couple of people, and I kind of

10:14:23  21 spearheaded it.

10:14:24  22 Q.    What did Mr. Rogers do?

10:14:28  23 A.    He was just identifying, you know, various issues

10:14:31  24 related to human rights violations.  He was working with the

10:14:34  25 translators.  He was doing whatever I directed him.

| | |
|---|---|
| 10:14:37 | 1 |
| 10:14:46 | 2 |
| 10:14:52 | 3 |
| 10:14:56 | 4 |
| 10:14:58 | 5 |
| 10:15:04 | 6 |
| 10:15:05 | 7 |
| 10:15:09 | 8 |
| 10:15:15 | 9 |
| 10:15:23 | 10 |
| 10:15:27 | 11 |
| 10:15:29 | 12 |
| 10:15:33 | 13 |
| 10:15:35 | 14 |
| 10:15:42 | 15 |
| 10:15:45 | 16 |
| 10:15:48 | 17 |
| 10:15:49 | 18 |
| 10:15:50 | 19 |
| 10:15:56 | 20 |
| 10:16:00 | 21 |
| 10:16:06 | 22 |
| 10:16:09 | 23 |
| 10:16:13 | 24 |
| 10:16:13 | 25 |

Q.     Did Mr. Fuks have any input into drafting the Exhibit 10 agreement?

A.     I suspect that indirectly, yes, because he said he saw it, and he said he sent it to attorneys, and I'm not sure if it was his or Kernes's.  I do know that a man named Gorchinco (phonetically spelled) who I communicated with and who supplied a great deal of information was one of Kernes's main lawyers, and he, as I recall, reviewed this document as well.

Q.     If you look at 1.3 on page 1 of Exhibit 10, it says: "Compensation."  How was the compensation determined for the agreement?

A.     We discussed numbers, the type of --

You know, we discussed the numbers, obviously, with Mr. Fuks.  Then we discussed among ourselves as the three principals, we discussed, you know, what kind of profit margins we're going to have here, what our expenses will be.

We also looked at the fact that we would not be able to take on other projects that would be smaller, and we looked at industry standards, and we kind of mapped it out and came up with -- it's not an exact science -- came up with the retainer that's in paragraph 1.3.

Q.     Did the agreement ever get sent to Mr. Fuks?

A.     Yes.

Q.     And how did it get sent to Mr. Fuks?

10:16:16 1   A.     Well, first, as I recall in multiple ways, through

10:16:22 2   telegram, through WhatsApp, through e-mail, and probably sent

10:16:29 3   by me and perhaps people in our office as well, and -- yes --

10:16:34 4   yeah.

10:16:34 5   Q.     You can confirm you sent it to Mr. Fuks?

10:16:37 6   A.     100 percent.

10:16:43 7   Q.     Did Mr. Fuks ever sign it?

10:16:46 8   A.     I believe so.  He sent it back with the signature.

10:16:50 9   Q.     Who did he send it to?

10:16:51 10  A.     To me.

10:16:52 11  Q.     And after you received it back with his signature, did

10:16:57 12  you have any conversations with Mr. Fuks?

10:17:00 13  A.     At that point I had less conversations with Mr. Fuks

10:17:06 14  because we were operational, so we were dealing more with

10:17:09 15  Mr. Gorchinco and a series of other people that were working

10:17:12 16  with the mayor.

10:17:13 17  Q.     Did Mr. Fuks ever call you back after signing the

10:17:23 18  agreement and saying:  You've got a green light?

10:17:28 19  A.     Yeah, he was saying we have a, to use your term, green

10:17:32 20  light, in the very beginning, as soon as we started work.

10:17:35 21  This was probably like April of 2016.  And, you know,

10:17:42 22  subsequently the only conversations that I recall were about

10:17:46 23  getting paid, and -- and I had some friction with Eric and

10:17:50 24  Stewart because I had to convince them that it's not, you

10:17:55 25  know, it's not unusual to -- to have, you know, delays in

10:17:59 1   getting paid and to kind of work through the challenges when

10:18:02 2   you're dealing with East Europeans.

10:18:07 3   Q.    You indicated you had some discussions with

10:18:11 4   Mr. Gorchinco.  What was discussed?

10:18:14 5   A.    The discussions we had were basically operational,

10:18:21 6   meaning, what the goals were, what the timing was, when the

10:18:25 7   first trial was going to start, what they needed the most.

10:18:30 8   You know, why this was happening, who his enemies were.

10:18:35 9          So, we were basically doing a deep dive into

10:18:38 10  this insane quagmire that Gennady Kernes was trying to fight,

10:18:47 11  get his way out of.

10:18:49 12  Q.    How long did Odyssey work on the project that's

10:18:55 13  contemplated in Exhibit 10?

10:18:58 14  A.    I would say at least four months, at least four months

10:19:05 15  of, like, hardcore.

10:19:08 16  Q.    Okay.  And why did -- why did Odyssey stop working on

10:19:18 17  it?

10:19:19 18  A.    Well, two reasons -- three reasons.  One is, we

10:19:25 19  noticed that suddenly it became less of a priority without

10:19:28 20  explanations for the Kernes team.  Two, Mr. Fuks became

10:19:32 21  inaccessible, and we started reminding that there should be a

10:19:38 22  payment made.

10:19:40 23          I think those were the two main reasons.  And

10:19:45 24  then the third is, you know, my partners in this, you know,

10:19:50 25  small consulting company, were getting frustrated because we

| | | |
|---|---|---|
| 10:19:55 | 1 | were going out of pocket in addition to our time. |
| 10:19:58 | 2 | Q.     Did Odyssey ever receive compensation for the |
| 10:20:05 | 3 | agreement in Exhibit 10? |
| 10:20:08 | 4 | A.     It started to with the payment that seems to be the |
| 10:20:14 | 5 | core of controversy in this case. |
| 10:20:17 | 6 | Q.     And who did it receive payment from? |
| 10:20:20 | 7 | A.     A company called BEM Global. |
| 10:20:25 | 8 | Q.     How much did it receive? |
| 10:20:28 | 9 | A.     $200,000. |
| 10:20:30 | 10 | MR. HAMILTON:  Your Honor, we would request to |
| 10:20:32 | 11 | move Exhibit 10 into evidence. |
| 10:20:34 | 12 | THE COURT:  Any objection? |
| 10:20:37 | 13 | MR. LOMAS:  Yes, Your Honor.  I mean, it's |
| 10:20:42 | 14 | still -- we have no -- |
| 10:20:43 | 15 | We heard testimony earlier from Mr. Fuks that |
| 10:20:45 | 16 | this is not his signature, and so, I mean, we're -- we object |
| 10:20:51 | 17 | to the authenticity of the document. |
| 10:20:59 | 18 | THE COURT:  All right, the objection is overruled. |
| 10:21:03 | 19 | The exhibit is admitted. |
| 10:21:07 | 20 | (Exhibit No. 10 received in evidence.) |
| 10:21:10 | 21 | BY MR. HAMILTON: |
| 10:21:11 | 22 | Q.     Mr. Vanetik, if you can turn to Exhibit 2, please, in |
| 10:21:14 | 23 | your exhibit book.  The first page is a November 21st, 2016 |
| 10:21:24 | 24 | e-mail from you. |
| 10:21:25 | 25 | A.     Yes, I see it. |

| | | |
|---|---|---|
| 10:21:33 | 1 | Q.      And look at both pages of Exhibit 2, please. |
| 10:21:57 | 2 | A.      Okay. |
| 10:21:58 | 3 | Q.      And that's an e-mail you sent on or about November 21, |
| 10:22:09 | 4 | 2016? |
| 10:22:09 | 5 | A.      Yes. |
| 10:22:09 | 6 | Q.      And why did you send the e-mail? |
| 10:22:16 | 7 | A.      I sent it for Odyssey to get paid on the invoice -- |
| 10:22:21 | 8 | well, on its old contract but a new invoice to help |
| 10:22:26 | 9 | facilitate the payment.  That was a request from a guy |
| 10:22:30 | 10 | named -- a man named Pavlof (phonetically spelled) who I |
| 10:22:34 | 11 | didn't know had an affiliation with Mr. Fuks.  I assumed -- I |
| 10:22:38 | 12 | assumed there was at least some. |
| 10:22:46 | 13 | Q.      And if you look at page 2, did you create that |
| 10:22:49 | 14 | invoice? |
| 10:22:50 | 15 | A.      I did, yes. |
| 10:22:52 | 16 | Q.      And what was the invoice for? |
| 10:22:57 | 17 | A.      The invoice was for the work that was already done for |
| 10:23:02 | 18 | the Kernes human rights project. |
| 10:23:05 | 19 | Q.      The invoice says "earn retainer."  What was your |
| 10:23:14 | 20 | understanding of that? |
| 10:23:17 | 21 | A.      My understanding was that -- I wanted to emphasize |
| 10:23:20 | 22 | that it's nonrefundable in the sense that it relates to work |
| 10:23:25 | 23 | that was already performed.  So, at the time that's how I at |
| 10:23:27 | 24 | the time wanted to characterize it, and I emphasized that to |
| 10:23:33 | 25 | Pavel. |

10:23:34  1    Q.     Pavel, you mean Mr. Fuks?

10:23:36  2    A.     Yes.

10:23:36  3    Q.     And on page 2, the invoices to BEM Global, who was

10:23:43  4    that?

10:23:44  5    A.     When someone named Mr. Pavlof (phonetically spelled)

10:23:48  6    contacted me via text and said that he would be the one

10:23:52  7    making a payment, I talked to him, and he told me to make the

10:23:56  8    invoice out to this company, and then I coordinated with him,

10:24:01  9    the description so that he would be able to work with his

10:24:05  10   bank.

10:24:06  11                I told him what I wanted it to say, and he

10:24:10  12   was generally okay with it.  He made perhaps some corrections

10:24:13  13   or asked some questions, but -- but I don't know who BEM

10:24:17  14   Global is other than Mr. Fuks's testimony.

10:24:21  15   Q.     And did Odyssey receive payment for the invoices?

10:24:28  16   A.     Yes.

10:24:30  17   Q.     And when was that?

10:24:31  18   A.     I'm assuming immediately, I'm assuming within two

10:24:35  19   days, you know, probably middle of November.

10:24:38  20   Q.     After Odyssey received this payment of $200,000, did

10:24:43  21   it do anything else on the project?

10:24:45  22   A.     No.  No.  Because, you know, Mr. Fuks explained to me

10:24:51  23   when he resurfaced that that project was no longer a

10:24:56  24   priority, and he had, you know, another ask, if you will.

10:25:01  25   Q.     Okay.  And when did he resurface?

10:25:04  1    A.    My recollection was in December, but based on the

10:25:10  2    invoice, I'm assuming that he resurfaced late November.

10:25:15  3    Again, this is almost five years ago.

10:25:19  4    Q.    And what was the -- you just used the term "ask" that

10:25:25  5    Mr. Fuks wanted?

10:25:26  6    A.    Yeah.  He told me -- he asked me about the

10:25:29  7    inauguration, and I told him that I wasn't planning on being

10:25:32  8    there, that I had other plans, and then I generally advised

10:25:36  9    him against attending -- depending on his agenda, you know,

10:25:40  10   and I said to him, basically, that I've been to a few, and I

10:25:44  11   said it's generally just a party, but lots of, lots of things

10:25:50  12   happening and, you know, you can't really do anything that's

10:25:55  13   meaningful or substantive, is what I told him.

10:26:00  14              And then he, you know, his ask was, to come

10:26:04  15   back to my phrase, and he said that he understands, and he

10:26:08  16   has a very important -- either a friend or a client, a man

10:26:14  17   named Vitaliy Khomutynnik and his wife Svitlana, and he

10:26:20  18   wanted to get them to attend the inauguration and have a nice

10:26:26  19   experience, have a VIP experience.

10:26:32  20   Q.    Okay.  And did you agree to assist Mr. Fuks in that?

10:26:35  21   A.    I did with the caveat that I said I can put together a

10:26:41  22   nice program for you with the help of, you know, various

10:26:44  23   people that I know.  It would be a private program, but I

10:26:49  24   said you need to start paying your bill.

10:26:51  25              And he asked me, you know, he would ask me

| | | |
|---|---|---|
| 10:26:55 | 1 | what the cost of the program was and then kind of calculate |
| 10:26:59 | 2 | that in his head it seemed and offered to start paying and |
| 10:27:03 | 3 | said:  I would pay $200,000.  And then he promised to make |
| 10:27:07 | 4 | further payments next year. |
| 10:27:09 | 5 | Q.    And what -- |
| 10:27:10 | 6 | The $200,000 is the -- |
| 10:27:10 | 7 | Strike that. |
| 10:27:15 | 8 | Look at Exhibit 3, please.  Have you seen |
| 10:27:21 | 9 | Exhibit 3 before? |
| 10:27:26 | 10 | A.    I've seen it before, yes, during -- I mean, when I was |
| 10:27:30 | 11 | looking at exhibits, I mean, I know what it is.  I guess |
| 10:27:34 | 12 | confirmational wire. |
| 10:27:36 | 13 | Q.    And the $200,000 is the -- you're talking about right |
| 10:27:40 | 14 | now, is reference to Exhibit 3, payment to Odyssey? |
| 10:27:46 | 15 | A.    Yes. |
| 10:27:46 | 16 | Q.    And besides the -- if we go back to 2, besides the |
| 10:27:54 | 17 | 200, in this invoice, was Odyssey owed any other money by Mr. |
| 10:28:00 | 18 | Fuks? |
| 10:28:00 | 19 | A.    Yes, yes, as per contract, as per contract, and there |
| 10:28:06 | 20 | was another contract which I couldn't locate.  That was the |
| 10:28:10 | 21 | one for the trip to Rome. |
| 10:28:11 | 22 | Q.    Can you give us an estimate of how much -- |
| 10:28:18 | 23 | A.    Yes, it was exactly $65,000. |
| 10:28:22 | 24 | Q.    And has that ever been paid? |
| 10:28:24 | 25 | A.    No. |

10:28:30  1   Q.    Was Odyssey involved in assisting Mr. Fuks with the

10:28:33  2   inauguration?

10:28:35  3   A.    No, only by way of facilitating some payments, that's

10:28:40  4   it.

10:28:41  5   Q.    And can you describe what payments they made?

10:28:44  6   A.    Yes.  A payment of $40,000 to the Keelen Group, and

10:28:50  7   then a payment of $25,000 to Meadow Wood Management LLC, also

10:28:56  8   doing business as Meadow Wood PR.

10:29:01  9   Q.    And those were the two companies that were involved in

10:29:05  10  putting the program together for the inauguration?

10:29:08  11  A.    Yes, as was I personally.

10:29:13  12  Q.    Who owns Meadow Wood PR?

10:29:19  13  A.    Oksana Chernaykskaya (phonetically spelled).  There

10:29:24  14  may be other owners but Oksana is the -- either the sole

10:29:29  15  owner of the main principal.

10:29:30  16  Q.    And where is that company located?

10:29:32  17  A.    I believe it's registered either in Wyoming or

10:29:38  18  Montana, but it's located in Newport Beach.  It's basically a

10:29:41  19  small consulting company.  I think she shut it down.

10:29:44  20  Q.    Are you a principal in Meadow Wood PR?

10:29:51  21  A.    No.

10:29:54  22  Q.    And what did Meadow Wood PR do in relation to the

10:29:58  23  inaugural?

10:29:58  24  A.    Well, in relation to the Khomutynnik slash Fuks'

10:30:06  25  inaugural program, Oksana, in December, based on direction

10:30:10  1    from Keelen and myself and perhaps others, would make phone

10:30:15  2    calls and due diligence and determine what would be the ideal

10:30:20  3    events for Vitaliy and Svitlana Khomutynnik.

10:30:25  4    Q.     Is Meadow Wood still active?

10:30:29  5    A.     I don't know.

10:30:35  6    Q.     And you mentioned the Keelen Group.  What is the

10:30:39  7    Keelen Group?

10:30:39  8    A.     Keelen Group is a small but respected lobby firm, a PR

10:30:44  9    lobby firm in Washington, D.C., mostly focusing on Republican

10:30:51 10    side of things, and its owned by, as I understand it, by Matt

10:30:57 11    and Jennifer Keelen, and I believe it now merged, I read a

10:31:04 12    press release it merged with another advocacy firm.

10:31:08 13    Q.     Are you a principal at the Keelen Group?

10:31:11 14    A.     No.

10:31:11 15    Q.     And what did the Keelen Group do in relations to the

10:31:17 16    inaugural program for Mr. Fuks?

10:31:19 17    A.     So, the Keelen Group presented various options, and we

10:31:24 18    approved some and rejected others and did further diligence.

10:31:29 19    One of the options, as I recall for some reason the Montana

10:31:36 20    delegation event was something that we liked.  They had an

10:31:39 21    event at their office which is a historic building with, you

10:31:44 22    know, a small group of people and a high ratio of

10:31:49 23    politicians.

10:31:49 24              We -- we thought that was a -- a good fit.

10:31:51 25    And they also provided an interesting venue for the swearing

| | | |
|---|---|---|
| 10:31:55 | 1 | in.  And if I may elaborate, in some ways, talking about |
| 10:32:04 | 2 | inauguration tickets is misleading.  Yes, there are some |
| 10:32:07 | 3 | events that have tickets, and there is the official swearing |
| 10:32:12 | 4 | in ceremony and there are official inaugural events, but then |
| 10:32:17 | 5 | you have various politicians, various embassies, various |
| 10:32:21 | 6 | states that have their own programs and their own events for |
| 10:32:24 | 7 | their constituents, for their donors.  And it's truly |
| 10:32:30 | 8 | overwhelming and that characterizes -- and I know I'm going |
| 10:32:34 | 9 | too fast -- and I know that characterizes, you know, all of |
| 10:32:37 | 10 | our inaugurations. |
| 10:32:41 | 11 | So, it's a matter of being credentialed or a |
| 10:32:45 | 12 | matter of just being on the list, often you don't get actual |
| 10:32:49 | 13 | tickets per se, and the actual swearing in was -- |
| 10:32:55 | 14 | It's an interesting event, many of the others |
| 10:32:58 | 15 | are kind of open to a lot of people, and there is an energy |
| 10:33:04 | 16 | there, but you don't feel like you're treated in a special |
| 10:33:08 | 17 | way. |
| 10:33:09 | 18 | What Matt Keelen had proposed, the |
| 10:33:14 | 19 | Carpenters' Union, they rented I think the fifth or sixth |
| 10:33:18 | 20 | floor in a mid rise that overlooked the actual inauguration, |
| 10:33:22 | 21 | and I would submit had the best view you could possibly have |
| 10:33:25 | 22 | of the ceremony, because you had really two other options. |
| 10:33:29 | 23 | One option was to be in the crowd with rain and porta |
| 10:33:35 | 24 | potties, and it was -- it's horrible, I thought, I mean I |
| 10:33:38 | 25 | shouldn't say that, but I think for people that consider |

10:33:41  1    themselves VIP, I think it would be not the most pleasant

10:33:45  2    experience.

10:33:45  3              And the other one of course would be to stand

10:33:48  4    next to the President, and that's a very select group, and

10:33:51  5    it's virtually impossible to do that even for mega donors.

10:33:56  6    So, I thought it was truly unique experience.

10:33:58  7              There were probably 70, 80 people.  There was

10:34:03  8    great food, and they had at deck.  I mean it felt like you

10:34:07  9    were, you know, overlooking the whole thing, and it was a

10:34:10  10   close-up.

10:34:10  11             So that's something that Matt offered up to

10:34:13  12   me, and invited a -- after I confirmed and paid for it -- for

10:34:16  13   a -- well, Odyssey paid for it -- for Vitaliy and Svitlana.

10:34:23  14   I was able to bring a few friends as well just as my guests.

10:34:27  15   Q.    Did Mr. Fuks also attend that?

10:34:29  16   A.    Yes, he did.

10:34:30  17   Q.    And did he ever tell you about his displeasure in

10:34:36  18   attending that?

10:34:36  19   A.    He did multiple times.

10:34:40  20   Q.    And what did he say the problem was?

10:34:42  21   A.    He said various things.  He said the problem was that

10:34:47  22   the Texas Ball wasn't the one where Trump was, and that, you

10:34:54  23   know, besides expletives he said he was going to shoot me in

10:34:59  24   the face and blow up my family.  He was very colorful.

10:35:02  25   Q.    I just want you to center in on the inaugural at the

10:35:11  1  Carpenters' Union building.  Did he tell you a displeasure

10:35:17  2  when he was there about that event?

10:35:19  3  A.     No.

10:35:21  4  Q.     And can you briefly describe what you did for Mr. Fuks

10:35:27  5  regarding the inaugural?

10:35:29  6  A.     Well, what I did is, after he -- after we received the

10:35:34  7  payment, you know, I contact various people.  I contacted

10:35:38  8  Kevin McCarthy's office and Ed Royce's office, and I

10:35:42  9  contacted Matt and a man named Monti Warner (phonetically

10:35:46  10  spelled) and other people in D.C. and I said I want to create

10:35:50  11  a private program, you know, if somebody can truly, you know,

10:35:52  12  take one of these people as their guest, and you know, the

10:35:55  13  chance was very slim, into an official event, you know, I

10:35:59  14  said let's take a look at that.

10:36:02  15           But I -- I focused on creating a program that

10:36:05  16  would be personal, where there would be access, and there

10:36:09  17  would be a good atmosphere as opposed, you know, to something

10:36:14  18  where you would just have a lot of noise.

10:36:16  19           Because I have some cultural awareness and

10:36:22  20  understand what, you know, Vitaliy Khomutynnik is considered

10:36:24  21  a billionaire in -- in Ukraine, and that's a -- that's a big

10:36:26  22  deal there.  And, you know, I felt that, you know, that I --

10:36:31  23  I knew what he would enjoy.  And I also, to be completely

10:36:35  24  frank, wanted to see if I can, you know, establish some

10:36:38  25  relationship with him because I've heard positive things

| | |
|---|---|
| 10:36:41 | 1 |
| 10:36:42 | 2 |
| 10:36:45 | 3 |
| 10:36:48 | 4 |
| 10:36:55 | 5 |
| 10:36:57 | 6 |
| 10:37:02 | 7 |
| 10:37:03 | 8 |
| 10:37:04 | 9 |
| 10:37:08 | 10 |
| 10:37:09 | 11 |
| 10:37:20 | 12 |
| 10:37:21 | 13 |
| 10:37:22 | 14 |
| 10:37:27 | 15 |
| 10:37:32 | 16 |
| 10:37:35 | 17 |
| 10:37:39 | 18 |
| 10:37:41 | 19 |
| 10:37:45 | 20 |
| 10:37:50 | 21 |
| 10:37:56 | 22 |
| 10:37:57 | 23 |
| 10:38:10 | 24 |
| 10:38:12 | 25 |

1    about him.

2              So, I -- I did mostly coordinating, in

3    coordinating with, you know, all the people that I described,

4    and with Oksana, and -- and we put together what I thought

5    was a pretty decent program.

6    Q.    And did Mr. Fuks ever pay you for your services for

7    the inaugural?

8    A.    No.

9    Q.    Anyone pay you for your services?

10    A.    No.

11    Q.    Did you ever ask for payment from Mr. Fuks?

12    A.    No.

13    Q.    And why not?

14    A.    Not for that, because our arrangement was that he

15    would start paying, and this would be something that I would

16    do for him, for him to start paying what he owed to Odyssey.

17    Q.    If he paid you the $200,000 on the Odyssey bill, you

18    agreed to do work on the inauguration?

19    A.    Yes.  I said I'll do my best to come up with a good

20    program for Vitaliy and Svitlana.  He was -- initially he was

21    a facilitator.  It wasn't clear he was coming, then he said

22    he would be.

23    Q.    Can you look at Exhibit 5, please.

24    A.    Yeah, I see it.

25    Q.    Have you seen it before?

| | | |
|---|---|---|
| 10:38:14 | 1 | A.     Yes. |
| 10:38:16 | 2 | Q.     And that is an e-mail you sent? |
| 10:38:20 | 3 | A.     Yes. |
| 10:38:21 | 4 | Q.     And who did you send it to? |
| 10:38:23 | 5 | A.     To Matt Keelen. |
| 10:38:24 | 6 | Q.     And can you describe why you sent it. |
| 10:38:29 | 7 | A.     I believe I wanted for him to see -- to fit it into |
| 10:38:34 | 8 | what he was doing and to show him that these three people -- |
| 10:38:37 | 9 | At that point I knew that Mr. Fuks wanted to |
| 10:38:41 | 10 | attend some of these things, or I -- I sent it to him -- so I |
| 10:38:46 | 11 | purchased three tickets for them.  These were VIP tickets, |
| 10:38:50 | 12 | and it looks like they were $2500 per ticket for the Texas |
| 10:38:55 | 13 | ball. |
| 10:38:55 | 14 | Q.     And who generally would be at a Texas ball |
| 10:38:58 | 15 | inauguration? |
| 10:38:59 | 16 | A.     Generally each state had its -- would have its own, |
| 10:39:04 | 17 | and generally would be the -- the people from that state that |
| 10:39:09 | 18 | are, you know, pro President.  And there are some states, |
| 10:39:15 | 19 | depending on the inauguration, that are high profile. |
| 10:39:20 | 20 | Here in New York and Texas, there were |
| 10:39:22 | 21 | probably others that stood out because there was a -- a talk |
| 10:39:25 | 22 | of the President being there, and they were -- they were |
| 10:39:30 | 23 | more -- more -- uh more prominent.  And we determined at that |
| 10:39:35 | 24 | time -- again, almost five years ago -- that this was -- |
| 10:39:38 | 25 | would be a good fit, as part of the overall five day -- five |

| | | |
|---|---|---|
| 10:39:42 | 1 | or six-day program. |
| 10:39:43 | 2 | Q.    Do you specifically remember any of the congressmen or |
| 10:39:50 | 3 | senators that attended this? |
| 10:39:52 | 4 | A.    I didn't attend it, but I -- I'm assuming that Ted |
| 10:39:58 | 5 | Cruz, I'm assuming that, you know, various -- virtually all |
| 10:40:01 | 6 | of the Republican politicians from Texas attended.  I |
| 10:40:06 | 7 | believe -- I'm not sure, but I believe Mike Pompeo was there |
| 10:40:10 | 8 | as well.  And the key thing was doing the VIP, you know, at |
| 10:40:14 | 9 | all of these events. |
| 10:40:16 | 10 | MR. HAMILTON:  Your Honor, request to move Exhibit |
| 10:40:19 | 11 | 5 into evidence. |
| 10:40:19 | 12 | THE COURT:  Any objection? |
| 10:40:20 | 13 | MR. LOMAS:  No objection. |
| 10:40:21 | 14 | THE COURT:  All right, 5 is admitted. |
| 10:40:24 | 15 | (Exhibit No. 5 received in evidence.) |
| 10:40:25 | 16 | BY MR. HAMILTON: |
| 10:40:26 | 17 | Q.    Can you look at Exhibit 6, please. |
| 10:40:29 | 18 | A.    Sure. |
| 10:40:38 | 19 | Q.    Have you seen Exhibit 6? |
| 10:40:40 | 20 | A.    Yes. |
| 10:40:40 | 21 | Q.    And is that an e-mail you sent? |
| 10:40:42 | 22 | A.    Yes, yes, and I believe that Matt told me that I could |
| 10:40:47 | 23 | get a discount by contacting whoever the person was that was |
| 10:40:51 | 24 | involved, and they obviously said no. |
| 10:40:56 | 25 | Q.    Do you know an individual named Chris Keleher |

10:41:00  1  (phonetically spelled), that's referenced here?

10:41:02  2  A.    No, no.  I just contacted him based on Matt's

10:41:05  3  referral, and I wanted to apprise Matt of the fact that I

10:41:08  4  tried and I was told that, you know, it -- it is what it is.

10:41:35  5           MR. HAMILTON:  Your Honor, request to move Exhibit

10:41:39  6  6 in evidence.

10:41:40  7           MR. LOMAS:  No objection.

10:41:42  8           THE COURT:  All right, 6 is admitted.

10:41:43  9           (Exhibit No. 6 received in evidence.)

10:41:44  10  BY MR. HAMILTON:

10:41:45  11  Q.    I'll have you look at Exhibit 7 now, please.

10:41:48  12  A.    Okay.

10:41:48  13  Q.    Have you seen Exhibit 7 before?

10:41:51  14  A.    Yes.

10:41:52  15  Q.    And can you describe what Exhibit 7 is, please.

10:41:58  16  A.    Exhibit 7 is communication from Matt Keelen to me,

10:42:06  17  that asked about the payments for another client that I --

10:42:08  18  that he had worked on, unrelated, and also asked for payments

10:42:14  19  for inaugural that he did for Vitaliy, Svitlana and I guess

10:42:24  20  Fuks.

10:42:25  21  Q.    Did you ever pay Mr. Keelen for the inaugural work?

10:42:29  22  A.    I personally didn't.  Odyssey did.

10:42:32  23  Q.    And how much did they pay him?

10:42:34  24  A.    40,000.

10:42:37  25  Q.    Was there eventually a program put together for Mr.

10:42:59  1   Fuks and his guests?

10:43:00  2   A.      Yes, eventually, yes.

10:43:02  3   Q.      Okay.  And can you just briefly describe it to me.

10:43:05  4   A.      Initially, Mr. Fuks had sent me a copy of the official

10:43:13  5   inaugural program, if I could just preface everything with

10:43:17  6   that, and I had explained to him that some of the events may

10:43:21  7   be accessible but fundamentally I circled that it said that

10:43:25  8   no foreigners are allowed unless they're bona fide guests,

10:43:28  9   and I have sent it to him I believe via WhatsApp and maybe

10:43:34  10  some other ways, and then he came back and said that he

10:43:38  11  wanted to attend an event with Trump because his friends

10:43:41  12  there would walk him over to Trump, and he would talk to him

10:43:45  13  and get pictures, et cetera, et cetera.

10:43:47  14          And he asked me about pictures separately if

10:43:50  15  there is a way to do it, and I said not during the

10:43:54  16  inauguration, it would be insane, I mean it's possible but

10:43:57  17  there's no way to actually set it up to allocate time for it

10:44:01  18  that would -- would be Herculean task.

10:44:03  19          And then based on that we would send him

10:44:06  20  drafts, one or two drafts of the program that ultimately

10:44:09  21  became the program for Vitaliy and Svitlana, and I think

10:44:17  22  that's a more accurate way of describing it.  Again, Mr. Fuks

10:44:22  23  was somebody who was arranging it, if you will.

10:44:23  24          So, describing the program, it was -- as I

10:44:25  25  said before, there was a New York event.  There was some

10:44:28  1   conventional events where we attempted to have a VIP angle to

10:44:32  2   them or some angle that would be more personal, and there

10:44:36  3   were events that were maybe not well publicized but were

10:44:42  4   small, and had a lot of interesting people, either major

10:44:43  5   donors or people that are interested in Eastern Europe or,

10:44:49  6   you know, or are politician so that you know, Vitaliy and

10:44:55  7   Svitlana could snap pictures.  I -- I --

10:44:58  8        Fuks told me that's really all they wanted to

10:44:59  9   do, and I said that's really all you can do, because you

10:45:00  10  can't really do much.  It's irrational to try to do something

10:45:04  11  that's substantive during those events.

10:45:06  12  Q.    And did you ultimately provide Mr. Fuks with the

10:45:11  13  proposed program of the inauguration that everyone prepared

10:45:15  14  for him and his guests?

10:45:18  15  A.    Yes.  I believe it was sent to him multiple times from

10:45:30  16  both Oksana and myself.  I don't know if Matt contacted him

10:45:36  17  directly.

10:45:42  18  Q.    I'm going to have you look at Exhibit 8, please.

10:45:52  19  A.    Okay.

10:45:53  20  Q.    Have you seen this before?

10:45:54  21  A.    Yes.

10:45:54  22  Q.    And how did you receive it?

10:45:56  23  A.    By way of -- looking for my name, it looks like I

10:46:03  24  received the e-mail, but I'm not seeing my e-mail here,

10:46:07  25  unless I was -- oh, this is BCC.  I could be copied on this.

10:46:12  1   It was -- it was an invitation to a -- an event that Matt put

10:46:16  2   together at their office, which is, like I said, it was a

10:46:20  3   historic building.

10:46:22  4   Q.     And would you consider -- looking at page 2, would

10:46:26  5   this be a VIP event?

10:46:29  6   A.     Yes.

10:46:31  7   Q.     And can you describe to us who -- who would be at this

10:46:35  8   event.

10:46:35  9   A.     I -- I -- I can, for multiple reasons.  I also recall

10:46:41  10  attending it.  Umm -- umm -- it was certainly Matt's clients

10:46:49  11  and staff, and it was quite a lot of senators and

10:46:54  12  congressmen, I would say at least eight or nine people that

10:46:57  13  were close to him, and it was a small, intimate event

10:47:02  14  that's -- that's rare to be able to get that for people that,

10:47:06  15  you know, that relish being amongst -- umm -- our

10:47:11  16  politicians.

10:47:12  17  Q.     Was this event also included in the program prepared

10:47:17  18  for Mr. Fuks?

10:47:19  19  A.     Yes.  As I recall.

10:47:27  20  Q.     Can you please review Exhibit 9.

10:47:57  21              Have you seen Exhibit 9 before?

10:47:59  22  A.     Yes.

10:47:59  23  Q.     And when did you first see it?

10:48:01  24  A.     It's a program that Matt Keelen initially prepared as

10:48:10  25  a skeleton, and we -- we revised it until it was finalized

10:48:14  1   into this, I believe that's the final product, and -- and we

10:48:18  2   sent it to Mr. Fuks for -- it was for two people, Vitaliy and

10:48:26  3   Svitlana.

10:48:27  4   Q.     Who prepared the actual Exhibit 9?

10:48:32  5   A.     I can't say it was one person because initially there

10:48:36  6   was a draft prepared by Matt's office, perhaps by Matt

10:48:39  7   himself, and then we would take things out and put other

10:48:43  8   things in.  So, I would say that I prepared the final

10:48:46  9   version, whatever the final product was that was sent was

10:48:49  10  finalized or reviewed or edited by me.

10:48:53  11  Q.     And who sent Exhibit 9 to Mr. Fuks?

10:48:58  12  A.     I know that I did for certain.  I believe that Oksana

10:49:04  13  probably did as well.

10:49:06  14  Q.     And how did you send it to Mr. Fuks?

10:49:08  15  A.     Via e-mail, telegram, maybe there were other -- I mean

10:49:16  16  I would -- I would send certain things to him through several

10:49:19  17  channels to create redundancy so that he would look at it and

10:49:24  18  respond because often he wouldn't or he would respond late.

10:49:29  19  So to get his attention, that's what I would do and follow up

10:49:34  20  with the call.

10:49:34  21  Q.     Okay.  And were all these events to Mr. Fuks and his

10:49:37  22  two guests to attend while they were back there?

10:49:39  23  A.     I -- I would say that they were all for his two

10:49:43  24  guests.  He kind of, you know -- he showed up with them and

10:49:48  25  said he would be attending whatever events he could attend,

| | | |
|---|---|---|
| 10:49:52 | 1 | but it was really for them. |
| 10:49:53 | 2 | Q.    And were there any events that had been planned that |
| 10:49:59 | 3 | are not listed on Exhibit 9? |
| 10:50:02 | 4 | A.    Yes, I have a clear recollection that there were |
| 10:50:06 | 5 | additional events which I proposed as alternatives or as |
| 10:50:13 | 6 | better options that became available, and I -- I told him |
| 10:50:16 | 7 | that there should be some flexibility because something |
| 10:50:20 | 8 | interesting could come up, you know, we kind of -- we were -- |
| 10:50:23 | 9 | it was known that we were looking for interesting |
| 10:50:26 | 10 | opportunities during that week. |
| 10:50:27 | 11 | Q.    After you sent this to Mr. Fuks, did he respond? |
| 10:50:35 | 12 | A.    I don't recall him responding via text, I mean he may |
| 10:50:40 | 13 | have acknowledged it and said okay, but he responded when I |
| 10:50:44 | 14 | called him, and, you know, seemed okay with the program.  He |
| 10:50:50 | 15 | didn't object to anything. |
| 10:50:51 | 16 | Q.    He acknowledged he had received the program? |
| 10:50:56 | 17 | A.    Yes, he acknowledged it, it was kind of:  Thanks, and |
| 10:50:58 | 18 | I wish I would have gotten there earlier, but thanks. |
| 10:51:02 | 19 | Q.    And can you give us an estimate of the date when this |
| 10:51:06 | 20 | conversation took place? |
| 10:51:06 | 21 | A.    I believe either late December, early January. |
| 10:51:10 | 22 | Q.    Okay.  And what day was the program supposed to start |
| 10:51:21 | 23 | for Mr. Fuks and his guests? |
| 10:51:23 | 24 | A.    It was supposed to start I think the 14th and 15th. |
| 10:51:26 | 25 | Q.    Okay, when was it going to end? |

10:51:27  1   A.     I think 21st -- or the 20th -- 21st -- or 20th --

10:51:34  2   perhaps there was something on the 21st.  So it was like a

10:51:34  3   five, six-day program.

10:51:37  4   Q.     Okay.  And what day did Mr. Fuks and his guests

10:51:41  5   arrived in Washington, D.C.?

10:51:43  6   A.     Well, it was -- it was -- it was strange even for me,

10:51:49  7   because they went radio silent.  At that point I had

10:51:52  8   Vitaliy's contact information as well, and his, you know, his

10:51:58  9   and Svitlana's passports.  And I reached out to them, and we

10:52:00  10  assumed, at some point, they may not be coming at all, and

10:52:04  11  I -- people were kind of nervous, and I said, you know,

10:52:08  12  it's -- it's -- it's their thing, you know, we did our part.

10:52:11  13        And then Vitaliy was the first one that

10:52:13  14  reached out to me, and he sent me text and he said:  We're

10:52:17  15  here, we arrived.  And that was on the 19th and late

10:52:22  16  afternoon.

10:52:23  17        And, you know, I did not know what hotel they

10:52:26  18  were at at that time.  I encouraged Fuks to get a guide and

10:52:31  19  get to their demonstrations, it's chaotic, and he said we

10:52:38  20  don't need anything.

10:52:39  21        So, as far as I know, they arrived on the --

10:52:42  22  sometime in the afternoon on the 19th of January 2017.

10:52:46  23  Q.     Did he explain to you why he and his guests were late?

10:52:50  24  A.     No, he did not.

10:52:52  25  Q.     Did he tell you where he and his guests were staying?

10:52:55  1   A.     No, he deliberately did not.  I asked him.  Wouldn't

10:53:00  2   tell me.

10:53:00  3   Q.     And how long, to your knowledge, did he stay in D.C.?

10:53:05  4   A.     My understanding was that he stayed in D.C. -- he

10:53:13  5   and the Khomutynniks.  They were together -- that they stayed

10:53:15  6   in D.C. the night of the 19th, the night of the 20th, and

10:53:20  7   they left the morning of the 21st.  Yes.  That is correct.

10:53:24  8   Q.     And how did you come by that knowledge?

10:53:26  9   A.     As I said, they arrived on the 19th, and they attended

10:53:31 10   the Texas Ball that Mr. Fuks emphasized.  It was outside of

10:53:36 11   D.C., I guess his point was that it's not good.

10:53:40 12              And then in the morning they attempted to go

10:53:46 13   to the -- they missed an event in the morning, I believe, and

10:53:52 14   they attempted to go to the Carpenters' Union swearing-in

10:53:59 15   ceremony.  But the problem was that Mr. --

10:54:01 16              And I'm digressing now.  But just very

10:54:04 17   quickly.  Mr. Fuks was very angry.  He was upset about the

10:54:07 18   Texas Ball.  And -- and then -- I'll go back to answering

10:54:11 19   your question -- and then I saw them the last night of the

10:54:14 20   20th, and that was at the Trump Hotel, and I invited them to

10:54:20 21   attend a -- a -- a party there for Kevin McCarthy who was the

10:54:27 22   minority whip, and Trump was supposed to make an appearance.

10:54:30 23   He did not, but I introduced Vitaliy to Chairman Royce, Ed

10:54:39 24   Royce was at the time chairman of the foreign affairs

10:54:39 25   committee.

10:54:42  1          I introduced him to Kevin McCarthy, to Greg

10:54:45  2   Gardener.  There were quite a lot of prominent politicians.

10:54:48  3   And Vitaliy, you know, chatted with them, he speaks some

10:54:52  4   English and took a lot of pictures, he and Mr. Fuks, and

10:54:54  5   there were also some famous football players.  Again, I

10:54:58  6   digress.  If I can come back to that.

10:55:02  7          Then the next morning I received a text from

10:55:05  8   Vitaliy saying:  Thank you.  We left.

10:55:07  9          And then from Fuks, not a "thank you" but

10:55:12 10   "we're gone."  And then he again expressed that he was very

10:55:16 11   upset with the fact that -- the day and a half that they were

10:55:17 12   in D.C. that things didn't work out the way he wanted.

10:55:21 13   Q.    Did Vitaliy or Svitlana Khomutynnik ever express

10:55:32 14   dissatisfaction with the program?  To you.

10:55:35 15   A.    No, no, they didn't.  The only subsequent --

10:55:36 16          We had a few exchanges with Vitaliy.  He

10:55:42 17   never expressed anything.  He said at one point on the phone

10:55:43 18   that he wanted to invite McCarthy to Ukraine and discuss the

10:55:49 19   logistics of that.  And then as my conflicts with Mr. Fuks

10:55:53 20   escalated, he made a demand via text I believe through

10:55:58 21   Telegram that upset me greatly, and I contacted

10:56:05 22   Mr. Khomutynnik, and I told him that if you want more, you're

10:56:08 23   going to get it, and he called me and he said:  *I have no*

10:56:10 24   *issues with you, and I was happy with everything, and please*

10:56:13 25   *keep me out of your fight with Mr. Fuks.*

| | |
|---|---|
| 10:56:18 | 1 |
| 10:56:20 | 2 |
| 10:56:24 | 3 |
| 10:56:27 | 4 |
| 10:56:39 | 5 |

10:56:18   1          So to -- to -- to answer your question

10:56:20   2   directly -- directly, again, he never complained.  But he may

10:56:24   3   have complained to Mr. Fuks, you know, I don't know.  It --

10:56:27   4          I don't know what Mr. Fuks promised him.  I

10:56:39   5   can guess.

10:56:40   6          **MR. LOMAS:**  Your Honor, move to strike the part of

10:56:42   7   the testimony that is referring to statements made by Mr. --

10:56:47   8   by Vitaliy as hearsay.  That was not part of the -- the

10:56:50   9   question.  That's why I could not object to the question.

10:57:16   10          **THE COURT:**  All right, any response?

10:57:17   11          **MR. HAMILTON:**  No, Your Honor.

10:57:18   12          **THE COURT:**  All right, sustained.  Motion to

10:57:20   13   strike is granted with respect to statements by Mr. Vitaliy.

10:57:30   14   BY MR. HAMILTON:

10:57:30   15   Q.    When Mr. Fuks spoke with you about his displeasure

10:57:34   16   with the events, what day did he first start?

10:57:36   17   A.    It -- it started in the morning of the 20th.

10:57:40   18   Q.    Okay, what did he specifically tell you he was upset

10:57:45   19   about?

10:57:46   20   A.    He was upset, specifically --

10:57:50   21          I believe he was upset that the -- the first

10:57:53   22   event that he attended, although he came at the very end of

10:57:57   23   the -- this program, and it was for Vitaliy, but I guess

10:58:01   24   Vitaliy may have been also upset at the time.  He was upset

10:58:04   25   with the -- the Texas Ball.

10:58:06   1          And what upset him the most --

10:58:11   2          There were two things.  One is, he said this

10:58:15   3   is not the ball that my friends attended with Trump, and two

10:58:20   4   that nobody -- I don't know who was there -- but nobody

10:58:20   5   guided him and made introductions to VIP politicians there,

10:58:24   6   and -- and there was -- you know, it's not what he expected.

10:58:38   7   Q.    At that time did he make any threats against you?

10:58:41   8   A.    Umm.  At that time, no.

10:58:42   9   Q.    And how did you respond to Mr. Fuks in that

10:58:44   10  conversation?

10:58:45   11  A.    I called him, and he wouldn't pick up the phone, and

10:58:51   12  then I talked to Vitaliy.  Vitaliy said that he's very upset,

10:58:56   13  and they don't know if they want to attend the Carpenters'

10:59:00   14  Union swearing-in in the building because Fuks believed that

10:59:07   15  this is all a scam, and he is livid, and Vitaliy was almost

10:59:14   16  apologizing for Mr. Fuks.

10:59:15   17  Q.    At that time did he attend the events, the -- the

10:59:19   18  Texas Ball?

10:59:19   19  A.    Yes.

10:59:20   20  Q.    And I believe you testified earlier that he did

10:59:23   21  eventually attend the gala in the Carpenters' Union; is that

10:59:31   22  correct?

10:59:31   23  A.    Yes, yes.  I wouldn't characterize it as a gala.  It

10:59:35   24  was probably the most unique opportunity to watch the

10:59:38   25  swearing in that I can think of, other than being next to the

10:59:42  1  President-elect.

10:59:42  2  Q.     What was the view?  How far were you from the

10:59:46  3  inauguration?

10:59:46  4  A.     I mean, you -- you were -- it's hard to estimate, but

10:59:50  5  I would say, qualitatively speaking, you were looking right

10:59:56  6  at the -- where the President was taking the oath, and

11:00:01  7  underneath were thousands of people, you know, so, it was --

11:00:04  8  it was an awesome view.

11:00:06  9            And you -- you weren't in the rain.  There

11:00:10  10  was great food that was catered, and there wasn't -- there

11:00:14  11  was probably less than a hundred people.  I would say maybe

11:00:16  12  even 60 or so many people.

11:00:19  13  Q.     Would you consider that a VIP event?

11:00:21  14  A.     Definitely.

11:00:21  15  Q.     And why would you consider it a VIP event?

11:00:24  16  A.     Because it's -- it's a unique opportunity, you know,

11:00:27  17  in a private setting to watch the swearing in.  Your only

11:00:33  18  real other option would be to do it with -- in the rain in

11:00:38  19  the grass with thousands of people and demonstrators.

11:00:40  20            And I can tell from experience that elite

11:00:46  21  donor clubs, some people, you know, are passionate enough to

11:00:50  22  where they want to have the physical, the tactile experience.

11:00:53  23  But a lot of them end up watching the swearing in, like, the

11:00:57  24  Four Seasons or someplace in the ballroom, you know, drinking

11:01:00  25  mojitos and watching it on screens because, you know, for

11:01:05  1   them it's a more comfortable experience, perhaps more sterile

11:01:09  2   but more comfortable.  So, this was truly unique, I thought.

11:01:13  3   Q.     Did you ever have any communications with Mr. Fuks

11:01:18  4   about meeting President Trump?

11:01:20  5   A.     Yes, yes.

11:01:22  6   Q.     And what did you discuss?

11:01:24  7   A.     He asked me initially what would be the possibility

11:01:29  8   for him, Vitaliy and Svitlana to meet to have a photo op, and

11:01:37  9   I told him that -- that during the inauguration is --

11:01:40 10   especially for them -- that would be the worst time to try to

11:01:44 11   do it.

11:01:45 12             So, that was -- that's kind of what I

11:01:49 13   explained to him.  And he came back and said:  Well, what if

11:01:52 14   we really wanted to do it, and you know, asked me, you know,

11:01:55 15   how could that happen?  And -- and I remember explaining to

11:01:59 16   him that, I said, first of all, it could be extremely

11:02:04 17   expensive, even if it's possible.  Secondly, I always

11:02:06 18   emphasized to him that there were certain rules, and that

11:02:10 19   it's very hard to control, you know, when it would happen and

11:02:13 20   if it would happen.  So, I tried to discourage him, and then

11:02:18 21   it seemed like he was set on attending certain events where

11:02:18 22   somebody that he knows from New York would walk him up to the

11:02:18 23   President.

11:02:21 24             I apologize.

11:02:25 25             It -- it seemed like in -- in our discussions

| | |
|---|---|
| 11:02:30 | 1 |
| 11:02:35 | 2 |
| 11:02:41 | 3 |
| 11:02:46 | 4 |
| 11:02:50 | 5 |
| 11:02:54 | 6 |
| 11:02:56 | 7 |
| 11:03:03 | 8 |
| 11:03:08 | 9 |
| 11:03:13 | 10 |
| 11:03:18 | 11 |
| 11:03:19 | 12 |
| 11:03:23 | 13 |
| 11:03:26 | 14 |
| 11:03:30 | 15 |
| 11:03:36 | 16 |
| 11:03:43 | 17 |
| 11:03:44 | 18 |
| 11:03:50 | 19 |
| 11:03:54 | 20 |
| 11:03:58 | 21 |
| 11:04:00 | 22 |
| 11:04:05 | 23 |
| 11:04:05 | 24 |
| 11:04:07 | 25 |

that I -- I sensed maybe now, in hindsight, that he became

focused, obsessed with -- uh -- attending certain events or

an event where somebody could walk him up to Trump.

Q.    Did you ever have any discussions with Mr. Fuks

regarding what events or parties he would be allowed to

attend as a foreigner?

A.    Yes.  I attempted -- uh -- multiple times, and -- and

I thought at some point to explain to him that he could not

attend the official inaugural program as a bona fide guest

because nobody would agree to be a passthrough form him.  At

least most people that I know wouldn't even consider it.  And

most people would not want to take him as a guest because

they'd rather take their spouse or -- or, you know, another

family member.  And since there would be no compensation for

that, we -- we would be out of luck.

Q.    After Mr. Fuks and his guests left Washington, D.C.,

where did he go?

A.    I can only tell you what they -- what he and Vitaliy

told me, that they went to Aspen.  Actually, several people

from Ukraine told me that, that they were in Aspen.

Q.    Did he himself tell you that?

A.    Mr. Fuks did, yes, and Vitaliy told me that via a

call or text.

Q.    And what was the purpose of the trip to Aspen?

A.    To ski.

11:04:08   1   Q.     Do you know how long they were there?

11:04:10   2   A.     I don't.

11:04:11   3   Q.     And when Mr. Fuks and his guests left, were there any

11:04:16   4   other events still on the program for them to attend?

11:04:19   5   A.     I believe there were still at least one full day or

11:04:25   6   half a day, as I recall.  But, again, certain opportunities

11:04:28   7   would come up, and the way it was positioned, if there was

11:04:33   8   something interesting, I recall there were few opportunities

11:04:37   9   that they missed both when they left and before they arrived.

11:04:41   10  But they arrived towards the end of the program.

11:04:51   11  Q.     Did he ever explain to you why he left so soon?

11:04:55   12  A.     No.  I -- I sensed that maybe part of it was that he

11:05:03   13  was very angry, but I think he planned only being --

11:05:06   14          Regardless, I think in his mind, for some

11:05:08   15  reason, they only planned to arrive for one day and maybe his

11:05:13   16  goals were not consistent with information I gave him.

11:05:23   17  Q.     And after he left, when was the next time you

11:05:26   18  communicated with Mr. Fuks?

11:05:29   19  A.     There were -- uh -- a number of -- uh --

11:05:37   20  communications end of January that mostly consisted of

11:05:44   21  threats of all sorts of -- from taking legal action to

11:05:48   22  violence.  And then at one point I communicated to him that

11:05:53   23  we're done talking.  I'm not going to communicate with him

11:05:57   24  anymore.

11:06:07   25  Q.     And how many times did he threaten you?

11:06:09   1   A.     What I considered direct threats, with violence as

11:06:15   2   opposed to just expletives and emotional outburst, via text,

11:06:22   3   I would say on two occasions.

11:06:27   4   Q.     And what did he say?

11:06:28   5   A.     He said, in rough translation, will be:  I'll blow up

11:06:34   6   your face.  I'll below you up.  Shoot you in the face.

11:06:39   7                    Those were the comments and texts.

11:06:41   8   Q.     Were you concerned for your safety?

11:06:43   9   A.     Initially, no, and then yes.

11:06:46   10  Q.     And why was that?

11:06:48   11  A.     I started doing some diligence on Mr. Fuks, and I

11:06:52   12  talked to people that knew him well, and they told me that

11:06:57   13  he's capable and he's volatile, that -- they gave me a

11:07:03   14  profile of who he is, and I, you know, I blamed myself for

11:07:07   15  not looking into who he is further.

11:07:11   16                    And I have some level of tolerance for some

11:07:15   17  of these business people from Eurasia and Eastern Europe and

11:07:20   18  the Caucasus, and then I became more concerned recently when

11:07:24   19  I learned that he actually put a hit on me, and there is a

11:07:27   20  contract to kill me.  So, that's why I'm -- you know, I hire

11:07:31   21  security when I travel, and I'm very careful and always

11:07:36   22  armed.

11:07:39   23  Q.     And as we sit here today, has -- has he ever explained

11:07:45   24  to you why he was so upset about the program, to you,

11:07:48   25  personally?

11:07:49  1    A.     Other than the reference to not being at events where

11:07:54  2    he could meet Trump, no.  But I believe the inauguration is a

11:07:59  3    red herring in -- in several ways, mainly I believe that he's

11:08:05  4    upset because he attributes his visa problems in US with me,

11:08:11  5    somehow ties it to me, and -- and I think that theory was

11:08:16  6    amplified in Ukraine, and it upset him and offended him.

11:08:30  7    Q.     And did you ever tell Mr. Fuks you would return any

11:08:33  8    part of the $200,000 BEM money paid?

11:08:37  9    A.     No.

11:08:37  10   Q.     Since the -- they left the inauguration, have you

11:08:41  11   spoken to Mr. Khomutynnik?

11:08:44  12   A.     I spoke with Khomutynnik several times since they left

11:08:50  13   the inauguration.  Once, as I pointed out, was when I

11:08:55  14   received what I considered a threat from -- from both of

11:09:00  15   them, and that's when he responded.  And I think that was

11:09:04  16   stricken, but that's when he responded to me.

11:09:08  17          Another time was prior to that.  I think it

11:09:12  18   was immediately after the inauguration where he asked me what

11:09:15  19   would it take to arrange a Cardelle (phonetically spelled),

11:09:20  20   that's a congressional trip.  I mean he didn't ask that

11:09:22  21   question, but that's what he wanted, to Ukraine, and have it

11:09:25  22   spearheaded by Kevin McCarthy, because they had a great

11:09:30  23   conversation at the McCarthy event, and I -- I introduced

11:09:34  24   him.  And then Mr. Khomutynnik's press service immediately

11:09:38  25   put out various press releases in Ukraine.

| | | |
|---|---|---|
| 11:09:41 | 1 | **MR. LOMAS:** Again, the question -- objection, and |
| 11:09:42 | 2 | move to strike the statements from Mr. Vitaliy. The question |
| 11:09:47 | 3 | was: Have you spoken with him? And then he launched into, |
| 11:09:52 | 4 | you know, all these details that are -- comments that are of |
| 11:09:57 | 5 | course hearsay. |
| 11:09:57 | 6 | **THE COURT:** All right, so you're moving to strike |
| 11:09:59 | 7 | the entire answer? |
| 11:10:00 | 8 | **MR. LOMAS:** Well, he starts out with and said: I |
| 11:10:02 | 9 | spoke with him several times since they left the |
| 11:10:04 | 10 | inauguration. Do not move to strike that. I move to strike |
| 11:10:08 | 11 | the remainder of the response. |
| 11:10:09 | 12 | **THE COURT:** All right, any response? |
| 11:10:10 | 13 | **MR. HAMILTON:** No, Your Honor. |
| 11:10:11 | 14 | **THE COURT:** All right, the motion is granted. The |
| 11:10:14 | 15 | objection is sustained. The balance of the answer after: "I |
| 11:10:22 | 16 | spoke with him several times since they left the |
| 11:10:26 | 17 | inauguration" is stricken. |
| 11:10:35 | 18 | BY MR. HAMILTON: |
| 11:10:35 | 19 | Q. As we sit here today, is Odyssey still owed any moneys |
| 11:10:40 | 20 | for the -- the Kernes project besides the -- I believe you |
| 11:10:46 | 21 | said 65,000 for the trip to Rome? |
| 11:10:48 | 22 | A. Yes, it is. The -- the monthly retainer indicated in |
| 11:10:56 | 23 | a contract, which I believe was 50,000 per month for several |
| 11:11:02 | 24 | months. |
| 11:11:02 | 25 | Q. Do you have an estimate how much Odyssey is owed? |

11:11:06  1   A.    I would say at least four months of work and the

11:11:11  2   50,000 that was part of the initial retainer.  So, I would

11:11:18  3   say roughly about 300,000 would be my estimate.

11:11:30  4            **MR. HAMILTON:**  Your Honor, I don't think I moved

11:11:32  5   into evidence Exhibit 9.  At this time I'd try to -- ask the

11:11:36  6   Court to move it into evidence.

11:11:40  7            **THE COURT:**  Any objection?

11:11:41  8            **MR. LOMAS:**  No objection.

11:11:42  9            THE COURT:  Nine is admitted.

11:11:44  10           (Exhibit No. 9 received in evidence.)

11:11:47  11  BY MR. HAMILTON:

11:11:48  12  Q.    Mr. Vanetik, I'll have you turn to Exhibit 13, please.

11:11:56  13  And I'd have you turn to page 4.  It's where you're -- it's

11:12:04  14  not the translation, it's -- it's where your texts are.

11:12:10  15  A.    Let me see, okay.

11:12:12  16  Q.    And you see there is a March 20th on it?  2016?

11:12:20  17  A.    No.

11:12:20  18  Q.    At the top of the page, it should say:  "Hello Pavlo.

11:12:27  19  Send us your e-mail.  Yuri."

11:12:32  20  A.    Oh, yes, I see it, yes, yes, I see it.

11:12:33  21  Q.    Okay, and down in the middle of the page it says:

11:12:34  22  March 20, 2016.  Do you see this?

11:12:38  23  A.    Yes.

11:12:38  24  Q.    Just looking at this page of Exhibit 13, what is this?

11:12:41  25  If you know.

11:12:42  1    A.      Yes, it's my communication via some medium, regarding

11:12:50  2    us getting an engagement for Fuks for the Kerness human

11:12:57  3    rights project.

11:12:57  4    Q.      And can you identify the medium?

11:13:04  5    A.      I can't.  It could have been -- I believe it could

11:13:08  6    have been either through WhatsApp or Signal or Telegram.

11:13:13  7    Q.      Did you print this out yourself?

11:13:16  8    A.      Yes.

11:13:16  9    Q.      And when did you do that?

11:13:18  10   A.      I believe I did that sometime around 2017, sometime

11:13:27  11   after the inauguration fiasco.

11:13:32  12   Q.      And the -- so, the March 20, 2016 text where you say:

11:13:41  13   "Hi Pavlo.  Engagement K was e-mailed," was that exhibit 10

11:13:47  14   that we looked at earlier?

11:13:51  15   A.      Um -- I think -- I think it was the initial

11:13:54  16   engagements.  No, I think it was the initial engagement for

11:13:58  17   the 65,000.

11:13:59  18   Q.      For the Rome meeting.

11:14:00  19   A.      Yes.  Yes.  Because the -- the bigger contract came a

11:14:06  20   little bit -- a little bit down the road.

11:14:12  21          MR. HAMILTON:  Your Honor, we request to move

11:14:15  22   Exhibit 13 into evidence.

11:14:17  23          THE COURT:  Any objection?

11:14:18  24          MR. LOMAS:  No objection.

11:14:19  25          THE COURT:  Thirteen is admitted.

| | | |
|---|---|---|
| 11:14:20 | 1 | (Exhibit No. 13 received in evidence.) |
| 11:14:28 | 2 | BY MR. HAMILTON: |
| 11:14:29 | 3 | Q.    Mr. Vanetik, did you ever do anything to have Mr. |
| 11:14:32 | 4 | Fuks's visa canceled? |
| 11:14:35 | 5 | A.    Deliberately, no. |
| 11:14:40 | 6 | MR. HAMILTON:  Your Honor, can I have just one |
| 11:14:42 | 7 | second?  I'm almost done here. |
| 11:14:45 | 8 | THE COURT:  Yes. |
| 11:15:24 | 9 | MR. HAMILTON:  Your Honor, I have no further |
| 11:15:26 | 10 | questions for this witness. |
| 11:15:29 | 11 | THE COURT:  All right.  Are there any exhibits |
| 11:15:31 | 12 | you've marked that you wish to move into evidence or not? |
| 11:15:38 | 13 | MR. HAMILTON:  No further, Your Honor. |
| 11:15:41 | 14 | THE COURT:  All right, let's go ahead and take a |
| 11:15:43 | 15 | 30-minute break, and then we'll continue with the trial, |
| 11:15:46 | 16 | then. |
| 11:15:49 | 17 | COURT CLERK:  All rise. |
| 11:15:55 | 18 | (Recess taken.) |
| 11:59:24 | 19 | THE COURT:  All right, we are back on the record. |
| 11:59:27 | 20 | The defendant is on the witness stand, counsel are present. |
| 11:59:34 | 21 | All right, go ahead, Counsel.  You may |
| 11:59:36 | 22 | conduct your cross-examination of Mr. Vanetik. |
| 11:59:43 | 23 | MR. LOMAS:  Thank you, Your Honor. |
| 11:59:45 | 24 | CROSS-EXAMINATION |
| 11:59:45 | 25 | BY MR. LOMAS: |

11:59:46  1   Q.    Mr. Vanetik, you are generally familiar with the

11:59:48  2   litigation process?

11:59:49  3   A.    Generally, yes.

11:59:50  4        **THE COURT:**  I need you to speak into the

11:59:52  5   microphone.

11:59:53  6        **THE DEFENDANT:**  Generally, yes.

11:59:54  7   BY MR. LOMAS:

11:59:54  8   Q.    And you've also been sued before, correct?

11:59:56  9   A.    Yes.

11:59:57  10  Q.    This isn't your first trial as a defendant?

12:00:01  11  A.    No.

12:00:01  12  Q.    So, you're aware that you had certain discovery

12:00:06  13  obligations during this action?

12:00:07  14  A.    Yes.

12:00:08  15  Q.    And you were asked to provide your communications with

12:00:13  16  Mr. Fuks?

12:00:13  17  A.    Yes.

12:00:14  18  Q.    You were asked to provide your communications with

12:00:18  19  anyone acting on Mr. Fuks's behalf?

12:00:21  20  A.    Yes.

12:00:21  21  Q.    You were asked to provide documents exchanged with Mr.

12:00:26  22  Fuks?

12:00:26  23  A.    Yes.

12:00:27  24  Q.    You were asked to provide documentation exchanged with

12:00:29  25  anyone acting on Mr. Fuks's behalf.

| | | |
|---|---|---|
| 12:00:32 | 1 | A.     Yes. |
| 12:00:33 | 2 | Q.     And you provided no e-mails between you and Mr. Fuks. |
| 12:00:38 | 3 | A.     That's not correct.  I provided some. |
| 12:00:40 | 4 | Q.     You provided us -- |
| 12:00:43 | 5 |            In this case? |
| 12:00:43 | 6 | A.     I believe so. |
| 12:00:44 | 7 | Q.     Okay.  What e-mails were those?  Because we have seen |
| 12:00:51 | 8 | no e-mails. |
| 12:00:52 | 9 | A.     E-mails between myself and Gorchinco, and there are a |
| 12:00:57 | 10 | few others that I recall.  But everything I had, I provided, |
| 12:01:00 | 11 | to answer your question more deeply.  And all the e-mails, |
| 12:01:04 | 12 | all the communication that I had in my possession, I |
| 12:01:07 | 13 | provided. |
| 12:01:08 | 14 | Q.     And you've -- and today, during your direct testimony, |
| 12:01:10 | 15 | you did not -- were not presented with any e-mails that you |
| 12:01:14 | 16 | had with Mr. Fuks. |
| 12:01:15 | 17 | A.     I was -- |
| 12:01:16 | 18 |            I'm sorry, again? |
| 12:01:17 | 19 | Q.     During your direct testimony today, you presented no |
| 12:01:20 | 20 | e-mails between you and Mr. Fuks. |
| 12:01:22 | 21 | A.     I don't -- I don't think so, no. |
| 12:01:24 | 22 | Q.     And you -- during your testimony, you provided no |
| 12:01:30 | 23 | Signal messages between you and Mr. Fuks? |
| 12:01:33 | 24 | A.     Yes, because all that information is with the FBI. |
| 12:01:36 | 25 | Q.     You provided no messages or communications at all |

| | | |
|---|---|---|
| 12:01:42 | 1 | between you and Mr. Fuks except for that one or two pages of |
| 12:01:48 | 2 | WhatsApp messages from March 2016, correct? |
| 12:01:54 | 3 | A.    I'm not sure.  Could be -- I don't know what I |
| 12:01:57 | 4 | provided in discovery. |
| 12:01:57 | 5 | Q.    And today you were presented with no such documents? |
| 12:02:02 | 6 | A.    I'm not sure I even follow your question. |
| 12:02:06 | 7 | Q.    You saw no exhibits today that were communications |
| 12:02:10 | 8 | between and you Mr. Fuks other than the text messages from |
| 12:02:13 | 9 | March 2016; isn't that right? |
| 12:02:14 | 10 | A.    As far as the exhibits are concerned, yes, in the |
| 12:02:17 | 11 | discovery I think there were some others.  Everything I had I |
| 12:02:22 | 12 | provided. |
| 12:02:22 | 13 | Q.    Okay.  You were also asked to provide documents |
| 12:02:25 | 14 | concerning any events tickets you arranged to provide to Mr. |
| 12:02:29 | 15 | Fuks? |
| 12:02:29 | 16 | A.    Yes. |
| 12:02:29 | 17 | Q.    And then the receipts for any tickets that were |
| 12:02:33 | 18 | purchased? |
| 12:02:34 | 19 | A.    Yes. |
| 12:02:35 | 20 | Q.    You've provided no receipts for any ticket purchases? |
| 12:02:39 | 21 | A.    Actually, I provided receipts that I had, and those |
| 12:02:43 | 22 | were the Texas Ball, everything else I never had in my |
| 12:02:47 | 23 | possession. |
| 12:02:47 | 24 | Q.    You provided the receipts for the Texas Ball, is that |
| 12:02:50 | 25 | right? |

12:02:50   1   A.      That's my recollection.

12:02:51   2   Q.      And that would be the only other --

12:02:53   3            Excuse me, you said you had no other receipts

12:02:56   4   in your possession?

12:02:57   5   A.      No.

12:02:57   6   Q.      You provided no correspondence with anyone concerning

12:03:02   7   event tickets?

12:03:05   8   A.      No.

12:03:06   9   Q.      You testified earlier about work that you say that

12:03:16   10  Odyssey Management did for Gennady Kerness.  You provided no

12:03:22   11  documents explaining that work.

12:03:23   12  A.      Actually, that's not true.  I provided various

12:03:27   13  documents.  Some were translation, some were documents -- we

12:03:32   14  have thousands of them.

12:03:33   15  Q.      You provided thousands of documents?

12:03:36   16  A.      No, no.  There were thousands of documents.  Whatever

12:03:39   17  I had.  I wasn't in charge of the documents.  That was --

12:03:41   18  that was Odyssey.  Odyssey wasn't sued.

12:03:43   19  Q.      Okay.  So, you're saying that you have no documents --

12:03:45   20  A.      Personally, in my possession, whatever I had in my

12:03:49   21  personal possession I provided.

12:03:50   22  Q.      You said --

12:03:52   23            Earlier today you testified that you had

12:03:54   24  several communications talking with Mr. Fuks about the scope

12:03:57   25  of work for the -- concerning Mr. Kerness.  Do you recall

12:04:02  1    that?

12:04:02  2    A.      Yes.

12:04:03  3    Q.      Okay.  And you provided no documentation of any of

12:04:05  4    those communications today.

12:04:07  5    A.      Like I said, I turned everything over to the FBI.

12:04:11  6    Q.      And you provided no -- as exhibits today, in this

12:04:15  7    trial, in this courtroom?

12:04:17  8    A.      Whatever I had, I provided.

12:04:19  9    Q.      Did you provide --

12:04:20  10            Did you identify any such exhibits today in

12:04:23  11   this courtroom?

12:04:23  12   A.      Which exhibits?

12:04:24  13   Q.      Any exhibits of communications that you had with Mr.

12:04:28  14   Fuks concerning the scope of your work that you said you did

12:04:31  15   for Mr. Kerness?

12:04:33  16   A.      Whatever I had, I provided.

12:04:36  17   Q.      Odyssey Management you said it had its offices in

12:04:42  18   Newport Beach in California?

12:04:43  19   A.      Yes.

12:04:43  20   Q.      Odyssey Management was an LLC?

12:04:46  21   A.      I believe so.

12:04:47  22   Q.      And you say it no longer exists?

12:04:49  23   A.      That's my -- yes, that's my understanding.

12:04:50  24   Q.      And you were a member of Odyssey Management?

12:04:52  25   A.      Yes.

| | | |
|---|---|---|
| 12:04:52 | 1 | Q.    As was Eric Rogers? |
| 12:04:55 | 2 | A.    Yes. |
| 12:04:55 | 3 | Q.    And Stewart Weingarten? |
| 12:04:57 | 4 | A.    Yes. |
| 12:04:58 | 5 | Q.    Odyssey Management LLC, was it formed in California? |
| 12:05:04 | 6 | A.    No. |
| 12:05:04 | 7 | Q.    What state was it formed in? |
| 12:05:06 | 8 | A.    I don't recall.  It could be Nevada.  I don't recall. |
| 12:05:12 | 9 | Q.    Mr. Rogers, is he a California resident? |
| 12:05:16 | 10 | A.    I believe so. |
| 12:05:16 | 11 | Q.    How long have you known Mr. Rogers? |
| 12:05:20 | 12 | A.    Probably ten years. |
| 12:05:23 | 13 | Q.    And when was the last time you spoke with Mr. Rogers? |
| 12:05:27 | 14 | A.    Earlier -- |
| 12:05:32 | 15 |           Spoke?  Maybe a week ago. |
| 12:05:34 | 16 | Q.    Have you kept in regular contact with Mr. Rogers? |
| 12:05:40 | 17 | A.    No, not really. |
| 12:05:41 | 18 | Q.    When was the last time that you believe you spoke with |
| 12:05:45 | 19 | Mr. Rogers? |
| 12:05:46 | 20 | A.    Maybe a couple of weeks ago. |
| 12:05:48 | 21 | Q.    Did you speak or have any contact with Mr. Rogers last |
| 12:05:52 | 22 | year? |
| 12:05:53 | 23 | A.    Last year?  I don't recall. |
| 12:05:56 | 24 | Q.    Did you have any contact with him in the course of |
| 12:06:01 | 25 | this litigation, except the last few weeks? |

| | | |
|---|---|---|
| 12:06:04 | 1 | A.     Yes.  A few times. |
| 12:06:07 | 2 | Q.     Do you know where Mr. Rogers lives? |
| 12:06:09 | 3 | A.     I believe in Newport Beach. |
| 12:06:14 | 4 | Q.     You have asserted no claim against Mr. Fuks in this |
| 12:06:19 | 5 | case for any moneys owed, isn't that right? |
| 12:06:21 | 6 | A.     I sued Mr. Fuks separately in state court separately. |
| 12:06:24 | 7 | Q.     But in this case, you have no counterclaims against |
| 12:06:29 | 8 | Mr. Fuks; is that right? |
| 12:06:30 | 9 | A.     No. |
| 12:06:30 | 10 | Q.     And you've -- you provided no invoices as exhibits |
| 12:06:35 | 11 | that you've sent to -- that Odyssey Management had sent to |
| 12:06:38 | 12 | Mr. Fuks concerning the moneys you say he owes you? |
| 12:06:41 | 13 | A.     I provided everything that was in my possession. |
| 12:06:45 | 14 | Q.     Okay.  Referring earlier to Document 10 that was the |
| 12:07:20 | 15 | item -- |
| 12:07:21 | 16 |          Do you recall that -- |
| 12:07:24 | 17 |          It has the Odyssey Pavel Fuks's confidential |
| 12:07:27 | 18 | consulting agreement.  Do you recall seeing that exhibit? |
| 12:07:29 | 19 | A.     I'm sorry, which exhibit are you talking about? |
| 12:07:32 | 20 | Q.     10. |
| 12:07:33 | 21 | A.     10.  Okay.  Yes. |
| 12:07:35 | 22 | Q.     And you drafted this? |
| 12:07:36 | 23 | A.     Yes. |
| 12:07:36 | 24 | Q.     Okay.  And there is no mention Mr. Kerness in here? |
| 12:07:41 | 25 | A.     No. |

| | | |
|---|---|---|
| 12:07:41 | 1 | Q.     There is no mention of any work on human rights |
| 12:07:44 | 2 | activity in here? |
| 12:07:45 | 3 | A.     No.  But that was deliberately -- deliberately so. |
| 12:07:48 | 4 | Q.     There is no mention of anything to do with Mr. Kerness |
| 12:07:54 | 5 | at all in this document, correct? |
| 12:07:55 | 6 | A.     That's correct. |
| 12:07:56 | 7 | Q.     Okay.  In 1.3 -- excuse me -- actually, 1.2, duties, |
| 12:08:19 | 8 | it states:  *Consultant shall develop a feasibility study for* |
| 12:08:32 | 9 | *client in connection with development of client's businesses.* |
| 12:08:35 | 10 | And here you say the client is Pavlo Fuks? |
| 12:08:40 | 11 | A.     The client is Genaddy Kerness.  Pavel Fuks is the one |
| 12:08:45 | 12 | responsible for -- for the payment in the contract. |
| 12:08:45 | 13 | Q.     Okay. |
| 12:08:46 | 14 | A.     Technically you could say that the client is Pavel |
| 12:08:52 | 15 | Fuks. |
| 12:08:52 | 16 | Q.     Which is it?  Is it Mr. Kerness or Mr. Fuks? |
| 12:08:55 | 17 | A.     It's Mr. Fuks since he executed the agreement and |
| 12:09:00 | 18 | since he was responsible for it.  Yes. |
| 12:09:00 | 19 | Q.     And did you do work for -- on behalf of Mr. Fuks's |
| 12:09:03 | 20 | business? |
| 12:09:03 | 21 | A.     No. |
| 12:09:26 | 22 | Q.     You testified earlier that there was a written |
| 12:09:28 | 23 | agreement concerning -- with Mr. Fuks -- concerning a trip |
| 12:09:31 | 24 | to -- that you took to Rome in which you say you were owed |
| 12:09:35 | 25 | $65,000? |

| | | |
|---|---|---|
| 12:09:36 | 1 | A.      Yes. |
| 12:09:36 | 2 | Q.      Okay.  But you have no such written agreement anymore? |
| 12:09:41 | 3 | A.      I couldn't locate it. |
| 12:09:45 | 4 | Q.      You had text messages with Mr. Fuks from March 2016 in |
| 12:09:53 | 5 | your possession? |
| 12:09:53 | 6 | A.      Text messages from March 2016? |
| 12:09:57 | 7 | Q.      Uh-huh. |
| 12:09:58 | 8 | A.      I had them at some point, yes. |
| 12:10:01 | 9 | Q.      Okay.  But you don't have the -- this agreement that |
| 12:10:05 | 10 | you say that -- for which he owes you $65,000? |
| 12:10:09 | 11 | A.      I didn't have it in my possession.  Probably on |
| 12:10:13 | 12 | Odyssey computers. |
| 12:10:23 | 13 | Q.      Could you describe your relationship with Meadow Wood |
| 12:10:27 | 14 | Management? |
| 12:10:28 | 15 | A.      Sure.  Meadow Wood Management is a -- was, I guess, a |
| 12:10:35 | 16 | public relations company, owned by somebody whom I've known |
| 12:10:40 | 17 | for a while, who's a good friend.  And she brought in some |
| 12:10:44 | 18 | clients from Eastern Europe, and I helped with some political |
| 12:10:49 | 19 | advocacy for those clients as an adviser, as a consultant for |
| 12:10:54 | 20 | Meadow Wood.  Other than that, I don't really have a |
| 12:10:57 | 21 | relationship with Meadow Wood.  And Meadow Wood worked on |
| 12:11:01 | 22 | some of the inaugural matters as well, as I testified. |
| 12:11:07 | 23 | Q.      Are you -- |
| 12:11:07 | 24 |              Were you an officer of Meadow Wood |
| 12:11:10 | 25 | Management? |

12:11:10  1   A.     I believe at one point I was vice president for a

12:11:13  2   short time, and afterwards I was an advisor.

12:11:16  3   Q.     Okay.  So, you were --

12:11:16  4              So you did have a relationship beyond just

12:11:18  5   doing work for them.  You were an officer, a vice president.

12:11:20  6   A.     Vice president is not technically an officer.  It was

12:11:23  7   a title.

12:11:23  8   Q.     Okay.  So, it was a title.  You weren't an officer of

12:11:26  9   the company?

12:11:26  10  A.     I don't believe so.

12:11:26  11  Q.     Okay.

12:11:29  12  A.     I don't believe so.  I mean when you have --

12:11:32  13             There is certain fluidity when you have a

12:11:34  14  small business, but I never considered myself an officer.

12:11:34  15  Q.     Okay.

12:11:35  16  A.     I could have been for -- for some time, but -- at some

12:11:40  17  point, fundamentally, no.

12:11:42  18  Q.     Are you familiar with -- are you familiar with Foreign

12:11:56  19  Agents Registration Act?

12:11:56  20  A.     Yes.

12:11:56  21  Q.     Okay.  And what is that?

12:11:57  22  A.     It's a law that governs certain --

12:12:00  23             It has certain reporting requirements when

12:12:03  24  there is lobbying work done.

12:12:06  25  Q.     Okay.  Did you do any lobbying work on behalf Mr.

12:12:09  1    Kerness?

12:12:09  2    A.      No.

12:12:10  3    Q.      Did you do any lobbying work on behalf of the City of

12:12:14  4    Kharkiv?

12:12:15  5    A.      No.

12:12:39  6              **MR. LOMAS:**  Your Honor, I'd like to --

12:12:46  7                  Permission to approach and provide a copy of

12:12:53  8    Plaintiff's Exhibit 22 for impeachment.  It's not in the

12:12:56  9    binder because we didn't include the impeachment -- exhibits

12:12:58  10   in the binder, so we would have to pass the copies up to you.

12:13:02  11             **THE COURT:**  All right, does everyone have a copy?

12:13:04  12   Obviously I do not.

12:13:06  13             **MR. LOMAS:**  We'll do it at the same time.

12:13:50  14             **THE COURT:**  All right.  So, 22 is marked for

12:13:53  15   identification.

12:13:53  16             **MR. LOMAS:**  Identification, yes.

12:13:54  17   BY MR. LOMAS:

12:13:56  18   Q.      Mr. Vanetik, you've been handed what's been marked for

12:14:01  19   identification as exhibit, Plaintiff Exhibit 22.  Have you --

12:14:05  20   are you familiar with this document?

12:14:06  21   A.      Yeah, it looks familiar.  It's a FERA (phonetically

12:14:08  22   spelled) registration for, yeah for Serhiy Rybalka, yeah, and

12:14:24  23   the Agrarian party of Ukraine.

12:14:26  24   Q.      Okay, and then, first box in sort of in the middle

12:14:31  25   numbered one name, that's your name, Yuri Vanetik?

12:14:33  1   A.      Yes.

12:14:33  2   Q.      And on page 2, under the execution, you've sworn under

12:14:41  3   penalty of perjury that this is -- the contents of this is

12:14:44  4   accurate?

12:14:45  5   A.      Right.

12:14:45  6   Q.      Okay.  And then this document in numbers eight nine

12:14:47  7   you've indicated that you are an officer of Meadow Wood

12:14:51  8   Management?

12:14:51  9   A.      At that time I was.

12:14:51  10  Q.      Okay.

12:14:53  11  A.      This was when -- a couple of years ago.  Now, I must

12:14:57  12  have been an officer for a short while.

12:14:58  13  Q.      Okay.

12:15:05  14  A.      And in subsequent registrations I was not.  So, I must

12:15:08  15  have done that initially as an officer, stepped in and then

12:15:12  16  afterward I didn't want to be an officer of the company.

12:15:16  17  Q.      Mr. Vanetik, would you flip back to Exhibit No. 9?

12:15:38  18  A.      No. 9?

12:15:40  19  Q.      Uh-huh.

12:15:42  20  A.      Okay.

12:15:43  21  Q.      Okay, you testified that you sent this document to Mr.

12:15:47  22  Fuks in late December, early January; is that right?

12:15:49  23  A.      That's my recollection.

12:15:50  24  Q.      Okay, and we saw no exhibits to date and no e-mails

12:15:56  25  forwarding this to Mr. Fuks?

12:15:59  1   A.      As I said before, I provided everything I had, and

12:16:02  2   whatever information -- I -- at one point I provided it to

12:16:08  3   our authorities, to the government.

12:16:09  4   Q.      You provided -- you've shown no documents -- no

12:16:13  5   e-mails that you've exchanged with Mr. Fuks as exhibits on

12:16:15  6   behalf of your defense in this case today?

12:16:19  7   A.      No.

12:16:26  8   Q.      And you said you obtained a draft of this from Matt

12:16:33  9   Keelen?

12:16:34  10  A.      I obtained --

12:16:35  11          Well, what I said was that Matt Keelen and I

12:16:37  12  and Oksana worked on an inaugural program, and there was

12:16:41  13  some -- some documents that were --

12:16:42  14          It was a document that was built.

12:16:45  15  Q.      By Mr. Keelen and yourself?

12:16:48  16  A.      By Mr. Keelen, myself, and Oksana.

12:16:53  17  Q.      Okay.  Did Mr. Keelen offer you a program to purchase

12:16:57  18  for $50,000?

12:16:59  19  A.      No.  I paid him -- I didn't pay him anything.  Odyssey

12:17:04  20  paid him 40,000.

12:17:05  21  Q.      And what did Odyssey pay him the $40,000 for?

12:17:12  22  A.      For the -- for the ceremony, for the swearing in,

12:17:17  23  for -- I think several other things like New York Republican

12:17:22  24  Party reception --

12:17:23  25          Let me take a look.  It's been almost five

12:17:26  1    years.  I'm sure I don't remember.  There were a few things

12:17:30  2    that were part of the package.

12:17:31  3    Q.      Okay.

12:17:32  4    A.      I think Montana also.

12:17:34  5    Q.      Okay, and how many tickets were part of this package?

12:17:37  6    A.      I think "tickets" is a misnomer.  There were

12:17:41  7    credentials or there were, you know, basically people that

12:17:44  8    were included on the list to be able to get in.  This was all

12:17:50  9    done for two people.

12:17:51  10   Q.      Okay.  Two people.

12:17:51  11   A.      Yes.

12:17:53  12   Q.      For $40,000.  For access for everything on this list?

12:17:58  13   A.      No, no.  Some of the things I brought in, not Matt, or

12:18:00  14   it -- it came in from me, and some of the things Oksana

12:18:06  15   researched and also we put together.  So, this was a -- an

12:18:08  16   amalgamation of, yeah, a number of efforts.

12:18:10  17   Q.      And which of these items did you add to this list?

12:18:16  18   A.      I may not remember.  I think -- I believe the New York

12:18:22  19   event, the luncheon -- the lunch -- the ladies lunch on the

12:18:28  20   19th.  Let me see.  Montana was Matt mostly.  NRCC, NRSC

12:18:43  21   lunch -- brunch.

12:18:46  22          And there were a few others that weren't on

12:18:49  23   this list as well, and -- and I think, let's see, VIP brunch.

12:18:53  24   I don't recall, possibly Belfers (phonetically spelled),

12:18:53  25   those events.

12:18:53  1    Q.    Okay.

12:18:55  2    A.    Again, that's just my recollection.  Again, this is

12:18:58  3    just my recollection.

12:19:06  4    Q.    Mr. Fuks asked you about attending the inauguration in

12:19:09  5    November of 2016.

12:19:10  6    A.    Yes.

12:19:11  7    Q.    And you told him that best VIP access would be

12:19:16  8    $100,000 per person?

12:19:18  9    A.    I don't recall telling him that.

12:19:24  10   Q.    Okay.  If you could -- if you could take a look

12:19:26  11   please, Mr. Vanetik, at Exhibit 1.

12:19:36  12   A.    Okay.

12:19:37  13   Q.    And if you could flip please to page 22.  And then if

12:19:46  14   you could look --

12:19:48  15   A.    Hold on a second.

12:19:50  16   Q.    Sure.  Okay.  Let me know when you're there.

12:19:51  17   A.    I'm on 22 now.

12:19:53  18   Q.    Okay.  And then look down for one of the entries, one

12:19:56  19   of the messages, November 18, 2016, that nineteen forty-three

12:20:02  20   thirty-six.  Do you see that?

12:20:02  21   A.    Yes, I see that.

12:20:03  22   Q.    Okay.  And here you say:  Best VIP $100,000 per

12:20:08  23   person?

12:20:09  24   A.    Um yeah, I -- I do see that.

12:20:14  25   Q.    Okay, and then later on in November, you informed Mr.

12:20:18  1   Fuks what would be part of the program that he was interested

12:20:21  2   in?

12:20:25  3   A.      Again, I didn't follow your question.  I'm sorry.

12:20:27  4   Q.      In late November, you identified specific events for

12:20:31  5   Mr. Fuks that would be part of the program that he was

12:20:33  6   purchasing?

12:20:33  7   A.      In November -- yes.

12:20:35  8   Q.      Okay.

12:20:35  9   A.      I believe so.  Yes.  In November we sent him, I

12:20:41  10  think -- late November or early December sent him a draft of

12:20:45  11  the program.

12:20:45  12  Q.      In November --

12:20:47  13          If you could flip to page 23, on November

12:20:50  14  30th, you identified and listed the events for which you were

12:20:58  15  going to be providing him tickets, correct?

12:21:00  16  A.      Frankly, I will say this, I have to say this.  I

12:21:04  17  cannot confirm anything in these texts because to me they're

12:21:08  18  an amalgamation of poorly sequenced texts that are either

12:21:14  19  from different medium or made up, altered texts.  So, I --

12:21:17  20  I don't know if this is accurate communication.  I don't -- I

12:21:19  21  don't see --

12:21:19  22          It says for tickets.  I -- I -- no.

12:21:22  23  Q.      So, are you saying today, it's your testimony under

12:21:25  24  oath that you never sent this message on November 30, 2016,

12:21:29  25  identifying the VIP package that you bought for Mr. Fuks?

12:21:35  1   A.    I'm saying under oath today that I don't have a

12:21:38  2   recollection of sending this.

12:21:40  3   Q.    Okay.  Are these -- are these VIP events that are

12:21:44  4   listed here?

12:21:46  5   A.    I'm sorry, are these VIP events?

12:21:52  6   Q.    Yes.

12:21:53  7   A.    I don't know.  I mean, it says "inaugural ball

12:21:56  8   premiere access."  It sounds like a VIP event.

12:21:59  9   Q.    How about the "Victory Reception"?

12:22:03  10  A.    The Victory Reception, I would assume so.  You know, I

12:22:07  11  think there were various victory receptions, and I think once

12:22:12  12  you were at a victory reception, it depends where you were,

12:22:17  13  you know, in most of those events there were cheers based on

12:22:20  14  donors' access, et cetera.

12:22:20  15  Q.    You're saying there were various victory receptions.

12:22:24  16  A.    Well, there were various victory receptions, but

12:22:27  17  that's not what I'm saying that is true, though.  There were

12:22:28  18  also various levels of access to most of these events.

12:22:34  19  Q.    And here you're identifying a parade for VIP tickets.

12:22:40  20  A.    I don't have a recollection of having this

12:22:42  21  communication.  I may have in some capacity, but I -- I can't

12:22:45  22  say that on this date this is what I sent, because to me all

12:22:50  23  of this is -- is compromised.

12:22:51  24  Q.    Okay.  Could you explain how it's compromised?

12:22:54  25  A.    Sure.  Happily.  When I review this, a number of texts

| | | |
|---|---|---|
| 12:23:02 | 1 | across the board were out of sequence.  A number -- a |
| 12:23:09 | 2 | number of other -- a number of texts I never wrote.  Some |
| 12:23:10 | 3 | texts were from a different medium.  This was all put |
| 12:23:14 | 4 | together somehow, and put together as a record. |
| 12:23:14 | 5 | Q.     Okay. |
| 12:23:16 | 6 | A.     But it doesn't reflect my -- my complete record of |
| 12:23:20 | 7 | communication with Mr. Fuks. |
| 12:23:21 | 8 | Q.     Okay, please -- |
| 12:23:21 | 9 | Could you please identify anything that is |
| 12:23:24 | 10 | out of order in this Exhibit? |
| 12:23:26 | 11 | A.     Well, I think it would be challenging unless we go |
| 12:23:31 | 12 | through it. |
| 12:23:31 | 13 | Q.     Well, you're the one that's contending it's false, |
| 12:23:34 | 14 | so -- |
| 12:23:34 | 15 | A.     Well, I'm contending that it's false because when I |
| 12:23:37 | 16 | look at things, things don't match my recollection and they |
| 12:23:40 | 17 | don't -- and they don't match the communication that we had. |
| 12:23:45 | 18 | So, if you are asking me to fundamentally |
| 12:23:47 | 19 | identify certain things that are false, to explain what I |
| 12:23:51 | 20 | believe is false, I can do -- I can do it in general terms. |
| 12:23:53 | 21 | Q.     All right.  So, on November 18th, 2016, you sent a |
| 12:23:59 | 22 | message to Mr. Fuks -- |
| 12:24:00 | 23 | A.     Hold on.  Let me find that. |
| 12:24:02 | 24 | Q.     Uh-huh. |
| 12:24:02 | 25 | A.     November 18th. |

| | | |
|---|---|---|
| 12:24:04 | 1 | Q.     Yep. |
| 12:24:05 | 2 | A.     Let's see, where is November 18?  11-18.  Hold on. |
| 12:24:10 | 3 | Q.     Actually, why don't -- |
| 12:24:12 | 4 | Strike that question, and I'll help you out |
| 12:24:15 | 5 | here a little bit.  Let's go to page 22. |
| 12:24:17 | 6 | A.     22, okay. |
| 12:24:19 | 7 | Q.     All right.  And then let's go to the text message that |
| 12:24:22 | 8 | says:  November 16, 2016; 23, 44, 29.  It's about ten rows |
| 12:24:29 | 9 | down.  Do you see that? |
| 12:24:29 | 10 | A.     Hold on one second. |
| 12:24:30 | 11 | Q.     Uh-huh. |
| 12:24:32 | 12 | A.     November 16?  What does it start with?  What are |
| 12:24:37 | 13 | the -- |
| 12:24:37 | 14 | Q.     23, 44, 29, P.F.? |
| 12:24:42 | 15 | A.     23, 44, 29, P.F.  Okay. |
| 12:24:46 | 16 | Q.     Mr. Fuks says:  "Maybe we can get to jump at the |
| 12:24:51 | 17 | inauguration."  Do you see that? |
| 12:24:53 | 18 | A.     Yes, I see that. |
| 12:24:53 | 19 | Q.     And then you responded.  Correct? |
| 12:24:55 | 20 | A.     That's what it says. |
| 12:24:57 | 21 | Q.     Yes.  And then -- you then provided information about |
| 12:25:01 | 22 | inauguration tickets and VIP treatment, do you see that? |
| 12:25:04 | 23 | A.     Say again?  I'm sorry? |
| 12:25:07 | 24 | Q.     You sent a message that says:  *"There are guests that* |
| 12:25:11 | 25 | *get tickets and guests that get VIP treatment.  Regular* |

12:25:15  1    *attendance is a joke."*

12:25:16  2                    Do you see that message?

12:25:17  3    A.    Hold on one second.  Okay, okay, I do see it.

12:25:21  4    Q.    Is that a false statement?  Is that a false text, or

12:25:25  5    did you send that text?

12:25:26  6    A.    I don't recall sending that text.  It's not a false

12:25:29  7    statement for somebody who is high profile who wants a unique

12:25:33  8    experience, I -- I --

12:25:33  9                    In other words, if we discussed that right

12:25:35  10   now, I would say that's probably true.

12:25:37  11   Q.    And, again, on November 17, 16, this was about a week

12:25:40  12   or so after the election?

12:25:44  13   A.    Okay.

12:25:46  14   Q.    Correct?  Is that right?

12:25:47  15   A.    November 16th.  I assume.

12:25:49  16   Q.    Well, the presidential election was in November 2016.

12:25:55  17   A.    Right, right.  So this was afterwards.  Okay.

12:25:57  18   Q.    So, if there is a discussion on, potentially going to

12:26:00  19   an inauguration, it's not surprising that it would come

12:26:02  20   shortly after the election?

12:26:03  21   A.    No, it's not surprising.  Yeah, that's not surprising.

12:26:06  22   Q.    Okay.  And then -- if you see a few messages down,

12:26:10  23   then you say:  *"Time to get tickets is next five days.  Then*

12:26:16  24   *they go up.  Next year they will be at least three times the*

12:26:19  25   *price at best."*  Do you see that message?

12:26:22  1    A.      Yes.

12:26:22  2    Q.      Again, you sent that message to Mr. Fuks, didn't you?

12:26:25  3    A.      No, I don't -- I -- I have no recollection of sending

12:26:29  4    that message to Mr. Fuks.

12:26:30  5    Q.      So where did this message come from?  Your testimony

12:26:34  6    today is that Mr. Fuks fabricated this message?

12:26:36  7    A.      Probably.

12:26:37  8    Q.      Okay.  The next -- the next sentence or response is

12:26:42  9    Mr. Fuks stating:  *"How much did they cost?  I'm ready to buy*

12:26:46  10   *the very best."*

12:26:48  11                   Do you see that?

12:26:49  12   A.      I'm sorry.  Let's see.  I don't see it.  Hold on.  I

12:27:08  13   don't see --

12:27:09  14                   Where are you?

12:27:11  15   Q.      We just went over the time.  *"To get tickets is next*

12:27:16  16   *five days"* message, right?  In the middle of the page.  Four

12:27:18  17   O three twenty-one on November 17, 2016.

12:27:20  18   A.      Hold on.  Okay.  And then I see:  *"Hotels should be*

12:27:23  19   *booked now and payments handled as soon as possible."*  And

12:27:26  20   then:  *"I'll take two tickets.  When is it?  And what kind of*

12:27:29  21   *documents are needed from me?"*

12:27:31  22   Q.      Right.  And earlier before that, do you see the

12:27:35  23   message, above the missing video links, do you see the:  *"How*

12:27:41  24   *much do they cost?  I'm ready to buy the very best"* message

12:27:45  25   from Mr. Fuks?

| | | |
|---|---|---|
| 12:27:46 | 1 | A.      I don't see it.  Where is it? |
| 12:27:49 | 2 | Q.      Okay, hold on, Mr. Vanetik. |
| 12:27:51 | 3 | A.      I'm sorry, I'm just not seeing -- |
| 12:27:55 | 4 |                 It's -- it's below?  It's down or up? |
| 12:27:58 | 5 |             THE COURT:  Just hold on, sir. |
| 12:29:06 | 6 | BY MR. LOMAS: |
| 12:29:06 | 7 | Q.      Mr. Vanetik, do you see the screen, now the |
| 12:29:10 | 8 | highlighted portion? |
| 12:29:11 | 9 | A.      Screen?  No.  Oh, I'm sorry.  It's very small.  I |
| 12:29:15 | 10 | can't see it. |
| 12:29:15 | 11 |             MR. LOMAS:  Is there a way to blow up this? |
| 12:29:27 | 12 |             THE COURT:  I believe there is.  I believe the |
| 12:29:30 | 13 | exhibit can be magnified to full screen size. |
| 12:29:35 | 14 |             MR. LOMAS:  Do I do that here or -- |
| 12:29:47 | 15 | BY MR. LOMAS: |
| 12:29:47 | 16 | Q.      Mr. Vanetik, earlier we talked about the text messages |
| 12:29:50 | 17 | that says:  "*Time to get tickets is next five days.*"  You saw |
| 12:29:53 | 18 | that message, right? |
| 12:29:54 | 19 | A.      Yes. |
| 12:29:55 | 20 | Q.      Okay, all right.  The very next message, the response, |
| 12:29:58 | 21 | do you see that? |
| 12:29:58 | 22 | A.      Let me look it up on the list. |
| 12:30:02 | 23 |             THE COURT:  All right, Counsel, just to interrupt |
| 12:30:03 | 24 | for a minute.  We can magnify it to full screen, but we have |
| 12:30:06 | 25 | to disconnect Zoom. |

| | | |
|---|---|---|
| 12:30:09 | 1 | **MR. LOMAS:**  Oh, I think that's fine, because it's |
| 12:30:12 | 2 | disconnected. |
| 12:30:16 | 3 | **THE COURT:**  You think what's fine?  The |
| 12:30:18 | 4 | disconnecting of Zoom? |
| 12:30:21 | 5 | **MR. LOMAS:**  Yes. |
| 12:30:23 | 6 | **THE COURT:**  All right.  We'll try to make it |
| 12:30:24 | 7 | happen for you. |
| 12:30:24 | 8 | **MR. LOMAS:**  Thank you. |
| 12:30:25 | 9 | BY MR. LOMAS: |
| 12:30:25 | 10 | Q.    Mr. Vanetik, do you see the line that I'm referring |
| 12:30:28 | 11 | to? |
| 12:30:28 | 12 | A.    No.  Yes. |
| 12:30:32 | 13 | Q.    Okay. |
| 12:30:32 | 14 | A.    Okay. |
| 12:30:32 | 15 | Q.    Okay, all right, and then you -- and then you |
| 12:30:35 | 16 | responded:  *"Let me verify costs.  Call me, and I'll explain* |
| 12:30:39 | 17 | *several options."* |
| 12:30:43 | 18 | A.    Okay.  I could have responded.  I don't know. |
| 12:30:46 | 19 | Q.    Okay.  And then later you then responded and provided |
| 12:30:49 | 20 | more information saying:  *"Best VIP, 100,000 per person."* |
| 12:30:55 | 21 | Correct? |
| 12:30:55 | 22 | A.    That's what it says.  That's correct.  That's what I'm |
| 12:30:58 | 23 | reading. |
| 12:30:58 | 24 | Q.    And that's what you said. |
| 12:30:59 | 25 | A.    I don't -- I don't have that recollection saying -- |

12:31:04  1    saying that to Mr. Fuks.

12:31:04  2    Q.    Okay.  So, are you suggesting that this is a

12:31:07  3    fabricated message?

12:31:08  4    A.    Most likely.

12:31:09  5    Q.    Most likely?  Where is the *hundred thousand dollars*

12:31:12  6    *per VIP per person*" is coming from?

12:31:14  7    A.    I don't -- I don't know.

12:31:16  8    Q.    Okay.

12:31:17  9    A.    Hundred thousand VIP per person, I -- well, I don't

12:31:22  10   know about the messages.  I know that we had discussions, and

12:31:25  11   I did tell him in our discussions that that could be

12:31:28  12   something adequate, you know, at some point, because he was

12:31:31  13   trying to -- he was trying to figure out what these things

12:31:35  14   cost.

12:31:35  15   Q.    Right.  And you were providing him the information

12:31:38  16   about what they cost.

12:31:39  17   A.    I -- I think at -- at some point he asked me about the

12:31:43  18   inaugural, absolutely, in November.

12:31:44  19   Q.    And he told you, and you told him that the best was

12:31:48  20   100,000 per person.

12:31:50  21   A.    I don't recall telling that specifically.

12:31:52  22   Q.    Because you're saying that this message is made up.

12:31:56  23   A.    I don't recognize that specific message, and I don't

12:31:59  24   recognize it in that context.

12:32:01  25   Q.    Okay.  If you could flip to the next page, page 23?

| | | |
|---|---|---|
| 12:32:07 | 1 | A.    Okay.  It's actually just on the opposite -- it's on |
| 12:32:11 | 2 | opposite sides. |
| 12:32:12 | 3 | Q.    And then go back -- I think we were talking about this |
| 12:32:14 | 4 | before, the November 30, 2016 message. |
| 12:32:17 | 5 | A.    November 30 -- let's see -- 2016?  It says "cabinet |
| 12:32:22 | 6 | dinner." |
| 12:32:22 | 7 | Q.    Uh-huh. |
| 12:32:25 | 8 | A.    Okay. |
| 12:32:26 | 9 | Q.    And you say:  "*This is the VIP package that we* |
| 12:32:29 | 10 | *bought.*" |
| 12:32:32 | 11 | A.    Okay. |
| 12:32:32 | 12 | Q.    And it's your testimony today under oath that you did |
| 12:32:35 | 13 | not send that message? |
| 12:32:37 | 14 | A.    I have no recollection of sending it. |
| 12:32:38 | 15 | Q.    Okay.  You have no recollection. |
| 12:32:39 | 16 | A.    Right. |
| 12:32:40 | 17 | Q.    Do you have any evidence that the -- or -- |
| 12:32:43 | 18 | Strike that. |
| 12:32:43 | 19 | Are you alleging today that was a made-up |
| 12:32:48 | 20 | message? |
| 12:32:49 | 21 | A.    It could have been.  I mean, most of these messages, |
| 12:32:49 | 22 | don't -- |
| 12:32:50 | 23 | Some I don't recognize, some I don't, but the |
| 12:32:54 | 24 | context, the way they're built is inconsistent with what |
| 12:33:01 | 25 | happened. |

12:33:01  1    Q.     Okay.  The next page, Mr. -- page 24, Mr. Fuks, on

12:33:05  2    November 30, 2016, third line from the top of the page, he

12:33:09  3    says:  *"They told me that we have bad seats."*  Do you see

12:33:12  4    that?

12:33:12  5    A.     Yes.  Yes.

12:33:13  6    Q.     And you respond:  *"Who told you that?  It makes no*

12:33:17  7    *sense.  At this point you're getting 250 package."*

12:33:22  8    A.     Yeah, I see that as well.

12:33:23  9    Q.     What is the "250 package"?

12:33:25  10   A.     I don't know.

12:33:26  11   Q.     Okay.

12:33:37  12   A.     And these are -- these are not the texts or the

12:33:39  13   discussions that I recall having with Mr. Fuks.

12:33:42  14   Q.     All right.  So, you're saying that this is made up?

12:33:45  15   A.     The record is.

12:33:46  16   Q.     And you provided no messages with Mr. Fuks about

12:33:51  17   inauguration tickets today in an exhibit at this trial?

12:33:55  18   A.     I provided my cell phone to the government when Mr.

12:33:59  19   Fuks started threatening me.

12:34:00  20   Q.     Did you provide any communication with Mr. Fuks about

12:34:03  21   this case -- excuse me, about the acquisition of tickets at

12:34:08  22   this trial?

12:34:08  23   A.     I provided everything I had.

12:34:10  24   Q.     In November 2016, you were looking into options for

12:34:28  25   Mr. Fuks to attend the inauguration?

| | | |
|---|---|---|
| 12:34:32 | 1 | A.      In November and in December. |
| 12:34:34 | 2 | Q.      Okay, in November and in December.  And you're |
| 12:34:36 | 3 | saying -- earlier your testimony was that you sent a program |
| 12:34:39 | 4 | in late December? |
| 12:34:40 | 5 | A.    I don't recall exactly.  My recollection is that we |
| 12:34:45 | 6 | sent a program sometime in December and in January.  We sent |
| 12:34:48 | 7 | him -- |
| 12:34:49 | 8 |                    I think it sent drafts in -- in December. |
| 12:34:52 | 9 | Q.      Okay.  Mr. Vanetik, could you please refer to Exhibit |
| 12:36:02 | 10 | 13? |
| 12:36:03 | 11 | A.      Thirteen? |
| 12:36:05 | 12 | Q.      Yes, please. |
| 12:36:07 | 13 | A.      Exhibit 13.  Okay. |
| 12:36:15 | 14 | Q.      Okay, and at the back here, these are -- |
| 12:36:17 | 15 |                    What is this, a screenshot of messages that |
| 12:36:20 | 16 | you say you had with Mr. Fuks in March 2016? |
| 12:36:24 | 17 | A.      I believe so. |
| 12:36:24 | 18 | Q.      Okay.  And these messages here appear in Exhibit 1, |
| 12:36:30 | 19 | correct? |
| 12:36:32 | 20 | A.      I'll take your word for it.  I don't know. |
| 12:36:35 | 21 | Q.      Well, please, actually, why don't we refer back to |
| 12:36:39 | 22 | Exhibit 1 and you can take a look. |
| 12:36:41 | 23 | A.      Okay.  Where would these be? |
| 12:36:44 | 24 | Q.      Well, March 2016.  So, why don't we flip to page 16. |
| 12:37:14 | 25 | A.      Page 16? |

| | | |
|---|---|---|
| 12:37:17 | 1 | Q.     Uh-huh? |
| 12:37:18 | 2 | A.     Okay. |
| 12:37:23 | 3 | Q.     Okay, on page 16 of Exhibit 1, do you see the |
| 12:37:26 | 4 | messages -- |
| 12:37:27 | 5 | A.     Yeah. |
| 12:37:27 | 6 | Q.     -- that are in Exhibit 13? |
| 12:37:37 | 7 | A.     Yes.  I do -- I do see them. |
| 12:37:39 | 8 | Q.     Okay.  So those messages are in Exhibit 1, correct? |
| 12:37:44 | 9 | The messages you sent on March 2016 and Exhibit 13 do appear |
| 12:37:49 | 10 | in Exhibit 1? |
| 12:37:50 | 11 | A.     Yes, they do.  And that's not inconsistent with what |
| 12:38:02 | 12 | I'm saying.  You -- |
| 12:38:03 | 13 | Some of the information is correct, some is |
| 12:38:05 | 14 | altered, some I don't recognize and some is from different |
| 12:38:08 | 15 | medium put together, mis-sequenced, but these do appear |
| 12:38:14 | 16 | together, yes. |
| 12:38:15 | 17 | MR. LOMAS:  Your Honor, I'd like to pass up what's |
| 12:39:08 | 18 | been marked for identification as Plaintiff Exhibit 20. |
| 12:39:10 | 19 | THE COURT:  All right.  So, you're asking for it |
| 12:39:12 | 20 | to be marked for identification? |
| 12:39:14 | 21 | MR. LOMAS:  Well, yes, please. |
| 12:39:17 | 22 | THE COURT:  All right, it is so marked. |
| 12:39:17 | 23 | (Exhibit No.  20 marked for identification.) |
| 12:40:04 | 24 | BY MR. LOMAS: |
| 12:40:04 | 25 | Q.    Mr. Vanetik, you've been handed what's been marked |

12:40:09  1    Plaintiff Exhibit 20, which is entitled:  "58th Presidential

12:40:13  2    Inaugural Committee Underwriter Benefit."  Do you see that?

12:40:18  3    A.     Yes.

12:40:19  4    Q.     You've seen this document before?

12:40:20  5    A.     Yes.

12:40:21  6    Q.     Okay.  And you're familiar with what this document is

12:40:25  7    showing?

12:40:25  8    A.     Yes.

12:40:25  9    Q.     Okay.  And on page -- the third page with the blue

12:40:30  10   headings, the blue trim, do you see that page where in the

12:40:34  11   bottom it says:  "*$250,000 underwriter package benefits*"?

12:40:39  12   A.     Yes, I do see that.

12:40:40  13   Q.     Okay.  And these, the tickets to official inaugural

12:40:43  14   events that are listed here, those are the same that are in

12:40:47  15   the November 30, 2016 text message we were just looking at

12:40:52  16   earlier?

12:40:52  17   A.     Yes, the one that I questioned, yes.

12:40:55  18   Q.     Uh-huh.  And that there was a message from you stating

12:40:56  19   that at this point you're getting the $250,000 package.

12:41:01  20   A.     Yes.  But I never sent the message.

12:41:04  21   Q.     You never sent that message.  Okay.

12:41:06  22   A.     No.

12:41:06  23   Q.     And you added -- you stated --

12:41:12  24                 Strike that.

12:41:12  25                 On Exhibit 6 -- no, 7, excuse me, Exhibit

| | | |
|---|---|---|
| 12:41:33 | 1 | 7 -- |
| 12:41:33 | 2 | A.     Exhibit 7? |
| 12:41:35 | 3 | Q.     Can you flip to that?  Yes. |
| 12:41:40 | 4 | A.     One second.  Okay, Exhibit 7.  I'm looking at it. |
| 12:41:44 | 5 | Q.     Okay.  And so this is an exhibit you referenced |
| 12:41:47 | 6 | earlier, and it talks about money that Mr. Keelen is asking |
| 12:41:52 | 7 | from you; is that right? |
| 12:41:54 | 8 | A.     Yes. |
| 12:41:54 | 9 | Q.     Okay.  And you testified that there was a $40,000 |
| 12:42:00 | 10 | payment from Odyssey? |
| 12:42:00 | 11 | A.     Yes. |
| 12:42:01 | 12 | Q.     And then was there any payment from you? |
| 12:42:03 | 13 | A.     No. |
| 12:42:03 | 14 | Q.     You made no payments to Mr. Keelen? |
| 12:42:17 | 15 | A.     Not in connection with Mr. Fuks. |
| 12:42:17 | 16 | Q.     What payments did you make to Mr. Keelen? |
| 12:42:21 | 17 | **THE COURT:**  Did we get the witness's answer to |
| 12:42:23 | 18 | that question? |
| 12:42:24 | 19 | **THE PLAINTIFF:**  No, may I? |
| 12:42:25 | 20 | **THE COURT:**  Hold on, sir. |
| 12:42:27 | 21 | **MR. LOMAS:**  I'll ask the question again. |
| 12:42:30 | 22 | **THE COURT:**  Go ahead. |
| 12:42:31 | 23 | BY MR. LOMAS: |
| 12:42:34 | 24 | Q.     Did you make any payments to Mr. Keelen? |
| 12:42:37 | 25 | A.     In my life, yes. |

12:42:47  1    Q.     What was the payment that you made that's referenced

12:42:50  2    in here:  *"Going to need some money from you for last week."*

12:42:54  3    In the subject line of this e-mail?

12:42:56  4    A.     I believe that it was for the inauguration week for

12:43:01  5    Vitaliy and Svitlana.

12:43:03  6    Q.     Okay.  So, you're saying that was the $40,000?

12:43:07  7    A.     I believe so.

12:43:08  8    Q.     And did you make any other payments to Mr. Keelen in

12:43:13  9    connection with the inauguration week?

12:43:14  10   A.     Not that I recall.  No, I did not, and I don't think

12:43:17  11   Odyssey did either.

12:43:18  12   Q.     You didn't make a $5,000 payment to Mr. Keelen?

12:43:23  13   A.     I may have in connection with something unrelated,

12:43:23  14   with Pata Verchulaza (phonetically spelled) or some other

12:43:29  15   projects.  Pata (phonetically spelled) is a former client

12:43:33  16   that I referred to Mr. Keelen.

12:43:35  17   Q.     In the bottom of this -- on the first page of this

12:43:41  18   e-mail, the January 22, 2017, 5:54 payment e-mail from Mr.

12:43:50  19   Keelen:  *"Got a paid driver and some tickets we got."*  Do you

12:43:54  20   see that?

12:43:54  21   A.     Yes.

12:43:54  22   Q.     You didn't make a payment of $5,000 to Mr. Keelen for

12:43:57  23   diver and tickets for Mr. Fuks?

12:44:00  24   A.     I don't recall.  I may have.  I don't recall.

12:44:08  25   Q.     If you could flip to Exhibit 8.

| | | |
|---|---|---|
| 12:44:21 | 1 | A.     I'm there. |
| 12:44:21 | 2 | Q.     Okay.  You indicated before in your testimony, you |
| 12:44:24 | 3 | thought that this was a VIP event? |
| 12:44:26 | 4 | A.     Yes. |
| 12:44:26 | 5 | Q.     Okay.  This was an open house that was open to anyone? |
| 12:44:30 | 6 | A.     No.  Absolutely not. |
| 12:44:34 | 7 | Q.     How did you -- |
| 12:44:36 | 8 | Did you need tickets to access this event? |
| 12:44:38 | 9 | A.     You needed to know Matt Keelen and be invited by him. |
| 12:44:44 | 10 | Q.     And what was served at this event?  Do you know? |
| 12:44:45 | 11 | A.     Hors d'oeuvres, drinks.  It was almost five years ago, |
| 12:44:51 | 12 | I don't have a clear recollection.  But I actually attended |
| 12:44:54 | 13 | it. |
| 12:44:54 | 14 | Q.     You did attend it. |
| 12:44:55 | 15 | A.     Yes, I did. |
| 12:44:56 | 16 | Q.     And the food that was served at breakfast, it was |
| 12:45:00 | 17 | Chick-Fil-A breakfast biscuits, was it not? |
| 12:45:03 | 18 | A.     I don't have that recollection.  I don't remember |
| 12:45:07 | 19 | Chick-Fil-A breakfast biscuits.  I know who was there.  There |
| 12:45:11 | 20 | were lots of politicians and interesting people. |
| 12:45:13 | 21 | Q.     So was it -- that was -- |
| 12:45:15 | 22 | Your testimony is that it was a VIP event. |
| 12:45:18 | 23 | A.     Hundred percent.  VIP is not defined by food. |
| 12:45:24 | 24 | Q.     And it says "Open House," correct? |
| 12:45:27 | 25 | A.     Open house for mass VIP clients and friends, yeah. |

| | | |
|---|---|---|
| 12:46:11 | 1 | Q.    Okay.  There was no charge for attending the open |
| 12:46:17 | 2 | house? |
| 12:46:17 | 3 | A.    I wouldn't character it that way.  No, there was no |
| 12:46:20 | 4 | charge, but it meant having the right relationship. |
| 12:46:23 | 5 | Q.    Okay.  So one had to pay any money to go to that |
| 12:46:26 | 6 | event? |
| 12:46:27 | 7 | A.    These people were either clients or people that Matt |
| 12:46:30 | 8 | thought would benefit from the event, and they're people that |
| 12:46:33 | 9 | either would spend money with Matt or were VIPs in some ways. |
| 12:46:37 | 10 | It was an exclusive event. |
| 12:46:51 | 11 | Q.    The tickets that you say -- |
| 12:46:55 | 12 | Strike that. |
| 12:46:55 | 13 | The $40,000 that Odyssey Management paid to |
| 12:46:58 | 14 | the Keelen Group, who on behalf of Odyssey Management |
| 12:47:03 | 15 | requested anything from the Keelen Group? |
| 12:47:10 | 16 | A.    Who on behalf of Odyssey Management -- |
| 12:47:12 | 17 | Q.    Was that you? |
| 12:47:13 | 18 | A.    I did, I did, yes, yes. |
| 12:47:42 | 19 | Q.    Mr. Keelen was not responsible for organizing a |
| 12:47:45 | 20 | program relating to the inauguration for Mr. Fuks, was he? |
| 12:47:49 | 21 | A.    He was partly responsible, as I explained. |
| 12:47:53 | 22 | Absolutely. |
| 12:47:53 | 23 | Q.    He was not responsible for organizing a program of |
| 12:47:56 | 24 | events relating to the 2017 inauguration for you, was he? |
| 12:48:02 | 25 | A.    Again, please? |

| | | |
|---|---|---|
| 12:48:03 | 1 | Q.    Mr. Keelen was not responsible for organizing any |
| 12:48:07 | 2 | program of events for the inauguration for you? |
| 12:48:15 | 3 | A.    I don't understand the question.  I asked him to -- to |
| 12:48:17 | 4 | prepare program for two Ukrainian VIPs.  I explained to him |
| 12:48:21 | 5 | who they are and made arrangements with him. |
| 12:48:21 | 6 | Q.    Okay. |
| 12:48:24 | 7 | A.    It's almost like a semantic distinction for me, well, |
| 12:48:28 | 8 | I asked for that -- for that -- for the purpose that's |
| 12:48:35 | 9 | stated.  In fact, I wasn't even planning to be at the |
| 12:48:37 | 10 | inaugural.  I changed my plans because of the arrangement |
| 12:48:40 | 11 | that I made with Fuks for Khomutynniks. |
| 12:48:48 | 12 | Q.    And, again, there has been no exhibits that document |
| 12:48:51 | 13 | any arrangement concerning Mr. Khomutynnik today? |
| 12:49:01 | 14 | A.    Again, I provided everything I had, and your client |
| 12:49:04 | 15 | sued me. |
| 12:49:04 | 16 | Q.    Okay.  And today, during -- |
| 12:49:06 | 17 |     You had an opportunity to -- to provide a |
| 12:49:07 | 18 | defense, and you provided no documentation on -- in support |
| 12:49:11 | 19 | of what you're stating about Mr. Khomutynnik? |
| 12:49:13 | 20 | A.    I'm providing -- I'm providing testimony.  I provided |
| 12:49:16 | 21 | everything I had.  Odyssey wasn't sued.  It wasn't |
| 12:49:19 | 22 | subpoenaed.  Meadow Wood wasn't sued, wasn't subpoenaed. |
| 12:49:25 | 23 | Whatever I had, I provided. |
| 12:49:25 | 24 | Q.    And you provided no e-mails with you and Mr. Fuks? |
| 12:49:28 | 25 | A.    I think the FBI has my documents and has my |

| | | |
|---|---|---|
| 12:49:31 | 1 | electronics. |
| 12:49:31 | 2 | Q.     Okay.  But the FBI didn't have your messages that you |
| 12:49:35 | 3 | produced for Exhibit 13? |
| 12:49:38 | 4 | A.     No, no, because I still had some that I found, and |
| 12:49:42 | 5 | that was what I found. |
| 12:49:42 | 6 | Q.     And the rest were made up. |
| 12:49:44 | 7 | A.     I didn't say that.  Some were not.  Some were not. |
| 12:50:03 | 8 | Q.     Mr. Vanetik, earlier you mentioned you were -- had a |
| 12:50:09 | 9 | stand on the California Lottery Commission.  Do you recall |
| 12:50:11 | 10 | that? |
| 12:50:11 | 11 | A.     Yes. |
| 12:50:11 | 12 | Q.     And do you recall being sent a warning letter because |
| 12:50:17 | 13 | of a failure to disclose certain information related to your |
| 12:50:20 | 14 | commission? |
| 12:50:21 | 15 | A.     Actually, no. |
| 12:50:21 | 16 | Q.     Okay. |
| 12:50:42 | 17 | A.     How is my commission related to Mr. Fuks? |
| 12:50:45 | 18 | **THE COURT:**  Oh, no, we're not going to argue. |
| 12:50:47 | 19 | Counsel is going to ask questions; you're going to provide |
| 12:50:50 | 20 | questions.  You're not going to ask questions.  Do you |
| 12:50:54 | 21 | understand? |
| 12:50:54 | 22 | **THE DEFENDANT:**  Yes. |
| 12:50:55 | 23 | BY MR. LOMAS: |
| 12:50:56 | 24 | Q.     Mr. Vanetik, the trial judge in that California case |
| 12:51:00 | 25 | recently described you as *"an artful puppeteer who* |

12:51:04  1   *masterminded the scam that relieved a plaintiff of $750,000."*

12:51:09  2   Do you recall that?

12:51:11  3            MR. HAMILTON:  Objection.  Argumentative,

12:51:12  4   relevance.

12:51:15  5            MR. LOMAS:  It's a truthfulness.  He's claiming --

12:51:15  6   you know, he's claiming -- you know, this is a --

12:51:19  7                 It's truthfulness of the witness on -- on --

12:51:22  8            MR. HAMILTON:  Hearsay.

12:51:23  9            MR. LOMAS:  I'm asking him a question.  He can

12:51:25  10  answer the question.

12:51:26  11           THE COURT:  Well, there is an objection to your

12:51:28  12  question, and I'm going to rule on your question.  So --

12:51:42  13           MR. LOMAS:  I mean, it goes to --

12:51:42  14           THE COURT:  What is the relevance of this?

12:51:44  15           MR. LOMAS:  Goes to the truthfulness of the

12:51:45  16  witness.  He's contesting --

12:51:47  17           THE COURT:  How is it admissible?  Under what rule

12:51:51  18  of evidence?

12:52:05  19           MR. LOMAS:  It's under 607 or 608.  Let me just

12:52:08  20  find the cite.

12:52:10  21                 It's Rule 608:  A witness's character for

12:52:13  22  truthfulness or untruthfulness, a reputation or opinion

12:52:16  23  evidence about a witness's credibility.

12:52:19  24           THE COURT:  You've asked him to essentially,

12:52:25  25  substantiate or verify a statement by a trial judge.

12:52:29  1          MR. LOMAS:  I'm asking --

12:52:31  2          THE COURT:  How is that reputation or opinion

12:52:33  3  evidence?

12:52:34  4          MR. LOMAS:  Well, because the judge is giving an

12:52:36  5  opinion of his --

12:52:37  6          THE COURT:  But the judge is not on the witness

12:52:41  7  stand.

12:52:41  8          MR. LOMAS:  Well, no, correct.  Right.  But a

12:52:43  9  witness's credibility may be attacked or supported by a

12:52:47 10  testimony about the witness's reputation.

12:52:51 11          And so I'm asking him about the item -- I

12:52:54 12  mean, it's --

12:52:55 13          You can use in six O -- umm -- what is it --

12:53:05 14  is it 404?  On extrinsic evidence?

12:53:11 15          The Court may on cross-examination allow

12:53:14 16  specific instances of a witness's conduct to -- if they are

12:53:20 17  probative of the character for truthfulness or untruthfulness

12:53:23 18  of the witness.  And so another case involving a fraud claim

12:53:27 19  I think is probative of that -- of truthfulness --

12:53:32 20          THE COURT:  But the question you put to the

12:53:33 21  witness is as follows:  "*Mr. Vanetik, the trial judge in the

12:53:37 22  *California case recently described you as an artful puppeteer*

12:53:43 23  *who masterminded a scheme that relieved the plaintiff of*

12:53:50 24  *$750,000.*"

12:53:52 25          So, you're saying that that's a specific

| | | |
|---|---|---|
| 12:53:55 | 1 | instance of conduct?  A trial judge's statement? |
| 12:53:58 | 2 | MR. LOMAS:  No, no, I mean -- okay.  I'm happy to |
| 12:54:01 | 3 | strike that question and just ask about the -- |
| 12:54:03 | 4 | THE COURT:  All right, the objection to that |
| 12:54:04 | 5 | question is sustained. |
| 12:54:05 | 6 | Ask your next question. |
| 12:54:07 | 7 | BY MR. LOMAS: |
| 12:54:08 | 8 | Q.    Mr. Vanetik, you've been found liable for fraud in the |
| 12:54:12 | 9 | California court action? |
| 12:54:15 | 10 | MR. HAMILTON:  Objection.  Relevance. |
| 12:54:18 | 11 | MR. LOMAS:  Same -- same situation. |
| 12:54:21 | 12 | THE COURT:  Sustained as to that question.  It |
| 12:54:31 | 13 | must be probative of character for truthfulness or |
| 12:54:37 | 14 | untruthfulness.  "Fraud" is very broad.  So, you must have |
| 12:54:40 | 15 | evidence of specific instances that bear on truthfulness or |
| 12:54:43 | 16 | untruthfulness. |
| 12:54:46 | 17 | MR. LOMAS:  Okay. |
| 12:55:34 | 18 | BY MR. LOMAS: |
| 12:55:34 | 19 | Q.    Mr. Vanetik, a jury found that you had made a false |
| 12:55:37 | 20 | representation to LA authority in connection with a business |
| 12:55:40 | 21 | arrangement that you had with him.  Isn't that right? |
| 12:55:46 | 22 | MR. HAMILTON:  Objection.  Relevance. |
| 12:55:50 | 23 | MR. LOMAS:  So, it's a specific instance.  How |
| 12:55:53 | 24 | specific do we need to get? May I mention the individual |
| 12:56:04 | 25 | the -- that there was a business dealing -- |

12:56:07  1      **THE COURT:**  I'm sustaining the objection to the

12:56:08  2   form of the question.  Again, the question you just asked is

12:56:13  3   what a jury found.  You can ask him about specific instances.

12:56:16  4   He's on the stand, he's being cross-examined.  You're not

12:56:19  5   doing this extrinsically through another witness.

12:56:22  6           So, I will allow you to cross-examine him,

12:56:26  7   but it has to go to acts that you allege bear on his

12:56:30  8   truthfulness or untruthfulness, not necessarily what a jury

12:56:33  9   found or what a judge said.  It's the acts themselves.  So,

12:56:37  10  ask about the acts.

12:56:38  11  BY MR. LOMAS:

12:56:39  12  Q.     Okay, did you --

12:56:40  13          Mr. Vanetik, you made a false representation

12:56:42  14  to Los Angeles authority in connection with a business

12:56:47  15  arrangement?

12:56:48  16  A.     You're asking me if I did that?

12:56:50  17  Q.     Uh-huh.

12:56:51  18  A.     My answer is no.

12:56:54  19  Q.     And my next question would be:  But a jury found you

12:57:03  20  liable and found that you did.

12:57:05  21      **MR. LOMAS:**  So, Your Honor, I don't know if I'm

12:57:06  22  just sort of -- maybe some guidance on how to address that,

12:57:10  23  because isn't that impeachment of that item?  Of that answer?

12:57:15  24  That a jury found that he did?

12:57:17  25      **THE COURT:**  Well, I guess whatever the jury found

12:57:20  1    would be extrinsic evidence.

12:57:23  2              **MR. LOMAS:**  Uh-huh.

12:57:24  3              **THE COURT:**  If you have evidence of it, I may

12:57:26  4    consider admitting it for purposes of impeachment in light of

12:57:30  5    the last answer.

12:57:30  6              **MR. LOMAS:**  All right.  Understood.  Thank you.

12:58:00  7              (Discussion off the record.)

12:58:00  8              **MR. LOMAS:**  Your Honor, permission to hand out

12:58:02  9    what's been marked as Exhibit 21 for identification.

12:58:05  10             **THE COURT:**  All right, 21 is marked.

12:58:08  11   BY MR. LOMAS:

12:58:39  12   Q.    All right, Mr. Vanetik, I've handed you or you've been

12:58:43  13   handed what's been marked as Plaintiff Exhibit 21, which is a

12:58:46  14   document -- which is an opinion of the California Court of

12:58:50  15   Appeal, Fourth Appellate District Division 3 in a case

12:58:55  16   Farmers and Merchant's Trust Company V. Vanetik.

12:59:00  17             Were you the defendant in this case?

12:59:03  18   A.    Yes.

12:59:03  19   Q.    Okay.  If you could flip to page 10.

12:59:15  20             So, a moment ago you testified that you did

12:59:17  21   not make false representation to Mr. Bori (phonetically

12:59:22  22   spelled) as the Court found -- as the Court is saying here on

12:59:25  23   Paragraph 10, the jury in that case did find that you made

12:59:29  24   false representation to Mr. Bori (phonetically spelled),

12:59:34  25   correct?

| | | |
|---|---|---|
| 12:59:35 | 1 | A.      That is correct. |
| 12:59:35 | 2 | Q.      Okay.  And that you knew it was false at the time that |
| 12:59:38 | 3 | it was made? |
| 12:59:40 | 4 | A.      I believe that -- that's what the jury could have |
| 12:59:44 | 5 | found. |
| 12:59:44 | 6 | Q.      Okay. |
| 12:59:47 | 7 | A.      This is from 2013 case, I believe, yeah, or 12, 2012. |
| 12:59:52 | 8 | Q.      And there was a judgment against you in this case for |
| 12:59:54 | 9 | fraud? |
| 12:59:54 | 10 | A.      There was.  It was reduced by two-thirds, but it |
| 12:59:58 | 11 | was -- yes. |
| 12:59:58 | 12 | Q.      And it was affirmed on appeal by the California |
| 13:00:02 | 13 | appellate court in this opinion? |
| 13:00:03 | 14 | A.      I believe so.  The monetary judgment was thrown out, |
| 13:00:08 | 15 | most of it.  But, yes, certain things were approved on |
| 13:00:11 | 16 | appeal. |
| 13:00:11 | 17 | Q.      All right, and the appellate court found that there |
| 13:00:14 | 18 | was substantial evidence to support the finding that you had |
| 13:00:17 | 19 | committed fraud. |
| 13:00:18 | 20 | A.      I don't know if appellate court looks at evidence.  I |
| 13:00:21 | 21 | think they look at the law, but they didn't -- apparently |
| 13:00:24 | 22 | they didn't find that there were problems with the procedure |
| 13:00:27 | 23 | of the law. |
| 13:01:39 | 24 | Q.      Mr. Vanetik, do you know where Mr. -- |
| 13:01:51 | 25 | Sorry.  I'm trying to recall -- |

13:01:59  1    Sayhan Agaevlist (phonetically spelled), the
13:01:59  2    other witness that you're planning to bring in in this case?
13:01:59  3    A.    Sayhan Agaev.
13:02:01  4    Q.    Yes, Sayhan Agaev.
13:02:03  5    A.    From what I understand, he lives in Homburg, Germany,
13:02:09  6    and in the Chechen Republic.
13:02:11  7    Q.    Okay.  And have you had any contact with Mr. Agaev
13:02:11  8    recently?
13:02:14  9    A.    Recently, solely to ask him to testify.
13:02:16  10   Q.    And did you have any contact --
13:02:17  11         When was the last time you had contact with
13:02:23  12   him?
13:02:23  13   A.    Actually today.  I sent him a text telling him that
13:02:26  14   he's probably not going, because he's -- it's a big time
13:02:28  15   difference.
13:02:28  16   Q.    And so you had contact information for him?
13:02:32  17   A.    Yes.
13:02:32  18   Q.    And how long have you had the contact information for
13:02:35  19   Mr. Agaev?
13:02:37  20   A.    Probably for a few months, I imagine.
13:02:40  21   Q.    When did you identify Mr. Agaev as a potential witness
13:02:46  22   on your behalf?
13:02:46  23   A.    Probably quite early, I imagine a year ago.
13:02:52  24   Q.    You didn't have any contact information at that time?
13:02:55  25   A.    At that time I did not.

13:02:56  1    Q.      How about for Mr. Rogers, did you have any contact

13:02:59  2    information for him?

13:03:00  3    A.      For Mr. Rogers, I believe I did.

13:03:02  4    Q.      Because he was your partner in Odyssey Management?

13:03:06  5    A.      Yes.  Yes.

13:03:06  6    Q.      And you've had a long relationship with him?

13:03:09  7    A.      Almost ten years, yes, give or take.

13:03:21  8    Q.      Could you, Mr. Vanetik, could you please flip to

13:03:28  9    Exhibit 4 in your binder?

13:03:30  10   A.      Exhibit 4?

13:03:31  11   Q.      Yes, please.

13:03:42  12   A.      Okay.

13:03:43  13   Q.      All right, are you familiar with responding to

13:03:48  14   interrogatories in that case, correct?

13:03:49  15   A.      Yes.

13:03:50  16   Q.      And you understand that it's your obligation to update

13:03:53  17   these interrogatories with information that you've learned

13:03:57  18   throughout the course of the case?

13:03:58  19   A.      Yes.

13:03:58  20   Q.      Okay.  If you could please flip to page 6, Paragraph

13:04:09  21   7.  Here you state in your interrogatory response that the

13:04:13  22   address and contact information for Mr. Rogers who's been --

13:04:19  23   you've had a ten-year relationship with is unknown?

13:04:22  24   A.      I believe at that time it was unknown.

13:04:25  25   Q.      You have no idea what Mr. Roger's contact information

| | | |
|---|---|---|
| 13:04:31 | 1 | was at this time? |
| 13:04:32 | 2 | A.    Yeah.  I'm guessing.  Yes. |
| 13:04:33 | 3 | Q.    Okay.  And when did you learn Mr. Rogers' contact |
| 13:04:42 | 4 | information? |
| 13:04:42 | 5 | A.    I've had his contact information for a long time, but |
| 13:04:46 | 6 | his cell numbers have changed, and he moved.  So, I -- I'm |
| 13:04:50 | 7 | assuming -- as I'm recalling the response to this |
| 13:04:53 | 8 | interrogatory -- I'm assuming that at that time I couldn't |
| 13:04:56 | 9 | reach him, so -- but I wanted to make sure that we provide |
| 13:05:01 | 10 | his name. |
| 13:05:01 | 11 | Q.    And you had no idea where he lived? |
| 13:05:05 | 12 | A.    Well, I knew -- I believed he was in Orange County. |
| 13:05:09 | 13 | He had gotten divorced recently and -- as I understand, and |
| 13:05:14 | 14 | his -- his life changed.  But I always had a number for him, |
| 13:05:18 | 15 | but I believe that at that time the reason I didn't provide |
| 13:05:20 | 16 | it is because it didn't -- it didn't work.  And it's just a |
| 13:05:23 | 17 | guess.  Well, no, I -- I think, as I'm looking at this. |
| 13:06:08 | 18 | **MR. LOMAS:**  Your Honor, at this time I'd like to |
| 13:06:10 | 19 | move into evidence Exhibit 20. |
| 13:06:19 | 20 | **THE COURT:**  Any objection? |
| 13:06:24 | 21 | **MR. HAMILTON:**  Foundation, Your Honor. |
| 13:06:27 | 22 | **THE COURT:**  Sustained. |
| 13:06:45 | 23 | **MR. LOMAS:**  May I respond to the objection? |
| 13:06:47 | 24 | **THE COURT:**  Sure. |
| 13:06:48 | 25 | **MR. LOMAS:**  Okay.  Because Mr. Vanetik testified |

13:06:50  1   that he was aware of the document and what it was and that he

13:06:54  2   had seen it before and that it's --

13:06:56  3            THE COURT:  You asked those questions, he said

13:06:59  4   yes.  That's all that's in the record.

13:07:02  5            MR. LOMAS:  Correct.  Well, then, I asked him

13:07:04  6   about the ticket, the information on the one page, the third

13:07:07  7   page of the document.

13:07:08  8            THE COURT:  But in terms of foundation, all that's

13:07:10  9   in the record is that he's seen it before, and he's familiar

13:07:14  10  with it.

13:07:14  11           MR. LOMAS:  Okay.  I thought I asked the question

13:07:16  12  about what it was.  Okay.

13:07:18  13  BY MR. LOMAS:

13:07:19  14  Q.    Mr. Vanetik, what is -- if you have Exhibit 20 in

13:07:23  15  front of you, what is Exhibit 20?

13:07:24  16  A.    I apologize, we're talking about the three pages

13:07:28  17  that's the inaugural program?

13:07:30  18  Q.    Yes, yes.

13:07:32  19  A.    It's inaugural -- official inaugural program for

13:07:37  20  sponsorship for the 58th presidential inauguration.

13:07:42  21  Q.    Okay.  And so you're familiar with this in the course

13:07:45  22  of looking into the events of the inauguration?

13:07:50  23  A.    Yes, I was familiar with it in the context you

13:07:54  24  described.

13:07:55  25  Q.    Okay.  And you had -- you obtained a copy of this at

13:07:59  1    some point and reviewed it?

13:08:01  2    A.    Yes.

13:08:01  3    Q.    Move to admit Exhibit 20 into evidence.

13:08:06  4          **MR. HAMILTON:**  Objection.  Foundation.

13:08:09  5          **THE COURT:**  So, Counsel, what's your theory for

13:08:11  6    admitting this document?

13:08:13  7                Well, let me step back.

13:08:14  8                The objection is foundation?

13:08:17  9          **MR. HAMILTON:**  Foundation.

13:08:18  10         **THE COURT:**  I hear that, but what about the

13:08:20  11   foundation?

13:08:21  12         **MR. HAMILTON:**  I mean, this is just a document

13:08:23  13   that he saw.  He didn't prepare it.  He knows -- he hadn't

13:08:28  14   asked him whether he knows anything about it that much.

13:08:37  15         **THE COURT:**  Is there any other objection?  Any

13:08:39  16   other ground?

13:08:40  17         **MR. HAMILTON:**  No, Your Honor.

13:08:44  18               Relevance also.

13:08:47  19         **THE COURT:**  All right, it's overruled on relevance

13:08:50  20   grounds.

13:08:52  21               So, the objection is foundation based on the

13:08:57  22   witnesses's, I guess, lack of familiarity with the document?

13:09:01  23   Is that right, Counsel?

13:09:03  24         **MR. HAMILTON:**  Yes, Your Honor.

13:09:05  25         **THE COURT:**  Okay, on that ground, that objection

13:09:08  1    is overruled.

13:09:20  2                    So, 20 is admitted.

13:09:22  3              (Exhibit No. 20 received in evidence.)

13:09:26  4         **MR. ASHBY:**  Your Honor, I'd like to admit Exhibit

13:09:29  5    22 into evidence.

13:09:34  6              **MR. HAMILTON:**  No objection, Your Honor.

13:09:35  7              **THE COURT:**  All right, 22 is admitted.

13:09:37  8              (Exhibit No. 22 received in evidence.)

13:09:38  9         **MR. LOMAS:**  And also Exhibit 21.

13:09:47  10             **MR. HAMILTON:**  No objection.

13:09:49  11             **THE COURT:**  21 is admitted.

13:09:50  12             (Exhibit No. 21 received in evidence.)

13:09:54  13        **MR. LOMAS:**  Let me just check.  Could we move into

13:10:12  14   evidence Exhibit 8, if it had not already been.  I think we

13:10:21  15   have it tracked as it wasn't.

13:10:23  16             **MR. HAMILTON:**  No objection.

13:10:25  17             **THE COURT:**  All right, 8 is admitted.

13:10:27  18             (Exhibit No. 8 received in evidence.)

13:10:36  19        **MR. LOMAS:**  And, excuse me.  Exhibit 4?

13:10:45  20             **THE COURT:**  Any objection?

13:10:46  21        **MR. HAMILTON:**  No objection, Your Honor.

13:10:48  22             **THE COURT:**  4 is admitted.

13:10:49  23             (Exhibit No. 4 received in evidence.)

13:10:50  24        **MR. LOMAS:**  Okay.

13:11:11  25   BY MR. LOMAS:

| | | |
|---|---|---|
| 13:11:13 | 1 | Q.    Mr. Vanetik, did you acknowledge that Odyssey |
| 13:11:17 | 2 | Management received $200,000 from that wire payment that we |
| 13:11:21 | 3 | referred to earlier in the case, Exhibit 3, as the wire |
| 13:11:25 | 4 | received? |
| 13:11:27 | 5 | A.    You're asking me if I acknowledged if the wire was |
| 13:11:30 | 6 | received? |
| 13:11:30 | 7 | Q.    Yes. |
| 13:11:31 | 8 | A.    Yes. |
| 13:11:31 | 9 | Q.    And has there ever been any moneys refunded to BEM |
| 13:11:37 | 10 | Global? |
| 13:11:37 | 11 | A.    No. |
| 13:11:37 | 12 | Q.    And has there been any money refunded to Mr. Fuks? |
| 13:11:44 | 13 | A.    No. |
| 13:11:59 | 14 | (Discussion off the record.) |
| 13:12:08 | 15 | **MR. LOMAS:**  All right, I have no further |
| 13:12:10 | 16 | questions, Your Honor. |
| 13:12:12 | 17 | **THE COURT:**  Redirect. |
| 13:12:13 | 18 | **MR. HAMILTON:**  Just a few, Your Honor. |
| 13:12:16 | 19 | **THE COURT:**  Go ahead. |
| 13:12:17 | 20 | REDIRECT EXAMINATION |
| 13:12:17 | 21 | BY MR. HAMILTON: |
| 13:12:32 | 22 | Q.    Mr. Vanetik, can you look at Exhibit 10, please. |
| 13:12:40 | 23 | A.    Yes, I'm there. |
| 13:12:43 | 24 | Q.    Counsel was asking you questions on this.  Why was |
| 13:12:47 | 25 | the -- under duties, why is Kerness's name left out? |

13:12:55   1   A.     It was -- it was deliberately left out, and it's

13:12:57   2   something that I also suggest that my clients, my advocates

13:13:02   3   or consulting clients do is because sometimes these things

13:13:06   4   get leaked to the press.  Kerness was under attack, and

13:13:09   5   someone could get into your system, your computer.  So that's

13:13:13   6   one reason.

13:13:13   7           The second reason is Mr. Gorchinco

13:13:16   8   (phonetically spelled) and other attorneys whose names I

13:13:19   9   can't recall, the second, they -- they wanted things to be

13:13:22   10  quite broad.  And since there were several projects, there

13:13:25   11  was the immigration image project and then there was the

13:13:30   12  imminent assault on Kerness where he was facing multiple

13:13:36   13  criminal charges, and we wanted to keep it broad.  And they

13:13:41   14  approved it.  I prepared -- prepared it specifically with

13:13:45   15  that language, and no one pushed back, and in fact that's

13:13:48   16  what they -- that's what they wanted.

13:13:51   17          **MR. HAMILTON:**  No further questions, Your Honor.

13:13:54   18          **THE COURT:**  All right, recross?

13:13:56   19          **MR. LOMAS:**  No, Your Honor.

13:13:59   20          **THE COURT:**  Just a few questions, Mr. Vanetik.

13:14:02   21          When exactly did you turn your telephone over

13:14:05   22  to the FBI?

13:14:06   23          **THE DEFENDANT:**  It was -- exactly, I can't tell

13:14:08   24  you, but it was in February -- end of February 2017.

13:14:15   25          **THE COURT:**  And why did you do that?

| | | |
|---|---|---|
| 13:14:17 | 1 | **THE DEFENDANT:** Because I determined that the |
| 13:14:18 | 2 | threats on Mr. Fuks -- from Mr. Fuks were legitimate, and |
| 13:14:23 | 3 | then I contacted the authorities, initially obtained advice. |
| 13:14:26 | 4 | First I went to first responders.  Subsequently I went to the |
| 13:14:30 | 5 | authorities, and they wanted all my information, and they -- |
| 13:14:32 | 6 | they were interested in Mr. Fuks -- |
| 13:14:34 | 7 | I can't draw any conclusions, but they -- it |
| 13:14:36 | 8 | appeared to me they were interested in him for many other |
| 13:14:41 | 9 | reasons. |
| 13:14:42 | 10 | **THE COURT:** Do you know what the FBI did with your |
| 13:14:44 | 11 | telephone? |
| 13:14:44 | 12 | **THE DEFENDANT:** No, I don't.  They ultimately |
| 13:14:47 | 13 | returned it, and I didn't use it since then. |
| 13:14:51 | 14 | **THE COURT:**  Okay.  When was it returned to you? |
| 13:14:53 | 15 | **THE DEFENDANT:** Probably a few weeks or |
| 13:15:00 | 16 | afterwards. |
| 13:15:00 | 17 | **THE COURT:**  And upon receiving it from the FBI, |
| 13:15:01 | 18 | did you turn it on, look at it, operate it? |
| 13:15:05 | 19 | **THE DEFENDANT:** I think I did, some of the texts |
| 13:15:08 | 20 | where I couldn't -- I couldn't access Signal or some of the |
| 13:15:11 | 21 | other apps. |
| 13:15:17 | 22 | **THE COURT:**  Did you examine it to determine |
| 13:15:20 | 23 | whether anything had been modified, deleted or altered? |
| 13:15:24 | 24 | **THE DEFENDANT:** Not thoroughly, no.  No. |
| 13:15:24 | 25 | **THE COURT:**  Okay. |

| | | |
|---|---|---|
| 13:15:24 | 1 | **THE DEFENDANT:** I just went to get a different |
| 13:15:26 | 2 | phone. |
| 13:15:26 | 3 | **THE COURT:** Okay. Did you ever turn it over to |
| 13:15:29 | 4 | any, sort of any -- any IT consulting service that examines |
| 13:15:43 | 5 | telephones for purposes of data retrieval? |
| 13:15:47 | 6 | **THE DEFENDANT:** No. |
| 13:15:47 | 7 | **THE COURT:** On Exhibit 22, if you could just look |
| 13:15:50 | 8 | at that. Is that your signature on the bottom of that |
| 13:15:54 | 9 | document? |
| 13:15:54 | 10 | **THE DEFENDANT:** I apologize, Your Honor. Exhibit |
| 13:15:56 | 11 | 22 is which document? |
| 13:15:57 | 12 | **THE COURT:** I think it's a federal form. |
| 13:15:59 | 13 | **THE DEFENDANT:** Oh, I see. |
| 13:16:02 | 14 | **THE COURT:** I think it's been referred to as the |
| 13:16:07 | 15 | Foreign Agent Registration Act form. |
| 13:16:09 | 16 | **THE DEFENDANT:** Yes, I see it. I believe it's my |
| 13:16:15 | 17 | signature. |
| 13:16:16 | 18 | **THE COURT:** Is there any doubt? |
| 13:16:17 | 19 | **THE DEFENDANT:** No, no. |
| 13:16:19 | 20 | **THE COURT:** Okay. |
| 13:16:20 | 21 | **THE DEFENDANT:** No, it's my signature. It would |
| 13:16:25 | 22 | only be either me or Oksana's. So it's me. Yeah, there is |
| 13:16:27 | 23 | no doubt. |
| 13:16:43 | 24 | **THE COURT:** Did you attend any of the inauguration |
| 13:16:45 | 25 | events with Mr. Fuks? |

13:16:47  1          THE DEFENDANT:  I attended two events with

13:16:53  2   Vitaliy, Svitlana and Mr. Fuks.  They were together.

13:16:58  3          THE COURT:  And Mr. Vitaliy's spouse was not

13:17:00  4   there?

13:17:01  5          THE DEFENDANT:  She was there.  She was there all

13:17:03  6   the time.

13:17:04  7          THE COURT:  So, all three of them.

13:17:05  8          THE DEFENDANT:  Yes.

13:17:05  9          THE COURT:  All right, which exactly?  Are the two

13:17:06  10  events you attended with the three of them?

13:17:08  11         THE DEFENDANT:  One was the swearing in, which was

13:17:11  12  at the, I guess, the Carpenters' office, and the second one

13:17:15  13  was Kevin McCarthy's event, and the Trump Hotel the night of

13:17:22  14  the 20th, which was the eve of -- it was the night before

13:17:26  15  they left.

13:17:28  16         THE COURT:  And what happened at that event.

13:17:35  17         THE DEFENDANT:  You're asking me, Your Honor, to

13:17:36  18  describe it?

13:17:37  19         THE COURT:  Yes.

13:17:37  20         THE DEFENDANT:  It was --

13:17:37  21         THE COURT:  I don't mean the event in general,

13:17:38  22  just what happened to you and Mr. Fuks and his guests.

13:17:41  23         THE DEFENDANT:  They seemed quite pleased.

13:17:44  24  They -- because I introduced them to Kevin McCarthy at Royce,

13:17:50  25  and Vitaliy struck a conversation with Kevin and took

13:17:52  1   pictures.  And they, you know, they seemed to have enjoyed

13:17:55  2   themselves.

13:17:56  3           THE COURT:  And Mr. Royce and Mr. McCarthy,

13:17:59  4   they're both members of the House of Representatives from

13:18:02  5   State of California, correct?

13:18:03  6           THE DEFENDANT:  Mr. Royce was at the time.  He no

13:18:06  7   longer is.  He's with an advocacy firm.  And Mr. McCarthy is

13:18:12  8   still, yes.

13:18:47  9           THE COURT:  With respect to Exhibit 10, your

13:18:50  10  consulting agreement --

13:18:50  11          THE DEFENDANT:  Uh-huh.

13:18:52  12          THE COURT:  It's --

13:18:52  13              In your mind, your client was Mr. Fuks.

13:18:58  14  Right?  That's what you testified to.

13:19:00  15          THE DEFENDANT:  Yes, yes, yes.

13:19:02  16          THE COURT:  But you were rendering services to the

13:19:06  17  now former mayor of -- I forget, I'm sorry.  I forget the

13:19:10  18  name of the city in Ukraine.  Is that right?

13:19:14  19          THE DEFENDANT:  Yes.

13:19:15  20          THE COURT:  So, you were ultimately retained by

13:19:18  21  the mayor to provide services to the mayor.  Is that right?

13:19:20  22          THE DEFENDANT:  Yes, and paid for by Fuks.

13:19:24  23          THE COURT:  And Mr. Fuks was paying for your fees.

13:19:28  24          THE DEFENDANT:  Yes.

13:19:30  25          THE COURT:  But were you actually rendering

| | | |
|---|---|---|
| 13:19:32 | 1 | services to Mr. Fuks or just to the mayor? |
| 13:19:34 | 2 | THE DEFENDANT:  It's actually a great question. |
| 13:19:36 | 3 | It seems simple.  Umm, I would say more for Mr. Fuks because |
| 13:19:44 | 4 | he controlled the purse, and he was still involved. |
| 13:19:49 | 5 | THE COURT:  So, what were you doing for Mr. Fuks? |
| 13:19:52 | 6 | THE DEFENDANT:  I was -- as he pointed out, |
| 13:19:55 | 7 | initially, I was helping his friend get out of a horrible |
| 13:20:00 | 8 | trouble, because -- that's how he characterized it -- because |
| 13:20:02 | 9 | he was indicted and charged for multiple crimes, and because |
| 13:20:05 | 10 | he was handicapped, they were tormenting him.  "They" meaning |
| 13:20:12 | 11 | his enemies, his main enemy, and this is public knowledge, |
| 13:20:15 | 12 | open source is former Minister Avakov.  They used to be the |
| 13:20:19 | 13 | closest of friends, and they became very bitter enemies, and |
| 13:20:23 | 14 | everyone in that world ultimately seems to get murdered. |
| 13:20:27 | 15 | Just dramatic. |
| 13:20:29 | 16 | THE COURT:  All right.  So, the mayor was under |
| 13:20:31 | 17 | indictment in the Ukraine. |
| 13:20:32 | 18 | THE DEFENDANT:  Yes, multiple indictments, yes. |
| 13:20:34 | 19 | THE COURT:  All right.  And Mr. Fuks asked you to |
| 13:20:36 | 20 | help him. |
| 13:20:36 | 21 | THE DEFENDANT:  Yes, yes.  And the mayor did as |
| 13:20:39 | 22 | well. |
| 13:20:39 | 23 | THE COURT:  Right.  Okay. |
| 13:21:03 | 24 | Looking at paragraph 1.2 of that agreement, |
| 13:21:07 | 25 | it says that you shall develop a feasibility study for the |

13:21:11  1    client.  Did you do that?

13:21:14  2                  THE DEFENDANT:  I believe -- umm, we developed a

13:21:19  3    draft that was not in finalized form.  That's my

13:21:24  4    recollection.

13:21:27  5                  THE COURT:  And what did you do with that draft?

13:21:29  6                  THE DEFENDANT:  Probably put it in boxes of files,

13:21:33  7    and put it in storage.

13:21:36  8                  THE COURT:  Did you give it to your client?

13:21:39  9                  THE DEFENDANT:  We e-mailed it, we e-mailed it at

13:21:42  10   some point early on to Gorchinco but not to Mr. Fuks, to --

13:21:46  11   to the team that was working with Kerness.

13:21:50  12                  THE COURT:  I'm sorry, you said you e-mailed it to

13:21:52  13   whom?

13:21:52  14                  THE DEFENDANT:  A man named Gorchinco.

13:21:55  15                  THE COURT:  Who was that?

13:21:55  16                  THE DEFENDANT:  He was the general -- the main

13:21:58  17   lawyer working with the mayor.

13:22:33  18                  THE COURT:  And you told us you were an attorney.

13:22:35  19   Are you licensed in California?

13:22:36  20                  THE DEFENDANT:  No, I'm not.

13:22:37  21                  THE COURT:  Only in Pennsylvania?

13:22:38  22                  THE DEFENDANT:  In D.C.

13:22:44  23                  THE COURT:  In D.C.

13:22:46  24                  THE DEFENDANT:  Yes.

13:22:47  25                  THE COURT:  Do you practice law?

13:22:48  1              **THE DEFENDANT:**  I try not to.

13:22:50  2              **THE COURT:**  Are you active in those two

13:22:52  3  jurisdictions?

13:22:52  4              **THE DEFENDANT:**  In D.C. Bar, yes, in Pennsylvania,

13:22:55  5  no, not active.

13:22:58  6              **THE COURT:**  And these services that you provided

13:23:00  7  to the mayor, would you characterize any of them as legal

13:23:06  8  services?

13:23:07  9              **THE DEFENDANT:**  No, no, that's why we went through

13:23:09  10  a consulting company.  No. Never.

13:23:12  11              **THE COURT:**  Okay, all right.

13:23:13  12              Any additional questions by counsel for the

13:23:17  13  defense, of the witness?

13:23:19  14              **MR. HAMILTON:**  No, Your Honor.

13:23:21  15              **THE COURT:**  How about for counsel for plaintiff?

13:23:22  16              **MR. LOMAS:**  Just one, Your Honor.

13:23:25  17              **THE COURT:**  You may go ahead.  Go to the lectern.

13:23:28  18  And You May Inquire.

13:23:31  19                        RECROSS-EXAMINATION

13:23:31  20  BY MR. LOMAS:

13:23:32  21  Q.    Mr. Vanetik, you made no objection in the course of

13:23:36  22  this litigation or -- to being unable to provide any

13:23:42  23  responsive documents or documentary requests in connection

13:23:47  24  with the fact that -- that the FBI had your phone, did you?

13:23:50  25  A.    Umm, if I understand your question correctly, no.  I

13:23:55  1    said that I provided everything that I personally had in my

13:24:00  2    possession.

13:24:00  3    Q.    All right, and you did not --

13:24:00  4                At no time did you inform the plaintiff that

13:24:05  5    you had any issue with not having access to your phone to be

13:24:09  6    able to provide documents in this case?

13:24:10  7    A.    No.  I have -- I had access to my phone when the

13:24:14  8    litigation had commenced which was two and a half years after

13:24:17  9    the alleged incident.

13:24:19  10               MR. LOMAS:  Okay, thank you.

13:24:21  11               THE COURT:  Anything else?

13:24:22  12               MR. LOMAS:  Sorry, Your Honor, no.

13:24:24  13               THE COURT:  Directed to defense counsel.

13:24:25  14               MR. HAMILTON:  Your Honor, we have a witness, Eric

13:24:29  15    Rogers.  He's the one that's home with Covid.

13:24:32  16               THE COURT:  All right.  So, you're done with this

13:24:34  17    witness?

13:24:34  18               MR. HAMILTON:  Yes, I'm done with him.

13:24:36  19               THE COURT:  All right, Mr. Vanetik, you may step

13:24:38  20    down, and you may return to counsel table.

13:24:40  21               THE DEFENDANT:  Thank you, Your Honor.

13:24:42  22               THE COURT:  And then --

13:24:43  23               Are you ready to call Mr. Rogers?  He's going

13:24:46  24    to be appearing via Zoom, right?  Testifying remotely?

13:24:50  25               MR. LOMAS:  We're going to have to go outside and

13:24:53  1   call him at his cell phone, because he -- you know, he's at

13:24:55  2   his house, told me to call him here on Zoom.

13:25:00  3            THE COURT:  Well, we can reestablish the Zoom

13:25:02  4   line, and he can dial into it I presume.

13:25:06  5            MR. HAMILTON:  Yes, we've just got to alert him of

13:25:09  6   that fact, Your Honor.

13:25:18  7                 (Discussion off the record.)

13:25:26  8            THE COURT:  We just need --

13:25:27  9                 Because we turned it off in the hopes of

13:25:29  10  getting the system to work for purposes of publishing

13:25:33  11  exhibits, we just need to restart it.

13:25:35  12                 So, I am told that it will only take a few

13:25:38  13  minutes to do that.  So we'll do that.  We've got till 2:00

13:25:42  14  o'clock.  So get your witness lined up, and as soon as we

13:25:45  15  have it started, he can dial into the Zoom line.  Okay?

13:25:45  16            MR. HAMILTON:  Thank you, Your Honor.

13:25:49  17            THE COURT:  All right.  So, we'll take a recess,

13:25:51  18  and as soon as everything is set up, we'll restart the trial.

13:25:54  19                 Sorry, since I have you, what's the timeframe

13:26:03  20  for tomorrow?  What's left to do after -- I don't know if

13:26:07  21  you'll be done with Mr. Rogers this afternoon, but what do

13:26:11  22  you have --

13:26:11  23                 Do you think you'll be done by the morning

13:26:13  24  with the trial?  What are your thoughts here?

13:26:16  25            MR. HAMILTON:  Your Honor --

13:26:19   1          **THE COURT:**  I'm thinking of another early start

13:26:22   2    like today.  So, let's assume we start at 8:00 again.  What

13:26:25   3    do you think?

13:26:26   4          **MR. HAMILTON:**  If we're at 8:00, we lost our

13:26:29   5    interpreter Seyhan.  He's got to call in.  He's my last

13:26:36   6    witness, he's maybe five, ten minutes, between the both of

13:26:40   7    us.  My closing would be 20 minutes, and we should be able to

13:26:45   8    get done with Mr. Rogers this afternoon.

13:26:47   9          **THE COURT:**  Okay.  So, those are the last two

13:26:47  10    minutes.

13:26:50  11               Any rebuttal that you anticipate?

13:26:53  12          **MR. LOMAS:**  It's possible, but I would think it's

13:26:55  13    not going to be very long.  So I would think that if we're

13:26:59  14    starting at 8:00 or 8:30, we'd be finished by the end of the

13:27:04  15    morning.

13:27:05  16          **THE COURT:**  It sounds like we'd be done well

13:27:08  17    within the morning.

13:27:08  18          **MR. LOMAS:**  I think we've gone through the

13:27:11  19    substantial majority.

13:27:12  20          **THE COURT:**  Okay, that's helpful.  Let's go ahead

13:27:14  21    and take our break, and get our Zoom lined up and running.

13:27:20  22               COURT CLERK:  All rise.

13:27:21  23               (Recess taken.)

13:41:45  24          **THE COURT:**  All right, we are back on the record.

13:41:48  25    Counsel are present.

| | |
|---|---|
| 13:41:49 | 1 |
| 13:41:53 | 2 |
| 13:41:56 | 3 |
| 13:42:02 | 4 |
| 13:42:04 | 5 |
| 13:42:08 | 6 |
| 13:42:12 | 7 |
| 13:42:12 | 8 |
| 13:42:12 | 9 |
| 13:42:17 | 10 |
| 13:42:17 | 11 |
| 13:42:19 | 12 |
| 13:42:21 | 13 |
| 13:42:23 | 14 |
| 13:42:26 | 15 |
| 13:42:32 | 16 |
| 13:42:35 | 17 |
| 13:42:45 | 18 |
| 13:42:48 | 19 |
| 13:42:49 | 20 |
| 13:42:49 | 21 |
| 13:42:50 | 22 |
| 13:42:51 | 23 |
| 13:42:54 | 24 |
| 13:42:57 | 25 |

1    Looks like we've set up the Zoom link.

2    So, Counsel, you may call your next witness.

3    **MR. HAMILTON:**  Eric Rogers, Your Honor.

4    **THE COURT:**  All right, Mr. Rogers, assuming he's

5 online, he's going to need to be sworn in.

6    COURT CLERK:  Mr. Rogers please your right hand.

7    Do you swear or affirm that the testimony

8 you're about to give in the case now before this Court will

9 be the truth, the whole truth and nothing but the truth, so

10 help you God?

11    **THE PLAINTIFF:**  I do.

12    COURT CLERK:  Thank you.  Please state and spell

13 your full name for the record.

14    **THE PLAINTIFF:**  Eric Rogers.  E-R-I-C,

15 R-O-G-E-R-S.

16    **THE COURT:**  We're going to try to raise the volume

17 a little bit.

18    Go ahead, Counsel.

19    **MR. HAMILTON:**  Thank you, Your Honor.

20    **WITNESS, ERIC ROGERS, SWORN**

21    DIRECT EXAMINATION

22 BY MR. HAMILTON:

23 Q.   Mr. Rogers, thank you for being with us this

24 afternoon.  I know you're not feeling very well.  I'm just

25 going to ask you a few questions.

13:42:59   1          Do you know a company called Odyssey

13:43:02   2   Management LLC?

13:43:03   3   A.      I do.

13:43:04   4   Q.      And can you describe to us how you know the company?

13:43:09   5   A.      Odyssey Management was a venture that was formed with

13:43:12   6   myself and Stewart.  You know, I'm a dad, I put everything

13:43:17   7   back to the year my son was born, just a marker in life.  I

13:43:21   8   want to say from the 2009 to 2012 time period.  It was also a

13:43:26   9   time that we had a real estate fund.

13:43:29   10  Q.      And when you say "Stewart," who do you mean by that?

13:43:34   11  A.      Stewart was a partner that Yuri worked with on more of

13:43:41   12  the political ventures.

13:43:43   13  Q.      Okay.  Does Stewart have a last name?

13:43:48   14  A.      I knew you were just going to ask me that.  This has

13:43:51   15  been ten years, guys.  I'm happy to pull up an old e-mail if

13:43:55   16  you'd like me to.

13:43:56   17  Q.      That's fine.  What did -- did --

13:43:59   18          You indicated Mr. Vanetik did things for

13:44:03   19  Odyssey Management.  What did he do?

13:44:04   20  A.      You know, I would consider Yuri the main partner there

13:44:11   21  in not only procuring work but, you know, basically, he's the

13:44:15   22  president, the CEO, the leader of outside political work,

13:44:20   23  lobbying work.

13:44:22   24  Q.      What was your role there?

13:44:26   25  A.      I mainly served in a due diligence capacity.  I --

13:44:33  1    it's -- you know, what I do professionally now and I've done

13:44:37  2    pretty much my whole career is, you know, dissect things and

13:44:41  3    try to make sense of them to -- to, you know, execute and

13:44:44  4    elevate that upper management to -- to execute plans that are

13:44:49  5    in place.  Just basically take a lot of information and

13:44:52  6    dissect it down.

13:44:53  7    Q.     Okay.  Do you know an individual named Palov Fuks?

13:45:01  8    A.     I know of him, yes.

13:45:03  9    Q.     How do you know Mr. Fuks?

13:45:05  10   A.     He was a client of Odyssey Management's, like I said,

13:45:09  11   around the 2010 to 2012 timeframe.

13:45:13  12   Q.     What services did Odyssey do for Mr. Fuks?

13:45:16  13   A.     The one that I -- and the only one that I specifically

13:45:20  14   recall is working, once again, like I said, it's been some

13:45:26  15   time.  It was a mayor out of the Ukraine.  There was human

13:45:31  16   rights violations.  I remember using some of my contacts from

13:45:34  17   school that were in positions at the UN to get some reports,

13:45:41  18   some human rights things, on behalf of -- I want to say

13:45:48  19   Kamis, Kemis (phonetically spelled), a mayor Kemis

13:45:51  20   (phonetically spelled), of a Ukrain mayor that we were

13:45:52  21   researching human rights violations, and, you know, there may

13:45:57  22   have been some other aspects going on there.

13:46:00  23   Q.     Do you remember if Odyssey ever got paid for its

13:46:04  24   services from Mr. Fuks?

13:46:07  25   A.     I know I haven't gotten paid.

13:46:09  1   Q.    But I'm not asking you specifically, do you remember

13:46:13  2   payment from --

13:46:14  3   A.    I think there was a -- I think there was a retainer

13:46:17  4   payment made.  Like I said, my son is now 12, so we're going

13:46:22  5   back, some time and back to the last time I think there was

13:46:25  6   any discussion of this between Yuri and myself was the

13:46:29  7   election of President Trump.  Like I said, these are all

13:46:35  8   dates --

13:46:38  9          I think there was a retainer payment.  I

13:46:41  10  remember receiving a small portion, but I do -- and I know

13:46:45  11  for a fact there was an outstanding bill.

13:46:48  12  Q.    Do you know how much the outstanding bill is?

13:46:52  13  A.    Well, I would hope interest has incurred in that.  I

13:46:58  14  know it's in the six figure range, low to mid six figures.

13:47:02  15  Q.    Did you attend the inaugural events in Washington,

13:47:07  16  D.C. in January 2017?

13:47:08  17  A.    17, yes.

13:47:10  18  Q.    Okay.  Did Mr. Vanetik attend them with you?

13:47:15  19  A.    Yes.  Well, I was -- I was there for Mr. Vanetik and

13:47:20  20  his service.

13:47:24  21  Q.    And was Mr. Fuks back there in 2017?

13:47:28  22  A.    I did see Mr. Fuks there.

13:47:30  23  Q.    And where did you see Mr. Fuks?

13:47:34  24  A.    You know, we were at a -- it was a rooftop location.

13:47:37  25  I want to think --

13:47:40  1        I have not been back to D.C. since '17

13:47:42  2   because the last time I was there it was so scary.  I think

13:47:46  3   they call it a Constitution Rooftop.  It's a building, it's

13:47:52  4   round out in the front.  At that point I knew, you know, I

13:47:55  5   was even questioning why Mr. Fuks was -- was there.

13:47:58  6   Q.    Why would you question why Mr. Fuks was there?

13:48:00  7   A.    We had an unpaid bill.

13:48:04  8   Q.    I'm going to show you an exhibit -- just one exhibit

13:48:14  9   and have you look at it right now.

13:48:25  10        THE COURT:  While you're doing that, Counsel, I

13:48:28  11  just want to remind everyone telephones are supposed to be

13:48:31  12  turned off while in the courtroom.  If I hear another one go

13:48:34  13  off, it's going to be seized.

13:48:39  14        THE DEFENDANT:  Your Honor, that was possibly

13:48:41  15  mine.  I apologize.  I will shut it off.

13:48:44  16        THE COURT:  All right, thank you.

13:48:47  17  BY MR. HAMILTON:

13:48:48  18  Q.    Can you see the exhibit, I think it's down -- it's

13:48:50  19  right next to --

13:48:54  20        Can you see that?  It should say --

13:48:59  21        THE WITNESS:  Can I have a moment to blow out my

13:49:02  22  screen, please, Your Honor?

13:49:05  23        THE COURT:  Go ahead.

13:49:06  24        THE WITNESS:  Yes, I can see that now.

13:49:09  25  BY MR. HAMILTON:

| | | |
|---|---|---|
| 13:49:09 | 1 | Q.     And can you identify that exhibit?  What is it? |
| 13:49:15 | 2 | A.     That was -- the invoice that we used from Odyssey |
| 13:49:19 | 3 | Management.  More likely I generated that invoice, and I |
| 13:49:22 | 4 | actually do remember BEM Global Group was who we billed, Mr. |
| 13:49:28 | 5 | Fuks's group, I believe.  It's who I believe the original |
| 13:49:32 | 6 | payment came from. |
| 13:49:33 | 7 | Q.     And was this work done in the Ukraine? |
| 13:49:42 | 8 | A.     All my work would have been US based. |
| 13:49:45 | 9 | Q.     Okay. |
| 13:49:46 | 10 | THE COURT:  Counsel, for the record, which exhibit |
| 13:49:49 | 11 | is this? |
| 13:49:50 | 12 | MR. HAMILTON:  Sorry about that, Your Honor.  It |
| 13:49:52 | 13 | is Exhibit 3. |
| 13:49:55 | 14 | THE COURT:  Thank you. |
| 13:49:59 | 15 | MR. HAMILTON:  Oh, 2.  Sorry, Your Honor. |
| 13:50:03 | 16 | THE WITNESS:  Your Honor, would the Court be kind |
| 13:50:05 | 17 | enough to read me the description under "quantity"? |
| 13:50:14 | 18 | BY MR. HAMILTON: |
| 13:50:15 | 19 | Q.     I can read it for you.  *Total unit price $200,000.*" |
| 13:50:20 | 20 | A.     Thank you very much. |
| 13:50:25 | 21 | THE COURT:  I think he asked for what is said |
| 13:50:28 | 22 | under "quantity." |
| 13:50:29 | 23 | THE WITNESS:  I can read it now, thank you. |
| 13:50:32 | 24 | Yes.  That's definitely our banking |
| 13:50:38 | 25 | information. |

BY MR. HAMILTON:

Q.     And was this for work that Odyssey did for Mr. Fuks?

A.     Yes.

         **MR. HAMILTON:**  Your Honor, I have no further questions of this witness.

         **THE COURT:**  Cross-examination?

         (Discussion off the record.)

         **THE WITNESS:**  Can you scroll to the top, please?

         **THE COURT:**  There is no question pending.

         **MR. LOMAS:**  Yeah, I'd like to ask the question first.

                          CROSS-EXAMINATION

BY MR. LOMAS:

Q.     Mr. Rogers, this invoice reflects that the amount was due in November 19, 2012, correct?

A.     I'd like to review the top of the exhibit again, please.

         **MR. HAMILTON:**  I'll bring it back up.

         **THE WITNESS:**  I believe you were pointing out a clerical error on that document?

BY MR. LOMAS:

Q.     No, actually, I was asking you, wasn't the amount due on this invoice November 19, 2012?

A.     The invoice is dated November 19, 2016.

Q.     Do you see the amount at the bottom that says "Total

13:52:22  1    due by 11-19-2012"?

13:52:27  2    A.      It seems to be clerical error.

13:52:29  3    Q.      How do you know that's a clerical error, instead of

13:52:30  4    November 19, 2016?

13:52:31  5    A.      Because I know when my son was born, and I know when I

13:52:33  6    did this work.

13:52:34  7    Q.      Okay.  Didn't you say earlier -- didn't you testify

13:52:36  8    that you did the work ten to 12 years ago when your son was

13:52:40  9    born, which would be approximately 2011?

13:52:42  10   A.      No, Gavin was born in 2009.  I probably met Yuri in

13:52:48  11   2008.  There was many projects from approximately -- we

13:52:54  12   wrapped -- last time I really did any type of this political

13:52:57  13   work would have been -- would have been the inauguration.

13:53:00  14   Q.      And you testified earlier that you did this work

13:53:04  15   supposedly from Mr. Fuks ten to 12 years ago, around the

13:53:08  16   birth of your son?

13:53:09  17   A.      Within a three range on each side, three range on each

13:53:09  18   side.

13:53:09  19   Q.      Okay.

13:53:12  20   A.      Like I said, I'm happy to pull up documents.

13:53:14  21   Q.      Sure.  And the work that you did for Mr. Fuks, was it

13:53:19  22   related to Mr. Fuks's business?

13:53:21  23   A.      I did work with Odyssey Management, not on behalf of

13:53:28  24   Mr. Fuks.

13:53:28  25   Q.      Right.  But you said you did work for --

13:53:32  1          In your relationship with Odyssey Management,

13:53:35  2   you did work or consulting work for Mr. Fuks?

13:53:38  3   A.      The invoice is to BEM Global group.

13:53:45  4   Q.      Okay.  Did you have work for BEM Global Group?

13:53:47  5   A.      To the best of my knowledge, yes.

13:53:50  6   Q.      And what was the work --

13:53:50  7          Did you do -- did you do any consulting

13:53:51  8   services that were for the benefit of Mr. Fuks's businesses?

13:53:54  9   A.      To the best of my knowledge, we were retained by Mr.

13:53:59  10  Fuks for the mayor to basically research human rights

13:54:04  11  violations and other cases and other matters going on.  So,

13:54:09  12  these clients could have a better global Outlook on the

13:54:14  13  situation at hand.

13:54:15  14  Q.      Okay.  So, it had to do --

13:54:17  15          The work was with respect to the mayor, not

13:54:20  16  with respect to Mr. Fuks's business?

13:54:24  17  A.      I understand Mr. Fuks as the client.

13:54:30  18  Q.      Okay.  What was your role in Odyssey Management LLC?

13:54:36  19  Were you a member?

13:54:37  20  A.      I'd have to look back at taxes, but, yes, I believe I

13:54:41  21  was a member.  I don't think I was a general partner.

13:54:41  22  Q.      Okay.  And has Odyssey Management ever brought any

13:54:44  23  claims against Mr. Fuks for any money that claims is

13:54:47  24  outstanding?

13:54:48  25  A.      Legally, not that I'm aware of.  I know there has been

13:54:52  1   an outstanding bill.  That's why I actually contacted Yuri 18

13:54:57  2   to 24 months ago.

13:54:58  3   Q.     Okay.  But to date Odyssey Management has taken no

13:55:02  4   action to proceed with that bill through a claim in court?

13:55:08  5   A.     If it has, then it hasn't been brought to my

13:55:11  6   attention.

13:55:11  7   Q.     Okay, and --

13:55:11  8   A.     Actually -- I apologize.  I was contacted regarding, I

13:55:15  9   think there was a cross-suit or something filed, and whether

13:55:19  10  I wanted to be a part of that.  I've been pretty sick for a

13:55:20  11  month while this is coming to a head.  So, to be candid with

13:55:25  12  the Court, a lot has gone unpaid attention to.

13:55:28  13  Q.     When was the last time --

13:55:30  14               Or how often have you been in touch with Yuri

13:55:34  15  over the past years?  Excuse me, Mr. Vanetik.  Apologies.

13:55:38  16  A.     Very rarely until the last week, with just giving me,

13:55:41  17  you know, updates and kind of how we're going to get around

13:55:45  18  once I tested positive last week.

13:55:47  19  Q.     Have you changed your phone number in the last couple

13:55:50  20  of years?

13:55:50  21  A.     Many times.

13:55:51  22  Q.     Okay.  Have you changed --

13:55:53  23               Have you moved from your location in the last

13:55:56  24  couple of years?

13:55:57  25  A.     Sorry, I wanted to make a joke there with a room full

13:55:59   1   of attorneys.  I'm the genius that married a family law

13:56:02   2   attorney.  So that marriage didn't end too well.  Yeah.  So,

13:56:07   3   I'll -- yes, yes, I've moved many times.

13:56:10   4   Q.    And when -- I'm sorry, does Odyssey Management LLC

13:56:16   5   still exist?

13:56:16   6   A.    To the best of my knowledge, it may exist, but it's

13:56:20   7   maybe -- I don't believe it's earning any income, to the best

13:56:25   8   of my knowledge.

13:56:25   9   Q.    And do you know what state it was formed in, in terms

13:56:28   10   of legal entity?

13:56:29   11   A.    I believe that was Wyoming.  I'd have to look at past

13:56:37   12   tax records.

13:56:37   13   Q.    Okay.  And then you said you saw Mr. Fuks at an event,

13:56:41   14   an inauguration at the top of a building, at a reception on a

13:56:45   15   top of a building?

13:56:46   16   A.    Correct.

13:56:47   17   Q.    Okay, and that was after -- when you saw him, that was

13:56:49   18   after the swearing-in ceremony had already been completed and

13:56:54   19   finished?

13:56:54   20   A.    Oh, I don't know.  That was a crazy day, my friend.

13:56:57   21   Q.    Yeah.  Understood.  Well, did it rain that day?

13:57:01   22   A.    Yeah, I remember, it rained.

13:57:04   23   Q.    Okay.  All right, thank you.

13:57:05   24          MR. LOMAS:  No further questions.

13:57:06   25          THE COURT:  Redirect?

| | | |
|---|---|---|
| 13:57:07 | 1 | **MR. HAMILTON:**  No further questions, Your Honor. |
| 13:57:09 | 2 | **THE COURT:**  Just a couple of questions, |
| 13:57:11 | 3 | Mr. Rogers. |
| 13:57:12 | 4 | How many inauguration related events did you |
| 13:57:15 | 5 | attend? |
| 13:57:17 | 6 | **THE WITNESS:**  Who's asking me this question?  I'm |
| 13:57:19 | 7 | sorry. |
| 13:57:20 | 8 | **THE COURT:**  The Court is. |
| 13:57:21 | 9 | **THE WITNESS:**  Are we just talking 2017, Your |
| 13:57:24 | 10 | Honor? |
| 13:57:25 | 11 | **THE COURT:**  Yes, the January 2017 inauguration of |
| 13:57:28 | 12 | President Trump. |
| 13:57:32 | 13 | **THE WITNESS:**  At least a half dozen.  Your Honor, |
| 13:57:34 | 14 | I don't know if you've ever attended inauguration, it's back |
| 13:57:37 | 15 | to back.  You could be attending an event and not even know |
| 13:57:41 | 16 | you're attending an event. |
| 13:57:43 | 17 | **THE COURT:**  All right, at how many of those was |
| 13:57:45 | 18 | Mr. Fuks present? |
| 13:57:46 | 19 | **THE WITNESS:**  I only saw Mr. Fuks once, possibly |
| 13:57:52 | 20 | twice that day, but once at the -- as I called the |
| 13:57:56 | 21 | constitutional rooftop. |
| 13:57:58 | 22 | **THE COURT:**  And you said possibly another time? |
| 13:58:02 | 23 | When was that? |
| 13:58:03 | 24 | **THE WITNESS:**  It would have been -- possibly been |
| 13:58:07 | 25 | at an event after that.  But Your Honor I am not willing to |

| | |
|---|---|
| 13:58:10 | 1 |
| 13:58:14 | 2 |
| 13:58:18 | 3 |
| 13:58:21 | 4 |
| 13:58:26 | 5 |
| 13:58:27 | 6 |
| 13:58:29 | 7 |
| 13:58:35 | 8 |
| 13:58:40 | 9 |
| 13:58:47 | 10 |
| 13:58:56 | 11 |
| 13:58:58 | 12 |
| 13:58:58 | 13 |
| 13:58:58 | 14 |
| 13:58:58 | 15 |
| 13:59:01 | 16 |
| 13:59:01 | 17 |
| 13:59:02 | 18 |
| 13:59:03 | 19 |
| 13:59:04 | 20 |
| 13:59:06 | 21 |
| 13:59:07 | 22 |
| 13:59:09 | 23 |
| 13:59:12 | 24 |
| 13:59:16 | 25 |

testify to one hundred percent if he was at that very next event.  I even myself felt unsafe that day, and we pretty much stayed very close to the hotels.

THE COURT:  Was Mr. Fuks with anyone else?  Did he have guests or company?

THE WITNESS:  Yeah, there was two guests.  I would have to dig back through notes.  It was a blonde woman, another gentleman that I was -- I don't remember his name. It was a blonde younger woman, another gentleman, but both of either Russian or Eastern European decent.

THE COURT:  All right, and was Mr. Vanetik present at that rooftop event with you --

THE WITNESS:  Absolutely.

THE COURT:  What was your answer?

THE WITNESS:  Absolutely.

THE COURT:  All right, anything further from counsel?

MR. LOMAS:  No, Your Honor.

MR. HAMILTON:  No, Your Honor.

THE COURT:  All right, is the witness excused?

MR. HAMILTON:  Yes, Your Honor.

THE COURT:  All right, Mr. Rogers, you're excused, thank you, sir.  You may disconnect.

THE WITNESS:  Thanks for the Zoom capability.

THE COURT:  You're welcome.

13:59:17  1              THE WITNESS:  Appreciate it.  Bye-bye.

13:59:20  2              THE COURT:  All right, we're at the end of today's

13:59:22  3    session.  So we'll resume tomorrow at 8:00 in the morning

13:59:27  4    again and hopefully be done with the trial in the morning.

13:59:30  5              Anything I need to address with counsel right

13:59:34  6    now?

13:59:34  7              MR. HAMILTON:  No, Your Honor, for defense.

13:59:36  8              MR. LOMAS:  No, Your Honor.  Thank you.

13:59:37  9              THE COURT:  All right, we'll see you first thing

13:59:39  10   in the morning.

13:59:40  11             Thank you.

13:59:42  12             (Proceedings concluded.)

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

```
1                    C E R T I F I C A T E

2    I hereby certify that the foregoing is a true and correct

3    transcript of the stenographically recorded proceedings in

4    the above matter.

5    Fees charged for this transcript, less any circuit fee

6    reduction and/or deposit, are in conformance with the

7    regulations of the judicial conference of the united states.

8

9

10   /S/Anne Kielwasser

11   _____          _10/15/2021_
     Anne Kielwasser, CSR, RPR            Date
12   Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25
```

## $

**$100,000** [2] - 100:8, 100:22
**$20,000** [4] - 25:13, 25:17, 26:1, 26:14
**$200,000** [14] - 18:21, 20:20, 20:21, 25:11, 25:13, 52:9, 54:20, 56:3, 56:6, 56:13, 62:17, 81:8, 133:2, 150:19
**$25,000** [1] - 57:7
**$250,000** [2] - 114:11, 114:19
**$2500** [1] - 63:12
**$350,000** [1] - 7:25
**$40,000** [6] - 57:6, 98:21, 99:12, 115:9, 116:6, 118:13
**$5,000** [2] - 116:12, 116:22
**$50,000** [1] - 98:18
**$65,000** [4] - 46:7, 56:23, 93:25, 94:10
**$750,000** [2] - 121:1, 122:24

## '

**'17** [1] - 149:1
**'91** [1] - 33:1

## /

**/S/Anne** [1] - 159:10

## 1

**1** [8] - 30:15, 49:9, 100:11, 112:18, 112:22, 113:3, 113:8, 113:10
**1.2** [2] - 93:7, 139:24
**1.3** [3] - 49:9, 49:22, 93:7
**10** [17] - 3:11, 46:16, 47:12, 49:2, 49:9, 51:13, 52:3, 52:11, 52:20, 84:13, 92:14, 92:20, 92:21, 125:19, 125:23, 133:22, 138:9
**10/15/2021** [1] - 159:10
**100** [2] - 15:20, 50:6
**100,000** [1] - 108:20,

109:20
**1000** [1] - 13:5
**11-18** [1] - 104:2
**11-19-2012** [1] - 152:1
**113** [1] - 3:13
**11:00** [1] - 23:8
**12** [4] - 126:7, 148:4, 152:8, 152:15
**13** [12] - 3:13, 5:5, 6:11, 83:12, 83:24, 84:22, 85:1, 112:10, 112:13, 113:6, 113:9, 120:3
**132** [5] - 3:14, 3:15, 3:15, 3:16, 3:16
**133** [1] - 3:6
**141** [1] - 3:6
**145** [2] - 3:7, 3:7
**14th** [1] - 70:24
**1500** [1] - 13:6
**151** [1] - 3:8
**15th** [1] - 70:24
**16** [6] - 104:8, 104:12, 105:11, 112:24, 112:25, 113:3
**16th** [1] - 105:15
**17** [4] - 3:4, 105:11, 106:17, 148:17
**18** [3] - 100:19, 104:2, 154:1
**18th** [2] - 103:21, 103:25
**19** [5] - 22:10, 151:15, 151:23, 151:24, 152:4
**19-1212** [2] - 1:10, 4:5
**19th** [9] - 8:20, 9:3, 9:5, 21:10, 71:15, 71:22, 72:6, 72:9, 99:20

## 2

**2** [9] - 30:15, 52:22, 53:1, 53:13, 54:3, 56:16, 68:4, 97:2, 150:15
**20** [19] - 3:13, 3:14, 5:10, 5:14, 23:8, 36:2, 36:21, 83:22, 84:12, 113:18, 113:23, 114:1, 129:19, 130:14, 130:15, 131:3, 132:2, 132:3, 144:7
**200** [1] - 56:17
**20001** [1] - 2:7
**2008** [1] - 152:11
**2009** [2] - 146:8,

152:10
**2010** [1] - 147:11
**2011** [1] - 152:9
**2012** [5] - 126:7, 146:8, 147:11, 151:15, 151:23
**2013** [1] - 126:7
**2016** [33] - 5:10, 5:14, 37:4, 38:16, 44:8, 47:7, 50:21, 52:23, 53:4, 83:16, 83:22, 84:12, 88:2, 88:9, 94:4, 94:6, 100:5, 100:19, 101:24, 103:21, 104:8, 105:16, 106:17, 110:4, 110:5, 111:2, 111:24, 112:16, 112:24, 113:9, 114:15, 151:24, 152:4
**2017** [15] - 6:18, 6:23, 7:1, 7:5, 7:22, 37:5, 71:22, 84:10, 116:18, 118:24, 134:24, 148:16, 148:21, 156:9, 156:11
**2018** [1] - 15:20
**202-220-8049** [1] - 2:7
**202-637-3593** [1] - 2:8
**2021** [2] - 1:17, 4:1
**20th** [9] - 9:5, 37:5, 71:1, 72:6, 72:20, 74:17, 83:16, 137:14
**21** [8] - 3:15, 53:3, 125:9, 125:10, 125:13, 132:9, 132:11, 132:12
**21st** [7] - 9:5, 23:18, 52:23, 71:1, 71:2, 72:7
**22** [16] - 1:17, 3:15, 4:1, 96:8, 96:14, 96:19, 100:13, 100:17, 104:5, 104:6, 116:18, 132:5, 132:7, 132:8, 136:7, 136:11
**22nd** [1] - 9:5
**23** [5] - 101:13, 104:8, 104:14, 104:15, 109:25
**24** [2] - 111:1, 154:2
**250** [2] - 111:7, 111:9
**29** [3] - 104:8, 104:14, 104:15
**2:00** [1] - 29:24, 143:13

## 3

**3** [7] - 30:15, 56:8, 56:9, 56:14, 125:15, 133:3, 150:13
**30** [6] - 30:1, 101:24, 110:4, 110:5, 111:2, 114:15
**30-minute** [1] - 85:15
**300,000** [1] - 83:3
**30th** [1] - 101:14
**32** [2] - 3:4, 3:5

## 4

**4** [8] - 3:3, 3:16, 83:13, 128:9, 128:10, 132:19, 132:22, 132:23
**40,000** [2] - 65:24, 98:20
**404** [1] - 122:14
**424-419-4028** [1] - 2:16
**44** [3] - 104:8, 104:14, 104:15

## 5

**5** [6] - 3:3, 3:11, 62:23, 64:11, 64:14, 64:15
**50,000** [2] - 82:23, 83:2
**52** [1] - 3:11
**5757** [1] - 2:14
**58th** [3] - 22:11, 114:1, 130:20
**5:00** [1] - 22:10
**5:54** [1] - 116:18

## 6

**6** [8] - 3:12, 64:17, 64:19, 65:6, 65:8, 65:9, 114:25, 128:20
**60** [1] - 76:12
**607** [1] - 121:19
**608** [2] - 121:19, 121:21
**64** [1] - 3:11
**65** [1] - 3:12
**65,000** [2] - 82:21, 84:17

## 7

**7** [9] - 65:11, 65:13, 65:15, 65:16, 114:25, 115:1, 115:2, 115:4, 128:21
**70** [1] - 60:7
**700** [3] - 2:6, 2:6, 2:15

## 8

**8** [6] - 3:16, 67:18, 116:25, 132:14, 132:17, 132:18
**80** [1] - 60:7
**83** [1] - 3:12
**85** [2] - 3:5, 3:13
**8:00** [9] - 1:18, 4:1, 18:15, 22:11, 23:8, 144:2, 144:4, 144:14, 158:3
**8:30** [1] - 144:14

## 9

**9** [13] - 3:12, 8:6, 8:17, 21:21, 68:20, 68:21, 69:4, 69:11, 70:3, 83:5, 83:10, 97:17, 97:18
**90045** [1] - 2:15
**9:00** [1] - 18:15

## A

**A.M** [2] - 1:18, 4:1
**a.m** [1] - 18:15
**abbreviated** [1] - 29:25
**able** [11] - 16:16, 18:23, 19:3, 19:8, 49:19, 54:9, 60:14, 68:14, 99:8, 142:6, 144:7
**abroad** [1] - 47:22
**absolutely** [5] - 109:18, 117:6, 118:22, 157:13, 157:15
**academy** [1] - 36:8
**Access** [1] - 23:12
**access** [17] - 22:15, 23:12, 23:14, 24:13, 38:7, 38:12, 48:4, 61:16, 99:12, 100:7, 102:8, 102:14, 102:18, 117:8,

135:20, 142:5, 142:7
**accessible** [1] - 66:7
**accommodate** [1] - 29:5
**account** [4] - 20:21, 20:22, 21:2, 21:3
**accurate** [13] - 6:10, 7:16, 7:21, 8:2, 8:17, 12:16, 13:2, 13:7, 13:8, 15:15, 66:22, 97:4, 101:20
**accurately** [1] - 6:4
**acknowledge** [1] - 133:1
**acknowledged** [4] - 70:13, 70:16, 70:17, 133:5
**acquisition** [1] - 111:21
**Act** [2] - 95:19, 136:15
**acting** [2] - 86:19, 86:25
**action** [4] - 79:21, 86:13, 123:9, 154:4
**active** [5] - 36:2, 42:19, 58:4, 141:2, 141:5
**activist** [1] - 40:4
**activity** [1] - 93:2
**acts** [3] - 124:7, 124:9, 124:10
**actual** [4] - 59:12, 59:13, 59:20, 69:4
**add** [1] - 99:17
**added** [1] - 114:23
**addition** [1] - 52:1
**additional** [3] - 7:25, 70:5, 141:12
**address** [5] - 39:5, 40:19, 124:22, 128:22, 158:5
**adequate** [1] - 109:12
**admissible** [1] - 121:17
**admit** [3] - 30:18, 131:3, 132:4
**admitted** [11] - 30:15, 52:19, 64:14, 65:8, 83:9, 84:25, 132:2, 132:7, 132:11, 132:17, 132:22
**admitting** [2] - 125:4, 131:6
**admonition** [1] - 32:10
**advice** [2] - 36:16, 135:3
**advised** [2] - 8:2, 55:8
**adviser** [1] - 94:19
**advising** [1] - 35:1
**advisor** [1] - 95:2

**advocacy** [5] - 42:16, 48:4, 58:12, 94:19, 138:7
**advocates** [1] - 134:2
**AENLLE** [1] - 1:4
**AENLLE-ROCHA** [1] - 1:4
**affairs** [1] - 72:24
**affiliated** [1] - 48:8
**affiliation** [1] - 53:11
**affirm** [2] - 31:24, 145:7
**affirmed** [1] - 126:12
**AFOMI** [1] - 44:22
**aftermath** [1] - 10:11
**afternoon** [7] - 71:16, 71:22, 143:21, 144:8, 145:24
**afterwards** [4] - 12:24, 95:2, 105:17, 135:16
**Agaev** [7] - 15:5, 29:19, 127:3, 127:4, 127:7, 127:19, 127:21
**Agaevlist** [1] - 127:1
**agency** [1] - 36:11
**agenda** [1] - 55:9
**Agent** [1] - 136:15
**Agents** [1] - 95:19
**aggressively** [1] - 39:21
**AGIVE** [1] - 15:6
**ago** [11] - 55:3, 63:24, 91:15, 91:20, 97:11, 117:11, 125:20, 127:23, 152:8, 152:15, 154:2
**Agrarian** [1] - 96:23
**agree** [5] - 7:3, 55:20, 78:10
**agreed** [1] - 62:18
**agreement** [26] - 7:3, 17:9, 17:10, 24:12, 24:15, 41:16, 45:12, 45:15, 45:16, 45:22, 46:21, 47:3, 47:13, 48:14, 49:2, 49:11, 49:23, 50:18, 52:3, 92:18, 93:17, 93:23, 94:2, 94:9, 138:10, 139:24
**agreements** [2] - 24:25, 45:14
**ahead** [11] - 24:20, 26:24, 45:9, 85:14, 85:21, 115:22, 133:19, 141:17, 144:20, 145:18, 149:23
**airline** [1] - 25:19

**Alec** [1] - 38:4
**Aleck** [1] - 38:3
**alert** [1] - 143:5
**allege** [2] - 10:15, 124:7
**alleged** [1] - 142:9
**allegedly** [1] - 37:17
**alleges** [1] - 16:9
**alleging** [1] - 110:19
**allocate** [1] - 66:17
**allow** [2] - 122:15, 124:6
**allowed** [2] - 66:8, 78:5
**almost** [9] - 36:2, 55:3, 63:24, 75:15, 85:7, 98:25, 117:11, 119:7, 128:7
**altered** [3] - 101:19, 113:14, 135:23
**alternatives** [1] - 70:5
**amalgamation** [2] - 99:16, 101:18
**amicably** [1] - 43:1
**amount** [4] - 26:3, 151:14, 151:22, 151:25
**amounts** [1] - 26:14
**amplified** [1] - 81:6
**analysis** [1] - 42:15
**Anderson** [1] - 33:14
**Angeles** [3] - 1:17, 2:15, 124:14
**anger** [1] - 17:23
**angle** [2] - 67:1, 67:2
**angry** [4] - 14:15, 17:25, 72:17, 79:13
**Anne** [1] - 159:11
**ANNE** [1] - 1:23
**anne.kielwasser@gmail.com** [1] - 1:25
**answer** [13] - 24:22, 39:1, 40:18, 74:1, 82:7, 82:15, 87:11, 115:17, 121:10, 124:18, 124:23, 125:5, 157:14
**answering** [1] - 72:18
**anticipate** [1] - 144:11
**apologies** [2] - 46:19, 154:15
**apologize** [6] - 43:20, 77:24, 130:16, 136:10, 149:15, 154:8
**apologized** [1] - 14:21
**apologizing** [1] - 75:16
**Appeal** [1] - 125:15
**appeal** [2] - 126:12,

126:16
**appear** [3] - 112:18, 113:9, 113:15
**appearance** [1] - 72:22
**appearances** [1] - 4:7
**appeared** [1] - 135:8
**appearing** [2] - 5:2, 142:24
**Appellate** [1] - 125:15
**appellate** [3] - 126:13, 126:17, 126:20
**applied** [1] - 24:7
**appointed** [2] - 35:21, 35:24
**appointee** [1] - 35:20
**appointments** [3] - 35:16, 35:17, 36:1
**appreciate** [2] - 4:14, 158:1
**apprise** [1] - 65:3
**approach** [1] - 96:7
**approved** [3] - 58:18, 126:15, 134:14
**approximate** [1] - 26:3
**apps** [1] - 135:21
**April** [1] - 50:21
**area** [1] - 34:11
**areas** [2] - 22:6, 22:7
**argue** [1] - 120:18
**argumentative** [1] - 121:3
**armed** [1] - 80:22
**Arnold** [1] - 35:21
**arrange** [2] - 18:18, 81:19
**arranged** [1] - 88:14
**arrangement** [5] - 62:14, 119:10, 119:13, 123:21, 124:15
**arrangements** [1] - 119:5
**arranging** [1] - 66:23
**arrest** [1] - 15:15
**arrive** [2] - 21:8, 79:15
**arrived** [6] - 71:5, 71:15, 71:21, 72:9, 79:9, 79:10
**artful** [2] - 120:25, 122:22
**ASHBY** [2] - 2:5, 132:4
**Ashby** [1] - 4:10
**aspects** [3] - 39:5, 39:7, 147:22
**Aspen** [7] - 14:1, 14:3, 14:5, 14:9, 78:19, 78:20, 78:24
**assassination** [1] - 39:18

**assault** [1] - 134:12
**asserted** [1] - 92:4
**assess** [2] - 39:25
**assets** [1] - 15:13
**asshole** [1] - 18:3
**assist** [1] - 55:20
**assistance** [2] - 35:12, 36:20
**assistant** [5] - 5:17, 5:20, 10:23, 16:14, 26:24
**assisting** [1] - 57:1
**associated** [2] - 25:15, 36:4
**assume** [5] - 30:17, 31:17, 102:10, 105:15, 144:2
**assumed** [4] - 29:7, 53:11, 53:12, 71:10
**assuming** [9] - 29:23, 54:18, 55:2, 64:4, 64:5, 129:7, 129:8, 145:4
**atmosphere** [1] - 61:17
**attack** [1] - 134:4
**attacked** [1] - 122:9
**attempt** [1] - 39:18
**attempted** [4] - 67:1, 72:12, 72:14, 78:7
**attend** [30] - 8:3, 8:15, 12:20, 12:25, 18:23, 19:1, 19:6, 19:8, 27:7, 33:9, 55:18, 60:15, 63:10, 64:4, 66:11, 69:22, 69:25, 72:21, 75:13, 75:17, 75:21, 78:6, 78:9, 79:4, 111:25, 117:14, 136:24, 148:15, 148:18, 156:5
**attendance** [3] - 7:4, 38:20, 105:1
**attended** [11] - 12:19, 21:13, 64:3, 64:6, 72:9, 74:22, 75:3, 117:12, 137:1, 137:10, 156:14
**attending** [13] - 6:18, 9:18, 13:14, 55:9, 60:18, 68:10, 69:25, 77:21, 78:2, 100:4, 118:1, 156:15, 156:16
**attention** [4] - 40:2, 69:19, 154:6, 154:12
**attorney** [4] - 16:13, 26:11, 140:18, 155:2
**attorneys** [6] - 15:1,

38:7, 39:14, 49:4, 134:8, 155:1
**attributes** [1] - 81:4
**August** [1] - 47:7
**authenticity** [1] - 52:17
**authorities** [3] - 98:3, 135:3, 135:5
**authority** [2] - 123:20, 124:14
**available** [2] - 26:5, 70:6
**Avakov** [1] - 139:12
**awards** [1] - 33:23
**aware** [3] - 86:12, 130:1, 153:25
**awareness** [1] - 61:19
**awesome** [1] - 76:8

## B

**bad** [1] - 111:3
**balance** [1] - 82:15
**balcony** [1] - 10:14
**ball** [8] - 9:11, 21:12, 23:12, 23:15, 63:13, 63:14, 75:3, 102:7
**Ball** [10] - 22:18, 23:9, 23:11, 60:22, 72:10, 72:18, 74:25, 75:18, 88:22, 88:24
**ballroom** [1] - 76:24
**Bank** [2] - 17:4, 17:6
**bank** [3] - 17:5, 17:6, 54:10
**banking** [1] - 150:24
**Bar** [2] - 34:9, 141:4
**bar** [2] - 10:17, 17:18
**based** [10] - 19:18, 20:1, 35:12, 55:1, 57:25, 65:2, 66:19, 102:13, 131:21, 150:8
**BCC** [1] - 67:25
**Beach** [5] - 34:23, 47:11, 57:18, 90:18, 92:3
**bear** [2] - 123:15, 124:7
**beat** [1] - 29:22
**became** [9] - 34:5, 41:4, 51:19, 51:20, 66:21, 70:6, 78:1, 80:18, 139:13
**become** [1] - 38:11
**begin** [1] - 24:9
**beginning** [4] - 42:23, 44:8, 46:3, 50:20
**behalf** [15] - 4:10,

4:12, 20:22, 21:3, 86:19, 86:25, 93:19, 95:25, 96:3, 98:6, 118:14, 118:16, 127:22, 147:18, 152:23
**BEHALF** [2] - 2:3, 2:12
**behind** [1] - 47:24
**Belfers** [1] - 99:24
**belonging** [1] - 7:18
**below** [3] - 22:5, 80:6, 107:4
**BEM** [10] - 20:21, 21:2, 52:7, 54:3, 54:13, 81:8, 133:9, 150:4, 153:3, 153:4
**benefit** [2] - 118:8, 153:8
**Benefit** [1] - 114:2
**benefits** [1] - 114:11
**Berkley** [2] - 32:24, 33:22
**Bernardino** [1] - 36:5
**best** [13] - 59:21, 62:19, 100:7, 100:22, 105:25, 106:10, 106:24, 108:20, 109:19, 153:5, 153:9, 155:6, 155:7
**better** [2] - 70:6, 153:12
**between** [12] - 7:4, 20:2, 46:1, 46:4, 87:2, 87:9, 87:20, 87:23, 88:1, 88:8, 144:6, 148:6
**beyond** [1] - 95:4
**big** [3] - 48:2, 61:21, 127:14
**bigger** [3] - 48:2, 48:12, 84:19
**bill** [8] - 40:13, 55:24, 62:17, 148:11, 148:12, 149:7, 154:1, 154:4
**billed** [1] - 150:4
**billionaire** [1] - 61:21
**binder** [3] - 96:9, 96:10, 128:9
**birth** [1] - 152:16
**biscuits** [2] - 117:17, 117:19
**bit** [5] - 45:20, 84:20, 104:5, 145:17
**bitter** [1] - 139:13
**blamed** [1] - 80:14
**blonde** [2] - 157:7, 157:9
**blow** [4] - 60:24, 80:5,

107:11, 149:21
**blue** [2] - 114:9, 114:10
**board** [1] - 103:1
**bona** [2] - 66:8, 78:9
**book** [3] - 31:8, 46:17, 52:23
**booked** [1] - 106:19
**Boots** [1] - 21:14
**Bori** [2] - 125:21, 125:24
**born** [4] - 146:7, 152:5, 152:9, 152:10
**bother** [1] - 40:14
**bottom** [4] - 114:11, 116:17, 136:8, 151:25
**bought** [2] - 101:25, 110:10
**Boulevard** [1] - 2:14
**box** [1] - 96:24
**boxes** [1] - 140:6
**break** [5] - 27:18, 29:25, 43:3, 85:15, 144:21
**breakfast** [3] - 117:16, 117:17, 117:19
**Breeze** [1] - 48:16
**brief** [1] - 43:2
**briefly** [2] - 61:4, 66:3
**bring** [6] - 11:1, 11:15, 42:7, 60:14, 127:2, 151:18
**broad** [4] - 48:12, 123:14, 134:10, 134:13
**Brothers** [1] - 48:9
**brought** [5] - 42:8, 94:17, 99:13, 153:22, 154:5
**brunch** [2] - 99:21, 99:23
**BTA** [2] - 17:3, 17:6
**building** [11] - 9:19, 9:22, 10:2, 10:4, 58:21, 61:1, 68:3, 75:14, 149:3, 155:14, 155:15
**built** [2] - 98:14, 110:24
**Bureau** [1] - 36:5
**Bush** [3] - 19:14, 19:19, 20:3
**business** [22] - 6:15, 11:17, 17:3, 33:15, 37:11, 37:15, 38:4, 39:5, 39:7, 42:10, 42:18, 42:23, 44:19, 57:8, 80:17, 93:20, 95:14, 123:20,

123:25, 124:14, 152:22, 153:16
**businesses** [2] - 93:9, 153:8
**businessman** [3] - 11:21, 11:22, 15:21
**busy** [1] - 18:10
**buy** [3] - 20:8, 106:9, 106:24
**BY** [53] - 3:3, 3:4, 3:5, 3:5, 3:6, 3:6, 3:7, 3:8, 4:25, 5:18, 11:14, 17:2, 17:15, 19:25, 21:1, 21:19, 24:3, 24:24, 32:18, 40:23, 43:14, 45:11, 52:21, 64:16, 65:10, 74:14, 82:18, 83:11, 85:2, 85:25, 86:7, 96:17, 107:6, 107:15, 108:9, 113:24, 115:23, 120:23, 123:7, 123:18, 124:11, 125:11, 130:13, 132:25, 133:21, 141:20, 145:22, 149:17, 149:25, 150:18, 151:1, 151:13, 151:21
**bye** [2] - 158:1
**bye-bye** [1] - 158:1

## C

**CA** [1] - 2:15
**cabinet** [4] - 9:11, 21:12, 39:22, 110:5
**calculate** [1] - 56:1
**CALIFORNIA** [2] - 1:2, 1:25
**California** [15] - 1:17, 33:13, 35:22, 35:23, 90:18, 91:5, 91:9, 120:9, 120:24, 122:22, 123:9, 125:14, 126:12, 138:5, 140:19
**campaign** [1] - 39:11
**canceled** [1] - 85:4
**candid** [1] - 154:11
**cannot** [2] - 8:3, 101:17
**capability** [1] - 157:24
**capable** [1] - 80:13
**capacity** [3] - 41:2, 102:21, 146:25
**Capital** [1] - 10:14
**car** [4] - 18:10, 18:14,

123:25, 124:14, 152:22, 153:16
18:19, 26:20
**card** [1] - 26:23
**Cardelle** [1] - 81:19
**care** [1] - 40:12
**career** [1] - 147:2
**careful** [1] - 80:21
**Carpenters'** [8] - 9:18, 10:4, 59:19, 61:1, 72:14, 75:13, 75:21, 137:12
**carpet** [2] - 9:14, 22:19
**case** [25] - 17:8, 17:9, 26:23, 28:3, 31:25, 52:5, 87:5, 92:5, 92:7, 98:6, 111:21, 120:24, 122:18, 122:22, 125:15, 125:17, 125:23, 126:7, 126:8, 127:2, 128:14, 128:18, 133:3, 142:6, 145:8
**cases** [5] - 15:23, 39:20, 39:25, 47:16, 153:11
**catered** [1] - 76:10
**Caucasus** [1] - 80:18
**caveat** [1] - 55:21
**celebrate** [1] - 23:8
**Celebration** [2] - 22:12, 22:14
**cell** [4] - 41:20, 111:18, 129:6, 143:1
**Center** [1] - 22:19
**center** [1] - 60:25
**CENTRAL** [2] - 1:2, 1:25
**Century** [1] - 2:14
**CEO** [1] - 146:22
**ceremony** [5] - 59:4, 59:22, 72:15, 98:22, 155:18
**certain** [18] - 8:3, 12:16, 15:19, 36:16, 39:2, 69:12, 69:16, 77:18, 77:21, 78:2, 79:6, 86:12, 95:13, 95:22, 95:23, 103:19, 120:13, 126:15
**certainly** [3] - 16:16, 43:4, 68:10
**certify** [1] - 159:2
**cetera** [5] - 7:14, 27:2, 66:13, 102:14
**Chairman** [1] - 72:23
**chairman** [1] - 72:24
**chairs** [1] - 10:7
**challenges** [1] - 51:1
**challenging** [1] -

**103**:11
**chance** [1] - 61:13
**change** [1] - 13:14
**changed** [5] - 119:10, 129:6, 129:14, 154:19, 154:22
**channels** [1] - 69:17
**chaotic** [1] - 71:19
**character** [4] - 118:3, 121:21, 122:17, 123:13
**characterize** [3] - 53:24, 75:23, 141:7
**characterized** [1] - 139:8
**characterizes** [2] - 59:8, 59:9
**charge** [3] - 89:17, 118:1, 118:4
**charged** [3] - 20:19, 139:9, 159:5
**charges** [1] - 134:13
**charity** [1] - 35:11
**chatted** [1] - 73:3
**Chechen** [1] - 127:6
**Chechnya** [1] - 15:8
**check** [2] - 26:6, 132:13
**checked** [2] - 13:4, 37:4
**checkpoint** [1] - 18:2
**cheers** [1] - 102:13
**Chernaykskaya** [1] - 57:13
**Chick** [2] - 117:17, 117:19
**Chick-Fil-A** [2] - 117:17, 117:19
**children** [1] - 35:13
**Chris** [1] - 64:25
**circled** [1] - 66:7
**circuit** [1] - 159:5
**circumstances** [2] - 23:22, 42:22
**cite** [1] - 121:20
**city** [2] - 37:23, 138:18
**City** [2] - 37:10, 96:3
**claim** [4] - 12:23, 92:4, 122:18, 154:4
**claiming** [2] - 121:5, 121:6
**claims** [1] - 153:23
**cleaning** [3] - 10:12, 12:23
**clear** [3] - 62:21, 70:4, 117:12
**clerical** [3] - 151:20, 152:2, 152:3
**CLERK** [9] - 4:5, 31:22, 32:4, 32:7,

43:7, 85:17, 144:22, 145:6, 145:12
**client** [15] - 43:24, 44:2, 55:16, 65:17, 93:9, 93:10, 93:11, 93:14, 116:15, 119:14, 138:13, 140:1, 140:8, 147:10, 153:17
**client's** [1] - 93:9
**clients** [12] - 42:8, 42:10, 43:16, 68:10, 94:18, 94:19, 117:25, 118:7, 134:2, 134:3, 153:12
**close** [3] - 37:13, 60:10, 68:13, 157:3
**close-up** [1] - 60:10
**closed** [1] - 42:21
**closer** [1] - 43:18
**closest** [1] - 139:13
**closing** [1] - 144:7
**clubs** [2] - 36:3, 76:21
**Cocktail** [1] - 22:14
**college** [4] - 32:21, 32:23, 33:9, 33:13
**College** [2] - 33:18, 34:18
**Collin** [1] - 48:16
**colorful** [1] - 60:24
**comfortable** [2] - 77:1, 77:2
**coming** [4] - 62:21, 71:10, 109:6, 154:11
**commenced** [1] - 142:8
**commencement** [1] - 33:4
**comments** [2] - 80:7, 82:4
**Commission** [2] - 35:24, 120:9
**commission** [2] - 120:14, 120:17
**commissioner** [1] - 35:22
**committed** [1] - 126:19
**committee** [1] - 72:25
**Committee** [1] - 114:2
**communicate** [2] - 13:18, 13:20, 79:23
**communicated** [5] - 40:10, 41:20, 49:6, 79:18, 79:22
**communication** [8] - 65:16, 84:1, 87:12, 101:20, 102:21, 103:7, 103:17, 111:20

**communications** [10] - 41:20, 77:3, 79:20, 86:15, 86:18, 87:25, 88:7, 89:24, 90:4, 90:13
**companies** [5] - 35:1, 35:5, 35:6, 35:8, 57:9
**Company** [1] - 125:16
**company** [21] - 7:18, 7:20, 21:6, 35:11, 35:14, 41:1, 41:4, 43:22, 43:23, 51:25, 52:7, 54:8, 57:16, 57:19, 94:16, 95:9, 97:16, 141:10, 146:1, 146:4, 157:5
**compensation** [4] - 49:10, 52:2, 78:14
**complained** [2] - 74:2, 74:3
**complaint** [1] - 16:9
**complete** [1] - 103:6
**completed** [1] - 155:18
**completely** [1] - 61:23
**compromised** [2] - 102:23, 102:24
**computer** [1] - 134:5
**computers** [1] - 94:12
**concerned** [2] - 80:8, 80:18, 88:10
**concerning** [7] - 9:11, 22:2, 23:22, 88:14, 89:6, 89:25, 90:14, 92:12, 93:23, 119:13
**concert** [2] - 22:3, 22:7
**concluded** [1] - 158:12
**conclusions** [1] - 135:7
**conduct** [3] - 85:22, 122:16, 123:1
**conference** [1] - 159:7
**confident/friend** [1] - 37:13
**confidential** [2] - 46:20, 92:17
**confirm** [2] - 50:5, 101:17
**confirmational** [1] - 56:12
**confirmed** [3] - 5:23, 35:25, 60:12
**conflicts** [1] - 73:19
**conformance** [1] - 159:6
**congressional** [1] -

81:20
**congressmen** [3] - 7:14, 64:2, 68:12
**congressmen's** [1] - 18:10
**connect** [2] - 5:16, 5:19
**connected** [2] - 5:22, 29:7
**connection** [12] - 15:9, 27:18, 28:13, 29:6, 48:9, 93:9, 115:15, 116:9, 116:13, 123:20, 124:14, 141:23
**consider** [7] - 59:25, 68:4, 76:13, 76:15, 78:11, 125:4, 146:20
**considered** [6] - 33:24, 37:22, 61:20, 80:1, 81:14, 95:14
**consisted** [1] - 79:20
**consistent** [1] - 79:16
**constant** [2] - 41:19
**constituents** [1] - 59:7
**Constitution** [1] - 149:3
**constitutional** [1] - 156:21
**consultant** [2] - 93:8, 94:19
**consultation** [2] - 45:15, 46:8
**consulting** [13] - 41:4, 41:6, 46:21, 47:12, 51:25, 57:19, 92:18, 134:3, 136:4, 138:10, 141:10, 153:2, 153:7
**contact** [17] - 47:19, 61:7, 71:8, 91:16, 91:21, 91:24, 127:7, 127:10, 127:11, 127:16, 127:18, 127:24, 128:1, 128:22, 128:25, 129:3, 129:5
**contacted** [11] - 44:20, 45:7, 54:6, 61:7, 61:9, 65:2, 67:16, 73:21, 135:3, 154:1, 154:8
**contacting** [1] - 64:23
**contacts** [2] - 14:25, 147:16
**contained** [1] - 11:7
**contemplated** [1] - 51:13
**contending** [2] - 103:13, 103:15

**contents** [1] - 97:3
**contesting** [1] - 121:16
**context** [3] - 109:24, 110:24, 130:23
**continue** [5] - 4:19, 29:10, 29:17, 43:11, 85:15
**continuing** [1] - 28:17
**contract** [17] - 5:8, 5:11, 6:11, 6:13, 41:8, 46:6, 46:11, 46:13, 46:14, 53:8, 56:19, 56:20, 80:20, 82:23, 84:19, 93:12
**contracts** [1] - 48:13
**control** [1] - 77:19
**controlled** [1] - 139:4
**controversial** [5] - 37:10, 37:17, 37:19, 45:1, 47:20
**controversy** [1] - 52:5
**Convention** [1] - 22:19
**conventional** [1] - 67:1
**conversation** [5] - 45:6, 70:20, 75:10, 81:23, 137:25
**conversations** [4] - 14:11, 50:12, 50:13, 50:22
**convince** [1] - 50:24
**coordinated** [1] - 54:8
**coordinating** [2] - 62:2, 62:3
**copied** [1] - 67:25
**copies** [1] - 96:10
**copy** [5] - 31:10, 66:4, 96:7, 96:11, 130:25
**core** [2] - 47:25, 52:5
**corporate** [1] - 15:13
**correct** [32] - 7:5, 14:2, 16:11, 24:2, 24:4, 30:16, 30:19, 72:7, 75:22, 86:8, 87:3, 88:2, 93:5, 93:6, 101:15, 104:19, 105:14, 108:21, 108:22, 112:19, 113:8, 113:13, 117:24, 122:8, 125:25, 126:1, 128:14, 130:5, 138:5, 151:15, 155:16, 159:2
**corrections** [1] - 54:12
**correctly** [1] - 141:25
**correspondence** [5] -

7:7, 9:9, 9:16, 11:8, 89:6
**cost** [11] - 12:19, 12:24, 25:14, 25:16, 25:19, 26:1, 56:1, 106:9, 106:24, 109:14, 109:16
**Costa** [1] - 34:23
**costs** [2] - 25:12, 108:16
**Counsel** [13] - 4:7, 16:20, 31:13, 43:10, 44:12, 45:9, 85:21, 107:23, 131:5, 131:23, 145:2, 145:18, 149:10
**counsel** [17] - 4:16, 17:21, 25:8, 27:12, 35:23, 43:2, 85:20, 120:19, 133:24, 141:12, 141:15, 142:13, 142:20, 144:25, 150:10, 157:17, 158:5
**counterclaims** [1] - 92:7
**County** [4] - 34:24, 35:12, 48:19, 129:12
**couple** [7] - 25:22, 48:20, 91:20, 97:11, 154:19, 154:24, 156:2
**course** [16] - 5:4, 6:20, 8:25, 17:5, 18:20, 20:18, 21:4, 25:19, 26:23, 44:15, 60:3, 82:5, 91:24, 128:18, 130:21, 141:21
**courses** [1] - 33:17
**COURT** [207] - 1:1, 1:16, 1:24, 4:3, 4:5, 4:13, 11:9, 16:20, 16:24, 17:13, 19:22, 24:17, 24:20, 25:5, 25:7, 25:14, 25:21, 26:1, 26:7, 26:12, 26:16, 26:19, 27:3, 27:6, 27:11, 27:16, 27:21, 27:25, 28:4, 28:8, 28:10, 28:16, 28:24, 29:4, 29:12, 29:15, 29:23, 30:6, 30:10, 30:17, 31:3, 31:6, 31:10, 31:13, 31:15, 31:20, 31:22, 32:4, 32:7, 32:10, 40:18, 43:2, 43:5, 43:7, 43:9, 43:18, 44:12, 45:9, 52:12, 52:18, 64:12, 64:14,

65:8, 74:10, 74:12, 82:6, 82:12, 82:14, 83:7, 83:9, 84:23, 84:25, 85:8, 85:11, 85:14, 85:17, 85:19, 86:4, 96:11, 96:14, 107:5, 107:12, 107:23, 108:3, 108:6, 113:19, 113:22, 115:17, 115:20, 115:22, 120:18, 121:11, 121:14, 121:17, 121:24, 122:2, 122:6, 122:20, 123:4, 123:12, 124:1, 124:25, 125:3, 125:10, 129:20, 129:22, 129:24, 130:3, 130:8, 131:5, 131:10, 131:15, 131:19, 131:25, 132:7, 132:11, 132:17, 132:20, 132:22, 133:17, 133:19, 134:18, 134:20, 134:25, 135:10, 135:14, 135:17, 135:22, 135:25, 136:3, 136:7, 136:12, 136:14, 136:18, 136:20, 136:24, 137:3, 137:7, 137:9, 137:16, 137:19, 137:21, 138:3, 138:9, 138:12, 138:16, 138:20, 138:23, 138:25, 139:5, 139:16, 139:19, 139:23, 140:5, 140:8, 140:12, 140:15, 140:18, 140:21, 140:23, 140:25, 141:2, 141:6, 141:11, 141:15, 141:17, 142:11, 142:13, 142:16, 142:19, 142:22, 143:3, 143:8, 143:17, 144:1, 144:9, 144:16, 144:20, 144:22, 144:24, 145:4, 145:6, 145:12, 145:16, 149:10, 149:16, 149:23, 150:10, 150:14, 150:21, 151:6,

151:9, 155:25, 156:2, 156:8, 156:11, 156:17, 156:22, 157:4, 157:11, 157:14, 157:16, 157:20, 157:22, 157:25, 158:2, 158:9
**court** [7] - 17:9, 92:6, 123:9, 126:13, 126:17, 126:20, 154:4
**Court** [17] - 1:24, 15:17, 15:23, 17:8, 24:7, 31:2, 31:25, 83:6, 122:15, 125:14, 125:22, 145:8, 150:16, 154:12, 156:8, 159:11
**Court's** [1] - 31:11
**courtroom** [4] - 31:16, 90:7, 90:11, 149:12
**cover** [1] - 24:17
**Covid** [2] - 42:23, 142:15
**crazy** [1] - 155:20
**create** [4] - 12:6, 53:13, 61:10, 69:17
**created** [1] - 45:12
**creating** [1] - 61:15
**credentialed** [1] - 59:11
**credentials** [1] - 99:7
**credibility** [2] - 121:23, 122:9
**crimes** [1] - 139:9
**Criminal** [1] - 35:23
**criminal** [6] - 15:22, 37:18, 39:20, 39:25, 47:16, 134:13
**crippled** [1] - 39:19
**cross** [8] - 4:20, 24:19, 85:22, 122:15, 124:4, 124:6, 151:6, 154:9
**CROSS** [6] - 3:3, 3:5, 3:8, 4:24, 85:24, 151:12
**cross-examination** [4] - 4:20, 85:22, 122:15, 151:6
**CROSS-EXAMINATION** [6] - 3:3, 3:5, 3:8, 4:24, 85:24, 151:12
**cross-examine** [1] - 124:6
**cross-examined** [1] - 124:4

**cross-suit** [1] - 154:9
**crowd** [1] - 59:23
**CRR** [1] - 1:23
**crude** [1] - 40:12
**Cruz** [1] - 64:5
**CSR** [2] - 1:23, 159:11
**cultural** [1] - 61:19
**CV** [2] - 1:10, 4:5

# D

**D.C** [31] - 10:19, 11:2, 12:10, 13:9, 13:11, 13:22, 13:25, 14:12, 14:17, 14:20, 17:19, 19:1, 19:6, 21:8, 25:24, 34:23, 37:7, 58:9, 61:10, 71:5, 72:3, 72:4, 72:6, 72:11, 73:12, 78:16, 140:22, 140:23, 141:4, 148:16, 149:1
**dad** [1] - 146:6
**damages** [1] - 25:9
**data** [1] - 136:5
**date** [7] - 5:12, 13:10, 24:9, 70:19, 97:24, 102:22, 154:3
**Date** [1] - 159:11
**dated** [1] - 151:24
**dates** [2] - 9:7, 148:8
**DAY** [2] - 1:16, 4:3
**day-to-day** [1] - 36:13
**days** [8] - 13:11, 13:12, 14:3, 14:5, 54:19, 105:23, 106:16, 107:17
**daytime** [1] - 21:11
**deal** [2] - 15:1, 49:7, 61:22
**dealing** [4] - 37:23, 50:14, 51:2, 123:25
**dealt** [1] - 14:25
**deceased** [1] - 37:10
**December** [10] - 55:1, 57:25, 70:21, 97:22, 101:10, 112:1, 112:2, 112:4, 112:6, 112:8
**decent** [2] - 62:5, 157:10
**decided** [3] - 20:8, 27:10, 42:25
**decides** [1] - 36:12
**deck** [1] - 60:8
**deep** [2] - 45:5, 51:9
**deeply** [1] - 87:11
**defendant** [5] - 1:13, 17:21, 85:20, 86:10,

125:17
**DEFENDANT** [53] - 2:12, 3:4, 31:5, 32:3, 32:6, 32:9, 32:13, 32:16, 86:6, 120:22, 134:23, 135:1, 135:12, 135:15, 135:19, 135:24, 136:1, 136:6, 136:10, 136:13, 136:16, 136:19, 136:21, 137:1, 137:5, 137:8, 137:11, 137:17, 137:20, 137:23, 138:6, 138:11, 138:15, 138:19, 138:22, 138:24, 139:2, 139:6, 139:18, 139:21, 140:2, 140:6, 140:9, 140:14, 140:16, 140:20, 140:22, 140:24, 141:1, 141:4, 141:9, 142:21, 149:14
**defense** [10] - 27:12, 28:5, 29:1, 30:5, 31:4, 98:6, 119:18, 141:13, 142:13, 158:7
**defined** [1] - 117:23
**definitely** [2] - 76:14, 150:24
**delays** [1] - 50:25
**delegation** [2] - 12:3, 58:20
**deleted** [1] - 135:23
**deliberately** [6] - 47:22, 72:1, 85:5, 93:3, 134:1
**Delta** [1] - 35:13
**demand** [1] - 73:20
**demonstrated** [1] - 15:23
**demonstrations** [1] - 71:19
**demonstrators** [1] - 76:19
**denied** [1] - 16:4
**deposit** [1] - 159:6
**deputy** [1] - 11:22
**describe** [15] - 9:6, 33:11, 35:19, 36:7, 36:13, 39:7, 57:5, 61:4, 63:6, 65:15, 66:3, 68:7, 94:13, 137:18, 146:4
**described** [5] - 25:16, 62:3, 120:25,

122:22, 130:24
**describing** [3] - 20:2, 66:22, 66:24
**description** [3] - 23:2, 54:9, 150:17
**details** [2] - 20:12, 82:4
**determine** [4] - 23:3, 39:25, 58:2, 135:22
**determined** [3] - 49:10, 63:23, 135:1
**detractors** [1] - 37:24
**develop** [2] - 93:8, 139:25
**developed** [1] - 140:2
**developer** [1] - 27:9
**developing** [1] - 43:23
**development** [1] - 93:9
**dial** [2] - 143:4, 143:15
**difference** [1] - 127:15
**different** [4] - 101:19, 103:3, 113:14, 136:1
**dig** [1] - 157:7
**digress** [1] - 73:6
**digressing** [1] - 72:16
**diligence** [5] - 42:15, 58:2, 58:18, 80:11, 146:25
**diligent** [1] - 37:23
**dinner** [2] - 39:3, 110:6
**direct** [6] - 24:17, 25:8, 28:2, 80:1, 87:14, 87:19
**DIRECT** [4] - 3:5, 3:7, 32:17, 145:21
**directed** [2] - 48:25, 142:13
**direction** [1] - 57:25
**directly** [3] - 67:17, 74:2
**director** [2] - 35:6, 35:9
**directors** [3] - 35:1, 35:2, 35:4
**Directors'** [1] - 33:18
**disclose** [1] - 120:13
**disconnect** [2] - 107:25, 157:23
**disconnected** [1] - 108:2
**disconnecting** [1] - 108:4
**discount** [1] - 64:23
**discourage** [1] - 77:20
**discovery** [3] - 86:12, 88:4, 88:11
**discuss** [5] - 5:25, 6:11, 6:15, 73:18,

77:6
**discussed** [14] - 6:13, 6:25, 7:8, 7:24, 9:11, 39:23, 44:5, 44:9, 49:12, 49:13, 49:14, 49:15, 51:4, 105:9
**discussing** [1] - 19:10
**discussion** [4] - 14:17, 39:24, 105:18, 148:6
**Discussion** [6] - 21:17, 30:23, 125:7, 133:14, 143:7, 151:7
**discussions** [13] - 13:16, 38:16, 38:18, 38:19, 40:6, 45:4, 51:3, 51:5, 77:25, 78:4, 109:10, 109:11, 111:13
**disengage** [1] - 43:1
**dismissing** [1] - 30:9
**displeasure** [3] - 60:17, 61:1, 74:15
**dissatisfaction** [1] - 73:14
**dissect** [2] - 147:2, 147:6
**distinction** [1] - 119:7
**District** [1] - 125:15
**DISTRICT** [4] - 1:1, 1:2, 1:24, 1:25
**dive** [1] - 51:9
**diver** [1] - 116:23
**Division** [1] - 125:15
**divorced** [1] - 129:13
**doctors** [1] - 38:12
**Document** [1] - 92:14
**document** [24] - 2:7, 8:11, 22:2, 22:22, 46:24, 49:8, 52:17, 93:5, 96:20, 97:6, 97:21, 98:14, 114:4, 114:6, 119:12, 125:14, 130:1, 130:7, 131:6, 131:12, 131:22, 136:9, 136:11, 151:20
**documentary** [1] - 141:23
**documentation** [3] - 86:24, 90:3, 119:18
**documents** [17] - 86:21, 88:5, 88:13, 89:11, 89:13, 89:15, 89:16, 89:17, 89:19, 98:4, 98:13, 106:21, 119:25, 141:23, 142:6, 152:20
**dollars** [1] - 109:5

**Donald** [1] - 7:22
**done** [17] - 29:16, 29:21, 53:17, 79:23, 85:7, 95:24, 97:15, 99:9, 142:16, 142:18, 143:21, 143:23, 144:8, 144:16, 147:1, 150:7, 158:4
**donor** [1] - 76:21
**donors** [2] - 59:7, 60:5, 67:5
**donors'** [1] - 102:14
**doubt** [2] - 136:18, 136:23
**down** [13] - 23:7, 30:11, 35:25, 57:19, 83:21, 84:20, 100:18, 104:9, 105:22, 107:4, 142:20, 147:6, 149:18
**dozen** [1] - 156:13
**draft** [6] - 47:7, 69:6, 98:8, 101:10, 140:3, 140:5
**drafted** [5] - 45:17, 46:14, 47:1, 47:3, 92:22
**drafting** [1] - 49:1
**drafts** [3] - 66:20, 112:8
**dramatic** [1] - 139:15
**draw** [1] - 135:7
**drinking** [1] - 76:24
**drinks** [2] - 27:2, 117:11
**driver** [1] - 116:19
**dropped** [1] - 42:23
**due** [6] - 42:15, 58:2, 146:25, 151:15, 151:22, 152:1
**dug** [1] - 15:22
**during** [16] - 9:7, 13:16, 14:17, 21:10, 30:14, 42:10, 56:10, 66:15, 67:11, 70:10, 77:9, 86:13, 87:14, 87:19, 87:22, 119:16
**duties** [2] - 93:7, 133:25
**d'oeuvres** [1] - 117:11

---

## E

**e-mail** [19] - 2:8, 2:16, 5:23, 8:20, 10:1, 50:2, 52:24, 53:3, 53:6, 63:2, 64:21,

67:24, 69:15, 83:19, 116:3, 116:18, 146:15
**e-mailed** [5] - 8:18, 84:13, 140:9, 140:12
**e-mails** [11] - 5:16, 87:2, 87:7, 87:8, 87:9, 87:11, 87:15, 87:20, 97:24, 98:5, 119:24
**early** [6] - 70:21, 97:22, 101:10, 127:23, 140:10, 144:1
**earn** [1] - 53:19
**earning** [1] - 155:7
**East** [2] - 40:15, 51:2
**Eastern** [6] - 41:12, 42:11, 67:5, 80:17, 94:18, 157:10
**Economy** [1] - 35:24
**Ed** [2] - 61:8, 72:23
**edited** [1] - 69:10
**education** [2] - 33:9, 33:17
**efforts** [1] - 99:16
**eight** [2] - 68:12, 97:6
**either** [15] - 13:5, 23:18, 27:12, 55:16, 57:14, 57:17, 67:4, 70:21, 84:6, 101:18, 116:11, 118:7, 118:9, 136:22, 157:10
**elaborate** [1] - 59:1
**elaborating** [2] - 40:17, 47:24
**elect** [1] - 76:1
**election** [4] - 105:12, 105:16, 105:20, 148:7
**electronic** [1] - 28:12
**electronically** [2] - 16:7, 31:16
**electronics** [1] - 120:1
**elevate** [1] - 147:4
**elite** [1] - 76:20
**embassies** [1] - 80:2
**emotional** [1] - 80:2
**emphasize** [1] - 53:21
**emphasized** [3] - 53:24, 72:10, 77:18
**employed** [1] - 34:17
**employee** [1] - 42:1
**employees** [2] - 42:4, 42:6
**encouraged** [3] - 41:11, 41:12, 71:18
**end** [11] - 13:14, 23:2, 70:25, 74:22, 76:23,

79:10, 79:20, 134:24, 144:14, 155:2, 158:2
**ended** [1] - 15:25
**enemies** [4] - 37:25, 51:8, 139:11, 139:13
**enemy** [1] - 139:11
**energy** [1] - 59:15
**engaged** [1] - 48:7
**engagement** [6] - 5:8, 5:9, 38:23, 84:2, 84:13, 84:16
**engagements** [1] - 84:16
**engaging** [1] - 48:3
**English** [3] - 28:16, 28:21, 73:4
**enjoy** [1] - 61:23
**enjoyed** [1] - 138:1
**enter** [1] - 41:16
**enthralled** [1] - 38:25
**entire** [2] - 47:3, 82:7
**entitled** [1] - 114:1
**entity** [2] - 41:7, 155:10
**entries** [1] - 100:18
**entry** [3] - 16:4, 22:10, 42:15
**Eric** [9] - 42:5, 42:8, 42:24, 48:15, 50:23, 91:1, 142:14, 145:3, 145:14
**ERIC** [3] - 3:7, 145:14, 145:20
**error** [3] - 151:20, 152:2, 152:3
**escalated** [2] - 39:24, 73:20
**especially** [1] - 77:10
**essence** [3] - 40:11, 41:5, 47:15
**essentially** [2] - 4:17, 121:24
**establish** [1] - 61:24
**estate** [5] - 27:9, 42:9, 43:24, 43:25, 146:9
**estimate** [5] - 56:22, 70:19, 76:4, 82:25, 83:3
**estimated** [1] - 25:12
**et** [5] - 7:14, 27:2, 66:13, 102:14
**Eurasia** [2] - 42:11, 80:17
**Europe** [5] - 41:12, 42:11, 67:5, 80:17, 94:18
**European** [1] - 157:10
**Europeans** [2] - 40:16, 51:2

**eve** [1] - 137:14
**evening** [4] - 5:1, 5:4, 17:16, 21:11
**event** [64] - 6:21, 9:14, 9:18, 9:20, 9:22, 10:6, 10:9, 10:11, 10:12, 12:22, 12:23, 18:13, 18:22, 19:8, 20:9, 21:14, 22:12, 22:14, 22:16, 22:20, 22:22, 22:23, 23:1, 23:7, 36:18, 58:20, 58:21, 59:14, 61:2, 61:13, 66:11, 66:25, 68:1, 68:5, 68:8, 68:13, 68:17, 72:13, 74:22, 76:13, 76:15, 78:3, 81:23, 89:7, 99:19, 102:8, 117:3, 117:8, 117:10, 117:22, 118:6, 118:8, 118:10, 137:13, 137:16, 137:21, 155:13, 156:15, 156:16, 156:25, 157:2, 157:12
**events** [58] - 7:13, 8:3, 8:15, 8:20, 9:4, 9:6, 12:19, 12:21, 12:24, 13:14, 13:21, 13:23, 18:23, 18:24, 19:3, 19:10, 19:16, 19:21, 20:5, 20:17, 23:19, 58:3, 59:3, 59:4, 59:6, 64:9, 66:6, 67:1, 67:3, 67:11, 69:21, 69:25, 70:2, 70:5, 74:16, 75:17, 77:21, 78:2, 78:5, 79:4, 81:1, 88:14, 99:25, 101:4, 101:14, 102:3, 102:5, 102:13, 102:18, 114:14, 118:24, 119:2, 130:22, 136:25, 137:1, 137:10, 148:15, 156:4
**eventually** [3] - 65:25, 66:2, 75:21
**Eversheds** [1] - 2:5
**evidence** [42] - 3:11, 3:11, 3:12, 3:12, 3:13, 3:14, 3:15, 3:15, 3:16, 3:16, 28:6, 52:11, 52:20, 64:11, 64:15, 65:6, 65:9, 83:5, 83:6, 83:10, 84:22, 85:1,

85:12, 110:17, 121:18, 121:23, 122:3, 122:14, 123:15, 125:1, 125:3, 126:18, 126:20, 129:19, 131:3, 132:3, 132:5, 132:8, 132:12, 132:14, 132:18, 132:23
**exact** [2] - 13:10, 49:21
**exactly** [10] - 5:9, 6:24, 18:15, 20:6, 26:10, 56:23, 112:5, 134:21, 134:23, 137:9
**examination** [5] - 4:20, 43:12, 85:22, 122:15, 151:6
**EXAMINATION** [16] - 3:3, 3:4, 3:5, 3:5, 3:6, 3:6, 3:7, 3:8, 4:24, 17:14, 32:17, 85:24, 133:20, 141:19, 145:21, 151:12
**examine** [2] - 124:6, 135:22
**examined** [1] - 124:4
**examines** [1] - 136:4
**examples** [2] - 35:8, 44:3
**except** [2] - 88:1, 91:25
**exchanged** [4] - 6:7, 86:21, 86:24, 98:5
**exchanges** [1] - 73:16
**exclusive** [1] - 118:10
**excursion** [1] - 10:13
**excuse** [8] - 20:14, 21:18, 89:3, 93:7, 111:21, 114:25, 132:19, 154:15
**excused** [2] - 157:20, 157:22
**execute** [2] - 147:3, 147:4
**executed** [2] - 45:18, 93:17
**execution** [1] - 97:2
**executives** [2] - 33:15, 33:17
**exhibit** [16] - 31:8, 52:19, 52:23, 84:13, 92:18, 92:19, 96:19, 107:13, 111:17, 115:5, 149:8, 149:18, 150:1, 150:10, 151:16

**Exhibit** [98] - 3:11, 3:11, 3:12, 3:12, 3:13, 3:13, 3:14, 3:15, 3:15, 3:16, 5:5, 6:11, 8:6, 8:17, 21:21, 46:16, 47:12, 49:1, 49:9, 51:13, 52:3, 52:11, 52:20, 52:22, 53:1, 56:8, 56:9, 56:14, 62:23, 64:10, 64:15, 64:17, 64:19, 65:5, 65:9, 65:11, 65:13, 65:15, 65:16, 67:18, 68:20, 68:21, 69:4, 69:11, 70:3, 83:5, 83:10, 83:12, 83:24, 84:22, 85:1, 96:8, 96:19, 97:17, 100:11, 103:10, 112:9, 112:13, 112:18, 112:22, 113:3, 113:6, 113:8, 113:9, 113:10, 113:18, 113:23, 114:1, 114:25, 115:2, 115:4, 116:25, 120:3, 125:9, 125:13, 128:9, 128:10, 129:19, 130:14, 130:15, 131:3, 132:3, 132:4, 132:8, 132:9, 132:12, 132:14, 132:18, 132:19, 132:23, 133:3, 133:22, 136:7, 136:10, 138:9, 150:13
**exhibits** [17] - 30:13, 31:18, 46:17, 56:11, 85:11, 88:7, 88:10, 90:6, 90:10, 90:12, 90:13, 92:10, 96:9, 97:24, 98:5, 119:12, 143:11
**EXHIBITS** [1] - 3:10
**exist** [3] - 15:19, 155:5, 155:6
**exists** [1] - 90:22
**expected** [1] - 75:6
**expenses** [2] - 26:17, 49:16
**expensive** [2] - 26:4, 77:17
**experience** [9] - 40:15, 55:19, 60:2, 60:6, 76:20, 76:22, 77:1, 105:8
**explain** [7] - 23:22,

71:23, 78:8, 79:11, 102:24, 103:19, 108:16
**explained** [9] - 24:2, 39:15, 48:1, 54:22, 66:6, 77:13, 80:23, 118:21, 119:4
**explaining** [3] - 47:14, 77:15, 89:11
**explanations** [1] - 51:20
**expletives** [2] - 60:23, 80:2
**express** [1] - 73:13
**expressed** [2] - 73:10, 73:17
**extent** [1] - 44:10
**extra** [2] - 33:12, 36:19
**extras** [2] - 8:21, 27:1
**extremely** [1] - 77:16
**extrinsic** [2] - 122:14, 125:1
**extrinsically** [1] - 124:5

## F

**fabricated** [2] - 106:6, 109:3
**face** [3] - 60:24, 80:6
**facilitate** [1] - 53:9
**facilitating** [1] - 57:3
**facilitator** [1] - 62:21
**facing** [1] - 134:12
**fact** [11] - 7:7, 10:10, 39:15, 49:18, 65:3, 73:11, 119:9, 134:15, 141:24, 143:6, 148:11
**failure** [1] - 120:13
**fake** [1] - 15:24
**false** [12] - 103:13, 103:15, 103:19, 103:20, 105:4, 105:6, 123:19, 124:13, 125:21, 125:24, 126:2
**familiar** [12] - 36:23, 48:7, 86:1, 95:18, 96:20, 96:21, 114:6, 128:13, 130:9, 130:21, 130:23
**familiarity** [1] - 131:22
**family** [6] - 19:14, 19:19, 20:3, 60:24, 78:14, 155:1
**famous** [2] - 27:9, 73:5
**far** [3] - 71:21, 76:2,

88:10
**Farmers** [1] - 125:16
**fascinating** [1] - 41:14
**fast** [1] - 59:9
**Fax** [1] - 2:8
**FBI** [8] - 87:24, 90:5, 119:25, 120:2, 134:22, 135:10, 135:17, 141:24
**feasibility** [3] - 42:14, 93:8, 139:25
**February** [2] - 134:24
**Federal** [1] - 1:24
**federal** [1] - 136:12
**fee** [2] - 46:9, 159:5
**fees** [2] - 138:23, 159:5
**felt** [3] - 60:8, 61:22, 157:2
**FERA** [1] - 96:21
**FERNANDO** [1] - 1:4
**festivities** [1] - 39:2
**few** [20] - 14:3, 33:19, 35:15, 38:20, 55:10, 60:14, 73:16, 79:8, 87:10, 91:25, 92:1, 99:1, 99:22, 105:22, 127:20, 133:18, 134:20, 135:15, 143:12, 145:25
**fiasco** [1] - 84:11
**fide** [2] - 66:8, 78:9
**fifth** [1] - 59:19
**fight** [2] - 51:10, 73:25
**figure** [3] - 37:17, 109:13, 148:14
**figures** [1] - 148:14
**Fil** [2] - 117:17, 117:19
**filed** [1] - 154:9
**files** [1] - 140:6
**fill** [1] - 16:7
**final** [3] - 69:1, 69:8, 69:9
**finalized** [3] - 68:25, 69:10, 140:3
**financial** [1] - 35:12
**fine** [5] - 29:6, 31:17, 108:1, 108:3, 146:17
**finished** [3] - 28:20, 144:14, 155:19
**fireworks** [3] - 9:15, 22:3, 22:8
**firm** [8] - 34:1, 34:7, 34:19, 34:21, 58:8, 58:9, 58:12, 138:7
**firms** [3] - 48:2, 48:3, 48:4
**first** [31] - 6:22, 6:25, 9:10, 15:4, 15:5, 18:2, 19:10, 27:5,

29:20, 37:2, 37:3, 37:8, 38:15, 40:8, 45:22, 50:1, 51:7, 52:23, 68:23, 71:13, 74:16, 74:21, 77:16, 86:10, 96:24, 116:17, 135:4, 151:11, 158:9
**fit** [3] - 58:24, 63:7, 63:25
**five** [11] - 55:3, 63:24, 63:25, 71:3, 98:25, 105:23, 106:16, 107:17, 117:11, 144:6
**flat** [1] - 46:9
**flew** [3] - 6:8, 12:10, 38:22
**flexibility** [2] - 4:14, 70:7
**flight** [1] - 46:6
**flip** [10] - 97:17, 100:13, 101:13, 109:25, 112:24, 115:3, 116:25, 125:19, 128:8, 128:20
**flipped** [1] - 22:1
**floor** [1] - 59:20
**fluidity** [1] - 95:13
**fly** [2] - 38:24, 45:15
**flying** [1] - 45:22
**focus** [1] - 25:13
**focused** [2] - 61:15, 78:2
**focusing** [1] - 58:9
**follow** [3] - 69:19, 88:6, 101:3
**follows** [1] - 122:21
**food** [5] - 27:1, 60:8, 76:10, 117:16, 117:23
**foot** [1] - 18:9
**football** [1] - 73:5
**foregoing** [1] - 159:2
**Foreign** [2] - 95:18, 136:15
**foreign** [1] - 72:24
**foreigner** [2] - 8:4, 78:6
**foreigners** [1] - 66:8
**forget** [2] - 138:17
**form** [5] - 78:10, 124:2, 136:12, 136:15, 140:3
**formed** [4] - 91:5, 91:7, 146:5, 155:9
**former** [3] - 116:15, 138:17, 139:12
**forty** [1] - 100:19

**forty-three** [1] - 100:19
**forward** [1] - 26:11
**forwarding** [1] - 97:25
**foundation** [8] - 48:7, 129:21, 130:8, 131:4, 131:8, 131:9, 131:11, 131:21
**four** [5] - 35:23, 51:14, 83:1, 106:16
**Four** [1] - 76:24
**Fourth** [1] - 125:15
**frank** [1] - 61:24
**frankly** [1] - 101:16
**fraud** [6] - 17:6, 122:18, 123:8, 123:14, 126:9, 126:19
**fraudulent** [1] - 13:15
**free** [1] - 30:24
**freezing** [1] - 15:12
**friction** [1] - 50:23
**Friday** [1] - 23:7
**friend** [5] - 11:3, 55:16, 94:17, 139:7, 155:20
**friends** [7] - 7:13, 19:13, 60:14, 66:11, 75:3, 117:25, 139:13
**front** [3] - 46:21, 130:15, 149:4
**frustrated** [1] - 51:25
**Fuks** [186] - 4:5, 4:17, 5:1, 8:8, 8:12, 11:1, 15:4, 15:11, 17:3, 17:16, 19:20, 19:22, 21:8, 21:20, 21:25, 23:21, 24:15, 25:22, 25:23, 26:12, 30:4, 36:23, 36:25, 37:8, 37:13, 38:15, 38:17, 38:23, 39:16, 39:23, 40:5, 40:10, 40:25, 41:16, 44:11, 45:6, 45:17, 46:4, 46:20, 49:1, 49:14, 49:23, 49:25, 50:5, 50:7, 50:12, 50:13, 50:17, 51:20, 52:15, 53:11, 54:1, 54:22, 55:5, 55:20, 56:18, 57:1, 58:16, 60:15, 61:4, 62:6, 62:11, 63:9, 65:20, 66:1, 66:4, 66:22, 67:8, 67:12, 68:18, 69:2, 69:11, 69:14, 69:21, 70:11, 70:23, 71:4, 71:18, 72:10, 72:17, 73:4, 73:9, 73:19, 73:25,

74:3, 74:4, 74:15, 75:9, 75:14, 75:16, 77:3, 78:4, 78:16, 78:22, 79:3, 79:18, 80:11, 81:7, 84:2, 86:16, 86:22, 87:2, 87:16, 87:20, 87:23, 88:1, 88:8, 88:15, 89:24, 90:14, 92:4, 92:6, 92:8, 92:12, 93:10, 93:11, 93:15, 93:16, 93:17, 93:23, 94:4, 97:22, 97:25, 98:5, 100:4, 101:1, 101:5, 101:25, 103:7, 103:22, 104:16, 106:2, 106:4, 106:6, 106:9, 106:25, 109:1, 111:1, 111:13, 111:16, 111:19, 111:20, 111:25, 112:16, 115:15, 116:23, 118:20, 119:11, 119:24, 120:17, 133:12, 135:2, 135:6, 136:25, 137:2, 137:22, 138:13, 138:22, 138:23, 139:1, 139:3, 139:5, 139:19, 140:10, 147:7, 147:9, 147:12, 147:24, 148:21, 148:22, 148:23, 149:5, 149:6, 151:2, 152:15, 152:21, 152:24, 153:2, 153:10, 153:17, 153:23, 155:13, 156:18, 156:19, 157:4
**FUKS** [3] - 1:8, 3:3, 4:23
**Fuks'** [1] - 57:24
**Fuks's** [11] - 30:14, 54:14, 85:4, 86:19, 86:25, 92:17, 93:19, 150:5, 152:22, 153:8, 153:16
**full** [7] - 32:7, 36:10, 79:5, 107:13, 107:24, 145:13, 154:25
**full-time** [1] - 36:10
**fully** [1] - 32:11
**functional** [1] - 41:24
**functioning** [1] - 42:11

**fund** [1] - 146:9
**fundamentally** [3] - 66:7, 95:17, 103:18
**funds** [1] - 7:11

### G

**gala** [2] - 75:21, 75:23
**Ganaddy** [1] - 44:2
**Gardener** [1] - 73:2
**gas** [1] - 35:14
**Gates** [1] - 34:5
**Gavin** [1] - 152:10
**Gaylord** [1] - 22:19
**Genaddy** [1] - 93:11
**general** [4] - 103:20, 137:21, 140:16, 153:21
**generally** [10] - 37:18, 54:12, 55:8, 55:11, 63:14, 63:16, 63:17, 86:1, 86:3, 86:6
**generated** [1] - 150:3
**genesis** [1] - 45:7
**genius** [1] - 155:1
**Gennady** [5] - 5:21, 45:6, 47:20, 51:10, 89:10
**Gennady's** [2] - 5:16, 5:20
**gentleman** [2] - 157:8, 157:9
**Germany** [1] - 127:5
**given** [1] - 22:6
**global** [1] - 153:12
**Global** [8] - 20:21, 52:7, 54:3, 54:14, 133:10, 150:4, 153:3, 153:4
**goals** [2] - 51:6, 79:16
**God** [2] - 32:2, 145:10
**Google** [1] - 45:5
**Gorchinco** [7] - 49:5, 50:15, 51:4, 87:9, 134:7, 140:10, 140:14
**government** [10] - 11:24, 12:3, 15:11, 15:21, 16:1, 16:3, 35:17, 39:21, 98:3, 111:18
**governs** [1] - 95:22
**graduate** [1] - 32:25
**graduated** [3] - 33:3, 33:14, 33:25
**granted** [3] - 17:1, 74:13, 82:14
**grass** [1] - 76:19
**gravely** [1] - 38:11

**great** [6] - 15:2, 49:7, 60:8, 76:10, 81:22, 139:2
**greatly** [1] - 73:21
**Greece** [1] - 44:21
**green** [2] - 50:18, 50:19
**Greg** [1] - 73:1
**ground** [2] - 131:16, 131:25
**grounds** [1] - 131:20
**Group** [11] - 57:6, 58:6, 58:7, 58:8, 58:13, 58:15, 58:17, 118:14, 118:15, 150:4, 153:4
**group** [6] - 12:3, 38:8, 58:22, 60:4, 150:5, 153:3
**groups** [3] - 36:3, 40:3, 47:19
**guess** [12] - 41:24, 47:23, 56:11, 65:19, 72:11, 74:5, 74:23, 94:15, 124:25, 129:17, 131:22, 137:12
**guessing** [2] - 47:7, 129:2
**guest** [3] - 61:12, 78:9, 78:12
**guests** [17] - 60:14, 66:1, 66:8, 67:14, 69:22, 69:24, 70:23, 71:4, 71:23, 71:25, 78:16, 79:3, 104:24, 104:25, 137:22, 157:5, 157:6
**guidance** [1] - 124:22
**guide** [1] - 71:18
**guided** [1] - 75:5
**guy** [1] - 53:9
**guys** [1] - 146:15

### H

**half** [4] - 73:11, 79:6, 142:8, 156:13
**Hamilton** [6] - 2:13, 2:14, 4:12, 4:21, 43:11, 47:14
**HAMILTON** [88] - 3:3, 3:5, 3:6, 3:7, 4:11, 4:22, 4:25, 5:14, 5:18, 11:14, 16:18, 16:22, 17:2, 17:11, 25:6, 27:13, 27:15, 28:7, 28:9, 29:18, 30:19, 31:7, 31:11,

31:14, 31:19, 32:18, 40:23, 43:4, 43:13, 43:14, 45:10, 45:11, 52:10, 52:21, 64:10, 64:16, 65:5, 65:10, 74:11, 74:14, 82:13, 82:18, 83:4, 83:11, 84:21, 85:2, 85:6, 85:9, 85:13, 121:3, 121:8, 123:10, 123:22, 129:21, 131:4, 131:9, 131:12, 131:17, 131:24, 132:6, 132:10, 132:16, 132:21, 133:18, 133:21, 134:17, 141:14, 142:14, 142:18, 143:5, 143:16, 143:25, 144:4, 145:3, 145:19, 145:22, 149:17, 149:25, 150:12, 150:15, 150:18, 151:1, 151:4, 151:18, 156:1, 157:19, 157:21, 158:7
**hand** [4] - 31:23, 125:8, 145:6, 153:13
**handed** [4] - 96:18, 113:25, 125:12, 125:13
**handicapped** [1] - 139:10
**handle** [1] - 41:6
**handled** [3] - 38:23, 39:1, 106:19
**handling** [1] - 37:14
**hang** [1] - 38:24
**happily** [1] - 102:25
**happy** [4] - 73:24, 123:2, 146:15, 152:20
**hard** [2] - 76:4, 77:19
**hardcore** [1] - 51:15
**Hastings** [2] - 33:14, 33:25
**Hawaii** [1] - 43:24
**head** [2] - 56:2, 154:11
**headings** [1] - 114:10
**hear** [3] - 43:19, 131:10, 149:12
**heard** [5] - 17:3, 17:5, 32:10, 52:15, 61:25
**hearsay** [3] - 74:8, 82:5, 121:8
**hello** [1] - 83:18
**help** [9] - 28:21, 32:2, 38:6, 44:25, 53:8,

55:22, 104:4, 139:20, 145:10
**helped** [1] - 94:18
**helpful** [1] - 144:20
**helping** [1] - 139:7
**Herculean** [1] - 66:18
**hereby** [1] - 159:2
**herring** [1] - 81:3
**Hi** [1] - 84:13
**high** [3] - 58:22, 63:19, 105:7
**higher** [1] - 33:9
**highest** [1] - 33:3
**highlighted** [1] - 107:8
**highly** [1] - 45:1
**himself** [2] - 69:7, 78:21
**hindsight** [1] - 78:1
**hire** [3] - 38:23, 39:13, 80:20
**hired** [2] - 48:16, 48:17
**hiring** [2] - 40:25, 41:2
**historic** [2] - 58:21, 68:3
**history** [1] - 33:8
**hit** [1] - 80:19
**hold** [11] - 16:20, 100:15, 103:23, 104:2, 104:10, 105:3, 106:12, 106:18, 107:2, 107:5, 115:20
**Homburg** [1] - 127:5
**home** [1] - 142:15
**honor** [1] - 16:3
**Honor** [71] - 4:9, 4:11, 4:22, 16:18, 17:11, 25:6, 27:15, 28:7, 29:19, 30:19, 31:7, 31:19, 43:4, 43:13, 45:7, 45:10, 52:10, 52:13, 64:10, 65:5, 74:6, 74:11, 82:13, 83:4, 84:21, 85:6, 85:9, 85:13, 85:23, 96:6, 113:17, 124:21, 125:8, 129:18, 129:21, 131:17, 131:24, 132:4, 132:6, 132:21, 133:16, 133:18, 134:17, 134:19, 136:10, 137:17, 141:14, 141:16, 142:12, 142:14, 142:21, 143:6, 143:16, 143:25, 145:3, 145:19, 149:14,

149:22, 150:12, 150:15, 150:16, 151:4, 156:1, 156:10, 156:13, 156:25, 157:18, 157:19, 157:21, 158:7, 158:8
**HONORABLE** [1] - 1:4
**honors** [3] - 33:2, 33:3, 33:20
**hope** [1] - 148:13
**hopefully** [1] - 158:4
**hopes** [1] - 143:9
**horrible** [2] - 59:24, 139:7
**hors** [1] - 117:11
**Hotel** [3] - 9:23, 72:20, 137:13
**hotel** [15] - 10:17, 10:18, 10:21, 12:1, 16:10, 16:11, 17:18, 25:16, 25:23, 25:24, 26:2, 26:7, 26:23, 71:17
**hotels** [3] - 16:16, 106:18, 157:3
**hours** [1] - 36:21
**House** [2] - 117:24, 138:4
**house** [4] - 117:5, 117:25, 118:2, 143:2
**housing** [1] - 44:1
**human** [15] - 38:7, 39:17, 40:3, 47:18, 47:19, 48:5, 48:6, 48:24, 53:18, 84:2, 93:1, 147:15, 147:18, 147:21, 153:10
**Human** [2] - 44:2, 44:4
**hundred** [2] - 76:11, 109:5, 109:9, 117:23, 157:1

## I

**idea** [4] - 15:2, 47:24, 128:25, 129:11
**ideal** [1] - 58:2
**identification** [8] - 3:13, 96:15, 96:16, 96:19, 113:18, 113:20, 113:23, 125:9
**identified** [5] - 27:23, 28:1, 30:14, 101:4, 101:14
**identify** [8] - 39:11, 47:18, 84:4, 90:10,

103:9, 103:19, 127:21, 150:1
**identifying** [3] - 48:23, 101:25, 102:19
**Igrocolor** [1] - 34:20
**ill** [1] - 38:11
**illness** [1] - 35:13
**image** [2] - 38:10, 134:11
**imagine** [3] - 47:6, 127:20, 127:23
**immediately** [3] - 54:18, 81:18, 81:24
**immigration** [2] - 39:14, 134:11
**imminent** [1] - 134:12
**impeachment** [4] - 96:8, 96:9, 124:23, 125:4
**implement** [1] - 40:2
**important** [6] - 6:8, 6:19, 6:21, 10:22, 27:7, 55:16
**impossible** [1] - 60:5
**inaccessible** [1] - 51:21
**Inaugural** [5] - 22:11, 22:18, 23:9, 23:11, 114:2
**inaugural** [30] - 6:18, 7:12, 8:3, 16:9, 22:2, 22:7, 23:8, 23:12, 23:15, 57:23, 57:25, 58:16, 59:4, 60:25, 61:5, 62:7, 65:19, 65:21, 66:5, 78:9, 94:22, 98:12, 102:7, 109:18, 114:13, 119:10, 130:17, 130:19, 148:15
**inauguration** [65] - 6:23, 7:1, 7:5, 7:17, 7:22, 8:1, 9:15, 10:21, 11:2, 11:23, 11:25, 17:17, 18:13, 18:17, 18:22, 19:2, 19:7, 19:10, 19:16, 19:21, 20:5, 20:8, 21:9, 24:13, 24:16, 27:7, 55:7, 55:18, 57:2, 57:10, 59:2, 59:20, 62:18, 63:15, 63:19, 66:16, 67:13, 76:3, 77:9, 81:2, 81:10, 81:13, 81:18, 82:10, 82:17, 84:11, 100:4, 104:17, 104:22, 105:19, 111:17, 111:25, 116:4, 116:9,

118:20, 118:24, 119:2, 130:20, 130:22, 136:24, 152:13, 155:14, 156:4, 156:11, 156:14
**inaugurations** [2] - 27:4, 59:10
**incident** [1] - 142:9
**include** [1] - 96:9
**included** [4] - 12:4, 46:9, 68:17, 99:8
**including** [1] - 26:14
**income** [1] - 155:7
**inconsistent** [2] - 110:24, 113:11
**incurred** [2] - 25:20, 148:13
**independent** [1] - 35:2
**INDEX** [1] - 3:1
**indicate** [1] - 38:15
**indicated** [7] - 37:13, 40:11, 51:3, 82:22, 97:7, 117:2, 146:18
**indication** [1] - 24:10
**indicted** [1] - 139:9
**indictment** [1] - 139:17
**indictments** [1] - 139:18
**indirectly** [1] - 49:3
**individual** [7] - 15:4, 36:23, 41:14, 46:4, 64:25, 123:24, 147:7
**individually** [1] - 46:14
**individuals** [1] - 44:16
**industries** [1] - 42:9
**industry** [4] - 42:9, 42:24, 43:22, 49:20
**inform** [1] - 142:4
**informal** [1] - 36:16
**Informant** [1] - 35:10
**informants** [1] - 43:21
**information** [29] - 6:7, 19:11, 20:1, 20:7, 20:12, 20:17, 49:7, 71:8, 79:16, 87:24, 98:2, 104:21, 108:20, 109:15, 113:13, 120:13, 127:16, 127:18, 127:24, 128:2, 128:17, 128:22, 128:25, 129:4, 129:5, 130:6, 135:5, 147:5, 150:25
**informed** [1] - 100:25
**infrastructure** [1] - 38:8

**initial** [6] - 40:13, 46:5, 47:6, 83:2, 84:15, 84:16
**input** [1] - 49:1
**Inquire** [1] - 141:18
**insane** [2] - 51:10, 66:16
**instance** [2] - 123:1, 123:23
**instances** [3] - 122:16, 123:15, 124:3
**instead** [1] - 152:3
**institutions** [1] - 33:20
**insurance** [1] - 43:22
**intended** [1] - 14:4
**intentionally** [1] - 30:18
**interest** [2] - 42:25, 148:13
**interested** [9] - 8:20, 8:22, 8:23, 9:4, 9:7, 67:5, 101:1, 135:6, 135:8
**interesting** [9] - 27:8, 44:24, 58:25, 59:14, 67:4, 70:8, 70:9, 79:8, 117:20
**internal** [1] - 16:2
**INTERPRETER** [4] - 5:12, 11:11, 20:24, 23:24
**interpreter** [11] - 4:18, 8:9, 28:18, 28:20, 29:15, 29:17, 29:19, 29:22, 30:11, 30:22, 144:5
**interrogatories** [2] - 128:14, 128:17
**interrogatory** [2] - 128:21, 129:8
**interrupt** [1] - 107:23
**intimate** [1] - 68:13
**introduced** [7] - 37:9, 38:5, 44:15, 72:23, 73:1, 81:23, 137:24
**introduction** [1] - 38:6
**introductions** [1] - 75:5
**invitation** [2] - 12:9, 68:1
**invite** [1] - 73:18
**invited** [5] - 11:25, 12:8, 60:12, 72:20, 117:9
**invoice** [16] - 26:8, 53:7, 53:8, 53:14, 53:16, 53:17, 53:19, 54:8, 55:2, 56:17, 150:2, 150:3,

151:14, 151:23, 151:24, 153:3
**invoices** [3] - 54:3, 54:15, 92:10
**involved** [6] - 44:13, 45:2, 57:1, 57:9, 64:24, 139:4
**involving** [1] - 122:18
**ironically** [1] - 39:16
**irrational** [1] - 67:10
**island** [1] - 44:21
**issue** [5] - 24:10, 28:23, 28:25, 29:11, 142:5
**issued** [1] - 15:12
**issues** [4] - 37:23, 38:13, 48:23, 73:24
**IT** [1] - 136:4
**item** [3] - 92:15, 122:11, 124:23
**items** [2] - 23:17, 99:17
**itself** [1] - 9:15

**J**

**j.m.hamilton@ earthlink.net** [1] - 2:16
**January** [12] - 22:10, 23:7, 23:17, 37:5, 70:21, 71:22, 79:20, 97:22, 112:6, 116:18, 148:16, 156:11
**Jennifer** [1] - 58:11
**JOHN** [1] - 2:4
**John** [4] - 2:13, 2:14, 4:9, 4:11
**johnlomas@ eversheds** [1] - 2:8
**johnlomas@ eversheds-sutherland.com** [1] - 2:8
**joke** [2] - 105:1, 154:25
**Joseph** [1] - 4:10
**JOSEPH** [1] - 2:5
**JR** [1] - 2:4
**judge** [6] - 120:24, 121:25, 122:4, 122:6, 122:21, 124:9
**JUDGE** [1] - 1:4
**judge's** [1] - 123:1
**judgment** [3] - 17:6, 126:8, 126:14
**judicial** [1] - 159:7
**jump** [1] - 104:16

**jumped** [1] - 48:19
**juris** [1] - 33:23
**jurisdictions** [1] - 141:3
**jury** [8] - 123:19, 124:3, 124:8, 124:19, 124:24, 124:25, 125:23, 126:4
**Justice** [1] - 35:23

**K**

**K&L** [1] - 34:5
**K-H-O-M-U-T-E-M-M-E-K** [1] - 11:11
**K-H-O-M-U-T-I-N-N-I-K** [1] - 11:12
**Kamis** [1] - 147:19
**Keelen** [34] - 27:24, 28:1, 57:6, 58:1, 58:6, 58:7, 58:8, 58:11, 58:13, 58:15, 58:17, 59:18, 63:5, 65:16, 65:21, 68:24, 98:9, 98:11, 98:15, 98:16, 98:17, 115:6, 115:16, 115:24, 116:8, 116:12, 116:16, 116:19, 116:22, 117:9, 118:14, 118:15, 118:19, 119:1
**keelen** [1] - 115:14
**keep** [7] - 26:16, 29:13, 45:21, 47:22, 73:25, 134:13
**Keleher** [1] - 64:25
**Kemis** [2] - 147:19
**kept** [1] - 91:16
**Kernes** [13] - 5:21, 37:16, 38:2, 44:2, 44:4, 44:10, 45:13, 46:2, 47:20, 51:10, 51:20, 53:18, 82:20
**Kernes's** [2] - 49:5, 49:7
**Kerness** [12] - 84:2, 89:10, 89:25, 90:15, 92:24, 93:4, 93:11, 93:16, 96:1, 134:4, 134:12, 140:11
**Kerness's** [1] - 133:25
**Kevin** [7] - 61:8, 72:21, 73:1, 81:22, 137:13, 137:24, 137:25
**key** [1] - 64:8
**Kharkiv** [1] - 96:4

**KHOM** [1] - 11:6
**KHOMO** [1] - 11:5
**Khomutinnik** [5] - 11:15, 11:20, 11:21, 12:6, 12:13
**Khomutinnik's** [2] - 12:10, 14:1
**Khomutynnik** [10] - 55:17, 57:24, 58:3, 61:20, 73:13, 73:22, 81:11, 81:12, 119:13, 119:19
**Khomutynnik's** [1] - 81:24
**Khomutynniks** [2] - 72:5, 119:11
**Kids** [1] - 35:11
**Kielwasser** [2] - 159:10, 159:11
**KIELWASSER** [1] - 1:23
**kill** [1] - 80:20
**killed** [1] - 14:17
**kind** [22] - 5:11, 8:14, 34:25, 36:20, 38:25, 42:23, 46:9, 48:19, 48:20, 49:15, 49:20, 51:1, 56:1, 59:15, 69:24, 70:8, 70:17, 71:11, 77:12, 106:20, 150:16, 154:17
**Kirkpatrick** [2] - 34:4, 34:14, 34:16
**knowledge** [9] - 19:20, 20:4, 72:3, 72:8, 139:11, 153:5, 153:9, 155:6, 155:8
**known** [4] - 44:18, 70:9, 91:11, 94:16
**knows** [3] - 77:22, 131:13, 131:14
**Kona** [1] - 43:23
**Kote** [1] - 48:8

**L**

**LA** [1] - 123:20
**lack** [1] - 131:22
**ladies** [2] - 10:12, 99:19
**language** [2] - 16:22, 134:15
**large** [1] - 48:3
**largest** [1] - 37:10
**last** [24] - 15:6, 23:11, 23:17, 32:14, 72:19, 91:13, 91:18, 91:21, 91:23, 91:25, 116:2,

125:5, 127:11, 144:5, 144:9, 146:13, 148:5, 149:2, 152:12, 154:13, 154:16, 154:18, 154:19, 154:23
**late** [10] - 5:2, 55:2, 69:18, 70:21, 71:15, 71:23, 97:22, 101:4, 101:10, 112:4
**Latham** [1] - 48:18
**launched** [1] - 82:3
**Law** [1] - 2:14
**law** [10] - 33:13, 34:1, 34:21, 34:25, 48:3, 95:22, 126:21, 126:23, 140:25, 155:1
**lawyer** [1] - 140:17
**lawyers** [2] - 40:3, 49:8
**leader** [1] - 146:22
**leaked** [1] - 134:4
**learn** [1] - 129:3
**learned** [2] - 80:19, 128:17
**least** [10] - 47:6, 51:14, 53:12, 68:12, 78:11, 79:5, 83:1, 105:24, 156:13
**leave** [2] - 14:19, 26:7
**leaving** [2] - 19:1, 19:6
**lectern** [1] - 141:17
**left** [24] - 13:2, 13:8, 13:15, 13:21, 13:22, 13:25, 14:20, 34:16, 40:5, 72:7, 73:8, 78:16, 79:3, 79:9, 79:11, 79:17, 81:10, 81:12, 82:9, 82:16, 133:25, 134:1, 137:15, 143:20
**legal** [5] - 33:7, 36:16, 79:21, 141:7, 155:10
**legally** [1] - 153:25
**legitimate** [1] - 135:2
**less** [4] - 50:13, 51:19, 76:11, 159:5
**letter** [1] - 120:12
**Level** [1] - 36:9
**level** [2] - 36:10, 80:16
**levels** [2] - 36:9, 102:18
**liable** [2] - 123:8, 124:20
**licensed** [1] - 140:19
**life** [3] - 115:25, 129:14, 146:7
**light** [3] - 50:18,

50:20, 125:4
**likely** [3] - 109:4, 109:5, 150:3
**line** [5] - 108:10, 111:2, 116:3, 143:4, 143:15
**lined** [2] - 143:14, 144:21
**link** [1] - 145:1
**links** [1] - 106:23
**list** [8] - 15:20, 15:25, 59:12, 99:8, 99:12, 99:17, 99:23, 107:22
**listed** [5] - 23:1, 70:3, 101:14, 102:4, 114:14
**listen** [1] - 28:22
**listening** [1] - 29:10
**litigation** [4] - 86:2, 91:25, 141:22, 142:8
**lived** [1] - 129:11
**lives** [2] - 92:2, 127:5
**livid** [1] - 75:15
**living** [1] - 10:19
**LLC** [6] - 57:7, 90:20, 91:5, 146:2, 153:18, 155:4
**LLP** [1] - 2:5
**lobby** [3] - 16:10, 58:8, 58:9
**lobbying** [4] - 95:24, 95:25, 96:3, 146:23
**locate** [2] - 56:20, 94:3
**located** [4] - 34:6, 34:22, 57:16, 57:18
**location** [3] - 23:3, 148:24, 154:23
**Lockhart** [3] - 34:4, 34:14, 34:16
**Lofts** [1] - 22:15
**logistics** [2] - 37:14, 73:19
**LOMAS** [109] - 2:4, 3:4, 3:5, 3:6, 3:8, 4:9, 17:15, 19:23, 19:25, 21:1, 21:18, 21:19, 23:25, 24:3, 24:18, 24:21, 24:24, 25:3, 25:11, 25:16, 27:14, 27:19, 27:22, 28:1, 28:14, 28:19, 29:3, 29:5, 29:14, 30:3, 30:8, 30:16, 30:21, 30:25, 52:13, 64:13, 65:7, 74:6, 82:1, 82:8, 83:8, 84:24, 85:23, 85:25, 86:7, 96:6, 96:13, 96:16, 96:17, 107:6, 107:11, 107:14,

107:15, 108:1, 108:5, 108:8, 108:9, 113:17, 113:21, 113:24, 115:21, 115:23, 120:23, 121:5, 121:9, 121:13, 121:15, 121:19, 122:1, 122:4, 122:8, 123:2, 123:7, 123:11, 123:17, 123:18, 123:23, 124:11, 124:21, 125:2, 125:6, 125:8, 125:11, 129:18, 129:23, 129:25, 130:5, 130:11, 130:13, 132:9, 132:13, 132:19, 132:24, 132:25, 133:15, 134:19, 141:16, 141:20, 142:10, 142:12, 142:25, 144:12, 144:18, 151:10, 151:13, 151:21, 155:24, 157:18, 158:8
**Lomas** [1] - 4:9
**look** [27] - 8:6, 10:14, 11:8, 49:9, 53:1, 53:13, 56:8, 61:14, 62:23, 64:17, 65:11, 67:18, 69:17, 98:25, 100:10, 100:14, 100:18, 103:16, 107:22, 112:22, 126:21, 133:22, 135:18, 136:7, 149:9, 153:20, 155:11
**looked** [4] - 9:24, 49:18, 49:20, 84:14
**looking** [14] - 8:17, 56:11, 67:23, 68:4, 70:9, 76:5, 80:15, 83:24, 111:24, 114:15, 115:4, 129:17, 130:22, 139:24
**looks** [5] - 63:12, 67:23, 96:21, 126:20, 145:1
**Los** [3] - 1:17, 2:15, 124:14
**losing** [1] - 42:25
**lost** [3] - 38:10, 39:12, 144:4
**Lottery** [1] - 120:9
**lottery** [1] - 35:22

**low** - 148:14
**luck** [1] - 78:15
**lunch** [5] - 29:20, 29:25, 99:19, 99:21
**luncheon** [1] - 99:19

## M

**made-up** [1] - 110:19
**magnified** [1] - 107:13
**magnify** [1] - 107:24
**maids** [1] - 12:23
**mail** [19] - 2:8, 2:16, 5:23, 8:20, 10:1, 50:2, 52:24, 53:3, 53:6, 63:2, 64:21, 67:24, 69:15, 83:19, 116:3, 116:18, 146:15
**mailed** [5] - 8:18, 84:13, 140:9, 140:12
**mails** [11] - 5:16, 87:2, 87:7, 87:8, 87:9, 87:11, 87:15, 87:20, 97:24, 98:5, 119:24
**main** [6] - 49:7, 51:23, 57:15, 139:11, 140:16, 146:20
**major** [4] - 33:4, 33:5, 33:6, 67:4
**majority** [3] - 35:3, 47:21, 144:19
**man** [5] - 49:5, 53:10, 55:16, 61:9, 140:14
**manage** [1] - 39:11
**management** [1] - 147:4
**Management** [30] - 20:22, 21:3, 41:4, 43:16, 57:7, 89:10, 90:17, 90:20, 90:24, 91:5, 92:11, 94:14, 94:15, 94:25, 97:8, 118:13, 118:14, 118:16, 128:4, 133:2, 146:2, 146:5, 146:19, 150:3, 152:23, 153:1, 153:18, 153:22, 154:3, 155:4
**Management's** [1] - 147:10
**Mandarin** [1] - 10:24
**mapped** [1] - 49:20
**March** [13] - 5:10, 5:14, 38:16, 83:16, 83:22, 84:12, 88:2, 88:9, 94:4, 94:6, 112:16, 112:24,

113:9
**margins** [1] - 49:16
**marked** [14] - 3:13, 21:20, 46:17, 85:12, 96:14, 96:18, 113:18, 113:20, 113:22, 113:23, 113:25, 125:9, 125:10, 125:13
**marker** [1] - 146:7
**market** [1] - 42:15
**marriage** [1] - 155:2
**married** [1] - 155:1
**mask** [2] - 32:9, 32:12
**mass** [1] - 117:25
**masterminded** [2] - 121:1, 122:23
**match** [2] - 103:16, 103:17
**Matt** [20] - 27:24, 58:10, 59:18, 60:11, 61:9, 63:5, 64:22, 65:3, 65:16, 67:16, 68:1, 68:24, 69:6, 98:8, 98:11, 99:13, 99:20, 117:9, 118:7, 118:9
**Matt's** [2] - 65:2, 68:10, 69:6
**matter** [3] - 59:11, 59:12, 159:4
**matters** [4] - 36:17, 37:15, 94:22, 153:11
**Matthew** [1] - 28:1
**maximize** [1] - 30:1
**Mayor** [2] - 38:2, 44:10
**mayor** [23] - 5:21, 37:10, 37:11, 37:12, 37:16, 39:12, 41:14, 44:16, 44:25, 50:16, 138:17, 138:21, 139:1, 139:16, 139:21, 140:17, 141:7, 147:15, 147:19, 147:20, 153:10, 153:15
**mayor's** [1] - 39:16
**McCarthy** [8] - 72:21, 73:1, 73:18, 81:22, 81:23, 137:24, 138:3, 138:7
**McCarthy's** [2] - 61:8, 137:13
**Meadow** [14] - 57:7, 57:8, 57:12, 57:20, 57:22, 58:4, 94:13, 94:15, 94:20, 94:21, 94:24, 97:7, 119:22
**mean** [24] - 27:9, 33:22, 38:18, 52:13,

52:16, 54:1, 56:10, 56:11, 59:24, 60:8, 66:16, 69:15, 70:12, 76:4, 81:20, 95:12, 102:7, 110:21, 121:13, 122:12, 123:2, 131:12, 137:21, 146:10
**meaning** [2] - 51:6, 139:10
**meaningful** [1] - 55:13
**meant** [1] - 118:4
**media** [1] - 37:20
**medical** [3] - 38:12, 42:9, 42:24
**medium** [5] - 84:1, 84:4, 101:19, 103:3, 113:15
**meet** [8] - 6:2, 7:22, 37:8, 38:14, 38:22, 45:16, 77:8, 81:2
**meeting** [7] - 6:6, 7:23, 12:1, 39:5, 39:8, 77:4, 84:18
**meetings** [1] - 40:14
**mega** [1] - 60:5
**member** [5] - 34:9, 78:14, 90:24, 153:19, 153:21
**members** [2] - 16:1, 138:4
**memo** [1] - 46:8
**men** [1] - 44:23
**mention** [4] - 92:24, 93:1, 93:4, 123:24
**mentioned** [8] - 9:10, 9:21, 17:17, 24:5, 33:21, 42:1, 58:6, 120:8
**Merchant's** [1] - 125:16
**merged** [2] - 58:11, 58:12
**Mesa** [1] - 34:24
**message** [27] - 5:8, 29:24, 101:24, 103:22, 104:7, 104:24, 105:2, 105:25, 106:2, 106:4, 106:5, 106:6, 106:16, 106:23, 106:24, 107:18, 107:20, 109:3, 109:22, 109:23, 110:4, 110:13, 110:20, 114:15, 114:18, 114:20, 114:21
**messages** [18] - 87:23, 87:25, 88:2,

88:8, 94:4, 94:6, 100:19, 105:22, 107:16, 109:10, 110:21, 111:16, 112:15, 112:18, 113:4, 113:8, 113:9, 120:2
**met** [10] - 6:9, 6:10, 6:16, 12:2, 36:25, 37:1, 37:3, 37:11, 38:15, 152:10
**Mexico** [1] - 16:4
**mic** [1] - 43:18
**microphone** [2] - 32:8, 86:5
**mid** [2] - 59:20, 148:14
**middle** [4] - 54:19, 83:21, 96:24, 106:16
**might** [5] - 13:5, 17:22, 18:2, 18:10, 26:25
**Mike** [1] - 64:7
**million** [1] - 17:7
**mind** [2] - 79:14, 138:13
**mine** [2] - 11:3, 149:15
**Minister** [2] - 16:1, 139:12
**minority** [1] - 72:22
**minute** [1] - 107:24
**minutes** [7] - 29:21, 30:1, 43:6, 143:13, 144:6, 144:7, 144:10
**Miracles** [1] - 35:11
**mis** [1] - 113:15
**mis-sequenced** [1] - 113:15
**misleading** [1] - 59:2
**misnomer** [1] - 99:6
**missed** [2] - 72:13, 79:9
**missing** [1] - 106:23
**modified** [1] - 135:23
**mojitos** [1] - 76:25
**moment** [8] - 13:3, 15:19, 15:20, 16:20, 21:18, 30:14, 125:20, 149:21
**monetary** [1] - 126:14
**money** [16] - 7:8, 7:9, 12:19, 12:24, 14:22, 15:1, 20:19, 21:7, 56:17, 81:8, 115:6, 116:2, 118:5, 118:9, 133:12, 153:23
**moneys** [4] - 82:19, 92:5, 92:12, 133:9
**Montana** [5] - 22:14, 57:18, 58:19, 99:4, 99:20

**month** [3] - 36:22, 82:23, 154:11
**monthly** [1] - 82:22
**months** [6] - 51:14, 82:24, 83:1, 127:20, 154:2
**Monti** [1] - 61:9
**morning** [16] - 4:9, 4:11, 4:13, 32:19, 32:20, 72:7, 72:12, 72:13, 73:7, 74:17, 143:23, 144:15, 144:17, 158:3, 158:4, 158:10
**most** [15] - 41:3, 42:7, 44:11, 51:7, 60:1, 75:1, 75:24, 78:11, 78:12, 102:13, 102:18, 109:4, 109:5, 110:21, 126:15
**mostly** [10] - 34:13, 35:1, 35:7, 36:15, 36:17, 48:15, 58:9, 62:2, 79:20, 99:20
**motion** [6] - 16:24, 16:25, 74:12, 82:14
**move** [16] - 16:18, 27:17, 30:18, 52:11, 64:10, 65:5, 74:6, 82:2, 82:10, 83:6, 84:21, 85:12, 129:19, 131:3, 132:13
**moved** [4] - 83:4, 129:6, 154:23, 155:3
**moving** [2] - 16:21, 82:6
**MR** [197] - 3:3, 3:4, 3:5, 3:5, 3:6, 3:6, 3:7, 3:8, 4:9, 4:11, 4:22, 4:25, 5:14, 5:18, 11:14, 16:18, 16:22, 17:2, 17:11, 17:15, 19:23, 19:25, 21:1, 21:18, 21:19, 23:25, 24:3, 24:18, 24:21, 24:24, 25:3, 25:6, 25:11, 25:16, 27:13, 27:14, 27:15, 27:19, 27:22, 28:1, 28:7, 28:9, 28:14, 28:19, 29:3, 29:5, 29:14, 29:18, 30:3, 30:8, 30:16, 30:19, 30:21, 30:25, 31:7, 31:11, 31:14, 31:19, 32:18, 40:23, 43:4, 43:13, 43:14, 45:10, 45:11, 52:10, 52:13,

52:21, 64:10, 64:13, 64:16, 65:5, 65:7, 65:10, 74:6, 74:11, 74:14, 82:1, 82:8, 82:13, 82:18, 83:4, 83:8, 83:11, 84:21, 84:24, 85:2, 85:6, 85:9, 85:13, 85:23, 85:25, 86:7, 96:6, 96:13, 96:16, 96:17, 107:6, 107:11, 107:14, 107:15, 108:1, 108:5, 108:8, 108:9, 113:17, 113:21, 113:24, 115:21, 115:23, 120:23, 121:3, 121:5, 121:8, 121:9, 121:13, 121:15, 121:19, 122:1, 122:4, 122:8, 123:2, 123:7, 123:10, 123:11, 123:17, 123:18, 123:22, 123:23, 124:11, 124:21, 125:2, 125:6, 125:8, 125:11, 129:18, 129:21, 129:23, 129:25, 130:5, 130:11, 130:13, 131:4, 131:9, 131:12, 131:17, 131:24, 132:4, 132:6, 132:9, 132:10, 132:13, 132:16, 132:19, 132:21, 132:24, 132:25, 133:15, 133:18, 133:21, 134:17, 134:19, 141:14, 141:16, 141:20, 142:10, 142:12, 142:14, 142:18, 142:25, 143:5, 143:16, 143:25, 144:4, 144:12, 144:18, 145:3, 145:19, 145:22, 149:17, 149:25, 150:12, 150:15, 150:18, 151:1, 151:4, 151:10, 151:13, 151:18, 151:21, 155:24, 156:1, 157:18, 157:19, 157:21, 158:7, 158:8
**multiple** [12] - 29:8, 35:6, 38:18, 39:20, 50:1, 60:19, 67:15,

68:9, 78:7, 134:12, 139:9, 139:18
**murdered** [1] - 139:14
**must** [4] - 97:11, 97:14, 123:13, 123:14
**mutual** [2] - 17:8, 17:10

**N**

**name** [20] - 10:22, 11:4, 11:10, 11:18, 15:4, 15:5, 15:6, 16:10, 32:8, 32:14, 44:2, 67:23, 96:25, 129:10, 133:25, 138:18, 145:13, 146:13, 157:8
**named** [14] - 15:4, 15:8, 36:23, 38:3, 48:15, 49:5, 53:10, 54:5, 55:17, 61:9, 64:25, 140:14, 147:7
**names** [2] - 43:15, 134:8
**National** [1] - 22:19
**national** [1] - 34:7
**necessarily** [1] - 124:8
**necessary** [3] - 7:25, 26:10, 28:22
**need** [17] - 16:6, 27:18, 28:15, 29:10, 29:19, 36:18, 40:12, 55:24, 71:20, 86:4, 116:2, 117:8, 123:24, 143:8, 143:11, 145:5, 158:5
**needed** [8] - 29:17, 38:7, 38:8, 38:11, 40:11, 51:7, 106:21, 117:9
**nervous** [1] - 71:11
**network** [1] - 48:9
**Nevada** [1] - 91:8
**never** [14] - 6:13, 7:21, 14:18, 15:2, 40:13, 73:17, 74:2, 88:22, 95:14, 101:24, 103:2, 114:20, 114:21, 141:10
**New** [10] - 14:4, 16:15, 16:23, 17:1, 34:8, 63:20, 66:25, 77:22, 98:23, 99:18
**new** [2] - 40:24, 53:8
**Newport** [5] - 34:23, 47:10, 57:18, 90:18, 92:3

**next** [27] - 14:9, 22:10, 22:14, 22:18, 22:22, 23:1, 27:17, 34:17, 56:4, 60:4, 73:7, 75:25, 79:17, 105:23, 105:24, 106:8, 106:15, 107:17, 107:20, 109:25, 111:1, 123:6, 124:19, 145:2, 149:19, 157:1
**nice** [2] - 55:18, 55:22
**night** [5] - 72:6, 72:19, 137:13, 137:14
**nights** [2] - 25:24, 26:2
**nine** [3] - 68:12, 83:9, 97:6
**nineteen** [1] - 100:19
**NO** [1] - 1:10
**nobody** [3] - 75:4, 78:10
**noise** [1] - 61:18
**none** [1] - 13:23
**nonprofit** [1] - 48:5
**nonprofits** [1] - 35:7
**nonrefundable** [1] - 53:22
**nonresponsive** [1] - 16:19
**notes** [1] - 157:7
**nothing** [5] - 6:7, 18:1, 32:1, 33:23, 145:9
**noticed** [1] - 51:19
**notify** [1] - 16:12
**November** [36] - 44:8, 52:23, 53:3, 54:19, 55:2, 100:5, 100:19, 100:25, 101:4, 101:7, 101:9, 101:10, 101:12, 101:13, 101:24, 103:21, 103:25, 104:2, 104:8, 104:12, 105:11, 105:15, 105:16, 106:17, 109:18, 110:4, 110:5, 111:2, 111:24, 112:1, 112:2, 114:15, 151:15, 151:23, 151:24, 152:4
**NRCC** [2] - 36:2, 99:20
**NRSC** [1] - 99:20
**number** [9] - 42:22, 79:19, 99:16, 102:25, 103:1, 103:2, 129:14, 154:19
**numbered** [1] - 96:25

**numbers** [4] - 49:12,
49:13, 97:6, 129:6
**NW** [1] - 2:6

## O

**o'clock** [2] - 29:24,
143:14
**oath** [4] - 76:6,
101:24, 102:1,
110:12
**object** [3] - 52:16,
70:15, 74:9
**objection** [32] - 16:25,
40:19, 52:12, 52:18,
64:12, 64:13, 65:7,
82:1, 82:15, 83:7,
83:8, 84:23, 84:24,
121:3, 121:11,
123:4, 123:10,
123:22, 124:1,
129:20, 129:23,
131:4, 131:8,
131:15, 131:21,
131:25, 132:6,
132:10, 132:16,
132:20, 132:21,
141:21
**objections** [1] - 41:10
**objective** [1] - 42:17
**obligated** [1] - 39:4
**obligation** [1] - 128:16
**obligations** [1] - 86:13
**observe** [2] - 28:14,
28:22
**obsessed** [1] - 78:2
**obtained** [5] - 16:5,
98:8, 98:10, 130:25,
135:3
**obviously** [3] - 49:14,
64:24, 96:12
**occasions** [1] - 80:3
**Odyssey** [64] - 20:22,
21:3, 41:3, 42:1,
42:2, 42:12, 42:19,
43:16, 46:1, 46:3,
46:4, 46:5, 46:11,
46:20, 48:14, 51:12,
51:16, 52:2, 53:7,
54:15, 54:20, 56:14,
56:17, 57:1, 60:13,
62:16, 62:17, 65:22,
82:19, 82:25, 89:10,
89:18, 90:17, 90:20,
90:24, 91:5, 92:11,
92:17, 94:12, 98:19,
98:21, 115:10,
116:11, 118:13,
118:14, 118:16,

119:21, 128:4,
133:1, 146:1, 146:5,
146:19, 147:10,
147:12, 147:23,
150:2, 151:2,
152:23, 153:1,
153:18, 153:22,
154:3, 155:4
**Odyssey's** [1] - 47:10
**OF** [4] - 1:2, 1:25, 2:3,
2:12
**offended** [1] - 81:6
**offer** [1] - 98:17
**offered** [5] - 8:21,
14:3, 21:6, 56:2,
60:11
**office** [9] - 9:21,
47:10, 50:3, 58:21,
61:8, 68:2, 69:6,
137:12
**officer** [10] - 36:11,
94:24, 95:5, 95:6,
95:8, 95:14, 97:7,
97:12, 97:15, 97:16
**offices** [1] - 90:17
**Offices** [1] - 2:14
**Official** [2] - 1:24, 23:8
**official** [8] - 59:3,
59:4, 61:13, 66:4,
78:9, 114:13,
130:19, 159:11
**often** [3] - 59:12,
69:18, 154:14
**oil** [1] - 35:14
**Oksana** [9] - 57:13,
57:14, 57:25, 62:4,
67:16, 69:12, 98:12,
98:16, 99:14
**Oksana's** [1] - 136:22
**old** [3] - 15:22, 53:8,
146:15
**Oleg** [2] - 44:16, 44:17
**Olga** [4] - 5:17, 5:20,
5:22, 5:25
**ON** [2] - 2:3, 2:12
**on-call** [1] - 36:20
**once** [7] - 7:10, 81:13,
102:11, 147:14,
154:18, 156:19,
156:20
**one** [74] - 10:19,
11:22, 13:2, 13:3,
13:8, 15:18, 16:7,
16:14, 16:25, 21:18,
22:18, 24:4, 26:5,
26:6, 29:6, 29:18,
35:15, 36:10, 40:8,
41:24, 43:21, 43:22,
43:24, 44:16, 44:17,
45:14, 48:6, 48:12,

49:7, 51:18, 54:6,
56:21, 58:19, 59:23,
60:3, 60:22, 61:12,
66:20, 69:5, 71:13,
73:17, 75:2, 79:5,
79:15, 79:22, 85:6,
88:1, 93:11, 95:1,
96:25, 98:22, 100:18,
103:13, 104:10,
105:3, 106:17,
114:17, 115:4,
118:5, 130:6, 134:6,
134:15, 137:11,
137:12, 141:16,
142:15, 147:13,
149:8, 149:12, 157:1
**ones** [3] - 24:1, 26:5
**ongoing** [1] - 47:17
**online** [1] - 145:5
**op** [1] - 77:8
**open** [6] - 59:15,
117:5, 117:25,
118:1, 139:12
**Open** [1] - 117:24
**opening** [1] - 28:3
**operate** [1] - 135:18
**operational** [3] - 42:7,
50:14, 51:5
**opinion** [5] - 121:22,
122:2, 122:5,
125:14, 126:13
**opportunities** [3] -
70:10, 79:6, 79:8
**opportunity** [5] -
27:10, 44:25, 75:24,
76:16, 119:17
**opposed** [2] - 61:17,
80:2
**opposite** [2] - 110:1,
110:2
**option** [2] - 59:23,
76:18
**options** [6] - 58:17,
58:19, 59:22, 70:6,
108:17, 111:24
**Orange** [4] - 34:24,
35:12, 48:18, 129:12
**order** [1] - 103:10
**ordered** [1] - 27:2
**organizing** [3] -
118:19, 118:23,
119:1
**Oriental** [1] - 10:24
**original** [1] - 150:5
**ourselves** [1] - 49:14
**outburst** [1] - 80:2
**Outlook** [1] - 153:12
**outside** [3] - 72:10,
142:25, 146:22
**outstanding** [4] -

148:11, 148:12,
153:24, 154:1
**overall** [1] - 63:25
**overlooked** [1] - 59:20
**overlooking** [1] - 60:9
**overruled** [3] - 52:18,
131:19, 132:1
**overwhelming** [1] -
59:8
**owed** [6] - 56:17,
62:16, 82:19, 82:25,
92:5, 93:24
**owes** [2] - 92:12,
94:10
**own** [3] - 59:6, 63:16
**owned** [2] - 58:10,
94:16
**owner** [1] - 57:15
**owners** [1] - 57:14
**owns** [1] - 57:12
**Oxford** [1] - 33:12

## P

**P.F** [2] - 104:14,
104:15
**p.m** [4] - 22:10, 22:11,
23:8
**package** [6] - 24:16,
99:2, 99:5, 101:25,
110:9, 111:7, 111:9,
114:11, 114:19
**PAGE** [1] - 3:2
**page** [31] - 22:1, 49:9,
52:23, 53:13, 54:3,
68:4, 83:13, 83:18,
83:21, 83:24, 97:2,
100:13, 101:13,
104:5, 106:16,
109:25, 111:1,
111:2, 112:24,
112:25, 113:3,
114:9, 114:10,
116:17, 125:19,
128:20, 130:6, 130:7
**pages** [5] - 47:15,
47:16, 53:1, 88:1,
130:16
**paid** [21] - 14:25,
26:22, 40:13, 46:5,
46:10, 46:11, 50:23,
51:1, 53:7, 56:24,
60:12, 60:13, 62:17,
81:8, 98:19, 98:20,
116:19, 118:13,
138:22, 147:23,
147:25
**pain** [1] - 39:18
**Palov** [1] - 147:7

**parade** [1] - 102:19
**Parade** [2] - 22:22,
22:24
**paradigm** [1] - 36:12
**paragraph** [2] - 49:22,
139:24
**Paragraph** [3] -
125:23, 128:20
**pardon** [1] - 23:24
**part** [16] - 37:19,
41:25, 42:7, 44:11,
63:25, 71:12, 74:6,
74:8, 79:12, 81:8,
83:2, 99:2, 99:5,
101:1, 101:5, 154:10
**parted** [1] - 39:24
**participating** [1] -
28:25
**particular** [2] - 18:24,
19:8
**parties** [4] - 4:15,
12:17, 29:8, 78:5
**partly** [1] - 118:21
**partner** [6] - 34:19,
41:5, 128:4, 146:11,
146:20, 153:17
**partners** [3] - 41:10,
42:6, 51:24
**Partners** [1] - 43:23
**Party** [1] - 98:24
**party** [6] - 28:24, 29:6,
30:6, 55:11, 72:21,
96:23
**pass** [3] - 44:14,
96:10, 113:17
**passionate** [1] - 76:21
**passports** [1] - 71:9
**passthrough** [1] -
78:10
**past** [3] - 37:18,
154:15, 155:11
**Pata** [2] - 116:14,
116:15
**patrol** [1] - 36:19
**pavel** [1] - 38:23
**PAVEL** [3] - 1:8, 3:3,
4:23
**Pavel** [14] - 4:5, 36:23,
39:4, 41:16, 44:11,
45:6, 45:17, 46:4,
47:22, 53:25, 54:1,
92:17, 93:11, 93:14
**Pavlo** [4] - 46:20,
83:18, 84:13, 93:10
**Pavlof** [2] - 53:10,
54:5
**pay** [13] - 7:16, 12:13,
12:16, 21:7, 41:13,
56:3, 62:6, 62:9,
65:21, 65:23, 98:19,

98:21, 118:5
**paying** [6] - 18:21,
55:24, 56:2, 62:15,
62:16, 138:23
**payment** [31] - 7:18,
7:19, 20:20, 20:22,
21:2, 21:5, 26:21,
51:22, 52:4, 52:6,
53:9, 54:7, 54:15,
54:20, 56:14, 57:6,
57:7, 61:7, 62:11,
93:12, 115:10,
115:12, 116:1,
116:12, 116:18,
116:22, 133:2,
148:2, 148:4, 148:9,
150:6
**payments** [10] - 56:4,
57:3, 57:5, 65:17,
65:18, 106:19,
115:14, 115:16,
115:24, 116:8
**penalty** [1] - 97:3
**pending** [1] - 151:9
**Pennsylvania** [3] -
34:9, 140:21, 141:4
**people** [55] - 9:22,
10:2, 10:7, 12:23,
14:25, 16:2, 36:19,
37:12, 37:18, 37:25,
38:4, 38:20, 41:13,
44:19, 44:21, 48:10,
48:18, 48:20, 50:3,
50:15, 55:23, 58:22,
59:15, 59:25, 60:7,
61:7, 61:10, 61:12,
62:3, 63:8, 63:17,
67:4, 67:5, 68:12,
68:14, 69:2, 71:11,
76:7, 76:11, 76:12,
76:19, 76:21, 78:11,
78:12, 78:19, 80:12,
80:17, 99:7, 99:9,
99:10, 117:20,
118:7, 118:8
**people's** [1] - 11:22
**per** [12] - 56:19, 59:13,
63:12, 82:23, 100:8,
100:22, 108:20,
109:6, 109:9, 109:20
**percent** [3] - 50:6,
117:23, 157:1
**performed** [1] - 53:23
**perhaps** [8] - 40:4,
48:4, 50:3, 54:12,
58:1, 69:6, 71:2,
77:1
**period** [1] - 146:8
**perjury** [1] - 97:3
**permission** [2] - 96:7,

125:8
**person** [11] - 7:19,
38:3, 48:15, 64:23,
69:5, 100:8, 100:23,
108:20, 109:6,
109:9, 109:20
**personal** [4] - 15:13,
61:16, 67:2, 89:21
**personally** [6] - 7:17,
57:11, 65:22, 80:25,
89:20, 142:1
**Petroleum** [1] - 35:14
**philosophy** [2] - 33:7,
33:12
**phone** [12] - 13:19,
41:20, 58:1, 73:17,
75:11, 111:18,
136:2, 141:24,
142:5, 142:7, 143:1,
154:19
**phones** [2] - 41:23
**phonetically** [26] -
34:20, 35:10, 38:3,
38:4, 44:17, 44:18,
44:23, 48:8, 48:16,
49:6, 53:10, 54:5,
57:13, 61:9, 65:1,
81:19, 96:21, 99:24,
116:14, 116:15,
125:21, 125:24,
127:1, 134:8,
147:19, 147:20
**photo** [1] - 77:8
**photographs** [3] -
19:15, 19:19, 20:3
**photos** [1] - 19:16
**phrase** [1] - 55:15
**physical** [2] - 7:19,
76:22
**pick** [4] - 13:20, 18:14,
18:19, 75:11
**picking** [1] - 13:19
**picture** [1] - 7:23
**pictures** [7] - 10:3,
10:6, 66:13, 66:14,
67:7, 73:4, 138:1
**pitched** [1] - 45:3
**Pittsburgh** [1] - 34:8
**place** [3] - 24:23,
70:20, 147:5
**Plaintiff** [4] - 96:19,
113:18, 114:1,
125:13
**plaintiff** [13] - 1:10,
4:10, 25:9, 27:12,
27:14, 27:19, 28:13,
30:13, 31:3, 121:1,
122:23, 141:15,
142:4
**PLAINTIFF** [21] - 2:3,

3:2, 5:15, 24:23,
25:25, 26:3, 26:9,
26:13, 26:18, 26:22,
27:5, 27:8, 30:20,
30:24, 31:1, 40:20,
43:20, 44:15,
115:19, 145:11,
145:14
**Plaintiff's** [1] - 96:8
**plan** [1] - 40:2
**plane** [3] - 12:8, 12:11,
14:1
**planned** [3] - 70:2,
79:13, 79:15
**planning** [3] - 55:7,
119:9, 127:2
**plans** [3] - 55:8,
119:10, 147:4
**play** [1] - 11:24
**players** [1] - 73:5
**pleasant** [1] - 60:1
**pleased** [1] - 137:23
**plight** [1] - 40:3
**pocket** [1] - 52:1
**point** [21] - 35:15,
39:22, 50:13, 63:9,
71:7, 71:10, 72:11,
73:17, 78:8, 79:22,
94:8, 95:1, 95:17,
98:2, 109:12,
109:17, 111:7,
114:19, 131:1,
140:10, 149:4
**pointed** [2] - 81:13,
139:6
**pointing** [1] - 151:19
**political** [7] - 33:7,
35:16, 42:16, 94:18,
146:12, 146:22,
152:12
**politician** [1] - 67:6
**politicians** [8] - 15:21,
58:23, 59:5, 64:6,
68:16, 73:2, 75:5,
117:20
**Pompeo** [1] - 64:7
**poorly** [1] - 101:18
**Poroshenko** [1] -
39:22
**porta** [1] - 59:23
**portion** [2] - 107:8,
148:10
**positioned** [1] - 79:7
**positions** [1] - 147:17
**positive** [2] - 61:25,
154:18
**possession** [9] -
87:12, 88:23, 89:4,
89:20, 89:21, 92:13,
94:5, 94:11, 142:2

**possibility** [1] - 77:7
**possible** [7] - 26:13,
28:21, 29:12, 66:16,
77:17, 106:19,
144:12
**possibly** [7] - 6:4,
59:21, 99:24,
149:14, 156:19,
156:22, 156:24
**potential** [3] - 27:23,
28:2, 127:21
**potentially** [1] -
105:18
**potties** [1] - 59:24
**PR** [5] - 57:8, 57:12,
57:20, 57:22, 58:8
**practice** [3] - 34:25,
35:3, 140:25
**pray** [1] - 44:23
**precise** [1] - 13:6
**preface** [1] - 66:5
**preference** [1] - 31:12
**premiere** [1] - 102:8
**prepaid** [1] - 26:24
**prepare** [3] - 47:25,
119:4, 131:13
**prepared** [11] - 47:5,
47:9, 47:10, 67:13,
68:17, 68:24, 69:4,
69:6, 69:8, 134:14
**presence** [1] - 37:20
**present** [6] - 4:16,
43:10, 85:20,
144:25, 156:18,
157:11
**presentation** [1] -
28:6
**presented** [4] - 58:17,
87:15, 87:19, 88:5
**president** [4] - 95:1,
95:5, 95:6, 146:22
**President** [12] - 10:15,
27:7, 39:22, 60:4,
63:18, 63:22, 76:1,
76:6, 77:4, 77:23,
148:7, 156:12
**President's** [1] - 10:5
**President-elect** [1] -
76:1
**Presidential** [3] -
22:18, 23:5, 114:1
**presidential** [5] - 6:18,
23:1, 27:4, 105:16,
130:20
**PRESIDING** [1] - 1:4
**press** [4] - 58:12,
81:24, 81:25, 134:4
**presumably** [1] -
26:20
**presume** [1] - 143:4

**pretty** [4] - 62:5,
147:2, 154:10, 157:2
**PREVIOUSLY** [2] -
3:3, 4:23
**price** [2] - 105:25,
150:19
**Prime** [1] - 16:1
**principal** [3] - 57:15,
57:20, 58:13
**principals** [1] - 49:15
**print** [1] - 84:7
**priority** [2] - 51:19,
54:24
**private** [6] - 12:11,
14:1, 35:7, 55:23,
61:11, 76:17
**pro** [1] - 63:18
**probative** [2] - 122:17,
122:19, 123:13
**problem** [3] - 60:20,
60:21, 72:15
**problems** [3] - 39:12,
81:4, 126:22
**procedure** [1] - 126:22
**proceed** [2] - 28:5,
154:4
**proceedings** [1] -
159:3
**Proceedings** [2] -
1:16, 158:12
**process** [1] - 86:2
**procuring** [1] - 146:21
**produced** [1] - 120:3
**product** [2] - 69:1,
69:9
**professionally** [1] -
147:1
**profile** [3] - 63:19,
80:14, 105:7
**profit** [1] - 49:16
**profound** [1] - 39:18
**program** [48] - 8:14,
12:5, 12:13, 12:17,
13:21, 33:15, 55:22,
55:23, 56:1, 57:10,
57:25, 58:16, 61:11,
61:15, 62:5, 62:20,
64:1, 65:25, 66:5,
66:20, 66:21, 66:24,
67:13, 68:17, 68:24,
70:14, 70:16, 70:22,
71:3, 73:14, 74:23,
78:9, 79:4, 79:10,
80:24, 98:12, 98:17,
101:1, 101:5,
101:11, 112:3,
112:6, 118:20,
118:23, 119:2,
119:4, 130:17,
130:19

**programs** [2] - 33:18, 59:6
**project** [16] - 32:8, 44:1, 44:4, 44:5, 44:7, 44:14, 45:3, 45:13, 47:24, 51:12, 53:18, 54:21, 54:23, 82:20, 84:3, 134:11
**Project** [1] - 44:3
**projects** [7] - 41:6, 43:23, 43:24, 49:19, 116:15, 134:10, 152:11
**prominent** [2] - 63:23, 73:2
**promised** [4] - 7:21, 13:23, 56:3, 74:4
**promising** [1] - 13:13
**proposed** [4] - 48:13, 59:18, 67:13, 70:5
**prosecute** [1] - 15:23
**provide** [24] - 5:2, 20:11, 20:14, 20:16, 43:15, 45:15, 47:23, 67:12, 86:15, 86:18, 86:21, 86:24, 88:13, 88:14, 90:9, 96:7, 111:20, 119:17, 120:19, 129:9, 129:15, 138:21, 141:22, 142:6
**provided** [50] - 20:8, 22:12, 22:15, 22:20, 22:23, 22:24, 23:4, 23:12, 23:14, 23:18, 45:17, 58:25, 87:2, 87:3, 87:4, 87:10, 87:13, 87:22, 87:25, 88:4, 88:12, 88:20, 88:21, 88:24, 89:6, 89:10, 89:12, 89:15, 89:21, 90:3, 90:6, 90:8, 90:16, 92:10, 92:13, 98:1, 98:2, 98:4, 104:21, 108:19, 111:16, 111:18, 111:23, 119:14, 119:18, 119:20, 119:23, 119:24, 141:6, 142:1
**provides** [1] - 35:12
**providing** [6] - 36:16, 46:8, 101:15, 109:15, 119:20
**prudence** [1] - 33:23
**public** [3] - 35:1, 94:16, 139:11
**publically** [1] - 35:14
**publicized** [1] - 67:3
**publicly** [1] - 35:7

**publish** [2] - 31:9, 31:16
**publishing** [1] - 143:10
**pull** [2] - 146:15, 152:20
**puppeteer** [2] - 120:25, 122:22
**purchase** [2] - 6:14, 24:16, 98:17
**purchased** [3] - 19:4, 63:11, 88:18
**purchases** [1] - 88:20
**purchasing** [1] - 101:6
**purpose** [4] - 6:5, 47:12, 78:24, 119:8
**purposes** [3] - 125:4, 136:5, 143:10
**purse** [1] - 139:4
**pursued** [1] - 39:21
**push** [2] - 5:6, 45:20
**pushed** [1] - 134:15
**put** [16] - 36:21, 55:21, 62:4, 65:25, 68:1, 69:7, 80:19, 81:25, 99:15, 103:3, 103:4, 113:15, 122:20, 140:6, 140:7, 146:6
**putting** [1] - 57:10

## Q

**quagmire** [1] - 51:10
**qualitatively** [1] - 76:5
**quantity** [2] - 150:17, 150:22
**quarter** [1] - 37:4
**questioned** [1] - 114:17
**questioning** [1] - 149:5
**questions** [21] - 17:12, 25:3, 25:6, 25:22, 27:11, 54:13, 85:10, 120:19, 120:20, 130:3, 133:16, 133:24, 134:17, 134:20, 141:12, 145:25, 151:5, 155:24, 156:1, 156:2
**quickly** [1] - 72:17
**quite** [9] - 33:18, 35:15, 38:5, 38:20, 68:11, 73:2, 127:23, 134:10, 137:23

## R

**R-O-G-E-R-S** [1] -

145:15
**radio** [1] - 71:7
**rain** [5] - 18:8, 59:23, 76:9, 76:18, 155:21
**rained** [1] - 155:22
**raining** [1] - 18:7
**raise** [2] - 31:22, 145:16
**range** [4] - 36:15, 148:14, 152:17
**rare** [1] - 68:14
**rarely** [1] - 154:16
**rate** [1] - 44:24
**rather** [1] - 78:13
**ratio** [1] - 58:22
**reach** [1] - 129:9
**reached** [2] - 71:9, 71:14
**read** [5] - 8:8, 58:11, 150:17, 150:19, 150:23
**reading** [1] - 108:23
**ready** [8] - 4:15, 4:19, 27:17, 28:5, 47:17, 106:9, 106:24, 142:23
**real** [6] - 27:9, 42:9, 43:24, 43:25, 76:18, 146:9
**realized** [1] - 13:15
**really** [15] - 10:11, 10:20, 18:4, 25:13, 42:17, 55:12, 59:22, 67:8, 67:9, 67:10, 70:1, 77:14, 91:17, 94:20, 152:12
**reask** [1] - 19:23
**reason** [8] - 7:6, 9:9, 30:8, 58:19, 79:15, 129:15, 134:6, 134:7
**reasons** [5] - 51:18, 51:23, 68:9, 135:9
**rebuild** [1] - 38:10
**rebuttal** [4] - 27:23, 28:2, 30:4, 144:11
**recalling** [2] - 41:18, 129:7
**receipt** [2] - 26:20, 26:21
**receipts** [5] - 88:17, 88:20, 88:21, 88:24, 89:3
**receive** [7] - 33:2, 33:20, 52:2, 52:6, 52:8, 54:15, 67:22
**received** [31] - 3:1, 3:11, 3:12, 3:12, 3:13, 3:14, 3:15, 3:15, 3:16, 3:16, 5:23, 50:11, 52:20,

54:20, 61:6, 64:15, 65:9, 67:24, 70:16, 73:7, 81:14, 83:10, 85:1, 132:3, 132:8, 132:12, 132:18, 132:23, 133:2, 133:4, 133:6
**receiving** [2] - 135:17, 148:10
**recent** [1] - 36:17
**recently** [8] - 15:12, 36:15, 80:18, 120:25, 122:22, 127:8, 127:9, 129:13
**Reception** [4] - 22:11, 22:15, 102:9, 102:10
**reception** [3] - 98:24, 102:12, 155:14
**receptions** [3] - 102:11, 102:15, 102:16
**recess** [1] - 143:17
**Recess** [3] - 43:8, 85:18, 144:23
**recognize** [4] - 109:23, 109:24, 110:23, 113:14
**recollection** [19] - 13:7, 43:17, 55:1, 70:4, 89:1, 97:23, 100:2, 100:3, 102:2, 102:20, 103:16, 106:3, 108:25, 110:14, 110:15, 112:5, 117:12, 117:18, 140:4
**recommend** [1] - 40:1
**record** [20] - 4:8, 21:17, 26:18, 30:23, 32:8, 43:9, 85:19, 103:4, 103:6, 111:15, 125:7, 130:4, 130:9, 133:14, 143:7, 144:24, 145:13, 150:10, 151:7
**recorded** [1] - 159:3
**records** [2] - 26:16, 155:12
**recovery** [1] - 25:11
**RECROSS** [2] - 3:6, 141:19
**recross** [2] - 25:5, 134:18
**RECROSS-EXAMINATION** [2] - 3:6, 141:19
**Red** [1] - 22:11
**red** [3] - 9:14, 22:19, 81:3

**REDIRECT** [4] - 3:4, 3:6, 17:14, 133:20
**redirect** [3] - 17:13, 133:17, 155:25
**reduced** [1] - 126:10
**reduction** [1] - 159:6
**redundancy** [1] - 69:17
**reestablish** [1] - 143:3
**refer** [2] - 112:9, 112:21
**reference** [2] - 56:14, 81:1
**referenced** [4] - 6:11, 65:1, 115:5, 116:1
**referral** [1] - 65:3
**referred** [4] - 44:3, 116:16, 133:3, 136:14
**referring** [3] - 74:7, 92:14, 108:10
**reflect** [1] - 103:6
**reflects** [1] - 151:14
**refunded** [2] - 133:9, 133:12
**regarding** [10] - 5:11, 6:22, 7:1, 7:4, 40:6, 45:13, 61:5, 78:5, 84:1, 154:8
**regardless** [1] - 79:14
**registered** [1] - 57:17
**Registration** [2] - 95:19, 136:15
**registration** [1] - 96:22
**registrations** [1] - 97:14
**regular** [2] - 91:16, 104:25
**regulations** [1] - 159:7
**reiterate** [1] - 7:10
**rejected** [1] - 58:18
**related** [7] - 7:17, 15:9, 48:24, 120:13, 120:17, 152:22, 156:4
**relates** [1] - 53:22
**relating** [2] - 118:20, 118:24
**relation** [2] - 57:22, 57:24
**relations** [2] - 58:15, 94:16
**relationship** [11] - 19:18, 20:2, 45:8, 61:25, 94:13, 94:21, 95:4, 118:4, 128:6, 128:23, 153:1
**release** [1] - 58:12
**releases** [1] - 81:25

**relevance** [6] - 121:4, 121:14, 123:10, 123:22, 131:18, 131:19
**relieved** [2] - 121:1, 122:23
**religious** [1] - 44:22
**relish** [1] - 68:15
**rely** [2] - 19:11, 20:7
**relying** [3] - 20:11, 20:14, 20:16
**remain** [1] - 18:16
**remainder** [2] - 10:11, 82:11
**remained** [1] - 13:24
**remaining** [1] - 26:4
**remember** [21] - 5:10, 9:18, 10:20, 14:10, 14:14, 26:9, 43:25, 44:1, 48:17, 64:2, 77:15, 99:1, 99:18, 117:18, 147:16, 147:23, 148:1, 148:10, 150:4, 155:22, 157:8
**remembrance** [1] - 6:5
**remind** [1] - 149:11
**reminding** [1] - 51:21
**remote** [1] - 4:18
**remotely** [2] - 29:2, 142:24
**remove** [1] - 32:11
**removed** [1] - 10:8
**rendering** [2] - 138:16, 138:25
**renditions** [1] - 41:9
**rented** [1] - 59:19
**Reporter** [1] - 1:24, 159:11
**Reporter's** [1] - 1:16
**reporting** [1] - 95:23
**reports** [1] - 147:17
**representation** [4] - 123:20, 124:13, 125:21, 125:24
**representatives** [1] - 12:1
**Representatives** [1] - 138:4
**representing** [1] - 35:2
**Republic** [1] - 127:6
**Republican** [4] - 36:3, 58:9, 64:6, 98:23
**reputation** [3] - 121:22, 122:2, 122:10
**request** [6] - 25:12, 52:10, 53:9, 64:10, 65:5, 84:21

**requested** [2] - 7:24, 118:15
**requests** [1] - 141:23
**required** [1] - 22:5
**requirements** [1] - 95:23
**research** [2] - 48:19, 153:10
**researched** [1] - 99:15
**researcher** [1] - 33:12
**researching** [1] - 147:21
**reserve** [4] - 26:24, 30:3, 36:6, 36:8
**resident** [1] - 91:9
**Resort** [1] - 91:7
**resources** [1] - 41:13
**respect** [7] - 4:14, 25:23, 27:18, 74:13, 138:9, 153:15, 153:16
**respected** [1] - 58:8
**respond** [6] - 69:18, 70:11, 75:9, 111:6, 129:23
**responded** [7] - 70:13, 81:15, 81:16, 104:19, 108:16, 108:18, 108:19
**responders** [1] - 135:4
**responding** [2] - 70:12, 128:13
**response** [9] - 17:22, 24:8, 74:10, 82:11, 82:12, 106:8, 107:20, 128:21, 129:7
**responsibility** [1] - 20:18
**responsible** [6] - 93:12, 93:18, 118:19, 118:21, 118:23, 119:1
**responsive** [1] - 141:23
**rest** [1] - 120:6
**restart** [2] - 143:11, 143:18
**restaurant** [2] - 26:19, 26:22
**restaurants** [1] - 26:15
**rested** [1] - 31:3
**rests** [1] - 27:19
**resume** [3] - 4:15, 4:19, 158:3
**RESUMED** [2] - 3:3, 4:24
**resurface** [1] - 54:25
**resurfaced** [2] - 54:23, 55:2

**retained** [2] - 138:20, 153:9
**retainer** [7] - 46:9, 49:22, 53:19, 82:22, 83:2, 148:3, 148:9
**retention** [1] - 40:6
**retrieval** [1] - 136:5
**return** [2] - 81:7, 142:20
**returned** [2] - 135:13, 135:14
**review** [5] - 47:15, 47:16, 68:20, 102:25, 151:16
**reviewed** [3] - 49:8, 69:10, 131:1
**revised** [1] - 68:25
**revoked** [1] - 15:17
**RGA** [1] - 36:3
**ride** [1] - 18:12
**Rights** [2] - 44:2, 44:4
**rights** [16] - 38:8, 39:17, 40:3, 47:18, 47:19, 48:5, 48:6, 48:24, 53:18, 84:3, 93:1, 147:16, 147:18, 147:21, 153:10
**rise** [4] - 43:7, 59:20, 85:17, 144:22
**RNC** [1] - 36:2
**road** [1] - 84:20
**ROCHA** [1] - 1:4
**Roger's** [1] - 128:25
**ROGERS** [2] - 3:7, 145:20
**Rogers** [26] - 42:5, 48:15, 48:22, 91:1, 91:9, 91:11, 91:13, 91:16, 91:19, 91:21, 92:2, 128:1, 128:3, 128:22, 142:15, 142:23, 143:21, 144:8, 145:3, 145:4, 145:6, 145:14, 145:23, 151:14, 156:3, 157:22
**Rogers'** [1] - 129:3
**role** [4] - 11:24, 39:1, 146:24, 153:18
**Rome** [20] - 6:2, 6:6, 6:10, 6:16, 37:3, 38:15, 38:24, 39:25, 40:5, 40:14, 44:5, 44:9, 45:16, 45:22, 46:6, 46:7, 56:21, 82:21, 84:18, 93:24
**rooftop** [3] - 148:24, 156:21, 157:12
**Rooftop** [1] - 149:3

**room** [1] - 154:25
**rough** [1] - 80:5
**roughly** [1] - 83:3
**round** [1] - 149:4
**rows** [1] - 104:8
**Royce** [5] - 72:23, 72:24, 137:24, 138:3, 138:6
**Royce's** [1] - 61:8
**RPR** [2] - 1:23, 159:11
**rule** [2] - 121:12, 121:17
**Rule** [1] - 121:21
**rules** [1] - 77:18
**running** [1] - 144:21
**Russia** [3] - 15:15, 37:21, 37:22
**Russian** [9] - 15:21, 24:1, 28:17, 28:19, 29:15, 29:16, 29:19, 29:21, 157:10
**Rybalka** [1] - 96:22

## S

**SA** [1] - 4:5
**sadly** [1] - 36:24
**safety** [1] - 80:8
**San** [1] - 36:4
**sanction** [2] - 15:14, 23:21
**sanctioned** [1] - 15:22
**sanctions** [2] - 15:12, 23:25
**sat** [1] - 10:7
**satisfied** [1] - 10:10
**Saturday** [1] - 23:17
**saw** [10] - 41:17, 49:3, 72:19, 88:7, 97:24, 107:17, 131:13, 155:13, 155:17, 156:19
**Sayhan** [6] - 15:5, 15:8, 29:19, 127:1, 127:3, 127:4
**SAYHAN** [1] - 15:6
**scam** [2] - 75:15, 121:1
**scary** [1] - 149:2
**schedule** [1] - 20:12
**scheduled** [1] - 8:15
**schedules** [1] - 4:15
**scheme** [1] - 122:23
**school** [2] - 33:13, 147:17
**Schwarzenegger** [1] - 35:21
**science** [1] - 49:21
**scope** [5] - 25:9,

48:11, 89:24, 90:14
**screen** [9] - 5:6, 6:12, 8:8, 21:21, 107:7, 107:9, 107:13, 107:24, 149:22
**screens** [1] - 76:25
**screenshot** [1] - 112:15
**screwed** [3] - 9:12, 14:21, 18:4
**scroll** [1] - 151:8
**se** [1] - 59:13
**searching** [1] - 45:5
**Seasons** [1] - 76:24
**seated** [1] - 32:5
**seats** [1] - 111:3
**second** [13] - 22:1, 37:4, 37:10, 46:13, 46:14, 85:7, 100:15, 104:10, 105:3, 115:4, 134:7, 134:9, 137:12
**secondly** [1] - 77:17
**section** [1] - 22:2
**securities** [1] - 34:13
**security** [2] - 16:2, 80:21
**see** [67] - 4:17, 5:7, 6:20, 8:7, 8:19, 21:20, 21:25, 22:2, 23:9, 27:21, 28:4, 46:19, 52:25, 61:24, 62:24, 63:7, 68:23, 83:15, 83:16, 83:20, 83:22, 99:20, 99:23, 100:20, 100:21, 100:24, 101:21, 104:2, 104:9, 104:17, 104:18, 104:22, 105:2, 105:3, 105:22, 105:25, 106:11, 106:12, 106:13, 106:18, 106:22, 106:23, 107:1, 107:7, 107:10, 107:21, 108:10, 110:5, 111:3, 111:8, 113:3, 113:7, 114:2, 114:10, 114:12, 116:20, 136:13, 136:16, 148:22, 148:23, 149:18, 149:20, 149:24, 151:25, 158:9
**seeing** [3] - 67:24, 92:18, 107:3
**seeking** [1] - 25:10
**seized** [1] - 149:13
**select** [1] - 60:4

**semantic** [1] - 119:7
**Senate** [1] - 35:24
**senators** [3] - 19:14, 64:3, 68:11
**send** [10] - 8:14, 50:9, 53:6, 63:4, 66:19, 69:14, 69:16, 83:19, 105:5, 110:13
**sending** [4] - 102:2, 105:6, 106:3, 110:14
**sense** [5] - 41:3, 43:1, 53:22, 111:7, 147:3
**sensed** [2] - 78:1, 79:12
**sent** [41] - 19:14, 41:8, 49:4, 49:23, 49:25, 50:2, 50:5, 50:8, 53:3, 53:7, 63:2, 63:6, 63:10, 64:21, 66:4, 66:9, 67:15, 69:2, 69:9, 69:11, 70:11, 71:14, 92:11, 97:21, 101:9, 101:10, 101:24, 102:22, 103:21, 104:24, 106:2, 112:3, 112:6, 112:8, 113:9, 114:20, 114:21, 120:12, 127:13
**sentence** [3] - 17:1, 23:11, 106:8
**separately** [3] - 66:14, 92:6
**SEPTEMBER** [2] - 1:17, 4:1
**sequence** [1] - 103:1
**sequenced** [2] - 101:18, 113:15
**Serhiy** [1] - 96:22
**series** [1] - 50:15
**serious** [1] - 35:13
**served** [3] - 117:10, 117:16, 146:25
**service** [5] - 7:12, 26:20, 81:24, 136:4, 148:20
**services** [11] - 47:23, 62:6, 62:9, 138:16, 138:21, 139:1, 141:6, 141:8, 147:12, 147:24, 153:8
**Services** [1] - 36:5
**session** [1] - 158:3
**set** [6] - 12:17, 31:17, 66:17, 77:21, 143:18, 145:1
**setting** [2] - 12:13, 76:17

**several** [14] - 37:11, 41:9, 41:23, 69:16, 78:19, 81:3, 81:12, 82:9, 82:16, 82:23, 89:24, 98:23, 108:17, 134:10
**Seyhan** [1] - 144:5
**shall** [3] - 31:5, 93:8, 139:25
**shock** [1] - 37:18
**shoot** [2] - 60:23, 80:6
**shop** [1] - 39:4
**short** [3] - 29:18, 95:2, 97:12
**shortly** [1] - 105:20
**shoved** [1] - 21:15
**show** [2] - 63:8, 149:8
**showed** [1] - 69:24
**showing** [2] - 5:5, 114:7
**shown** [1] - 98:4
**shut** [3] - 35:25, 57:19, 149:15
**SIC** [2] - 10:19, 19:20
**SIC]** [1] - 15:6
**sick** [1] - 154:10
**side** [3] - 58:10, 152:17, 152:18
**sides** [2] - 29:16, 110:2
**siege** [1] - 38:7
**sign** [1] - 50:7
**Signal** [4] - 41:21, 84:6, 87:23, 135:20
**signature** [6] - 50:8, 50:11, 52:16, 136:8, 136:17, 136:21
**signed** [3] - 17:8, 27:1, 45:20
**signing** [1] - 50:17
**silent** [1] - 71:7
**simple** [1] - 139:3
**simply** [5] - 6:7, 9:24, 12:8, 14:15, 27:8
**Sinonof** [2] - 38:3, 44:16
**sit** [3] - 35:4, 80:23, 82:19
**situation** [2] - 123:11, 153:13
**six** [6] - 64:1, 71:3, 100:20, 122:13, 148:14
**six-day** [2] - 64:1, 71:3
**Sixth** [1] - 2:6
**sixth** [1] - 59:19
**size** [1] - 107:13
**skeleton** [1] - 68:25
**ski** [1] - 78:25
**skiing** [1] - 14:1

**slash** [1] - 57:24
**Slavic** [1] - 44:22
**slim** [1] - 61:13
**small** [11] - 10:13, 34:21, 51:25, 57:19, 58:8, 58:22, 67:4, 68:13, 95:14, 107:9, 148:10
**smaller** [1] - 49:19
**snap** [1] - 67:7
**social** [1] - 37:20
**sold** [2] - 7:13, 13:5
**sole** [1] - 57:14
**solely** [2] - 38:19, 127:9
**someone** [3] - 47:20, 54:5, 134:5
**someplace** [1] - 76:24
**sometime** [6] - 47:6, 47:7, 71:22, 84:10, 112:6
**sometimes** [2] - 41:11, 134:3
**somewhat** [1] - 13:18
**son** [5] - 146:7, 148:4, 152:5, 152:8, 152:16
**soon** [5] - 50:20, 79:11, 106:19, 143:14, 143:18
**sorry** [22] - 5:12, 19:23, 20:24, 40:22, 46:19, 87:18, 92:19, 101:3, 102:5, 104:23, 106:12, 107:3, 107:9, 126:25, 138:17, 140:12, 142:12, 143:19, 150:12, 154:25, 155:4, 156:7
**Sorry** [1] - 150:15
**sort** [4] - 29:7, 96:24, 124:22, 136:4
**sorts** [1] - 79:21
**sounded** [1] - 40:12
**sounds** [2] - 102:8, 144:16
**source** [1] - 139:12
**speaker** [1] - 33:4
**speaking** [2] - 5:10, 76:5
**speaks** [2] - 28:21, 73:3
**spearheaded** [2] - 48:21, 81:22
**Special** [1] - 36:5
**special** [3] - 22:6, 22:7, 59:16
**specialize** [2] - 34:11, 34:12
**specialized** [1] - 42:12

**specific** [10] - 8:19, 39:10, 101:4, 109:23, 122:16, 122:25, 123:15, 123:23, 123:24, 124:3
**specifically** [9] - 9:25, 38:22, 64:2, 74:18, 74:20, 109:21, 134:14, 147:13, 148:1
**spell** [3] - 15:5, 32:7, 145:12
**spelled** [25] - 34:20, 35:10, 38:3, 38:4, 44:17, 44:18, 44:23, 48:8, 48:16, 49:6, 53:10, 54:5, 61:10, 65:1, 81:19, 96:22, 99:24, 116:14, 116:15, 125:22, 125:24, 127:1, 134:8, 147:19, 147:20
**spelled)** [1] - 57:13
**spelling** [1] - 11:9
**spend** [2] - 25:24, 118:9
**spent** [1] - 26:14
**spoken** [2] - 81:11, 82:3
**sponsorship** [1] - 130:20
**spouse** [2] - 78:13, 137:3
**staff** [1] - 68:11
**stance** [1] - 37:20
**stand** [11] - 4:18, 30:11, 30:12, 31:22, 32:5, 43:10, 60:3, 85:20, 120:9, 122:7, 124:4
**standards** [1] - 49:20
**standpoint** [1] - 42:16
**Stanford** [1] - 33:17
**start** [12] - 38:9, 51:7, 55:24, 56:2, 62:15, 62:16, 70:22, 70:24, 74:16, 104:12, 144:1, 144:2
**started** [11] - 41:9, 41:15, 44:6, 47:14, 50:20, 51:21, 52:4, 74:17, 80:11, 111:19, 143:15
**starting** [1] - 144:14
**starts** [1] - 82:8
**startup** [2] - 34:18, 41:5
**State** [2] - 35:24,

138:5
**state** [11] - 4:7, 32:7, 36:1, 39:20, 63:16, 63:17, 91:7, 92:6, 128:21, 145:12, 155:9
**statement** [4] - 105:4, 105:7, 121:25, 123:1
**statements** [3] - 74:7, 74:13, 82:2
**states** [4] - 59:6, 63:18, 93:8, 159:7
**STATES** [2] - 1:1, 1:24
**States** [1] - 27:4
**stating** [3] - 106:9, 114:18, 119:19
**Station** [1] - 34:19
**stay** [5] - 13:11, 14:5, 26:1, 28:14, 72:3
**stayed** [5] - 13:12, 16:17, 72:4, 72:5, 157:3
**staying** [5] - 5:2, 10:21, 17:18, 28:13, 71:25
**stenographically** [1] - 159:3
**step** [3] - 30:11, 131:7, 142:19
**stepped** [2] - 38:25, 97:15
**sterile** [1] - 77:1
**Stewart** [9] - 42:5, 42:6, 42:25, 50:24, 91:3, 146:6, 146:10, 146:11, 146:13
**still** [11] - 34:10, 42:19, 52:14, 58:4, 79:4, 79:5, 82:19, 120:4, 138:8, 139:4, 155:5
**stood** [1] - 63:21
**stop** [1] - 51:16
**storage** [1] - 140:7
**straighten** [1] - 14:22
**strange** [1] - 71:6
**strategic** [1] - 36:16
**Strategy** [1] - 35:24
**strategy** [2] - 40:2, 46:8
**Street** [1] - 2:6
**stricken** [4] - 17:1, 81:16, 82:17
**strike** [19] - 16:18, 16:21, 16:25, 19:23, 20:15, 21:24, 24:14, 56:7, 74:6, 74:13, 82:2, 82:6, 82:10, 104:4, 110:18, 114:24, 118:12,

123:3
**strong** [1] - 37:20
**struck** [1] - 137:25
**student** [1] - 44:1
**studies** [2] - 33:7, 42:14
**study** [2] - 93:8, 139:25
**stuff** [1] - 36:20
**subcontractor** [1] - 48:17
**subcontractors** [1] - 48:1
**subject** [1] - 116:3
**submit** [2] - 40:9, 59:21
**subpoenaed** [2] - 119:22
**subsequent** [3] - 40:6, 73:15, 97:14
**subsequently** [7] - 34:5, 37:21, 44:6, 45:16, 45:17, 50:22, 135:4
**substantial** [2] - 126:18, 144:19
**substantiate** [1] - 121:25
**substantive** [4] - 33:24, 38:19, 55:13, 67:11
**successful** [1] - 38:5
**suddenly** [1] - 51:19
**sued** [6] - 86:8, 89:18, 92:6, 119:15, 119:21, 119:22
**suggest** [2] - 29:20, 134:2
**suggesting** [1] - 109:2
**suit** [1] - 154:9
**Suite** [2] - 2:6, 2:15
**suites** [2] - 26:4
**sum** [1] - 17:7
**supplied** [1] - 49:7
**supply** [1] - 26:20
**support** [3] - 38:8, 119:18, 126:18
**supported** [2] - 37:25, 122:9
**supporting** [2] - 37:21
**supposed** [13] - 5:16, 5:19, 5:25, 12:5, 18:12, 18:14, 18:15, 18:18, 21:11, 70:22, 70:24, 72:22, 149:11
**supposedly** [1] - 152:15
**Supreme** [1] - 24:7
**surprising** [3] - 105:19, 105:21

**surveying** [1] - 35:2
**survived** [1] - 39:18
**suspect** [1] - 49:3
**sustained** [5] - 16:25, 74:12, 82:15, 123:5, 129:22
**Sustained** [1] - 123:12
**sustaining** [1] - 124:1
**Sutherland** [1] - 2:5
**sutherland.com** [1] - 2:8
**Svitlana** [13] - 11:19, 55:17, 58:3, 60:13, 62:20, 65:19, 66:21, 67:7, 69:3, 73:13, 77:8, 116:5, 137:2
**Svitlana's** [1] - 71:9
**swear** [2] - 31:24, 145:7
**Swearing** [2] - 23:1, 23:5
**swearing** [13] - 10:5, 10:16, 58:25, 59:3, 59:13, 72:14, 75:14, 75:25, 76:17, 76:23, 98:22, 137:11, 155:18
**Swearing-In** [2] - 23:1, 23:5
**swearing-in** [4] - 10:16, 72:14, 75:14, 155:18
**switch** [1] - 41:22
**sworn** [3] - 31:21, 97:2, 145:5
**SWORN** [6] - 3:3, 3:4, 3:7, 4:23, 32:16, 145:20
**Sync** [1] - 35:10
**system** [2] - 134:5, 143:10
**systematically** [1] - 39:17
**systemic** [1] - 41:19
**systems** [1] - 38:12

## T

**table** [1] - 142:20
**tabs** [1] - 46:18
**tacit** [1] - 41:10
**tactile** [1] - 76:22
**talks** [1] - 115:6
**tandem** [1] - 38:9
**task** [1] - 66:18
**tax** [1] - 155:12
**taxes** [1] - 153:20
**team** [2] - 51:20, 140:11

**technical** [1] - 37:14
**technically** [4] - 36:21, 37:9, 93:14, 95:6
**technology** [4] - 4:18, 34:18, 35:11, 43:22
**Ted** [1] - 64:4
**TEL** [2] - 2:7, 2:16
**Telegram** [3] - 41:21, 73:21, 84:6
**telegram** [2] - 50:2, 69:15
**telephone** [2] - 134:21, 135:11
**telephones** [2] - 136:5, 149:11
**telos** [1] - 38:6
**tempted** [1] - 42:16
**ten** [10] - 29:21, 43:5, 91:12, 104:8, 128:7, 128:23, 144:6, 146:15, 152:8, 152:15
**ten-year** [1] - 128:23
**term** [2] - 50:19, 55:4
**terminal** [1] - 35:13
**terms** [3] - 103:20, 130:8, 155:9
**tested** [1] - 154:18
**testified** [12] - 9:17, 75:20, 89:9, 89:23, 93:22, 94:22, 97:21, 115:9, 125:20, 129:25, 138:14, 152:14
**testify** [4] - 32:12, 127:9, 152:7, 157:1
**testifying** [3] - 28:20, 29:1, 142:24
**testimony** [19] - 5:2, 16:13, 30:14, 31:24, 52:15, 54:14, 74:7, 87:14, 87:19, 87:22, 101:23, 106:5, 110:12, 112:3, 117:2, 117:22, 119:20, 122:10, 145:7
**Texans** [1] - 13:3
**Texas** [15] - 9:23, 10:3, 12:22, 21:13, 60:22, 63:12, 63:14, 63:20, 64:6, 72:10, 72:18, 74:25, 75:18, 88:22, 88:24
**text** [19] - 5:8, 54:6, 70:12, 71:14, 73:7, 73:20, 78:23, 80:2, 84:12, 88:8, 94:4, 94:6, 104:7, 105:4, 105:5, 105:6,

107:16, 114:15, 127:13
**texts** [10] - 80:7, 83:14, 101:17, 101:18, 101:19, 102:25, 103:2, 103:3, 111:12, 135:19
**THE** [287] - 2:3, 2:12, 4:13, 5:12, 5:15, 11:9, 11:11, 11:13, 16:20, 16:24, 17:13, 19:22, 20:24, 23:24, 24:1, 24:17, 24:20, 24:23, 25:5, 25:7, 25:14, 25:21, 25:25, 26:1, 26:3, 26:7, 26:9, 26:12, 26:13, 26:16, 26:18, 26:19, 26:22, 27:3, 27:5, 27:6, 27:8, 27:11, 27:16, 27:21, 27:25, 28:4, 28:8, 28:10, 28:16, 28:24, 29:4, 29:12, 29:15, 29:23, 30:6, 30:10, 30:17, 30:20, 30:24, 31:1, 31:3, 31:5, 31:6, 31:10, 31:13, 31:15, 31:20, 32:3, 32:6, 32:9, 32:10, 32:13, 40:18, 40:20, 43:2, 43:5, 43:9, 43:18, 43:20, 44:12, 44:15, 45:9, 52:12, 52:18, 64:12, 64:14, 65:8, 74:10, 74:12, 82:6, 82:12, 82:14, 83:7, 83:9, 84:23, 84:25, 85:8, 85:11, 85:14, 85:19, 86:4, 86:6, 96:11, 96:14, 107:5, 107:12, 107:23, 108:3, 108:6, 113:19, 113:22, 115:17, 115:19, 115:20, 115:22, 120:18, 120:22, 121:11, 121:14, 121:17, 121:24, 122:2, 122:6, 122:20, 123:4, 123:12, 124:1, 124:25, 125:3, 125:10, 129:20, 129:22, 129:24, 130:3, 130:8, 131:5, 131:10, 131:15, 131:19, 131:25, 132:7, 132:11, 132:17, 132:20,

132:22, 133:17, 133:19, 134:18, 134:20, 134:23, 134:25, 135:1, 135:10, 135:12, 135:14, 135:15, 135:17, 135:19, 135:22, 135:24, 135:25, 136:1, 136:3, 136:6, 136:7, 136:10, 136:12, 136:13, 136:14, 136:16, 136:18, 136:19, 136:20, 136:21, 136:24, 137:1, 137:3, 137:5, 137:7, 137:8, 137:9, 137:11, 137:16, 137:17, 137:19, 137:20, 137:21, 137:23, 138:3, 138:6, 138:9, 138:11, 138:12, 138:15, 138:16, 138:19, 138:20, 138:22, 138:23, 138:24, 138:25, 139:2, 139:5, 139:6, 139:16, 139:18, 139:19, 139:21, 139:23, 140:2, 140:5, 140:6, 140:8, 140:9, 140:12, 140:14, 140:15, 140:16, 140:18, 140:20, 140:21, 140:22, 140:23, 140:24, 140:25, 141:1, 141:2, 141:4, 141:6, 141:9, 141:11, 141:15, 141:17, 142:11, 142:13, 142:16, 142:19, 142:21, 142:22, 143:3, 143:8, 143:17, 144:1, 144:9, 144:16, 144:20, 144:24, 145:4, 145:11, 145:14, 145:16, 149:10, 149:14, 149:16, 149:21, 149:23, 149:24, 150:10, 150:14, 150:16, 150:21, 150:23, 151:6, 151:8, 151:9, 151:19, 155:25, 156:2, 156:6, 156:8, 156:9, 156:11, 156:13, 156:17,

156:19, 156:22, 156:24, 157:4, 157:6, 157:11, 157:13, 157:14, 157:15, 157:16, 157:20, 157:22, 157:24, 157:25, 158:1, 158:2, 158:9
**themselves** [3] - 60:1, 124:9, 138:2
**theory** [2] - 81:5, 131:5
**thinking** [1] - 144:1
**third** [6] - 9:23, 12:17, 51:24, 111:2, 114:9, 130:6
**thirds** [1] - 126:10
**thirteen** [2] - 84:25, 112:11
**thirty** [1] - 100:20
**thirty-six** [1] - 100:20
**thoroughly** [1] - 135:24
**thoughts** [1] - 143:24
**thousand** [2] - 109:5, 109:9
**thousands** [7] - 47:15, 47:16, 76:7, 76:19, 89:14, 89:15, 89:16
**threat** [2] - 14:15, 81:14
**threaten** [1] - 79:25
**threatening** [1] - 111:19
**threats** [6] - 14:12, 17:22, 75:7, 79:21, 80:1, 135:2
**three** [17] - 13:12, 25:25, 26:2, 36:9, 49:15, 51:18, 63:8, 63:11, 100:19, 105:24, 106:17, 130:16, 137:7, 137:10, 152:17
**throughout** [2] - 13:13, 128:18
**thrown** [1] - 126:14
**Thursday** [1] - 22:10
**ticket** [6] - 22:5, 22:20, 24:16, 63:12, 88:20, 130:6
**tickets** [46] - 6:14, 7:12, 12:7, 13:4, 18:22, 19:4, 19:11, 19:21, 20:5, 20:9, 21:15, 22:6, 22:12, 22:15, 22:23, 22:24, 23:2, 23:4, 23:14, 23:18, 59:2, 59:3, 59:13, 63:11, 88:14,

88:17, 89:7, 99:5, 99:6, 101:15, 101:22, 102:19, 104:22, 104:25, 105:23, 106:15, 106:20, 107:17, 111:17, 111:21, 114:13, 116:19, 116:23, 117:8, 118:11
**Tickets** [1] - 22:23
**ties** [1] - 81:5
**timeframe** [2] - 143:19, 147:11
**timing** [2] - 43:1, 51:6
**title** [2] - 95:7, 95:8
**today** [25] - 5:3, 26:11, 30:2, 35:4, 80:23, 82:19, 87:14, 87:19, 88:5, 88:7, 89:23, 90:4, 90:6, 90:10, 98:6, 101:23, 102:1, 106:6, 110:12, 110:19, 111:17, 119:13, 119:16, 127:13, 144:2
**today's** [1] - 158:2
**together** [13] - 37:15, 55:21, 57:10, 62:4, 65:25, 68:2, 72:5, 99:15, 103:4, 113:15, 113:16, 137:2
**tolerance** [1] - 80:16
**tomorrow** [3] - 26:11, 143:20, 158:3
**took** [9] - 9:21, 10:3, 10:6, 12:8, 13:25, 70:20, 73:4, 93:24, 137:25
**top** [8] - 15:20, 46:20, 83:18, 111:2, 151:8, 151:16, 155:14, 155:15
**tormenting** [1] - 139:10
**Total** [1] - 151:25
**total** [2] - 26:14, 150:19
**touch** [1] - 154:14
**towards** [1] - 79:10
**tracked** [1] - 132:15
**traded** [2] - 35:7, 35:14
**traffic** [1] - 29:22
**transactional** [1] - 34:12
**transcript** [2] - 159:3, 159:5
**Transcript** [1] - 1:16

**transferred** [2] - 7:8, 7:11
**translate** [1] - 28:22, 30:21
**translates** [1] - 47:16
**translation** [3] - 80:5, 83:14, 89:13
**translator** [1] - 30:9
**translators** [1] - 48:25
**transportation** [2] - 26:15, 26:25
**travel** [3] - 25:12, 25:15, 80:21
**traveled** [1] - 27:3
**treated** [1] - 59:16
**treatment** [2] - 104:22, 104:25
**trial** [17] - 4:15, 29:17, 30:2, 47:18, 51:7, 85:15, 86:10, 90:7, 111:17, 111:22, 120:24, 121:25, 122:21, 123:1, 143:18, 143:24, 158:4
**TRIAL** [2] - 1:16, 4:3
**tried** [3] - 15:23, 65:4, 77:20
**trim** [1] - 114:10
**trip** [8] - 14:3, 40:13, 46:7, 56:21, 78:24, 81:20, 82:21, 93:23
**trouble** [2] - 44:25, 139:8
**true** [6] - 15:11, 15:14, 89:12, 102:17, 105:10, 159:2
**truly** [8] - 33:24, 37:25, 48:1, 59:7, 60:6, 61:11, 77:2
**Trump** [17] - 7:22, 9:23, 12:2, 21:9, 27:9, 60:22, 66:11, 66:12, 72:20, 72:22, 75:3, 77:4, 78:3, 81:2, 137:13, 148:7, 156:12
**Trump's** [2] - 10:16, 27:7
**Trust** [1] - 125:16
**truth** [6] - 32:1, 145:9
**truthfulness** [9] - 121:5, 121:7, 121:15, 121:22, 122:17, 122:19, 123:13, 123:15, 124:8
**try** [7] - 67:10, 77:10, 83:5, 108:6, 141:1, 145:16, 147:3

**trying** [8] - 24:21, 43:25, 44:1, 48:17, 51:10, 109:13, 126:25
**turn** [7] - 46:16, 52:22, 83:12, 83:13, 134:21, 135:18, 136:3
**turned** [5] - 16:6, 18:2, 90:5, 143:9, 149:12
**twenty** [1] - 106:17
**twenty-one** [1] - 106:17
**twice** [2] - 37:1, 156:20
**TWO** [2] - 1:16, 4:3
**two** [39] - 12:7, 12:24, 13:12, 15:22, 23:17, 25:8, 26:4, 26:6, 29:16, 34:15, 36:10, 38:4, 44:16, 45:14, 51:18, 51:20, 51:23, 54:18, 57:9, 59:22, 66:20, 69:2, 69:22, 69:23, 75:2, 75:3, 80:3, 88:1, 99:9, 99:10, 106:20, 119:4, 126:10, 137:1, 137:9, 141:2, 142:8, 144:9, 157:6
**two-thirds** [1] - 126:10
**type** [5] - 7:12, 26:18, 41:6, 49:12, 152:12
**typically** [1] - 36:9

## U

**U.S** [6] - 38:7, 38:12, 39:12, 39:13, 40:4
**UC** [2] - 32:24, 33:22
**UCLA** [1] - 33:15
**Ukichock** [1] - 38:4
**Ukrain** [1] - 147:20
**Ukraine** [19] - 12:2, 15:20, 23:22, 23:24, 37:11, 37:12, 38:5, 44:19, 61:21, 73:18, 78:20, 81:6, 81:21, 81:25, 96:23, 138:18, 139:17, 147:15, 150:7
**Ukrainian** [7] - 11:24, 15:11, 16:1, 24:5, 24:7, 39:21, 119:4
**ultimately** [8] - 41:9, 41:16, 48:20, 66:20, 67:12, 135:12, 138:20, 139:14
**umm** [8] - 68:10,

68:15, 75:8, 122:13, 139:3, 140:2, 141:25
**UN** [1] - 147:17
**unable** [1] - 141:22
**under** [14] - 38:7, 46:5, 97:2, 101:23, 102:1, 110:12, 121:17, 121:19, 133:25, 134:4, 139:16, 150:17, 150:22
**undergrad** [1] - 32:24
**underneath** [1] - 76:7
**understood** [4] - 19:15, 29:5, 125:6, 155:21
**Underwriter** [1] - 114:2
**underwriter** [1] - 114:11
**unhappy** [1] - 10:9
**Union** [7] - 9:19, 10:4, 59:19, 61:1, 72:14, 75:14, 75:21
**unique** [5] - 60:6, 75:24, 76:16, 77:2, 105:7
**unit** [1] - 150:19
**united** [1] - 159:7
**UNITED** [2] - 1:1, 1:24
**United** [1] - 27:4
**University** [1] - 33:13
**unknown** [2] - 128:23, 128:24
**unless** [4] - 45:21, 66:8, 67:25, 103:11
**unpaid** [2] - 149:7, 154:12
**unrelated** [2] - 65:18, 116:13
**unsafe** [1] - 157:2
**untruthfulness** [5] - 121:22, 122:17, 123:14, 123:16, 124:8
**unusual** [3] - 41:22, 41:25, 50:25
**up** [52] - 5:2, 5:6, 10:12, 10:13, 11:8, 12:13, 12:17, 12:23, 13:14, 13:19, 13:20, 15:22, 15:25, 18:14, 18:19, 30:5, 31:13, 49:21, 60:10, 60:11, 60:24, 62:19, 66:17, 69:19, 69:24, 70:8, 75:11, 76:23, 77:22, 78:3, 79:7, 80:5, 80:6, 96:10, 101:19, 105:24, 107:4, 107:11, 107:22,

109:22, 110:19, 111:14, 113:17, 120:6, 143:14, 143:18, 144:21, 145:1, 146:15, 151:18, 152:20
**update** [1] - 128:16
**updates** [1] - 154:17
**upper** [1] - 147:4
**upset** [13] - 72:17, 73:11, 73:21, 74:18, 74:20, 74:21, 74:24, 75:1, 75:12, 80:24, 81:4, 81:6
**Urichak** [2] - 44:17, 44:18
**US** [3] - 2:5, 81:4, 150:8

---

### V

**V-A-N-E-T-I-K** [1] - 32:15
**vaccinated** [1] - 32:11
**valedictorian** [2] - 33:4, 33:5
**Vanetik** [102] - 4:6, 4:12, 5:7, 5:11, 5:24, 6:2, 6:6, 6:10, 6:14, 6:15, 6:22, 6:25, 7:4, 7:11, 7:16, 7:21, 7:24, 8:2, 8:14, 8:18, 8:21, 8:23, 9:12, 9:21, 11:8, 12:5, 12:14, 12:16, 13:16, 13:23, 14:12, 14:16, 14:19, 15:9, 17:23, 18:18, 18:21, 18:22, 19:2, 19:7, 19:11, 19:12, 20:2, 20:3, 20:4, 20:8, 20:11, 20:14, 20:16, 21:5, 21:6, 24:12, 24:16, 25:1, 28:9, 28:10, 31:9, 31:20, 32:14, 32:19, 32:21, 34:20, 43:15, 44:13, 45:12, 52:22, 83:12, 85:3, 85:22, 86:1, 96:18, 96:25, 97:17, 100:11, 107:2, 107:7, 107:16, 108:10, 112:9, 113:25, 120:8, 120:24, 122:21, 123:8, 123:19, 124:13, 125:12, 125:16, 126:24, 128:8, 129:25, 130:14, 133:1,

133:22, 134:20, 141:21, 142:19, 146:18, 148:18, 148:19, 154:15, 157:11
**VANETIK** [3] - 1:12, 3:4, 32:16
**Vanetik's** [1] - 7:13
**various** [23] - 7:14, 19:14, 19:16, 33:17, 33:18, 33:23, 36:3, 41:6, 48:23, 55:22, 58:17, 59:5, 60:21, 61:7, 64:5, 81:25, 89:12, 102:11, 102:15, 102:16, 102:18
**venture** [1] - 146:5
**ventures** [1] - 146:12
**venue** [1] - 58:25
**Verchulaza** [1] - 116:14
**verify** [2] - 108:16, 121:25
**version** [1] - 69:9
**versus** [1] - 4:6
**via** [13] - 4:18, 41:20, 41:21, 54:6, 66:9, 69:15, 70:12, 73:20, 78:22, 80:2, 84:1, 142:24
**vice** [3] - 95:1, 95:5, 95:6
**Victory** [2] - 102:9, 102:10
**victory** [4] - 102:11, 102:12, 102:15, 102:16
**video** [2] - 28:25, 106:23
**view** [4] - 9:24, 59:21, 76:2, 76:8
**viewed** [1] - 10:5
**viewing** [2] - 22:6, 22:7
**violated** [1] - 39:17
**violations** [6] - 40:1, 47:18, 48:24, 147:16, 147:21, 153:11
**violence** [2] - 79:22, 80:1
**VIP** [34] - 12:5, 22:22, 22:24, 23:11, 23:12, 24:12, 24:16, 55:19, 60:1, 63:11, 64:8, 67:1, 68:5, 75:5, 76:13, 76:15, 99:23, 100:7, 100:22, 101:25, 102:3,

102:5, 102:8, 102:19, 104:22, 104:25, 108:20, 109:6, 109:9, 110:9, 117:3, 117:22, 117:23, 117:25
**VIPs** [2] - 118:9, 119:4
**virtually** [2] - 60:5, 64:5
**visa** [6] - 16:5, 16:6, 38:10, 39:12, 81:4, 85:4
**visit** [1] - 44:6
**visiting** [1] - 16:23
**Vitaliy** [30] - 11:5, 55:17, 58:3, 60:13, 61:20, 62:20, 65:19, 66:21, 67:6, 69:2, 71:13, 72:23, 73:3, 73:8, 73:13, 73:16, 74:8, 74:13, 74:23, 74:24, 75:12, 75:15, 77:8, 78:18, 78:22, 82:2, 116:5, 137:2, 137:25
**Vitaliy's** [2] - 71:8, 137:3
**volatile** [1] - 80:13
**volume** [1] - 145:16
**volunteer** [2] - 36:11, 36:19
**volunteering** [1] - 36:14
**vS** [1] - 1:11

---

### W

**wait** [1] - 18:10
**waiting** [4] - 14:23, 14:24, 24:7
**walk** [3] - 66:12, 77:22, 78:3
**walked** [1] - 39:3
**walking** [1] - 10:12
**wants** [2] - 39:10, 105:7
**Warner** [1] - 61:9
**warning** [1] - 120:12
**warrant** [1] - 15:16
**Washington** [21] - 2:7, 11:1, 12:10, 13:9, 13:11, 13:22, 13:25, 14:12, 14:17, 14:20, 16:14, 17:19, 19:1, 19:6, 21:8, 25:24, 37:7, 58:9, 71:5, 78:16, 148:15
**watch** [2] - 75:24, 76:17

**watched** [2] - 10:15, 16:9
**watching** [3] - 17:17, 76:23, 76:25
**Watkins** [1] - 48:18
**ways** [7] - 39:16, 39:24, 50:1, 59:1, 66:10, 81:3, 118:9
**WEDNESDAY** [2] - 1:17, 4:1
**week** [10] - 14:7, 40:9, 70:10, 91:15, 105:11, 116:2, 116:4, 116:9, 154:16, 154:18
**weeks** [3] - 91:20, 91:25, 135:15
**Weingarten** [2] - 42:5, 91:3
**welcome** [2] - 30:6, 157:25
**West** [1] - 2:14
**west** [2] - 38:9, 40:4
**Western** [2] - 22:11
**wet** [3] - 18:1, 18:5, 18:6
**WhatsApp** [6] - 7:7, 41:21, 50:2, 66:9, 84:6, 88:2
**wheelchair** [1] - 39:19
**wherein** [1] - 9:9
**whip** [1] - 72:22
**White** [1] - 22:11
**whole** [5] - 14:23, 32:1, 60:9, 145:9, 147:2
**wife** [3] - 11:16, 28:21, 55:17
**willing** [1] - 156:25
**wire** [4] - 56:12, 133:2, 133:3, 133:5
**wired** [2] - 20:21, 21:2
**wish** [2] - 70:18, 85:12
**witness** [30] - 4:18, 17:12, 27:17, 27:22, 27:23, 28:2, 29:18, 29:20, 30:11, 30:12, 32:5, 43:10, 85:10, 85:20, 121:7, 121:16, 122:6, 122:18, 122:21, 124:5, 127:2, 127:21, 141:13, 142:14, 142:17, 143:14, 144:6, 145:2, 151:5, 157:20
**WITNESS** [22] - 3:3, 3:7, 4:23, 11:13, 24:1, 145:20, 149:21, 149:24,

150:16, 150:23, 151:8, 151:19, 156:6, 156:9, 156:13, 156:19, 156:24, 157:6, 157:13, 157:15, 157:24, 158:1
**witness's** [6] - 115:17, 121:21, 121:23, 122:9, 122:10, 122:16
**witnesses** [2] - 27:20, 29:1
**witnesses's** [1] - 131:22
**woman** [2] - 157:7, 157:9
**won** [1] - 17:8
**Wood** [14] - 57:7, 57:8, 57:12, 57:20, 57:22, 58:4, 94:13, 94:15, 94:20, 94:21, 94:24, 97:7, 119:22
**word** [1] - 112:20
**words** [1] - 105:9
**world** [5] - 37:19, 41:25, 44:22, 48:5, 139:14
**worst** [1] - 77:10
**wrapped** [1] - 152:12
**writing** [1] - 45:21
**written** [4] - 7:3, 45:23, 93:22, 94:2
**wrote** [1] - 103:2
**Wyoming** [2] - 57:17, 155:11

---

### Y

**year** [7] - 56:4, 91:22, 91:23, 105:24, 127:23, 128:23, 146:7
**years** [19] - 34:15, 35:7, 35:23, 36:2, 36:18, 55:3, 63:24, 91:12, 97:11, 99:1, 117:11, 128:7, 142:8, 146:15, 152:8, 152:15, 154:15, 154:20, 154:24
**yesterday** [2] - 5:5, 32:11
**York** [10] - 14:4, 16:16, 16:23, 17:1, 34:8, 63:20, 66:25, 77:22, 98:23, 99:18
**younger** [1] - 157:9

**yourself** [2] - 84:7, 98:15

**YURI** [4] - 1:12, 3:4, 32:14, 32:16

**Yuri** [18] - 4:6, 4:12, 13:13, 14:21, 14:24, 15:9, 18:3, 18:9, 28:9, 32:14, 83:19, 96:25, 146:11, 146:20, 148:6, 152:10, 154:1, 154:14

## Z

**Zoom** [9] - 107:25, 108:4, 142:24, 143:2, 143:3, 143:15, 144:21, 145:1, 157:24

## €

**€52** [1] - 17:7