1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                         ---

4       HONORABLE **FERNANDO L. AENLLE-ROCHA,** JUDGE PRESIDING

5                         ---

6

7

8    **PAVEL FUKS,**                    )
                                        )
9                                       )
                                        )
10                   Plaintiff,         )
                                        ) CV NO. 19-1212
11            VS                        )
                                        )
12   **YURI VANETIK,**                  )
                                        )
13                                      )
                     Defendant.         )
14   _____)

15

16           Reporter's Transcript of Proceedings
                **COURT TRIAL - DAY THREE**
17              Los Angeles, California
             **THURSDAY, SEPTEMBER 23, 2021**
18                    8:00 A.M.

19

20

21

22

23
             ANNE KIELWASSER, CRR, RPR, CSR
24          Federal Official Court Reporter
             **UNITED STATES DISTRICT COURT**
25          **CENTRAL DISTRICT OF CALIFORNIA**
              anne.kielwasser@gmail.com

```
 1                    A P P E A R A N C E S

 2

 3    ON BEHALF OF THE PLAINTIFF:

 4
      JOHN W. LOMAS, JR.
 5    JOSEPH R. ASHBY
      Eversheds Sutherland US LLP
 6    700 Sixth Street NW
      Suite 700
 7    Washington, document 20001
      TEL: 202-220-8049
 8    Fax: 202-637-3593
      E-mail: Johnlomas@eversheds-sutherland.com
 9

10

11

12
      ON BEHALF OF THE DEFENDANT:
13
      John M Hamilton
14    John M Hamilton Law Offices
      5757 West Century Boulevard
15    Suite 700
      Los Angeles, CA 90045
16    TEL:  424-419-4028
      E-mail: J.m.hamilton@earthlink.net
17

18

19

20

21

22

23

24

25
```

**INDEX**

**WITNESS:**                                                    **PAGE:**


 WITNESS, **SAYHAN AGAEV,** SWORN                               6
 DIRECT EXAMINATION BY MR. HAMILTON                            **6**
 CROSS-EXAMINATION BY MR. LOMAS                                15
 DIRECT EXAMINATION (REBUTTAL) BY MR. LOMAS                    **17**



                          * * * * * *


**CLOSING ARGUMENTS BY PLAINTIFF                        39,54**
**CLOSING ARGUMENTS BY DEFENSE                          49**

                          * * * * * *

|  |  |  |
|---|---|---|
| | 1 | THURSDAY, SEPTEMBER 23, 2021                    8:00 A.M. |
| | 2 | ~ ~ ~ |
| | 3 | **COURT TRIAL - DAY THREE** |
| 13:37:48 | 4 | ~ ~ ~ |
| 08:20:47 | 5 | COURT CLERK:  Calling Case CV 19-1212.  Pavel Fuks |
| 08:21:01 | 6 | versus Yuri Vanetik. |
| 08:21:04 | 7 | Counsel, please state your appearances for |
| 08:21:05 | 8 | the record. |
| 08:21:05 | 9 | **MR. LOMAS:**  Good morning, Your Honor.  John Lomas |
| 08:21:10 | 10 | and Joseph Ashby on behalf of plaintiff. |
| 08:21:12 | 11 | **MR. HAMILTON:**  Good morning, Your Honor.  John |
| 08:21:15 | 12 | Hamilton on behalf defendant Yuri Vanetik. |
| 08:21:20 | 13 | **THE COURT:**  Good morning to counsel and Mr. |
| 08:21:20 | 14 | Vanetik. |
| 08:21:23 | 15 | We are here to resume the bench trial, and I |
| 08:21:26 | 16 | see that our Russian interpreter is back. |
| 08:21:31 | 17 | **THE INTERPRETER:**  Good morning. |
| 08:21:31 | 18 | **THE COURT:**  Good morning, sir. |
| 08:21:32 | 19 | Why don't you go ahead and put your |
| 08:21:34 | 20 | appearance on the record again. |
| 08:21:36 | 21 | **THE INTERPRETER:**  Russian Interpreter, Leonid |
| 08:21:41 | 22 | Vishmid, L-E-O-N-I-D, V-I-S-H-M-I-D.  My certification number |
| 08:21:47 | 23 | is 301247. |
| 08:21:49 | 24 | **THE COURT:**  Thank you. |
| 08:21:49 | 25 | All right, we're ready to resume with the |

| | | |
|---|---|---|
| 08:21:52 | 1 | defense's case. |
| 08:21:53 | 2 | You may call your next witness. |
| 08:21:55 | 3 | **MR. HAMILTON:**  Your Honor, the defense calls |
| 08:21:58 | 4 | Sayhan Agaev. |
| 08:22:08 | 5 | COURT CLERK:  Mr. Agaev, please raise your right |
| 08:22:12 | 6 | hand to be sworn. |
| 08:22:13 | 7 | Do you swear or affirm that the testimony |
| 08:22:13 | 8 | you're about to give in the case now before this Court will |
| 08:22:13 | 9 | be the truth, the whole truth and nothing but the truth, so |
| 08:22:34 | 10 | help you God? |
| 08:22:34 | 11 | **THE WITNESS:**  Yes. |
| 08:22:35 | 12 | COURT CLERK:  Please state and spell your full |
| 08:22:36 | 13 | name for the record. |
| 08:22:38 | 14 | (TESTIMONY GIVEN THROUGH INTERPRETER) |
| 08:22:38 | 15 | **THE WITNESS:**  Sayhan Khuseyn Agaev.  That's my -- |
| 08:23:17 | 16 | My nickname is Sayhan.  My real name is |
| 08:23:22 | 17 | Khuseyn, K-H-U-S-E-Y-N and last name Agaev, A-G-A-E-V, and |
| 08:23:34 | 18 | the middle name -- |
| 08:23:41 | 19 | Should be D-U-N-D-A-E-V-I-C-H. |
| 08:23:51 | 20 | **THE COURT:**  So, Counsel, I can barely see your |
| 08:23:55 | 21 | witness.  It is an extraordinarily dark screen.  And, |
| 08:24:07 | 22 | actually, it all just went away right now. |
| 08:24:11 | 23 | But as you know, Rule 43 does require |
| 08:24:16 | 24 | appropriate -- |
| 08:24:19 | 25 | **MR. HAMILTON:**  Yes, Your Honor, and he appears to |

| | | |
|---|---|---|
| 08:24:21 | 1 | have turned on the light.  Do you find that proper? |
| 08:24:24 | 2 | THE COURT:  That's a little better.  Maybe the |
| 08:24:30 | 3 | interpreter could instruct him to do what he can to enhance |
| 08:24:34 | 4 | the lighting on his end so he could be seen. |
| 08:24:54 | 5 | Are you in a car, sir? |
| 08:25:01 | 6 | THE WITNESS:  Yes, I am.  Just a second.  It's |
| 08:25:15 | 7 | evening where I am. |
| 08:25:28 | 8 | Is this good? |
| 08:25:30 | 9 | THE COURT:  Yes.  That's a lot better, thank you. |
| 08:25:41 | 10 | All right, go ahead, counsel. |
| 08:25:43 | 11 | **WITNESS, KHUSEYN (SAYHAN) D. AGAEV, SWORN** |
| 08:25:43 | 12 | DIRECT EXAMINATION |
| 08:25:44 | 13 | BY MR. HAMILTON: |
| 08:25:46 | 14 | Q.     Mr. Agaev, are you alone in the car you're testifying |
| 08:25:49 | 15 | in? |
| 08:25:55 | 16 | A.     Yes, I'm alone.  Yes, the driver has left. |
| 08:26:08 | 17 | Q.     And where, what city are you located in? |
| 08:26:14 | 18 | A.     Moscow. |
| 08:26:19 | 19 | Q.     Mr. Agaev, where do you live? |
| 08:26:24 | 20 | A.     I live in Germany, City of Hamburg. |
| 08:26:39 | 21 | THE COURT:  Okay, we have lost the image again. |
| 08:26:51 | 22 | All right, the image has returned. |
| 08:26:58 | 23 | MR. HAMILTON:  Can I proceed, Your Honor? |
| 08:27:00 | 24 | THE COURT:  You may. |
| 08:27:02 | 25 | BY MR. HAMILTON: |

08:27:04  1   Q.    Mr. Agaev, can you briefly tell us about your

08:27:06  2   background?

08:27:08  3   A.    I've been living in Germany for 20 years already, and

08:27:30  4   I'm a representative in Germany of the Chechen Republic.

08:27:37  5          **THE COURT:**  Okay, we're going to stop this.  We

08:27:39  6   lost the image again.

08:27:40  7                This is the problem with remote testimony.

08:27:44  8   This is why we have witnesses and lawyers to come to court.

08:27:47  9   It is not always perfectly reliable.

08:27:50  10               So, we're going to take a break, and I'm

08:27:52  11  going to give counsel a few minutes to see if you can get

08:27:55  12  this working; if not, I'm not going to allow it.  I'm not

08:27:59  13  going to allow this under the circumstances to proceed.

08:28:04  14               Something you'd like to say, Mr. Lomas?

08:28:06  15         **MR. LOMAS:**  Yes, I would like to point out -- I

08:28:08  16  would just want to make one objection to this witness,

08:28:10  17  because the name that we were provided is different than his

08:28:14  18  actual -- the name that's here, okay?  So, we were provided

08:28:17  19  the Sayhan name.  The interrogatory response and the request

08:28:17  20  for information about this witness gave no contact

08:28:23  21  information.  We followed up on it beforehand.  We were told

08:28:26  22  no additional information.

08:28:27  23               We had this one name, this nickname.  We

08:28:30  24  could find no information about the nickname.  We didn't

08:28:33  25  object to the witness because we wanted to just be

08:28:34  1   cooperative and have him testify, but now we see he has a new

08:28:37  2   name, a different name.  And so -- and I just did a Google

08:28:41  3   search right here, and I'm finding all kinds of stuff about

08:28:45  4   this guy that we never had his actually name before until

08:28:47  5   today.

08:28:48  6          **THE COURT:**  I seem to recall in the papers that

08:28:49  7   you filed in connection with the possibility of the Court

08:28:52  8   allowing remote testimony, that you hadn't had an opportunity

08:28:56  9   to depose him, hadn't had an opportunity to take discovery on

08:29:01  10  this witness.  Is that right?

08:29:01  11         **MR. LOMAS:**  Right, because the information in the

08:29:04  12  disclosures, discovery response said that there was no

08:29:06  13  contact information available for him, and yet he's here.

08:29:11  14  So, frankly, I thought that there was never going to be a

08:29:14  15  witness.

08:29:15  16         **MR. HAMILTON:**  Can I respond, Your Honor?

08:29:16  17         **THE COURT:**  You may.

08:29:16  18         **MR. HAMILTON:**  They didn't take anybody's depo.

08:29:19  19  They didn't take Mr. Vanetik's depo.  So how can he complain

08:29:24  20  about this.

08:29:26  21              Now, Mr. Agaev said his name is Sayhan, and

08:29:31  22  he just said his religious name, and I didn't know his

08:29:33  23  religious name.  I know what he's called and so does Mr.

08:29:36  24  Vanetik, what he's called in Germany, which is Sayhan Agaev.

08:29:41  25         **MR. LOMAS:**  It's not so much about -- I would say

08:29:44  1    in response to that, it's not so much about the deposition,

08:29:47  2    it's just the opportunity to actually find out information

08:29:49  3    about this person on our own and investigate him.

08:29:50  4              We had a nickname only.  We had no contact

08:29:53  5    information.  We asked for more information.  None was

08:29:55  6    provided, and now we have an actual full name, and now am

08:30:00  7    able to see things about this person that are probably

08:30:03  8    important to raise, but, you know, I don't have it now in

08:30:06  9    paper form or anything because I never had the name.

08:30:08  10          **MR. HAMILTON:**  Well, he was identified, Your

08:30:10  11   Honor, and Counsel may or may not have asked me for it, but I

08:30:14  12   don't remember counsel asking me for it.

08:30:16  13             As I've said, they've taken no depositions of

08:30:19  14   anybody, even the defendant.

08:30:23  15          **MR. LOMAS:**  It's not about the deposition, it's

08:30:25  16   about learning and understanding who this person is.  No one

08:30:29  17   knows who this person is until today, we knew his real name

08:30:33  18   for the first time today.

08:30:34  19          **THE COURT:**  Hold on.  Stop.

08:30:36  20             At the end of the day, the plaintiff didn't

08:30:42  21   move to exclude this witness.  So, I didn't have a motion in

08:30:46  22   limine to exclude testimony, exclude evidence.  So, I'm not

08:30:50  23   going to entertain it in the middle of trial.

08:30:52  24             But if the technology isn't working properly

08:30:54  25   because he's sitting in a car in Moscow, I'm just not going

08:31:00  1    to take the testimony this way.  All right?

08:31:01  2                    This trial has been pending, arrangements,

08:31:06  3    obviously dates --

08:31:08  4                    I've been extremely flexible with both

08:31:10  5    counsel with respect to the date of the trial to accommodate

08:31:14  6    needs.  So, the parties have had time, you know, to arrange

08:31:19  7    for remote testimony if that's what you wanted to do, and I

08:31:23  8    ultimately allowed it after you made the proper showing, but

08:31:30  9    I'm not going to allow it if it isn't working properly.

08:31:33  10   Because, one, it's causing delays, and, two, it creates

08:31:37  11   unreliability, and the testimony isn't necessarily coming

08:31:41  12   across clearly.

08:31:43  13                    So, you know, Mr. Fuks testified from his

08:31:47  14   residence, there were absolutely no issues with the

08:31:49  15   electronic transmission of the testimony, it was never

08:31:53  16   interrupted, he was perfectly clear and visible, and that's

08:31:56  17   what I expect.  Okay?

08:31:58  18             **MR. HAMILTON:**  Yes, Your Honor.

08:31:59  19             **THE COURT:**  Not someone sitting in a car in a

08:32:03  20   middle of city with, I presume, inconsistent or unreliable

08:32:09  21   wireless service.

08:32:09  22                    So, I'll give you a few minutes to see if

08:32:11  23   this is going to work; but if continues along these lines,

08:32:16  24   I'm not going to allow it.

08:32:18  25             **MR. HAMILTON:**  Yes, Your Honor.

|   |   |   |
|---|---|---|
| 08:32:19 | 1 | **THE COURT:**  We'll be in a brief recess. |
| 08:32:23 | 2 | (Recess taken.) |
| 08:58:37 | 3 | **THE COURT:**  All right, we are back on the record. |
| 08:58:42 | 4 | So, Mr. Hamilton, have things been worked out |
| 08:58:47 | 5 | with your witness who is attempting to testify remotely? |
| 08:58:50 | 6 | **MR. HAMILTON:**  I believe so, Your Honor. |
| 08:58:52 | 7 | **THE COURT:**  All right, let's give it another try. |
| 08:58:54 | 8 | The witness is on video, as it Mr. Fuks, and |
| 08:58:59 | 9 | the Russian interpreter is here in the courtroom. |
| 08:59:05 | 10 | DIRECT EXAMINATION (RESUMED) |
| 08:59:05 | 11 | BY MR. HAMILTON: |
| 08:59:07 | 12 | Q.    Mr. Agaev, can you describe to us what businesses |
| 08:59:12 | 13 | you're in? |
| 08:59:13 | 14 | A.    I do logistics, securities, construction.  And also I |
| 08:59:53 | 15 | buy and sell real estate. |
| 08:59:55 | 16 | Q.    Mr. Agaev, do you know an individual named Yuri |
| 08:59:59 | 17 | Vanetik? |
| 09:00:04 | 18 | A.    Yes. |
| 09:00:04 | 19 | Q.    And how do you know Mr. Vanetik? |
| 09:00:10 | 20 | A.    We had a minister of economics in Chechnya by name of |
| 09:00:27 | 21 | Ibrahimov, and he introduced us. |
| 09:00:33 | 22 | Q.    How many years ago was that? |
| 09:00:38 | 23 | A.    Approximately four years. |
| 09:00:40 | 24 | Q.    And, Mr. Agaev, do you know an individual named Pavel |
| 09:00:44 | 25 | Fuks? |

| | | |
|---|---|---|
| 09:00:49 | 1 | A.    Yes. |
| 09:00:49 | 2 | Q.    And how do you know Mr. Fuks? |
| 09:01:15 | 3 | THE INTERPRETER:  The volume is a little low. |
| 09:01:25 | 4 | THE WITNESS:  Alexander Shishkin (phonetically |
| 09:01:33 | 5 | spelled).  He lives in Moscow. |
| 09:01:35 | 6 | THE COURT:  Let me just stop you.  Let me inquire |
| 09:01:37 | 7 | of the interpreter.  Can you hear sufficiently well to |
| 09:01:40 | 8 | interpret? |
| 09:01:42 | 9 | THE INTERPRETER:  Yes. |
| 09:01:44 | 10 | THE COURT:  All right, do you need the volume |
| 09:01:45 | 11 | adjusted? |
| 09:01:47 | 12 | THE INTERPRETER:  The last thing he said I heard |
| 09:01:49 | 13 | okay. |
| 09:01:50 | 14 | THE COURT:  All right.  If you have any difficulty |
| 09:01:51 | 15 | hearing the witness, please tell me. |
| 09:01:53 | 16 | THE INTERPRETER:  Okay. |
| 09:01:59 | 17 | THE COURT:  Go ahead. |
| 09:02:03 | 18 | THE WITNESS:  So, when I was speaking to him, I |
| 09:02:24 | 19 | asked him if he knew Yuri Vanetik, and he said yes, but that |
| 09:02:34 | 20 | they both had a problem with this individual, Mr. Fuks. |
| 09:03:03 | 21 | Mr. Shishkin called the mayor of Kharkiv, and |
| 09:03:11 | 22 | that's how I met him. |
| 09:03:13 | 23 | BY MR. HAMILTON: |
| 09:03:13 | 24 | Q.    Did you ever have any conversations with Mr. Fuks? |
| 09:03:24 | 25 | A.    Yes, I did.  Two times. |

| | | |
|---|---|---|
| 09:03:26 | 1 | Q.      When, approximately, was your first discussion with |
| 09:03:31 | 2 | Mr. Fuks? |
| 09:03:41 | 3 | A.      It was approximately two years ago. |
| 09:03:43 | 4 | Q.      And why did you -- |
| 09:03:45 | 5 |              Did you call Mr. Fuks? |
| 09:03:52 | 6 | A.      No, when they had an issue that they wanted to resolve |
| 09:04:09 | 7 | with the mayor of Kharkiv, he made a video call to me. |
| 09:04:19 | 8 | Q.      Okay, when was the first time you called Mr. Fuks, |
| 09:04:22 | 9 | approximately? |
| 09:04:23 | 10 | A.      Approximately two years ago when I was in Munich.  So, |
| 09:04:43 | 11 | about February. |
| 09:04:44 | 12 | Q.      What did you and Mr. Fuks discuss in the first |
| 09:04:47 | 13 | conversation? |
| 09:05:14 | 14 | A.      I told him that let us like adults sit down and talk |
| 09:05:28 | 15 | and resolve this problem, and he answered to me only after he |
| 09:05:35 | 16 | gives me a visa because he revoked his visa. |
| 09:05:40 | 17 | Q.      When you say "he," who did you understand Mr. Fuks to |
| 09:05:46 | 18 | mean by "he"? |
| 09:05:51 | 19 | A.      What he meant is that Mr. Vanetik took his visa away, |
| 09:06:10 | 20 | and he should give him back the visa first. |
| 09:06:14 | 21 | Q.      How were you certain that you were speaking to Mr. |
| 09:06:19 | 22 | Fuks in the first conversation? |
| 09:06:21 | 23 | A.      Because it was a video call. |
| 09:06:34 | 24 | Q.      And how did you know what Mr. Fuks looked like at that |
| 09:06:47 | 25 | time? |

| | | |
|---|---|---|
| 09:06:47 | 1 | A.   Because -- well, I'm seeing him now.  Back then I |
| 09:07:17 | 2 | didn't know him, but Mr. Shishkin (phonetically spelled) |
| 09:07:22 | 3 | showed him to me, because he owes him 300 million when he was |
| 09:07:27 | 4 | doing construction in Moscow city.  He said he stole 300 |
| 09:07:32 | 5 | million from him. |
| 09:07:33 | 6 | Q.   And the individual that you're seeing now, that's the |
| 09:07:36 | 7 | person you spoke to in the first phone conversation? |
| 09:07:50 | 8 | A.   Yes, it is that same person. |
| 09:07:53 | 9 | Q.   In the first phone conversation, did Mr. Fuks tell you |
| 09:07:58 | 10 | that Yuri Vanetik owed him any money? |
| 09:08:20 | 11 | A.   No, he only spoke about the visa, and he said if he |
| 09:08:24 | 12 | does not fix my visa, then I'll do him in. |
| 09:08:30 | 13 | Q.   What did you understand the term "do him in" to mean? |
| 09:08:47 | 14 | A.   Well, it was a threat.  One can understand it any way |
| 09:08:53 | 15 | one likes, but it was a threat. |
| 09:08:54 | 16 | Q.   And when -- |
| 09:08:56 | 17 | Approximately when did your second |
| 09:08:57 | 18 | conversation happened with Mr. Fuks? |
| 09:09:00 | 19 | A.   Approximately one month later when I was in Hamburg. |
| 09:09:19 | 20 | Q.   And what did you discuss with Mr. Fuks? |
| 09:09:35 | 21 | A.   Again, the mayor of Kharkiv had called me, and we were |
| 09:09:48 | 22 | discussing the visa issue, and there were five or six other |
| 09:09:52 | 23 | people in my office, and even they heard it. |
| 09:09:55 | 24 | Q.   Could you see Mr. Fuks in the second conversation on |
| 09:10:01 | 25 | video? |

| | | |
|---|---|---|
| 09:10:08 | 1 | A.      Yes, it was also a video call. |
| 09:10:11 | 2 | Q.      In the second call, did Mr. Fuks discuss Mr. Vanetik? |
| 09:10:23 | 3 | A.      Yes, yes.  He said let him do the visa for me, and if |
| 09:10:34 | 4 | not, he would do him in. |
| 09:10:37 | 5 | Q.      Was he referencing a visa to the United States? |
| 09:10:48 | 6 | A.      Yes, he meant America.  He supposedly took it away |
| 09:10:53 | 7 | from him. |
| 09:10:54 | 8 | Q.      And in the second conversation, did Mr. Fuks ever say |
| 09:10:58 | 9 | that Mr. Vanetik owed him any money? |
| 09:11:10 | 10 | A.      We did not discuss anything else other than the visa |
| 09:11:17 | 11 | issue. |
| 09:11:20 | 12 | MR. HAMILTON:  No more questions for this witness, |
| 09:11:22 | 13 | Your Honor. |
| 09:11:23 | 14 | THE COURT:  Cross-examination? |
| 09:11:27 | 15 | CROSS-EXAMINATION |
| 09:11:27 | 16 | BY MR. LOMAS: |
| 09:11:31 | 17 | Q.      Hello, Mr. Agaev? |
| 09:11:34 | 18 | A.      Yes. |
| 09:11:35 | 19 | Q.      First, why are you testifying from your car today? |
| 09:11:41 | 20 | A.      Because I've been here for two days, and I have had |
| 09:12:06 | 21 | lots of meetings with people, and there was just no other |
| 09:12:10 | 22 | place where there aren't any people. |
| 09:12:12 | 23 | Q.      You've never met Mr. Fuks in person? |
| 09:12:22 | 24 | A.      No, I -- personally, I have not met him, ever. |
| 09:12:25 | 25 | Q.      And Mr. Fuks never called you or initiated a video |

| | | |
|---|---|---|
| 09:12:30 | 1 | conference with you? |
| 09:12:32 | 2 | A.    No, he personally did not call it.  It was the mayor |
| 09:12:50 | 3 | of Kharkiv who made the calls, his friend. |
| 09:12:54 | 4 | Q.    Did you talk with Mr. Vanetik about your testimony |
| 09:13:00 | 5 | today? |
| 09:13:09 | 6 | A.    No, I didn't.  Initially, he didn't say anything to |
| 09:13:24 | 7 | me.  I found out from Shishkin that they have problems. |
| 09:13:30 | 8 | Q.    Okay.  So, you've had no conversation with Mr. Vanetik |
| 09:13:33 | 9 | about appearing at this trial? |
| 09:13:42 | 10 | A.    Just recently we had a conversation.  We connected |
| 09:13:54 | 11 | through my secretary. |
| 09:13:55 | 12 | Q.    Okay, and did Mr. Vanetik ask you to testify about -- |
| 09:14:02 | 13 | or testify to anything specifically? |
| 09:14:38 | 14 | A.    No, he never told me what to say.  It's just that I |
| 09:14:42 | 15 | knew they were having issues.  So, I said I'm simply going to |
| 09:14:47 | 16 | say what I myself have to say. |
| 09:14:49 | 17 | Q.    And you said you've known Mr. Vanetik for four years? |
| 09:14:54 | 18 | A.    Yes. |
| 09:14:58 | 19 | Q.    Have you been in touch with him over the course of |
| 09:15:01 | 20 | those four years? |
| 09:15:04 | 21 | A.    No. |
| 09:15:10 | 22 | Q.    No?  You've never had any communications between the |
| 09:15:14 | 23 | time of meeting him until recently; is that right? |
| 09:15:25 | 24 | A.    No, no, there wasn't. |
| 09:15:29 | 25 | **MR. LOMAS:**  All right, no further questions. |

09:15:32   1                    **THE COURT:**  Redirect?

09:15:33   2                    **MR. HAMILTON:**  No further questions, Your Honor.

09:15:35   3                    **THE COURT:**  Witness excused?

09:15:36   4                    **MR. HAMILTON:**  Yes.

09:15:37   5                    **THE COURT:**  All right, Mr. Agaev, you are excused,

09:15:40   6   sir.  Thank you.

09:15:45   7                    **THE WITNESS:**  Thank you very much.  Bye-bye.

09:15:56   8                    **THE COURT:**  All right, you may call your next

09:15:57   9   witness.

09:15:58   10                    **MR. HAMILTON:**  Your Honor, the defense rests their

09:16:00   11   case.

09:16:00   12                    **THE COURT:**  All right, are there any lingering

09:16:04   13   exhibits that you haven't moved into evidence.  I'll just

09:16:07   14   give you an opportunity to do that if there are any.

09:16:09   15                    **MR. HAMILTON:**  No, Your Honor.

09:16:11   16                    **THE COURT:**  Okay.  Any rebuttal by the plaintiff?

09:16:15   17                    **MR. LOMAS:**  Yes, Your Honor.  I'd like to call

09:16:18   18   back Mr. Fuks just for a short rebuttal, please.

09:16:21   19                    **THE COURT:**  All right, Mr. Fuks is on video.

09:16:25   20   Again, I remind Mr. Fuks that he is under oath.

09:16:31   21                    **THE WITNESS:**  Yes, Your Honor.

09:16:34   22                    **THE COURT:**  Go ahead, Counsel.

09:16:37   23                    PLAINTIFF, **PAVEL FUKS,** SWORN

09:16:37   24                    DIRECT EXAMINATION (REBUTTAL)

09:16:41   25   BY **MR. LOMAS:**

| | | |
|---|---|---|
| 09:16:42 | 1 | Q.    Mr. Fuks, did you ever ask -- actually, strike that. |
| 09:16:47 | 2 | Why don't I ask you. |
| 09:16:48 | 3 |           You saw the testimony just now from Mr. |
| 09:16:51 | 4 | Agaev.  Did you see him? |
| 09:16:55 | 5 | A.    Yes, I did. |
| 09:16:57 | 6 | Q.    And do you recall or remember having the video |
| 09:17:01 | 7 | conferences that he referenced? |
| 09:17:04 | 8 | A.    No, I have never had any conversations or video |
| 09:17:17 | 9 | conferences with him.  I'm seeing him for the first time in |
| 09:17:20 | 10 | my life. |
| 09:17:22 | 11 | Q.    Mr. Fuks, did you ever ask Mr. Vanetik to consider |
| 09:17:28 | 12 | whether Mr. Kernes, the mayor of Kharkiv, whether he may have |
| 09:17:39 | 13 | claims against the Ukrainian government for human rights |
| 09:17:40 | 14 | violations? |
| 09:17:54 | 15 | A.    No. |
| 09:17:55 | 16 | Q.    Did you ever ask Mr. Vanetik to look into whether Mr. |
| 09:18:01 | 17 | Kernes may have claims against anyone for human rights |
| 09:18:05 | 18 | violations. |
| 09:18:25 | 19 | A.    No, I did not.  It's just that Gennady had asked me to |
| 09:18:41 | 20 | forward some article or some material on human rights that he |
| 09:18:46 | 21 | had asked for. |
| 09:18:47 | 22 | Q.    Okay.  Did you ever engage Mr. Vanetik to work on a |
| 09:18:52 | 23 | human rights projects on behalf Mr. Kerness? |
| 09:19:07 | 24 | A.    No, I did not. |
| 09:19:08 | 25 | Q.    Did you ever engage Odyssey Management to work on a |

09:19:13   1   human rights project on behalf Mr. Kerness?

09:19:29   2   A.      Never.

09:19:30   3   Q.      Did Mr. Vanetik ever provide you with any work product

09:19:35   4   concerning human rights issues?

09:19:47   5   A.      No, never.

09:19:48   6   Q.      Did a gentleman by the name of Erik Rogers ever

09:19:55   7   provide you with any work product concerning human rights

09:19:58   8   issues?

09:20:09   9   A.      No, and I don't know who that is.

09:20:12   10   Q.      Did Odyssey Management ever provide you with any work

09:20:15   11   product concerning human rights issues?

09:20:28   12   A.      No.

09:20:29   13   Q.      Did Mr. Vanetik ever provide you with any work product

09:20:35   14   of any kind relating to Mr. Kerness?

09:20:42   15   A.      No.

09:20:46   16   Q.      Did Erik Rogers ever provide you with any work

09:20:50   17   product?

09:20:51   18   A.      No.

09:20:57   19   Q.      Did Odyssey Management ever provide you with any work

09:21:00   20   product relating to Mr. Kerness?

09:21:04   21   A.      No.

09:21:11   22   Q.      Mr. Fuks, have you ever used the Signal app to send

09:21:16   23   messages to Mr. Vanetik?

09:21:25   24   A.      No.

09:21:25   25   Q.      Have you ever used the Signal app to receive messages

09:21:31  1   from Mr. Vanetik?

09:21:38  2   A.    No.

09:21:39  3   Q.    Mr. Fuks, do you recall Exhibit 1 we talked about the

09:21:43  4   other day with the list of text messages or the transcript of

09:21:49  5   text messages.  Do you recall that exhibit?

09:22:01  6   A.    Yes.

09:22:01  7   Q.    Did you fabricate any of the messages in Exhibit 1

09:22:08  8   that state that they are from Mr. Vanetik?

09:22:18  9   A.    No.

09:22:18  10  Q.    And did you have anyone fabricate any of the messages

09:22:22  11  in Exhibit 1 saying that they were from Mr. Vanetik?

09:22:27  12  A.    No.

09:22:34  13  Q.    Did you or anyone on your behalf fabricate any of the

09:22:39  14  messages in Exhibit 1?

09:22:41  15  A.    No.

09:22:51  16  Q.    Mr. Fuks, when you asked for a refund of the $200,000,

09:22:58  17  did you ask for a refund of any other moneys for anyone else?

09:23:12  18  A.    I don't remember.  Probably not.  He also took 40,000

09:23:37  19  from Khomutynnik for some purpose, I don't recall what.  So,

09:23:45  20  it could be that I asked him about that 40,000, but maybe I

09:23:50  21  didn't.  I just don't remember.

09:23:51  22  Q.    That's fine.  But you -- you said just now that it

09:23:57  23  was -- he also took $40,000 from Vitaliy?

09:24:10  24  A.    Yes, he promised him some separate individual meetings

09:24:19  25  and that some journalists were supposed to write an article

| | | |
|---|---|---|
| 09:24:23 | 1 | about him. |
| 09:24:41 | 2 | (Discussion off the record.) |
| 09:24:44 | 3 | MR. LOMAS:  Sorry, I'm just trying to pull up an |
| 09:24:47 | 4 | exhibit. |
| 09:24:47 | 5 | BY MR. LOMAS: |
| 09:25:04 | 6 | Q.     Mr. Fuks, do you see anything on the screen, Exhibit |
| 09:25:09 | 7 | 1? |
| 09:25:09 | 8 | A.     Yes. |
| 09:25:10 | 9 | Q.     Oh, okay.  Thank you. |
| 09:25:14 | 10 | A.     I see you. |
| 09:25:17 | 11 | Q.     Oh, just me.  But not the exhibit? |
| 09:25:21 | 12 | A.     No. |
| 09:25:26 | 13 | THE COURT:  Give us a moment, Counsel.  I think we |
| 09:25:29 | 14 | need to -- |
| 09:25:32 | 15 | COURT CLERK:  I think it has to connect. |
| 09:25:34 | 16 | MR. LOMAS:  Oh, yes. |
| 09:25:38 | 17 | THE COURT:  All right, Counsel, there you go.  You |
| 09:25:39 | 18 | need to connect. |
| 09:25:40 | 19 | MR. LOMAS:  All right, now it's on.  Yes. |
| 09:25:52 | 20 | (Discussion off the record.) |
| 09:25:52 | 21 | BY MR. LOMAS: |
| 09:26:05 | 22 | Q.     Mr. Fuks, do you now see Exhibit 1 up on the screen? |
| 09:26:11 | 23 | A.     Yes, yes, I do. |
| 09:26:11 | 24 | Q.     And do you see the highlighted portion showing a |
| 09:26:15 | 25 | message dated May 9, 2017? |

| | | |
|---|---|---|
| 09:26:22 | 1 | A.    Yes, I do see it. |
| 09:26:23 | 2 | Q.    Okay, and the $40,000 you referenced, was that for |
| 09:26:30 | 3 | inauguration tickets for Vitaliy's wife? |
| 09:26:41 | 4 | A.    No, this was for -- this was for some -- separate |
| 09:26:57 | 5 | services that he promised for him, including meetings about |
| 09:27:02 | 6 | maybe with congressman and journalists. |
| 09:27:05 | 7 | Q.    And did he not -- did Mr. Vanetik not provide those |
| 09:27:09 | 8 | meetings? |
| 09:27:11 | 9 | A.    No. |
| 09:27:14 | 10 | Q.    Okay.  The evening before the inauguration when you |
| 09:27:23 | 11 | went to the Texas Boots ball, did you know anyone who |
| 09:27:27 | 12 | attended the official inauguration ball? |
| 09:27:36 | 13 | THE INTERPRETER:  I'm sorry, I'm not sure I |
| 09:27:39 | 14 | understood the question. |
| 09:27:40 | 15 | **MR. LOMAS:**  Sure. |
| 09:27:41 | 16 | BY **MR. LOMAS:** |
| 09:27:41 | 17 | Q.    Did you know anyone who, Mr. Fuks, attended the |
| 09:27:45 | 18 | official inaugural ball the night before the inauguration? |
| 09:27:53 | 19 | A.    Of course. |
| 09:27:57 | 20 | Q.    And did they show you pictures of that event? |
| 09:28:05 | 21 | A.    Yes, of course. |
| 09:28:06 | 22 | Q.    And did they describe that event for you? |
| 09:28:10 | 23 | A.    Yes, yes. |
| 09:28:11 | 24 | Q.    And so how did that event compare -- when you saw that |
| 09:28:15 | 25 | event, how did that compare to the Texas Boots event that you |

| | | |
|---|---|---|
| 09:28:20 | 1 | attended that night? |
| 09:28:26 | 2 | A.    Well, it was a different level of events.  The ones |
| 09:28:59 | 3 | that they went to, the President actually attended.  It was I |
| 09:29:04 | 4 | believe maybe at a central train station.  So, when I |
| 09:29:08 | 5 | mentioned where I had been, I got laughed at.  So after a |
| 09:29:12 | 6 | while, I didn't mention it anymore. |
| 09:29:16 | 7 | MR. LOMAS:  No further questions. |
| 09:29:17 | 8 | THE COURT:  Cross-examination? |
| 09:29:18 | 9 | MR. HAMILTON:  No questions of this witness, Your |
| 09:29:21 | 10 | Honor. |
| 09:29:21 | 11 | THE COURT:  All right, I have a few questions. |
| 09:29:27 | 12 | Counsel, I'm going to need your assistance, |
| 09:29:29 | 13 | if you could put Exhibit 1 before your client. |
| 09:29:46 | 14 | All right, Mr. Fuks, I am going to direct you |
| 09:29:49 | 15 | to the first page that I have in English translation. |
| 09:29:57 | 16 | Counsel, if you can direct him to the Russian |
| 09:30:03 | 17 | language equivalent, starting with March the 16th of 2018 -- |
| 09:30:09 | 18 | I'm sorry, March 18 of 2016, near the top of the English |
| 09:30:18 | 19 | language. |
| 09:30:28 | 20 | All right, do you see that, Mr. Fuks, the |
| 09:30:31 | 21 | beginning of the transcription of these text exchanges that |
| 09:30:35 | 22 | you state you had with Mr. Vanetik, March 18 of 2016. |
| 09:30:55 | 23 | THE PLAINTIFF:  Yes. |
| 09:30:56 | 24 | THE COURT:  All right, please just read to |
| 09:30:57 | 25 | yourself March the 18th through, say, March the 23rd, and |

| | | |
|---|---|---|
| 09:31:10 | 1 | then I will ask you some questions. |
| 09:31:15 | 2 | **THE PLAINTIFF:** Can I take the paper version I |
| 09:31:20 | 3 | have? Because I don't see well enough on the monitor. |
| 09:31:24 | 4 | **THE COURT:** Do you have a copy of Exhibit 1 |
| 09:31:28 | 5 | physically in the room there with you? |
| 09:31:30 | 6 | **THE PLAINTIFF:** No, I have to go to another room |
| 09:31:39 | 7 | or maybe this could be enlarged. I just don't see it well |
| 09:31:43 | 8 | enough. A little bit at least. |
| 09:31:46 | 9 | **THE COURT:** All right, well, obviously I need you |
| 09:31:49 | 10 | to be able to see it. |
| 09:31:53 | 11 | **THE PLAINTIFF:** Okay, okay. |
| 09:31:55 | 12 | **THE COURT:** I don't know if we can enlarge it. If |
| 09:31:58 | 13 | that's not possible, then I'm fine with you retrieving a |
| 09:32:01 | 14 | physical copy of the transcript. |
| 09:32:13 | 15 | **THE PLAINTIFF:** I can see already. |
| 09:32:16 | 16 | **THE COURT:** All right, if you can look through the |
| 09:32:18 | 17 | lines that refer to March 18th through March 23rd. |
| 09:32:21 | 18 | **MR. LOMAS:** Could we ask him to let us know when |
| 09:32:34 | 19 | he needs us to scroll down? |
| 09:32:36 | 20 | **THE COURT:** Yes, and if you can let us know, if |
| 09:32:38 | 21 | you need to have the lawyers move the page up so you can |
| 09:32:41 | 22 | continue to read. |
| 09:32:46 | 23 | **THE PLAINTIFF:** Yes. You can move it. Or scroll |
| 09:33:15 | 24 | it. Stop. |
| 09:34:16 | 25 | I've read it. |

09:34:18   1          **THE COURT:**  All right.  So, Mr. Fuks, Mr. Vanetik

09:34:23   2   here says that he sent you an engagement contract to your

09:34:27   3   e-mail address, and you responded that you got it.  What was

09:34:31   4   that engagement contract about?

09:34:35   5          **THE PLAINTIFF:**  I don't actually know.  As you can

09:35:12   6   see here, I had sent Mr. Vanetik the address for Gennady's

09:35:21   7   assistant, Olga Krilemko (phonetically spelled).  I don't

09:35:28   8   remember.  So, he was telling me about -- asking me about

09:35:33   9   various issues.  Is this done?  Is this done?  And I was

09:35:36   10  referring him to Olga.

09:35:39   11         **THE COURT:**  Mr. Vanetik says:  "Engagement K,"

09:35:42   12  which I assume means contract was e-mailed to the G-mail

09:35:49   13  address you provided."

09:36:08   14              You say:  "I got it."  What did you get?

09:36:16   15         **THE PLAINTIFF:**  Yuri had asked me to call him to

09:36:33   16  ask him if they had received some things, and after a while

09:36:38   17  they called me back saying yes.  So, I told Yuri they

09:36:43   18  received it.

09:36:44   19         **THE COURT:**  All right.  But you didn't say "they

09:36:46   20  got it."  You say "I got it," right?

09:36:53   21         **THE PLAINTIFF:**  Where is that?

09:36:55   22         **THE COURT:**  It's at March 20, 2016 at 20:32, the

09:37:02   23  time.

09:37:06   24         **THE PLAINTIFF:**  It says -- it actually says

09:37:10   25  "received" in plural, not "I received."  "They received."

09:37:15  1          **THE COURT:**  I see.  So, in Russian it says:

09:37:22  2  "Received"?  Tell me what it says in Russian?  What's your

09:37:28  3  translation in Russian?  Just tell me in Russian.  I'll have

09:37:32  4  the interpreter translate it.

09:37:38  5          **THE PLAINTIFF:**  Yes:  "Poluchennyy" is plural.  It

09:37:42  6  means "they received."

09:37:48  7          **THE COURT:**  Okay.  So, the English translation

09:37:51  8  here "I got it" is incorrect.

09:37:57  9          **THE PLAINTIFF:**  Yes.  You can see that it says

09:38:03  10  "poluchennyy," plural in Russian.

09:38:05  11          **THE COURT:**  Right.  And can the interpreter

09:38:07  12  confirm that translation for me, please.

09:38:10  13          **THE INTERPRETER:**  Yes, correct.  It would mean

09:38:12  14  "they" plural, more than one person.

09:38:16  15          **THE COURT:**  I see.

09:38:17  16              Further down, and, Mr. Fuks, all I have is

09:38:22  17  the benefit of the English translation, and I am relying on

09:38:25  18  it, okay?  So, you tell me what it says in Russian.  At March

09:38:39  19  21, it states that, Mr. Vanetik says:  "*Hello Pavel, what are*

09:38:49  20  *these documents?*"  In response to some Jpeg attachments

09:39:03  21  above.  And you --

09:39:04  22              Hold on, hold.

09:39:06  23              And you respond, according to the English

09:39:10  24  translation:  "*Human rights report.*"

09:39:20  25              What did you mean by that?

09:39:25  1          **THE PLAINTIFF:**  Gennady had asked me to send some

09:39:48  2  material, an article to Yuri.  It was about Ukraine, it was a

09:39:54  3  report on human rights.  And so I did it, and Yuri had no

09:40:00  4  idea what that was.  He asked me what that was.  And I said:

09:40:10  5  This is a human rights report on Ukraine that Gennady had

09:40:13  6  asked me to forward.

09:40:15  7          **THE COURT:**  So, why were you doing this?  Why are

09:40:19  8  you facilitating this communication between Mr. Vanetik and

09:40:23  9  Gennady Kerness, the mayor?

09:40:35  10          **THE PLAINTIFF:**  We have to know the mayor of

09:40:57  11  Kharkiv.  Because he was flying with me, he was asking me to

09:41:02  12  do these various things for him.  And -- he -- he rarely

09:41:09  13  communicated with anyone directly.  I mean, you have -- you

09:41:13  14  have to know him.  He hardly ever answered his phone.

09:41:17  15          **THE COURT:**  All right, did you have a personal

09:41:19  16  relationship with him?

09:41:22  17          **THE PLAINTIFF:**  Yes, we were friends with him for

09:41:31  18  32 years.  He was my closest friend.

09:41:36  19          **THE COURT:**  I see.  And so he asked you to assist

09:41:38  20  with this?  That he needed in connection with -- whatever

09:41:44  21  allegations were being made against him at the time?

09:42:00  22          **THE PLAINTIFF:**  No, he was communicating with Yuri

09:42:24  23  about these issues.  We wanted to send him to America because

09:42:28  24  there was an attempt on his life, and he became paralyzed.

09:42:41  25  And because Gennady had worked for the Yanukovych government,

| | | |
|---|---|---|
| 09:42:50 | 1 | he ended up under sanctions.  And Yuri had promised him, I |
| 09:43:00 | 2 | believe, things like reinstating the visa or revoking the |
| 09:43:05 | 3 | sanctions.  But as far as I know, none of that happened. |
| 09:43:10 | 4 | THE COURT:  To your knowledge, did Mr. Kerness, |
| 09:43:12 | 5 | the mayor, the former mayor hire Mr. Vanetik to provide |
| 09:43:17 | 6 | consulting services to him? |
| 09:43:29 | 7 | THE PLAINTIFF:  No, as far as it's known to me, |
| 09:43:41 | 8 | Your Honor, they only communicated and spoke about things, |
| 09:43:45 | 9 | but it never got to anything like an actual contract. |
| 09:43:49 | 10 | THE COURT:  And did you ever agree to pay Mr. |
| 09:43:56 | 11 | Vanetik the -- his consulting fees that he would have |
| 09:44:00 | 12 | rendered to Mr. Kerness? |
| 09:44:07 | 13 | THE PLAINTIFF:  No, Your Honor, never. |
| 09:44:19 | 14 | THE COURT:  All right, let me direct you further |
| 09:44:21 | 15 | down in the transcription here.  A couple of days later you |
| 09:44:26 | 16 | go to Rome to meet Mr. Vanetik, correct? |
| 09:44:31 | 17 | THE PLAINTIFF:  Yes.  At Gennady's request, we |
| 09:44:49 | 18 | flew with Gennady.  I took him. |
| 09:44:52 | 19 | THE COURT:  I see.  So, you physically transported |
| 09:44:54 | 20 | Mr. Kerness for this meeting with Mr. Vanetik? |
| 09:44:59 | 21 | THE PLAINTIFF:  I was taking him in my plane |
| 09:45:13 | 22 | because it was problematic for him being a handicapped |
| 09:45:19 | 23 | person.  He needed special equipment. |
| 09:45:20 | 24 | THE COURT:  And your plane has that equipment? |
| 09:45:26 | 25 | THE PLAINTIFF:  No, but it fits in there, and |

09:45:36   1   there were attachments points for it.  So we knew how to do

09:45:42   2   it.

09:45:43   3        THE COURT:  All right.  So, you made your personal

09:45:48   4   airplane jet available to Mayor Kernes for this trip to Rome?

09:46:03   5        THE PLAINTIFF:  Yes.  I had also taken my friend

09:46:07   6   to hospitals both in Israel and Germany when he needed

09:46:15   7   operation.

09:46:15   8        THE COURT:  When you say "my friend," you mean

09:46:17   9   Mr. Kerness?

09:46:19  10        THE PLAINTIFF:  Yes.

09:46:22  11        THE COURT:  To your knowledge did Mr. Kerness meet

09:46:25  12   with Mr. Vanetik in Rome?

09:46:33  13        THE PLAINTIFF:  Yes, we all together had dinner at

09:46:36  14   a restaurant.

09:46:39  15        THE COURT:  And what was discussed during this

09:46:41  16   meeting at the restaurant in Rome?

09:47:16  17        THE PLAINTIFF:  I may not recall everything, but

09:47:18  18   they were talking about the problems of the City of Kharkiv

09:47:22  19   and America, and he was asking about having the sanctions

09:47:28  20   lifted, then he was asking about the documents that Yuri had,

09:47:33  21   and then later he wanted to send various things, and so I was

09:47:40  22   facilitating that communication.

09:47:47  23        THE COURT:  Okay.  How long would you say that

09:47:49  24   meeting in Rome lasted?

09:47:52  25        THE PLAINTIFF:  It was -- it wasn't any longer

09:48:08  1   than two hours because Gennady was having some phantom [SIC]

09:48:15  2   pains, and he was taking medication, so after a while he

09:48:18  3   would simply fall asleep.  So it wouldn't have been longer

09:48:22  4   than a couple of hours.

09:48:24  5        THE COURT:  And I think you testified that Mr.

09:48:28  6   Kerness was in a wheelchair; is that right?

09:48:32  7        THE PLAINTIFF:  Yes.

09:48:33  8        THE COURT:  And that's because he had been shot in

09:48:37  9   Ukraine?

09:48:41  10        THE PLAINTIFF:  Yes.

09:48:42  11        THE COURT:  All right, did you and Mr. Kerness

09:48:47  12   have any other meetings with Mr. Vanetik in Rome during this

09:48:53  13   visit?

09:49:11  14        THE PLAINTIFF:  You know, I believe that I met

09:49:14  15   with him, I and my wife, the three of us but maybe not

09:49:18  16   Gennady.  So, I don't recall that.

09:49:18  17        THE COURT:  Your wife accompanied you on the trip?

09:49:24  18        THE PLAINTIFF:  Yes.

09:49:25  19        THE COURT:  Anyone else?

09:49:28  20        THE PLAINTIFF:  There was also Gennady's security

09:49:35  21   guard.  And there was some other guy named Yuri.  I do not

09:49:44  22   know him.  I only saw him one time.

09:49:46  23        THE COURT:  Is that someone who accompanied you?

09:49:51  24        THE PLAINTIFF:  Gennady asked to take him with

09:50:00  25   him.

09:50:00 1    THE COURT:  The --

09:50:04 2    THE PLAINTIFF:  I also paid for accommodations.  I

09:50:13 3 paid for Vanetik's hotel and for this guy Yuri also.

09:50:20 4    THE COURT:  And who attend the dinner on behalf of

09:50:25 5 Mr. Kerness other than you and Mr. Kerness?

09:50:46 6    THE PLAINTIFF:  I believe my wife was there and

09:50:49 7 security, and also the guy, Yuri.  In other words, everyone

09:50:52 8 who flew was there.

09:50:56 9    THE COURT:  All right, tell me what happened at

09:51:01 10 the second meeting that you had with Mr. Vanetik and your

09:51:06 11 wife in Rome.

09:51:14 12    THE PLAINTIFF:  We simply walked around the city

09:51:38 13 center.  We had some coffee, and we were having a

09:51:41 14 conversation among other things about fancy wines and various

09:51:47 15 expensive things like crocodile shoes.  So, we walked around

09:51:52 16 basically having a conversation about not much at all.

09:51:55 17    THE COURT:  All right.  Was anything substantive

09:51:58 18 discussed regarding Mr. Kerness or Mr. Kerness's needs?

09:52:06 19    THE PLAINTIFF:  I can't recall exactly, Your

09:52:14 20 Honor.  I do recall that Gennady made Yuri the present of a

09:52:32 21 dog, because Gennady had lots of dogs, so he gave him, I

09:52:37 22 believe, a German Shepherd.

09:52:42 23    THE COURT:  Is that later or during this Rome

09:52:47 24 trip?

09:52:48 25    THE PLAINTIFF:  It simply might have been the

| | | |
|---|---|---|
| 09:53:05 | 1 | subject of discussion, and then later it was given -- somehow |
| 09:53:11 | 2 | given to Yuri. |
| 09:53:32 | 3 | THE COURT:  All right, thank you. |
| 09:53:34 | 4 | If counsel could assist, please, to April the |
| 09:53:38 | 5 | 6th of 2016.  If you can please look at the April 6, April 7, |
| 09:53:59 | 6 | 2016 text messages. |
| 09:54:11 | 7 | THE PLAINTIFF:  I'm sorry, can you say again, |
| 09:54:13 | 8 | please? |
| 09:54:15 | 9 | THE COURT:  Yes, I'm going to direct you to April |
| 09:54:18 | 10 | the 6th of 2016. |
| 09:54:25 | 11 | THE PLAINTIFF:  Yes, I do see it. |
| 09:54:27 | 12 | THE COURT:  All right, if you could just read |
| 09:54:28 | 13 | those to yourself, through April 7 on the text. |
| 09:54:35 | 14 | THE PLAINTIFF:  Yes. |
| 09:54:35 | 15 | THE COURT:  All right, the English translation |
| 09:54:37 | 16 | says that Mr. Vanetik says to you:  "*Have not received* |
| 09:54:44 | 17 | *anything from his lawyers yet.*"  And you reply:  "*I'll say it* |
| 09:54:53 | 18 | *again.  He said that he is preparing documents for you.*" |
| 09:54:58 | 19 | Assuming that is an accurate translation, what did that mean |
| 09:55:04 | 20 | to you? |
| 09:55:18 | 21 | THE PLAINTIFF:  This was about that Olga that he |
| 09:55:31 | 22 | was communicating with, and they constantly were suffering |
| 09:55:34 | 23 | from some kind of a disconnect.  So, Gennady would |
| 09:55:40 | 24 | periodically ask me to check about it. |
| 09:55:45 | 25 | THE COURT:  When it says "his lawyers," is that a |

| | | |
|---|---|---|
| 09:55:47 | 1 | reference to Mr. Kerness's lawyers? |
| 09:55:56 | 2 | THE PLAINTIFF:  Mr. Kerness. |
| 09:55:57 | 3 | THE COURT:  And when you said that he said that he |
| 09:56:00 | 4 | is preparing documents for you, are you referring to |
| 09:56:02 | 5 | Mr. Kerness? |
| 09:56:08 | 6 | THE PLAINTIFF:  Yes.  Being a rather typical |
| 09:56:33 | 7 | bureaucrat, you know, you have to bug him and call him ten |
| 09:56:39 | 8 | times for something to happen.  So, maybe that's part of the |
| 09:56:44 | 9 | reason all this was happening. |
| 09:57:03 | 10 | THE COURT:  All right.  And then directing you to |
| 09:57:05 | 11 | April 12, 2016, if you could look at those couple of |
| 09:57:13 | 12 | messages. |
| 09:57:20 | 13 | THE PLAINTIFF:  Yes.  Could I have the -- the |
| 09:57:27 | 14 | English bit translated for me? |
| 09:57:34 | 15 | THE COURT:  All right, I'll ask the interpreter -- |
| 09:57:36 | 16 | You're referring to Mr. Vanetik's words in |
| 09:57:38 | 17 | English? |
| 09:57:51 | 18 | (Interpreter translating into Russian.) |
| 09:58:14 | 19 | THE PLAINTIFF:  Well, yes, quite possible, they |
| 09:58:16 | 20 | simply were notifying me of these things. |
| 09:58:19 | 21 | THE COURT:  All right.  So, just for the record, |
| 09:58:20 | 22 | the interpreter translated the English words attributed to |
| 09:58:25 | 23 | Mr. Vanetik to the witness? |
| 09:58:27 | 24 | THE INTERPRETER:  Yes. |
| 09:58:30 | 25 | THE COURT:  All right.  So, when it says here: |

09:58:34  1    "*Finishing up strategy memo for Gennady*," is that -- did you

09:58:39  2    understand that to be for Mr. Kerness?

09:58:47  3              **THE PLAINTIFF:**  Yes.

09:58:48  4         **THE COURT:**  All right, did you ever receive such a

09:58:50  5    strategy memo?

09:58:57  6              **THE PLAINTIFF:**  No.

09:58:58  7         **THE COURT:**  Did you review a strategy memo from

09:59:01  8    Mr. Vanetik that was intended for Mr. Kerness?

09:59:17  9         **THE PLAINTIFF:**  Your Honor, I don't remember for

09:59:20  10   sure, but I do not think so.  But I don't -- I don't really

09:59:32  11   know what this would have been about, so, it didn't really

09:59:37  12   involve me.  So I doubt I would have needed it.

09:59:41  13        **THE COURT:**  All right, and further down on April

09:59:43  14   the 18th, 2016.

09:59:46  15             And if the interpreter needs to translate Mr.

09:59:49  16   Vanetik's English, go ahead and do that.

10:00:00  17             (THE INTERPRETER TRANSLATING IN RUSSIAN)

10:00:30  18        **THE PLAINTIFF:**  Yes.

10:00:31  19        **THE COURT:**  All right, my question to you is:  Did

10:00:34  20   you have a discussion with Mr. Vanetik about the costs of the

10:00:37  21   project?

10:00:55  22        **THE PLAINTIFF:**  They were having correspondence,

10:00:58  23   and Gennady would ask me:  Why don't you ask Yuri how much

10:01:02  24   this will cost.  So I would ask Yuri how much it would cost,

10:01:06  25   and he would answer.

10:01:08  1          **THE COURT:**  All right, and did you pass that

10:01:10  2   information along to Mr. Kerness?

10:01:14  3          **THE PLAINTIFF:**  Yes.  Apparently so.

10:01:19  4          **THE COURT:**  And, again, did you agree to pay any

10:01:22  5   of these costs?

10:01:27  6          **THE PLAINTIFF:**  Never.  Look, I'm even saying

10:01:45  7   here:  "*Call Gennady back.*"  So, because this was really

10:01:50  8   their business.

10:01:52  9          **THE COURT:**  "Their business" meaning Mr. Vanetik

10:01:55  10  and Mr. Kerness's?

10:02:01  11         **THE PLAINTIFF:**  Yes, they were having a

10:02:10  12  correspondence about some services that Mr. Vanetik

10:02:16  13  apparently wanted to sell to Mr. Kerness, but I don't believe

10:02:20  14  anything happened there.

10:02:31  15         **THE COURT:**  Turning to the inauguration, you told

10:02:35  16  us that you traveled to the inauguration with your friend and

10:02:47  17  his wife.

10:02:57  18         **THE PLAINTIFF:**  Yes.

10:03:01  19         **THE COURT:**  Did you understand that your friend's

10:03:03  20  wife would also attend inauguration events?

10:03:18  21         **THE PLAINTIFF:**  No.  There were a few events for

10:03:31  22  which Vitaliy said that he would need four tickets.  In other

10:03:34  23  words, there were some very important ones that he would

10:03:38  24  attend by himself and a few specific ones that his wife was

10:03:41  25  also supposed to go to.

10:03:43  1          THE COURT:  I see.  And you would be attending all

10:03:46  2  of the events with Mr. Vitaliy; is that right?

10:03:53  3          THE PLAINTIFF:  Yes.

10:03:55  4          THE COURT:  So, let me direct you to November the

10:03:58  5  18th of 2016.  If you could just look at that text message.

10:04:41  6              Hold on.  I haven't asked you anything yet.

10:04:45  7          THE INTERPRETER:  He was saying "can you translate

10:04:49  8  it for me?"

10:04:52  9          THE COURT:  Mr. Fuks, what is the extent of your

10:04:54  10  fluency in English?

10:04:59  11          THE PLAINTIFF:  I'm not that proficient in it.

10:05:10  12          THE COURT:  All right.

10:05:11  13          THE PLAINTIFF:  In other words, I could

10:05:15  14  communicate at a restaurant and other casual settings, but if

10:05:21  15  it's a serious subject, that might be difficult for me.

10:05:25  16          THE COURT:  So, when you received these messages

10:05:26  17  from Mr. Vanetik in English, were you able to understand

10:05:30  18  them?

10:05:38  19          THE PLAINTIFF:  Yes, I would use a translator if

10:05:42  20  there was something that wasn't clear to me.

10:05:44  21          THE COURT:  I see.  All right, so, again the

10:05:46  22  interpreter may interpret anything that's in English in the

10:05:50  23  document.

10:05:50  24              And directing the witness again to the

10:05:55  25  November 18, 2016 time period in the transcription.

10:06:16  1          (INTERPRETER TRANSLATING)

10:07:07  2          THE COURT:  My question is:  Why did you only

10:07:10  3  order two tickets if your friend Vitaliy's wife was attending

10:07:13  4  as well?

10:07:37  5          THE PLAINTIFF:  Because they were very expensive,

10:07:40  6  and so Vitaliy decided it wasn't necessary for his wife to

10:07:44  7  attend.

10:07:45  8          THE COURT:  All right.  But there would be some

10:07:48  9  events that she would attend, so you would need additional

10:07:51  10  tickets?

10:08:14  11          THE PLAINTIFF:  No, because this was part of our

10:08:19  12  communication that you can look at.  There were some events

10:08:27  13  where the spouses were invited, so you could simply take your

10:08:32  14  wife to them.

10:08:33  15          THE COURT:  All right, so, directing you to

10:08:34  16  November 30 of 2016, this is -- appears to be a text from Mr.

10:08:42  17  Vanetik in English.  So, if the interpreter could translate

10:08:47  18  all this for the witness, please.

10:08:50  19          (INTERPRETING TRANSLATING)

10:09:05  20          THE PLAINTIFF:  Oh, here, actually it says where

10:09:07  21  there are four tickets.  Those were the events that your

10:09:13  22  spouse was also invited.

10:09:16  23          THE COURT:  All right, that was going to be my

10:09:18  24  question.

10:09:24  25          All right, I don't have anything further.

| | | |
|---|---|---|
| 10:09:26 | 1 | Counsel any further questions for the |
| 10:09:28 | 2 | witness, from the plaintiff? |
| 10:09:30 | 3 | MR. LOMAS:  No, Your Honor, thank you. |
| 10:09:31 | 4 | THE COURT:  Defense? |
| 10:09:32 | 5 | MR. HAMILTON:  No, Your Honor. |
| 10:09:33 | 6 | THE COURT:  All right, so, any other rebuttal |
| 10:09:38 | 7 | evidence the plaintiff wishes to offer? |
| 10:09:41 | 8 | MR. LOMAS:  No, Your Honor. |
| 10:09:42 | 9 | THE COURT:  All right, plaintiff rests. |
| 10:09:44 | 10 | MR. LOMAS:  Yes. |
| 10:09:45 | 11 | THE COURT:  Any surrebuttal by the defense? |
| 10:09:47 | 12 | MR. HAMILTON:  No, Your Honor. |
| 10:09:48 | 13 | THE COURT:  All right, prepared to argue?  Do you |
| 10:09:51 | 14 | need a break. |
| 10:09:51 | 15 | MR. LOMAS:  Can we have a break. |
| 10:09:54 | 16 | THE COURT:  We'll be in recess for a few minutes, |
| 10:09:56 | 17 | and then we'll take closing arguments. |
| 10:10:43 | 18 | (Recess taken.) |
| 10:38:41 | 19 | THE COURT:  We are back on the record.  Counsel |
| 10:38:45 | 20 | are present. |
| 10:38:48 | 21 | All right, ready to proceed with closing |
| 10:38:50 | 22 | arguments? |
| 10:38:51 | 23 | MR. LOMAS:  Thank you, Your Honor. |
| 10:38:52 | 24 | THE COURT:  All right, Plaintiff, you may proceed |
| 10:38:56 | 25 | with your opening argument. |

| | |
|---|---|
| 10:39:00 | 1 |
| 10:39:02 | 2 |
| 10:39:07 | 3 |
| 10:39:10 | 4 |
| 10:39:13 | 5 |
| 10:39:15 | 6 |
| 10:39:17 | 7 |
| 10:39:17 | 8 |
| 10:39:19 | 9 |
| 10:39:22 | 10 |
| 10:39:22 | 11 |
| 10:39:22 | 12 |
| 10:39:26 | 13 |
| 10:39:30 | 14 |
| 10:39:35 | 15 |
| 10:39:38 | 16 |
| 10:39:39 | 17 |
| 10:39:44 | 18 |
| 10:39:50 | 19 |
| 10:39:53 | 20 |
| 10:39:59 | 21 |
| 10:39:59 | 22 |
| 10:40:03 | 23 |
| 10:40:07 | 24 |
| 10:40:11 | 25 |

**MR. LOMAS:**  Thank you, Your Honor.

Oh, I'm sorry, the translator asked if he was okay to be dismissed.  I don't think we had any further use that we need from him, but we wanted to check with the Court first.

**THE COURT:**  Right, well, you're done presenting testimony.

**MR. LOMAS:**  Right, exactly.  So, okay.

**THE COURT:**  He's welcome to remain or leave, as he wishes.

(CLOSING ARGUMENT BY PLAINTIFF)

**MR. LOMAS:**  Thank you, Your Honor.

When we started on Tuesday, I said this was a simple case, and despite foreign translation and some of the unusual things that we've heard, it really is a simple case at heart.

The plaintiff, Pavel Fuks, like the rest of the world, was intrigued by the election of Donald Trump to become President of the United States, and just a few months earlier, Mr. Fuks having been introduced to Mr. Yuri Vanetik by his fried, the mayor of Kharkiv, an American who supposedly had political connections in the U.S.

When Trump was elected, Mr. Vanetik told Mr. Fuks that some of his close friends had received major appointment.  Mr. Fuks asked Mr. Vanetik about attending the

| | |
|---|---|
| 10:40:16 | 1 | inauguration, given that relationship. |
| 10:40:18 | 2 | And as shown in Exhibit 1, the text messages |
| 10:40:22 | 3 | that were exchanged between the parties, Mr. Vanetik told Mr. |
| 10:40:26 | 4 | Fuks that for the inauguration, there are guests that get |
| 10:40:31 | 5 | tickets and guests that get VIP treatment.  "*Regular* |
| 10:40:35 | 6 | *attendance is a joke.*" |
| 10:40:36 | 7 | And then Mr. Vanetik went on to say the time |
| 10:40:40 | 8 | to get tickets is in the next five days because the price is |
| 10:40:43 | 9 | going to go up.  Mr. Fuks asked about the price, about the |
| 10:40:47 | 10 | cost, and he said he was ready to buy the very best. |
| 10:40:52 | 11 | Mr. Vanetik went back, said he would go |
| 10:40:54 | 12 | verify the cost, get more information.  He came back, he |
| 10:40:59 | 13 | said: "*Best VIP, 100K per person.  Includes tickets to* |
| 10:41:06 | 14 | *inaugural ball, photo ops most likely,*" and then he talked |
| 10:41:08 | 15 | about levels being below that. |
| 10:41:10 | 16 | But of course he also said:  "*Hotels should* |
| 10:41:13 | 17 | *be booked now and payments handled as soon as possible.*" |
| 10:41:16 | 18 | Mr. Fuks said that he would take two tickets, |
| 10:41:19 | 19 | and he asked when is it and what kind of documents are needed |
| 10:41:22 | 20 | from him.  And Mr. Vanetik responded:  Passports.  He needed |
| 10:41:27 | 21 | his passport and he would send the wire information. |
| 10:41:29 | 22 | Ultimately, the wire request and the wire |
| 10:41:31 | 23 | payment was $100,000, for the two tickets, $200,000 total. |
| 10:41:38 | 24 | That invoice -- excuse me.  He sent wire |
| 10:41:43 | 25 | information for his counsel's trust account, but then |

10:41:46  1    apparently changed his mind about where the money should go.

10:41:49  2                        The next day he sent Mr. Fuks an invoice for

10:41:53  3    the $200,000.  That invoice is Exhibit 2.  It's dated

10:41:57  4    November 19, 2016, the day after the parties were confirming

10:42:01  5    the dollar amount, the tickets, and the fact that the wire

10:42:05  6    had to be sent.

10:42:07  7                        It came from Mr. Vanetik's e-mail address.

10:42:12  8    Mr. Vanetik sent that invoice by e-mail, the e-mail address

10:42:16  9    that he just provided to Mr. Fuks one day earlier.  And Mr.

10:42:20  10   Vanetik also copied an e-mail address, Brittany@Vanetik.com,

10:42:25  11   that he also provided to Mr. Fuks just one day earlier in the

10:42:29  12   conversation about the inauguration tickets.  And you heard

10:42:32  13   Mr. Fuks testify, he had one of his companies pay the

10:42:36  14   $200,000 on his behalf.

10:42:37  15                        Mr. Fuks having paid $200,000 for these

10:42:41  16   tickets now started asking for, pressing for details and the

10:42:48  17   schedule.  And in November 29, Mr. Vanetik told him that

10:42:52  18   everything was done.  "I *now have what seems to be the final*

10:42:56  19   *layout.  There are few nuances to go over.  Let's chat a*

10:43:01  20   *little later.*"  And he identified the following events.

10:43:04  21                        Could you put that on the screen, by the way,

10:43:06  22   that section?

10:43:08  23                        That we saw earlier, that actually Your Honor

10:43:12  24   pointed out on November 30th, to Mr. Fuks just a little bit

10:43:15  25   ago.  The list of event included:  Cabinet dinner to which he

10:43:23  1    was getting two tickets, victory reception for which he was

10:43:26  2    going to be getting four tickets, the inaugural concert and

10:43:30  3    fireworks, four ticks; parade, four VIP tickets; inaugural

10:43:36  4    ball; premier access, two tickets; and presidential swearing

10:43:41  5    in ceremony, two tickets.

10:43:44  6                   And Mr. Vanetik confirmed:  "*This is the VIP

10:43:47  7    package that we bought*."

10:43:50  8                   Mr. Fuks had questions.  Somebody had told

10:43:53  9    him that the seats were bad, as you see in the messages, and

10:43:58  10   Mr. Vanetik assured him that the seats were not bad and told

10:44:01  11   Mr. Fuks:  "*At this point you are getting the $250,000

10:44:07  12   package*."

10:44:07  13                  And that's consistent with Exhibit 20 that we

10:44:10  14   saw, which is the presidential inauguration committee's own

10:44:15  15   publication of the inauguration packages.  And what Mr.

10:44:18  16   Vanetik told Mr. Fuks on that day that he had purchased was

10:44:21  17   right from the $250,000 underwriter package benefits, I think

10:44:26  18   it was the third page of that exhibit, the one that has the

10:44:30  19   blue -- the blue coloring.

10:44:33  20                  Mr. Vanetik later offered all sorts of other

10:44:36  21   events, and Mr. Fuks passed on those, sticking with the

10:44:40  22   original item that he had paid for and purchased.

10:44:44  23                  Mr. Fuks continually asked Mr. Vanetik for

10:44:46  24   the schedule; but Mr. Vanetik, as you see in the messages,

10:44:49  25   delayed and delayed.

10:44:51  1          Finally, on January 17, just three days

10:44:56  2   before the inauguration, Mr. Fuks is still asking Mr. Vanetik

10:45:00  3   for a schedule.  Mr. Vanetik says in the text messages, he

10:45:07  4   was still waiting on the schedule.  But he asked Mr. Fuks

10:45:09  5   when he would be arriving.  And Mr. Fuks told him 1:00 p.m.,

10:45:16  6   January 19, the day before the inauguration.  And Mr. Vanetik

10:45:20  7   had no problem with that.  He said good.  There was a red

10:45:23  8   carpet event that night.

10:45:25  9          And of course the red carpet event that night

10:45:28  10  was the inaugural ball.  Mr. Vanetik had sold Mr. Fuks two

10:45:33  11  premier access tickets to that event, but he never gave those

10:45:40  12  tickets to Mr. Fuks; instead, he substituted the Texas Black

10:45:46  13  Tie and Boots ball, a 2500-dollars per ticket event.

10:45:50  14          Mr. Vanetik also failed to provide Mr. Fuks

10:45:53  15  with the tickets to the inaugural concert and fireworks, the

10:45:55  16  VIP tickets to the parade, the tickets to the swearing in

10:45:59  17  ceremony.

10:46:00  18          Each of those events and the inaugural ball

10:46:03  19  were on January 19 and January 20, while Mr. Fuks was in

10:46:07  20  Washington, D.C., but without the tickets he had purchased

10:46:10  21  from Mr. Vanetik, Mr. Fuks was unable to attend any of these

10:46:19  22  events.

10:46:19  23          Both Mr. Vanetik and Mr. Fuks acknowledge --

10:46:23  24  Mr. Vanetik testified and Mr. Fuks acknowledges that he was

10:46:25  25  angry when this happened.  He was made out to be a fool in

| | |
|---|---|
| 10:46:29 | 1 |
| 10:46:32 | 2 |
| 10:46:36 | 3 |
| 10:46:39 | 4 |
| 10:46:42 | 5 |
| 10:46:42 | 6 |
| 10:46:47 | 7 |

1  front of his friends when he was not able to attend the

2  promised events, and he asked for his money back.  And Mr.

3  Vanetik started blaming others.  Mr. Fuks said he would send

4  his lawyers after those others, and he asked Mr. Vanetik to

5  provide the receipts and documents that showed the various

6  payments that he had made for these tickets and the

7  arrangements he had made.  Mr. Vanetik never provided them.

8       The history of the correspondence between Mr.

9  Fuks and Mr. Vanetik is in Exhibit 1, comes right from --

10  it's the export of the text files that were exchanged between

11  the two individuals between March 2016 all the way through

12  into 2017.

13       There is an offer from the defendant to

14  provide the best VIP tickets for 100,000 each.  There is an

15  acceptance by the plaintiff by his confirmation that he would

16  take two.

17       There is performance by the plaintiff by

18  paying the $200,000 total price for the two tickets.  But

19  then there was a breach and no performance by Mr. Vanetik.

20       Mr. Fuks suffered the $200,000 damages, the

21  price that he paid for the best VIP ticket package.

22       And with respect to fraud and

23  misrepresentation, we heard Mr. Vanetik testify that he knew

24  foreigners were not allowed to purchase tickets to these

25  inauguration events, yet he sold them to Mr. Fuks anyway.

10:47:57  1    So, he misrepresented the facts that Mr. Fuks

10:48:00  2  could obtain these tickets or had access to these tickets,

10:48:03  3  and he took the money from Mr. Fuks anyway.

10:48:06  4    Mr. Fuks was relying on Mr. Vanetik, as the

10:48:09  5  American with the political connections, to give him the

10:48:12  6  information about these events.

10:48:15  7    Obviously, we heard a very different story

10:48:22  8  from Mr. Vanetik, and Mr. Vanetik claimed that there are all

10:48:27  9  these e-mails and other WhatsApp messages, Signal messages

10:48:34  10  and other communications that he exchanged with Mr. Fuks that

10:48:37  11  support his story.

10:48:39  12    He claims that he sent Mr. Fuks multiple

10:48:41  13  draft agreements.  He claims he sent Mr. Fuks multiple draft

10:48:47  14  inauguration schedules.  He claims that Mr. Fuks e-mailed or

10:48:50  15  messaged him this alleged signed consulting agreement, that's

10:48:54  16  Exhibit 10.  He claims that he sent Mr. Fuks e-mails and

10:49:00  17  messages regarding work product that he was providing for Mr.

10:49:04  18  Fuks relating to Mr. Kerness.  He claimed he sent Mr. Fuks

10:49:07  19  messages about settling overdue amounts with Odyssey

10:49:12  20  Management before he would help Mr. Fuks with the

10:49:13  21  inauguration.

10:49:14  22    But we saw none of these, none of these

10:49:17  23  e-mails, none of these texts, none of these drafts.  None of

10:49:21  24  it.

10:49:22  25    On the other hand, Mr. Fuks exported the

10:49:24  1   entire history of the two parties' WhatsApp chat history.

10:49:29  2   And that's Exhibit 1.

10:49:30  3              There is good, bad and ugly in there.   There

10:49:33  4   is the beginning -- right at the beginning of the same

10:49:37  5   messages that Mr. Vanetik put in as an exhibit in this case,

10:49:40  6   Exhibit 13.

10:49:41  7              There are some pretty horrible jokes,

10:49:45  8   supposed jokes in that stream of messages.  Mr. Fuks didn't

10:49:51  9   censor anything.  He provided the whole, entire history.

10:49:55  10             On page 18 of Exhibit 1, we heard earlier

10:49:58  11  today about the German Shepherd that Mr. Kerness gave to Mr.

10:50:03  12  Vanetik, and on page 18 of Exhibit 1, you'll see the text

10:50:07  13  messages about Mr. Vanetik sitting next to the German

10:50:11  14  Shepherd.  They're all there.

10:50:15  15             Mr. Vanetik could have but he didn't provide

10:50:17  16  an export of his WhatsApp messages with Mr. Fuks.  Mr.

10:50:19  17  Vanetik could have but didn't provide any of the e-mails he

10:50:23  18  claimed to have exchanged with Mr. Fuks.

10:50:26  19             We heard him first blame that he couldn't

10:50:29  20  provide these documents because the FBI had his phone, but

10:50:33  21  then he admitted a little later that that was only in 2017

10:50:36  22  for a few weeks.  This case wasn't filed until 2019.

10:50:40  23             Then he tried to hide behind Odyssey

10:50:43  24  Management LLC and said that they weren't a party, and there

10:50:46  25  was no subpoena to Odyssey Management.  But he confirmed that

10:50:50  1    he was a member of that LLC, and his own witness, Erick

10:50:54  2    Rogers testified that Mr. Vanetik ran Odyssey.

10:50:59  3              He relies on two documents, primarily.  One

10:51:09  4    is the alleged consulting contract that he says is between

10:51:12  5    him and Mr. Fuks.  That's Exhibit 10.

10:51:20  6              That agreement or purported agreement is

10:51:24  7    dated September 21, 2016.  There is no explanation for that

10:51:28  8    date.  The messages that the parties exchanged about supposed

10:51:32  9    work that was being done on Mr. Kerness's behalf were in

10:51:38 10    March and April.  We heard nothing from why [SIC] there was

10:51:42 11    an agreement of September 21st, 2016.

10:51:46 12              In Section 1.2, there is a list of duties,

10:51:51 13    and the duties are talking about providing work for clients

10:51:57 14    and client's businesses, "client" being Mr. Fuks, and there

10:52:01 15    was no work done for Mr. Fuks's businesses.  There is no

10:52:05 16    mention Mr. Kerness or anything to do with the mayor of

10:52:12 17    Kharkiv in this document.

10:52:13 18              In 1.3 the compensation is listed $250,000

10:52:19 19    and then $50,000 a month thereafter.

10:52:24 20              The invoice, the only invoice that we've seen

10:52:26 21    in this case is for $200,000, not $250,000.  It's dated

10:52:33 22    November 19, 2016, when Mr. Fuks and Vanetik were discussing

10:52:38 23    the payment for the inauguration tickets, not September 20,

10:52:44 24    21st or not anytime around September 21st when this exhibit

10:52:48 25    was dated -- excuse me -- this agreement was dated.

10:52:51  1          Mr. Fuks testified that -- excuse me.

10:52:58  2          Mr. Vanetik testified that Mr. Fuks owed him

10:53:01  3  money, and he required Mr. Fuks to pay that money before he

10:53:05  4  gave him inaugural tickets.  But there was no documentary

10:53:08  5  support of any of that.  And the amount that he says he paid

10:53:11  6  or that he was asking that he owed is 200,000, which doesn't

10:53:15  7  match the amount in the agreement.

10:53:17  8          So, again, all -- the entire history of the

10:53:23  9  parties' messages and exchanges is in this Exhibit 1.  The

10:53:30  10  invoice lines up with the date of the $200,000 that was owed

10:53:34  11  for the -- for the tickets.  Mr. Fuks paid that amount.  He

10:53:39  12  did not receive access to any of these events, and so we ask

10:53:43  13  for the Court to find in favor of the plaintiff, Mr. Fuks, on

10:53:47  14  his claims and award him the $200,000 in damages of his price

10:53:54  15  that he paid for the tickets he did not receive.

10:53:56  16          Thank you, Your Honor.

10:53:57  17          THE COURT:  All right, and just to clarify,

10:53:59  18  Counsel, you're just asking for that amount, for the

10:54:03  19  incidentals --

10:54:04  20          MR. LOMAS:  They're waived, because -- that's

10:54:06  21  fine.  We'll just ask for the $200,000.

10:54:09  22          THE COURT:  All right, very well, thank you.

10:54:12  23          MR. LOMAS:  Thank you, Your Honor.

10:54:13  24          THE COURT:  All right, Mr. Hamilton, on behalf of

10:54:16  25  the defendant, you may argue.

|          |    |                                                                     |
|----------|----|---------------------------------------------------------------------|
| 10:54:16 | 1  | (CLOSING ARGUMENTS BY DEFENSE)                                       |
| 10:54:42 | 2  | **MR. HAMILTON:**  First, Your Honor, my client and I               |
| 10:54:45 | 3  | and I assume my esteemed counsel, Mr. Lomas and Mr. Ashby and       |
| 10:54:49 | 4  | their client would like to thank the Court and everyone in          |
| 10:54:52 | 5  | the court for their hospitality, allowing us to come in this        |
| 10:54:58 | 6  | week and try and settle disputes between our clients.               |
| 10:55:04 | 7  | Personally, I haven't been in a courthouse                          |
| 10:55:06 | 8  | for 18 months.  I haven't tried a case in 18 months.  I know        |
| 10:55:10 | 9  | I've made some mistakes, and, you know, hopefully we'll keep        |
| 10:55:16 | 10 | moving forward, and we'll go back to what it was, and              |
| 10:55:19 | 11 | everyone will be safe and protected.  So, thank you.                |
| 10:55:27 | 12 | Your Honor, this case comes down do                                 |
| 10:55:29 | 13 | credibility.  The plaintiff only had one individual that put       |
| 10:55:32 | 14 | all the evidence in, and his name is Pavel Fuks.  And what do      |
| 10:55:39 | 15 | we know about Mr. Fuks?  We know he's banned from coming into      |
| 10:55:44 | 16 | the U.S. for five years.  He admitted that.  Had no                 |
| 10:55:48 | 17 | explanation for it.                                                  |
| 10:55:50 | 18 | We know -- he admitted his country just                             |
| 10:55:52 | 19 | seized all of his assets and seized all his businesses.  He        |
| 10:55:59 | 20 | had really no explanation for that.  He admitted at one time       |
| 10:56:04 | 21 | there was a Russian arrest warrant out for him.  He admitted       |
| 10:56:08 | 22 | at one time he was not allowed to go to Mexico.                     |
| 10:56:14 | 23 | You know, I submit to you --                                        |
| 10:56:17 | 24 | Well, also he never could fully explain what                        |
| 10:56:22 | 25 | was going on on the trip to meet Mr. Vanetik in Rome, and he       |

10:56:29  1    would try and put it off on the mayor and say that was

10:56:32  2    between Yuri and the mayor, but later he admitted that that

10:56:37  3    was his best friend.  But he would never explain to us and

10:56:41  4    would never agree that there was some consulting contract or

10:56:45  5    something that Mr. Vanetik was going to do for the Mayor

10:56:51  6    Kerness, Gennady Kerness.

10:56:56  7              I believe the evidence shows that, you know,

10:57:00  8    there was something done.  Mr. Rogers testified, Mr. Vanetik

10:57:06  9    testified that there was work done, there was communications.

10:57:12  10             The earlier, March, where you were asking

10:57:15  11   earlier where he's saying:  Did you get the contract?  Mr.

10:57:20  12   Fuks says:  Well, that was something else I didn't want to be

10:57:23  13   a part of, and even though Mr. Kerness is my best friend, I

10:57:28  14   had no idea what Mr. Vanetik and he were doing together.

10:57:31  15             Mr. Vanetik testified that that was the

10:57:34  16   actual contract that is Exhibit 10.  It was eventually

10:57:40  17   modified.  There was a promise in there to pay 250, and the

10:57:48  18   contract is between Odyssey and Mr. Fuks.

10:57:53  19             And if you look at the facts in this case,

10:57:56  20   there has never been a contract between Mr. Fuks and

10:58:02  21   Mr. Vanetik.  Counsel just argued that there possibly could

10:58:07  22   have been an oral contract based on some of the statements in

10:58:13  23   the e-mails, but unfortunately this case was filed in 2019,

10:58:20  24   those texts were over two years before this case was filed,

10:58:26  25   and they're all banned by the statute of limitations.

| | | |
|---|---|---|
| 10:58:30 | 1 | So, I would say that the -- |
| 10:58:36 | 2 | If we look at the causes of action that Mr. |
| 10:58:43 | 3 | Fuks has the burden of proof, first there was no breach of |
| 10:58:50 | 4 | contract.  As I said, there is nothing written between he and |
| 10:58:55 | 5 | Mr. Vanetik, and the only written contract, and I know they |
| 10:58:58 | 6 | dispute it, is between Odyssey and Mr. Fuks. |
| 10:59:03 | 7 | Second, conversion.  The money went to |
| 10:59:09 | 8 | Odyssey.  The burden -- |
| 10:59:12 | 9 | And we admit Mr. Vanetik was some kind of |
| 10:59:15 | 10 | partner over there, there were three of them.  That's the |
| 10:59:18 | 11 | testimony, undisputed testimony, but there is no evidence |
| 10:59:23 | 12 | that Mr. Vanetik got any of the money that BEM sent to |
| 10:59:30 | 13 | Odyssey.  So, Odyssey is not a defendant here, and the money |
| 10:59:34 | 14 | that Mr. Fuks is seeking here, the $200,000, went to Odyssey |
| 10:59:41 | 15 | which they've never pierced the corporate veil or anything |
| 10:59:46 | 16 | like that or explained what it is, just that Mr. Vanetik was |
| 10:59:48 | 17 | a party to it.  And there is no evidence in this record that |
| 10:59:53 | 18 | Mr. Vanetik got any of the money. |
| 10:59:55 | 19 | Similarly, with unjust enrichment, once |
| 11:00:02 | 20 | again, and I'm not going to keep repeating the same argument, |
| 11:00:05 | 21 | you can see where I'm going, the money goes from BEM who had |
| 11:00:10 | 22 | no evidence besides Mr. Fuks's self-serving claim that he |
| 11:00:15 | 23 | owned it, he owned a British Virginia Isle company that sold |
| 11:00:26 | 24 | real estate in the Ukraine, and that's who sent the money. |
| 11:00:30 | 25 | That's the only testimony that that was his |

11:00:33   1   money, but it really is BEM's money under the law.  But as

11:00:37   2   far as unjust enrichment, there is no evidence that Mr.

11:00:40   3   Vanetik received anything.  The money went over to Odyssey,

11:00:45   4   and the burden is on the plaintiff, it's not on the

11:00:52   5   defendant.

11:00:54   6              Finally, as far as unfair business practice

11:00:58   7   and whatnot, we maintain that we did not --

11:01:05   8              I believe, Exhibit 9 went to Mr. Fuks, and he

11:01:15   9   did attend several events where he could see prominent

11:01:19   10   Republicans from Texas and California, certainly got the

11:01:23   11   chance to meet Mr. Royce here and -- Congressman McCarthy and

11:01:31   12   Congressman Royce.  But he didn't get what he wanted, and

11:01:38   13   it's obvious that what he wanted was a picture with Donald

11:01:42   14   Trump.  And his friends did that at the other inaugural, and

11:01:45   15   Mr. Vanetik has explained to him that there were some events

11:01:50   16   he could not attend as a foreigner.

11:01:53   17              And when he did not get that, the facts show,

11:01:56   18   he didn't want to stay for anything else.  He just packed up

11:02:00   19   and left, went skiing in Mr. Khomutynnik's private plane over

11:02:13   20   in Colorado.  So, you know, there was the program there, and

11:02:15   21   it did cost money, and he had on intention of staying once he

11:02:21   22   didn't get that picture with Donald Trump.

11:02:23   23              Now, later on we have evidence, and it was

11:02:27   24   kind of unique.  I've never had a witness testify out of a

11:02:31   25   back of a car and did not expect that today.  I thought it

11:02:35  1   was going to be a hotel room.  But we have Mr. Agaev testify

11:02:46  2   that he did have two conversations with Mr. Fuks, and Mr.

11:02:52  3   Fuks blamed my client for losing his visa, because he lost

11:02:55  4   his visa soon after he was with my client, my client

11:03:01  5   testified that the FBI contacted him and got his cell phone.

11:03:08  6   And to this day, he blames my client for that, and my client

11:03:10  7   had nothing to do with it.  The fact that Mr. Fuks could not

11:03:11  8   fly over here and be here and testify is something Mr. Fuks

11:03:15  9   did, not what my client did.

11:03:18  10          So, if you look at all his causes of action

11:03:25  11  that are laid out, he simply can't prove it.  He simply wants

11:03:31  12  BEM -- well, he hasn't proved that he even owns BEM or what

11:03:35  13  it is -- sends the money to Odyssey, and Odyssey, there's

11:03:38  14  three partners.  He can never claim that my client ever got

11:03:42  15  the money or anything like that.  He never made Odyssey a

11:03:47  16  defendant in this action or tried to pierce the corporate

11:03:52  17  veil.  There's all kinds of wild allegations over Odyssey in

11:03:56  18  the complaint, and we had Mr. Rogers say it was legit, three

11:04:03  19  partners were working, it was a consulting business, but it

11:04:07  20  never happened, and the money came from BEM.

11:04:09  21          He makes it up there and say:  Well, BEM is

11:04:12  22  my company, but there is no evidence in the record.  And

11:04:15  23  usually the entity that sends the money is the plaintiff

11:04:21  24  seeking to get the money back.

11:04:22  25          So, at the end, Your Honor, we ask that you

11:04:28  1    return the only just result in this case, and that would be a

11:04:36  2    decision in favor of my client.

11:04:38  3              Thank you.

11:04:39  4         **THE COURT:**  All right, thank you, Counsel.

11:04:41  5              Mr. Lomas, if you wish, you may make a final

11:04:47  6    closing argument.

11:04:48  7              (REBUTTAL CLOSING ARGUMENT BY PLAINTIFF)

11:04:48  8         **MR. LOMAS:**  Your Honor, I'll just touch on a

11:04:56  9    couple of points.  First, on the issue of the oral agreement.

11:05:00  10   The text messages are writings.  There is price, there is the

11:05:06  11   actual product or service or whatever that -- the VIP

11:05:13  12   tickets, and then on November 30 there is a text identifying

11:05:15  13   each of the events and each of the tickets that are part of

11:05:18  14   it, and there is acceptance.  I mean, and then the

11:05:19  15   corresponding payment.  So it's not an oral contract, it's of

11:05:23  16   course a written contract.  There is --

11:05:26  17              The only testimony, the only evidence in the

11:05:29  18   case is that Mr. Fuks does own BEM Global and used that to

11:05:35  19   pay the $200,000, and the relationship there is somewhat

11:05:42  20   obvious given that Mr. Vanetik had no issue -- or had no

11:05:46  21   issue accepting the payment from BEM Global for, you know,

11:05:50  22   for -- from funds sent for -- excuse me, by Mr. Fuks.

11:05:54  23              And with respect to Odyssey Management,

11:05:57  24   again, that is where Mr. Vanetik told Mr. Fuks to send the

11:06:01  25   money to that account.  He admitted that he is a member of

that LLC or was at the time.  But he also testified that that
organization or that -- yeah, organization is defunct and no
longer exists.

So, it's perfectly proper to go pursue the
claim from Mr. Vanetik as a member of the LLC that supposedly
reached the payment -- or accepted the payment, but it was --
the payment was to Mr. Vanetik at Mr. Vanetik's direction
with the invoice that he sends.

And then just the last point on the -- this
idea, because it's one of the things that's come up a couple
of times is Mr. Fuks not attending some of the events.  All
of the events on that November 30th list of the events of the
tickets that he attended, January 19 and 20, except for the
first two, it might have been the 18th.  But the key events,
of course, the inaugural concert and fireworks, the parade
with the four VIP tickets and the inaugural ball, premier
access, and the Presidential swearing-in ceremony, those were
the key tickets.  Those were the 19th and the 20th, and that
was it.

These other events that came after the fact
on the 21st, they weren't part of what he paid for, so of
course he left because that wasn't part of what he was paying
for.  He was paying for the events on the actually
inauguration, the key events on the 19th and 20th, and that's
what he did not receive, and that's what he's looking to

11:07:35  1   recover the funds for.

11:07:36  2               Thank you.

11:07:37  3         **THE COURT:**  All right, and just to clarify, the

11:07:38  4   plaintiff is still seeking a ruling from the Court on all of

11:07:43  5   the causes of action that have been pleaded?

11:07:45  6         **MR. LOMAS:**  Yes.  It's -- on the last point, on

11:07:48  7   the last -- except for the business and professional, we can

11:07:51  8   agree to dismiss that claim.

11:07:54  9         **THE COURT:**  All right.  All right, so, you're

11:08:01  10   going to move to dismiss the -- is it the 17200 claim?

11:08:04  11         **MR. LOMAS:**  Yes.

11:08:05  12         **THE COURT:**  Okay.  All right.  I assume no

11:08:07  13   objection.

11:08:08  14         **MR. HAMILTON:**  No.

11:08:09  15         **THE COURT:**  I'll go ahead and grant that.  So,

11:08:11  16   that claim or cause of action is dismissed.

11:08:14  17         All right, I would like each of the parties

11:08:17  18   to submit proposed findings of fact and conclusions of law

11:08:22  19   pursuant to Local Rule 52 with citations to the record, the

11:08:27  20   trial record and the trial exhibits that have been moved into

11:08:33  21   evidence and admitted.  And I am happy to be reasonable with

11:08:39  22   respect to the amount of time that you need to do that.

11:08:44  23         I don't have a perfectly good idea of how

11:08:48  24   long it would take to create a transcript for you of the

11:08:52  25   trial, but I was thinking about 30 days.  Is that feasible

| | | |
|---|---|---|
| 11:08:57 | 1 | for the two sides? |
| 11:09:00 | 2 | MR. LOMAS:  That's fine for the plaintiff. |
| 11:09:01 | 3 | MR. HAMILTON:  Your Honor, it hasn't been |
| 11:09:03 | 4 | continued, but I'm supposed to start like maybe a two-week |
| 11:09:06 | 5 | state court trial in Orange County on October 10th.  We're |
| 11:09:13 | 6 | trying to continue it, but it's right up against the |
| 11:09:14 | 7 | five-year statute, and I don't know if the Court will allow |
| 11:09:25 | 8 | us. |
| 11:09:25 | 9 | THE COURT:  What would you like to counter with |
| 11:09:27 | 10 | another date? |
| 11:09:29 | 11 | I'm going to pull my calendar up. |
| 11:09:33 | 12 | MR. HAMILTON:  How about 45 days, Your Honor? |
| 11:09:36 | 13 | THE COURT:  All right, why don't we just select a |
| 11:09:40 | 14 | date so that there's no ambiguity.  Today is the 23rd of |
| 11:09:45 | 15 | September.  How is the 12th of November? |
| 11:10:01 | 16 | MR. HAMILTON:  That's fine with me, Your Honor. |
| 11:10:04 | 17 | THE COURT:  Okay, with you, Mr. Lomas? |
| 11:10:07 | 18 | MR. LOMAS:  That's acceptable.  Thank you, Your |
| 11:10:10 | 19 | Honor. |
| 11:10:11 | 20 | THE COURT:  All right, you're welcome.  Of course |
| 11:10:12 | 21 | you can always file it before that. |
| 11:10:14 | 22 | The Court will take it under submission as of |
| 11:10:16 | 23 | the date that the proposed findings of fact and law are filed |
| 11:10:19 | 24 | with the Court.  Okay? |
| 11:10:22 | 25 | I can't promise you when the ruling will |

| | |
|---|---|
| 11:10:26 | 1 |
| 11:10:36 | 2 |
| 11:10:41 | 3 |
| 11:10:44 | 4 |
| 11:10:49 | 5 |
| 11:10:55 | 6 |
| 11:10:58 | 7 |
| 11:11:02 | 8 |
| 11:11:09 | 9 |
| 11:11:13 | 10 |
| 11:11:17 | 11 |
| 11:11:20 | 12 |
| 11:11:22 | 13 |
| 11:11:26 | 14 |
| 11:11:29 | 15 |
| 11:11:34 | 16 |
| 11:11:37 | 17 |
| 11:11:42 | 18 |
| 11:11:44 | 19 |
| 11:11:47 | 20 |
| 11:11:54 | 21 |
| 11:11:54 | 22 |
| 11:11:59 | 23 |
| 11:12:03 | 24 |
| 11:12:07 | 25 |

issue.  I don't know if you've heard, but all of our judicial vacancies are considered judicial emergencies by the judicial conference of the United States.  We have fairly high case loads.  I think the average case filing, waited case filing per district judge in this district is over 700.  So, we have lots of cases waiting.  And of course the pandemic has made things worse, in addition to our vacancies, not to mention the district in general is very busy even if we had a full complement of district judges, and that the judicial conference is recommending additional judgeships for the district.  So we don't know if that will ever happen.

          But I just want you to understand we will do our best.  We are being as diligent as possible with respect to all cases that are before the Court, but it could take a while.  And just to give you an idea, I had a bench trial in another case, and it took us about five months to get our verdict out with detailed rulings.  Okay?

          **MR. LOMAS:**  I hope Your Honor does not mind if I use this, the portion of the transcript as an attachment to a motion to transfer from this court in that other case.  But -- so -- that's okay.  (Laughing)

          **THE COURT:**  Okay, well, it's not meant to discourage you from litigating in our district.  But it's just the reality of the case load at present with respect to each of our judges.

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 11:12:10 | 1  | All right, let me just check with my                         |
| 11:12:13 | 2  | courtroom deputy.  Are there any exhibits that were marked   |
| 11:12:13 | 3  | and not admitted into evidence?                              |
| 11:12:18 | 4  | COURT CLERK:  Exhibit 7.                                      |
| 11:12:18 | 5  | (Discussion off the record.)                                 |
| 11:12:30 | 6  | **THE COURT:**  Okay, I just want to make sure with          |
| 11:12:32 | 7  | counsel that was intentional, not an oversight.  So, I guess |
| 11:12:37 | 8  | everything else has been admitted that was identified on the |
| 11:12:40 | 9  | record.                                                      |
| 11:12:40 | 10 | **MR. LOMAS:**  Yes.                                          |
| 11:12:41 | 11 | **THE COURT:**  Seven is not in evidence.                    |
| 11:12:44 | 12 | **MR. LOMAS:**  Yes.                                          |
| 11:12:44 | 13 | **MR. HAMILTON:**  Yes.                                       |
| 11:12:45 | 14 | **THE COURT:**  All right, seven will not be in              |
| 11:12:48 | 15 | evidence.                                                    |
| 11:12:48 | 16 | COURT CLERK:  Thank you, Your Honor.                         |
| 11:12:50 | 17 | **THE COURT:**  All right, thank you, everyone.              |
| 11:12:52 | 18 | Appreciate your efforts.                                      |
| 11:12:53 | 19 | ALL IN UNISON:  Thank you, Your Honor.                       |
| 11:12:56 | 20 | (Proceedings concluded.)                                      |
| 11:12:58 | 21 | (Court adjourned.)                                            |
|          | 22 |                                                              |
|          | 23 |                                                              |
|          | 24 |                                                              |
|          | 25 |                                                              |

1           C E R T I F I C A T E

2   I hereby certify that the foregoing is a true and correct

3   transcript of the stenographically recorded proceedings in

4   the above matter.

5   Fees charged for this transcript, less any circuit fee

6   reduction and/or deposit, are in conformance with the

7   regulations of the judicial conference of the united states.

8

9

10  /S/Anne Kielwasser

11  _____      _10/14/2021_
    Anne Kielwasser, CSR, RPR       Date
12  Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$100,000** [1] - 40:23
**$200,000** [13] - 20:16, 40:23, 41:3, 41:14, 41:15, 44:18, 44:20, 47:21, 48:10, 48:14, 48:21, 51:14, 54:19
**$250,000** [4] - 42:11, 42:17, 47:18, 47:21
**$40,000** [2] - 20:23, 22:2
**$50,000** [1] - 47:19

## /

**/S/Anne** [1] - 60:10

## 1

**1** [14] - 20:3, 20:7, 20:11, 20:14, 21:7, 21:22, 23:13, 24:4, 40:2, 44:9, 46:2, 46:10, 46:12, 48:9
**1.2** [1] - 47:12
**1.3** [1] - 47:18
**10** [3] - 45:16, 47:5, 50:16
**10/14/2021** [1] - 60:10
**100,000** [1] - 44:14
**100K** [1] - 40:13
**10th** [1] - 57:5
**12** [1] - 33:11
**12th** [1] - 57:15
**13** [1] - 46:6
**15** [1] - 3:4
**16th** [1] - 23:17
**17** [2] - 3:5, 43:1
**17200** [1] - 56:10
**18** [7] - 23:18, 23:22, 36:25, 46:10, 46:12, 49:8
**18th** [5] - 23:25, 24:17, 34:14, 36:5, 55:14
**19** [5] - 41:4, 43:6, 43:19, 47:22, 55:13
**19-1212** [2] - 1:10, 4:5
**19th** [2] - 55:18, 55:24
**1:00** [1] - 43:5

## 2

**2** [1] - 41:3
**20** [6] - 7:3, 25:22, 42:13, 43:19, 47:23, 55:13

## 200,000

**200,000** [1] - 48:6
**20001** [1] - 2:7
**2016** [16] - 23:18, 23:22, 25:22, 32:5, 32:6, 32:10, 33:11, 34:14, 36:5, 36:25, 37:16, 41:4, 44:11, 47:7, 47:11, 47:22
**2017** [3] - 21:25, 44:12, 46:21
**2018** [1] - 23:17
**2019** [2] - 46:22, 50:23
**202-220-8049** [1] - 2:7
**202-637-3593** [1] - 2:8
**2021** [2] - 1:17, 4:1
**20:32** [1] - 25:22
**20th** [2] - 55:18, 55:24
**21** [2] - 26:19, 47:7
**21st** [4] - 47:11, 47:24, 55:21
**23** [2] - 1:17, 4:1
**23rd** [3] - 23:25, 24:17, 57:14
**250** [1] - 50:17
**2500-dollars** [1] - 43:13
**29** [1] - 41:17

## 3

**30** [3] - 37:16, 54:12, 56:25
**300** [2] - 14:3, 14:4
**301247** [1] - 4:23
**30th** [2] - 41:24, 55:12
**32** [1] - 27:18
**39,54** [1] - 3:8

## 4

**40,000** [2] - 20:18, 20:20
**424-419-4028** [1] - 2:16
**43** [1] - 5:23
**45** [1] - 57:12
**49** [1] - 3:8

## 5

**52** [1] - 56:19
**5757** [1] - 2:14

## 6

**6** [3] - 3:3, 3:4, 32:5
**6th** [2] - 32:5, 32:10

## 7

**7** [3] - 32:5, 32:13, 59:4
**700** [4] - 2:6, 2:6, 2:15, 58:5

## 8

**8:00** [2] - 1:18, 4:1

## 9

**9** [2] - 21:25, 52:8
**90045** [1] - 2:15

## A

**A.M** [2] - 1:18, 4:1
**able** [4] - 9:7, 24:10, 36:17, 44:1
**absolutely** [1] - 10:14
**acceptable** [1] - 57:18
**acceptance** [2] - 44:15, 54:14
**accepted** [1] - 55:6
**accepting** [1] - 54:21
**access** [5] - 42:4, 43:11, 45:2, 48:12, 55:17
**accommodate** [1] - 10:5
**accommodations** [1] - 31:2
**accompanied** [2] - 30:17, 30:23
**according** [1] - 26:23
**account** [2] - 40:25, 54:25
**accurate** [1] - 32:19
**acknowledge** [1] - 43:23
**acknowledges** [1] - 43:24
**action** [5] - 51:2, 53:10, 53:16, 56:5, 56:16
**actual** [5] - 7:18, 9:6, 28:9, 50:16, 54:11
**addition** [1] - 58:7
**additional** [3] - 7:22, 37:9, 58:10
**address** [6] - 25:3, 25:6, 25:13, 41:7, 41:8, 41:10
**adjourned** [1] - 59:21
**adjusted** [1] - 12:11

**admit** [1] - 51:9
**admitted** [10] - 46:21, 49:16, 49:18, 49:20, 49:21, 50:2, 54:25, 56:21, 59:3, 59:8
**adults** [1] - 13:14
**AENLLE** [1] - 1:4
**AENLLE-ROCHA** [1] - 1:4
**affirm** [1] - 5:7
**AGAEV** [3] - 3:3, 5:17, 6:11
**Agaev** [16] - 5:4, 5:5, 5:15, 5:17, 6:14, 6:19, 7:1, 8:21, 8:24, 11:12, 11:16, 11:24, 15:17, 17:5, 18:4, 53:1
**ago** [4] - 11:22, 13:3, 13:10, 41:25
**agree** [4] - 28:10, 35:4, 50:4, 56:8
**agreement** [7] - 45:15, 47:6, 47:11, 47:25, 48:7, 54:9
**agreements** [1] - 45:13
**ahead** [6] - 4:19, 6:10, 12:17, 17:22, 34:16, 56:15
**airplane** [1] - 29:4
**Alexander** [1] - 12:4
**ALL** [1] - 59:19
**allegations** [2] - 27:21, 53:17
**alleged** [2] - 45:15, 47:4
**allow** [5] - 7:12, 7:13, 10:9, 10:24, 57:7
**allowed** [3] - 10:8, 44:24, 49:22
**allowing** [2] - 8:8, 49:5
**alone** [2] - 6:14, 6:16
**ambiguity** [1] - 57:14
**America** [3] - 15:6, 27:23, 29:19
**American** [2] - 39:21, 45:5
**amount** [6] - 41:5, 48:5, 48:7, 48:11, 48:18, 56:22
**amounts** [1] - 45:19
**Angeles** [2] - 1:17, 2:15
**angry** [1] - 43:25
**Anne** [1] - 60:11
**ANNE** [1] - 1:23
**anne.kielwasser@gmail.com** [1] - 1:25
**answer** [1] - 34:25

**answered** [2] - 13:15, 27:14
**anytime** [1] - 47:24
**anyway** [2] - 44:25, 45:3
**app** [2] - 19:22, 19:25
**appearance** [1] - 4:20
**appearances** [1] - 4:7
**appearing** [1] - 16:9
**appointment** [1] - 39:25
**appreciate** [1] - 59:18
**appropriate** [1] - 5:24
**April** [8] - 32:4, 32:5, 32:9, 32:13, 33:11, 34:13, 47:10
**argue** [2] - 38:13, 48:25
**argued** [1] - 50:21
**argument** [3] - 38:25, 51:20, 54:6
**ARGUMENT** [2] - 39:11, 54:7
**ARGUMENTS** [3] - 3:8, 3:8, 49:1
**arguments** [2] - 38:17, 38:22
**arrange** [1] - 10:6
**arrangements** [2] - 10:2, 44:7
**arrest** [1] - 49:21
**arriving** [1] - 43:5
**article** [3] - 18:20, 20:25, 27:2
**ASHBY** [1] - 2:5
**Ashby** [2] - 4:10, 49:3
**asleep** [1] - 30:3
**assets** [1] - 49:19
**assist** [2] - 27:19, 32:4
**assistance** [1] - 23:12
**assistant** [1] - 25:7
**assume** [3] - 25:12, 49:3, 56:12
**assuming** [1] - 32:19
**assured** [1] - 42:10
**attachment** [1] - 58:19
**attachments** [2] - 26:20, 29:1
**attempt** [1] - 27:24
**attempting** [1] - 11:5
**attend** [9] - 31:4, 35:20, 35:24, 37:7, 37:9, 43:21, 44:1, 52:9, 52:16
**attendance** [1] - 40:6
**attended** [5] - 22:12, 22:17, 23:1, 23:3, 55:13
**attending** [4] - 36:1, 37:3, 39:25, 55:11

attributed [1] - 33:22
available [2] - 8:13, 29:4
average [1] - 58:4
award [1] - 48:14

## B

background [1] - 7:2
bad [3] - 42:9, 42:10, 46:3
ball [9] - 22:11, 22:12, 22:18, 40:14, 42:4, 43:10, 43:13, 43:18, 55:16
banned [2] - 49:15, 50:25
barely [1] - 5:20
based [1] - 50:22
became [1] - 27:24
become [1] - 39:19
beforehand [1] - 7:21
beginning [3] - 23:21, 46:4
behalf [9] - 4:10, 4:12, 18:23, 19:1, 20:13, 31:4, 41:14, 47:9, 48:24
BEHALF [2] - 2:3, 2:12
behind [1] - 46:23
below [1] - 40:15
BEM [8] - 51:12, 51:21, 53:12, 53:20, 53:21, 54:18, 54:21
BEM's [1] - 52:1
bench [2] - 4:15, 58:15
benefit [1] - 26:17
benefits [1] - 42:17
best [7] - 40:10, 40:13, 44:14, 44:21, 50:3, 50:13, 58:13
better [2] - 6:2, 6:9
between [13] - 16:22, 27:8, 40:3, 44:8, 44:10, 44:11, 47:4, 49:6, 50:2, 50:18, 50:20, 51:4, 51:6
bit [3] - 24:8, 33:14, 41:24
Black [1] - 43:12
blame [1] - 46:19
blamed [1] - 53:3
blames [1] - 53:6
blaming [1] - 44:3
blue [2] - 42:19
booked [1] - 40:17
Boots [3] - 22:11, 22:25, 43:13

bought [1] - 42:7
Boulevard [1] - 2:14
breach [2] - 44:19, 51:3
break [3] - 7:10, 38:14, 38:15
brief [1] - 11:1
briefly [1] - 7:1
British [1] - 13:21
Brittany@Vanetik. com [1] - 41:10
bug [1] - 33:7
burden [3] - 51:3, 51:8, 52:4
bureaucrat [1] - 33:7
business [5] - 35:8, 35:9, 52:6, 53:19, 56:7
businesses [4] - 11:12, 47:14, 47:15, 49:19
busy [1] - 58:8
buy [2] - 11:15, 40:10
BY [17] - 3:4, 3:4, 3:5, 3:8, 3:8, 6:13, 6:25, 11:11, 12:23, 15:16, 17:25, 21:5, 21:21, 22:16, 39:11, 49:1, 54:7
bye [2] - 17:7
bye-bye [1] - 17:7

## C

CA [1] - 2:15
cabinet [1] - 41:25
calendar [1] - 57:11
CALIFORNIA [2] - 1:2, 1:25
California [2] - 1:17, 52:10
car [6] - 6:5, 6:14, 9:25, 10:19, 15:19, 52:25
carpet [2] - 43:8, 43:9
case [21] - 5:1, 5:8, 17:11, 39:14, 39:15, 46:5, 46:22, 47:21, 49:8, 49:12, 50:19, 50:23, 50:24, 54:1, 54:18, 58:3, 58:4, 58:16, 58:20, 58:24
Case [1] - 4:5
cases [2] - 58:6, 58:14
casual [1] - 36:14
causes [3] - 51:2, 53:10, 56:5
causing [1] - 10:10
cell [1] - 53:5

censor [1] - 46:9
center [1] - 31:13
central [1] - 23:4
CENTRAL [2] - 1:2, 1:25
Century [1] - 2:14
ceremony [3] - 42:5, 43:17, 55:17
certain [1] - 13:21
certainly [1] - 52:10
certification [1] - 4:22
certify [1] - 60:2
chance [1] - 52:11
changed [1] - 41:1
charged [1] - 60:5
chat [2] - 41:19, 46:1
Chechen [1] - 7:4
Chechnya [1] - 11:20
check [3] - 32:24, 39:4, 59:1
circuit [1] - 60:5
circumstances [1] - 7:13
citations [1] - 56:19
city [4] - 6:17, 10:20, 14:4, 31:12
City [2] - 6:20, 29:18
claim [6] - 51:22, 53:14, 55:5, 56:8, 56:10, 56:16
claimed [3] - 45:8, 45:18, 46:18
claims [7] - 18:13, 18:17, 45:12, 45:13, 45:14, 45:16, 48:14
clarify [2] - 48:17, 56:3
clear [2] - 10:16, 36:20
clearly [1] - 10:12
CLERK [6] - 4:5, 5:5, 5:12, 21:15, 59:4, 59:16
client [12] - 23:13, 47:14, 49:2, 49:4, 53:3, 53:4, 53:6, 53:9, 53:14, 54:2
client's [1] - 47:14
clients [2] - 47:13, 49:6
close [1] - 39:24
closest [1] - 27:18
closing [4] - 38:17, 38:21, 39:11, 54:6
CLOSING [4] - 3:8, 3:8, 49:1, 54:7
coffee [1] - 31:13
Colorado [1] - 52:20
coloring [1] - 42:19
coming [2] - 10:11, 49:15

committee's [1] - 42:14
communicate [1] - 36:14
communicated [2] - 27:13, 28:8
communicating [2] - 27:22, 32:22
communication [3] - 27:8, 29:22, 37:12
communications [3] - 16:22, 45:10, 50:9
companies [1] - 41:13
company [2] - 51:23, 53:22
compare [2] - 22:24, 22:25
compensation [1] - 47:18
complain [1] - 8:19
complaint [1] - 53:18
complement [1] - 58:9
concerning [3] - 19:4, 19:7, 19:11
concert [3] - 42:2, 43:15, 55:15
concluded [1] - 59:20
conclusions [1] - 56:18
conference [4] - 16:1, 58:3, 58:10, 60:7
conferences [2] - 18:7, 18:9
confirm [1] - 26:12
confirmation [1] - 44:15
confirmed [2] - 42:6, 46:25
confirming [1] - 41:4
conformance [1] - 60:6
Congressman [2] - 52:11, 52:12
congressman [1] - 22:6
connect [2] - 21:15, 21:18
connected [1] - 16:10
connection [2] - 8:7, 27:20
connections [2] - 39:22, 45:5
consider [1] - 18:11
considered [1] - 58:2
consistent [1] - 42:13
constantly [1] - 32:22
construction [2] - 11:14, 14:4
consulting [6] - 28:6, 28:11, 45:15, 47:4,

50:4, 53:19
contact [3] - 7:20, 8:13, 9:4
contacted [1] - 53:5
continually [1] - 42:23
continue [2] - 24:22, 57:6
continued [1] - 57:4
continues [1] - 10:23
contract [15] - 25:2, 25:4, 25:12, 28:9, 47:4, 50:4, 50:11, 50:16, 50:18, 50:20, 50:22, 51:4, 51:5, 54:15, 54:16
conversation [12] - 13:13, 13:22, 14:7, 14:9, 14:18, 14:24, 15:8, 16:8, 16:10, 31:14, 31:16, 41:12
conversations [3] - 12:24, 18:8, 53:2
conversion [1] - 51:7
cooperative [1] - 8:1
copied [1] - 41:10
copy [2] - 24:4, 24:14
corporate [2] - 51:15, 53:16
correct [3] - 26:13, 28:16, 60:2
correspondence [3] - 34:22, 35:12, 44:8
corresponding [1] - 54:15
cost [5] - 34:24, 40:10, 40:12, 52:21
costs [2] - 34:20, 35:5
counsel [12] - 4:13, 6:10, 7:11, 9:12, 10:5, 23:12, 23:16, 32:4, 38:19, 49:3, 50:21, 59:7
Counsel [9] - 4:7, 5:20, 9:11, 17:22, 21:13, 21:17, 38:1, 48:18, 54:4
counsel's [1] - 40:25
counter [1] - 57:9
country [1] - 49:18
County [1] - 57:5
couple [5] - 28:15, 30:4, 33:11, 54:9, 55:10
course [10] - 16:19, 22:19, 22:21, 40:16, 43:9, 54:16, 55:15, 55:22, 57:20, 58:6
COURT [137] - 1:1, 1:16, 1:24, 4:3, 4:5, 4:13, 4:18, 4:24, 5:5,

5:12, 5:20, 6:2, 6:9, 6:21, 6:24, 7:5, 8:6, 8:17, 9:19, 10:19, 11:1, 11:3, 11:7, 12:6, 12:10, 12:14, 12:17, 15:14, 17:1, 17:3, 17:5, 17:8, 17:12, 17:16, 17:19, 17:22, 21:13, 21:15, 21:17, 23:8, 23:11, 23:24, 24:4, 24:9, 24:12, 24:16, 24:20, 25:1, 25:11, 25:19, 25:22, 26:1, 26:7, 26:11, 26:15, 27:7, 27:15, 27:19, 28:4, 28:10, 28:14, 28:19, 28:24, 29:3, 29:8, 29:11, 29:15, 29:23, 30:5, 30:8, 30:11, 30:17, 30:19, 30:23, 31:1, 31:4, 31:9, 31:17, 31:23, 32:3, 32:9, 32:12, 32:15, 32:25, 33:3, 33:10, 33:15, 33:21, 33:25, 34:4, 34:7, 34:13, 34:19, 35:1, 35:4, 35:9, 35:15, 35:19, 36:1, 36:4, 36:9, 36:12, 36:16, 36:21, 37:2, 37:8, 37:15, 37:23, 38:4, 38:6, 38:9, 38:11, 38:13, 38:16, 38:19, 38:24, 39:6, 39:9, 48:17, 48:22, 48:24, 54:4, 56:3, 56:9, 56:12, 56:15, 57:9, 57:13, 57:17, 57:20, 58:22, 59:4, 59:6, 59:11, 59:14, 59:16, 59:17
**court** [4] - 7:8, 49:5, 57:5, 58:20
**Court** [13] - 1:24, 5:8, 8:7, 39:4, 48:13, 49:4, 56:4, 57:7, 57:22, 57:24, 58:14, 59:21, 60:11
**courthouse** [1] - 49:7
**courtroom** [2] - 11:9, 59:2
**create** [1] - 56:24
**creates** [1] - 10:10
**credibility** [1] - 49:13
**crocodile** [1] - 31:15
**cross** [2] - 15:14, 23:8
**CROSS** [2] - 3:4, 15:15
**cross-examination** [2]

- 15:14, 23:8
**CROSS-EXAMINATION** [2] - 3:4, 15:15
**CRR** [1] - 1:23
**CSR** [2] - 1:23, 60:11
**CV** [2] - 1:10, 4:5

## D

**D-U-N-D-A-E-V-I-C-H** [1] - 5:19
**D.C** [1] - 43:20
**damages** [2] - 44:20, 48:14
**dark** [1] - 5:21
**Date** [1] - 60:11
**date** [6] - 10:5, 47:8, 48:10, 57:10, 57:14, 57:23
**dated** [6] - 21:25, 41:3, 47:7, 47:21, 47:25
**dates** [1] - 10:3
**DAY** [2] - 1:16, 4:3
**days** [6] - 15:20, 28:15, 40:8, 43:1, 56:25, 57:12
**decided** [1] - 37:6
**decision** [1] - 54:2
**DEFENDANT** [1] - 2:12
**defendant** [8] - 1:13, 4:12, 9:14, 44:13, 48:25, 51:13, 52:5, 53:16
**defense** [4] - 5:3, 17:10, 38:4, 38:11
**DEFENSE** [2] - 3:8, 49:1
**defense's** [1] - 5:1
**defunct** [1] - 52:2
**delayed** [2] - 42:25
**delays** [1] - 10:10
**depo** [2] - 8:18, 8:19
**depose** [1] - 8:9
**deposit** [1] - 60:6
**deposition** [2] - 9:1, 9:15
**depositions** [1] - 9:13
**deputy** [1] - 59:2
**describe** [2] - 11:12, 22:22
**despite** [1] - 39:14
**detailed** [1] - 58:17
**details** [1] - 41:16
**different** [4] - 7:17, 8:2, 23:2, 45:7
**difficult** [1] - 36:15

**difficulty** [1] - 12:14
**diligent** [1] - 58:13
**dinner** [3] - 29:13, 31:4, 41:25
**direct** [5] - 23:14, 23:16, 28:14, 32:9, 36:4
**DIRECT** [5] - 3:4, 3:5, 6:12, 11:10, 17:24
**directing** [3] - 33:10, 36:24, 37:15
**direction** [1] - 55:7
**directly** [1] - 27:13
**disclosures** [1] - 8:12
**disconnect** [1] - 32:23
**discourage** [1] - 58:23
**discovery** [2] - 8:9, 8:12
**discuss** [4] - 13:12, 14:20, 15:2, 15:10
**discussed** [2] - 29:15, 31:18
**discussing** [2] - 14:22, 47:22
**Discussion** [3] - 21:2, 21:20, 59:5
**discussion** [2] - 13:1, 32:1, 34:20
**dismiss** [2] - 56:8, 56:10
**dismissed** [2] - 39:3, 56:16
**dispute** [1] - 51:6
**disputes** [1] - 49:6
**DISTRICT** [4] - 1:1, 1:2, 1:24, 1:25
**district** [6] - 58:5, 58:8, 58:9, 58:11, 58:23
**document** [3] - 2:7, 36:23, 47:17
**documentary** [1] - 48:4
**documents** [8] - 26:20, 29:20, 32:18, 33:4, 40:19, 44:5, 46:20, 47:3
**dog** [1] - 31:21
**dogs** [1] - 31:21
**dollar** [1] - 41:5
**Donald** [3] - 39:18, 52:13, 52:22
**done** [8] - 25:9, 39:6, 41:18, 47:9, 47:15, 50:8, 50:9
**doubt** [1] - 34:12
**down** [6] - 13:14, 24:19, 26:16, 28:15, 34:13, 49:12
**draft** [2] - 45:13

**drafts** [1] - 45:23
**driver** [1] - 6:16
**during** [3] - 29:15, 30:12, 31:23
**duties** [2] - 47:12, 47:13

## E

**e-mail** [7] - 2:8, 2:16, 25:3, 41:7, 41:8, 41:10
**e-mailed** [2] - 25:12, 45:14
**e-mails** [5] - 45:9, 45:16, 45:23, 46:17, 50:23
**economics** [1] - 11:20
**efforts** [1] - 59:18
**elected** [1] - 39:23
**election** [1] - 39:18
**electronic** [1] - 10:15
**emergencies** [1] - 58:2
**end** [3] - 6:4, 9:20, 53:25
**ended** [2] - 28:1
**engage** [2] - 18:22, 18:25
**engagement** [3] - 25:2, 25:4, 25:11
**English** [14] - 23:15, 23:18, 26:7, 26:17, 26:23, 32:15, 33:14, 33:17, 33:22, 34:16, 36:10, 36:17, 36:22, 37:17
**enhance** [1] - 6:3
**enlarge** [1] - 24:12
**enlarged** [1] - 24:7
**enrichment** [2] - 51:19, 52:2
**entertain** [1] - 9:23
**entire** [3] - 46:1, 46:9, 48:8
**entity** [1] - 53:23
**equipment** [2] - 28:23, 28:24
**equivalent** [1] - 23:17
**Erick** [1] - 47:1
**Erik** [2] - 19:6, 19:16
**estate** [2] - 11:15, 51:24
**esteemed** [1] - 49:3
**evening** [2] - 6:7, 22:10
**event** [10] - 22:20, 22:22, 22:24, 22:25, 41:25, 43:8, 43:9,

43:11, 43:13
**events** [25] - 23:2, 35:20, 35:21, 36:2, 37:9, 37:12, 37:21, 41:20, 42:21, 43:18, 43:22, 44:2, 44:25, 45:6, 48:12, 52:9, 52:15, 54:13, 55:11, 55:12, 55:14, 55:20, 55:23, 55:24
**eventually** [1] - 50:16
**Eversheds** [1] - 2:5
**evidence** [16] - 9:22, 17:13, 38:7, 49:14, 50:7, 51:11, 51:17, 51:22, 52:2, 52:23, 53:22, 54:17, 56:21, 59:3, 59:11, 59:15
**exactly** [2] - 31:19, 39:8
**examination** [2] - 15:14, 23:8
**EXAMINATION** [7] - 3:4, 3:4, 3:5, 6:12, 11:10, 15:15, 17:24
**except** [2] - 55:13, 56:7
**exchanged** [5] - 40:3, 44:10, 45:10, 46:18, 47:8
**exchanges** [2] - 23:21, 48:9
**exclude** [2] - 9:21, 9:22
**excuse** [4] - 40:24, 47:25, 48:1, 54:22
**excused** [2] - 17:3, 17:5
**exhibit** [7] - 20:5, 21:4, 21:11, 42:18, 46:5, 47:24, 59:4
**Exhibit** [21] - 20:3, 20:7, 20:11, 20:14, 21:6, 21:22, 23:13, 24:4, 40:2, 41:3, 42:13, 44:9, 45:16, 46:2, 46:6, 46:10, 46:12, 47:5, 48:9, 50:16, 52:8
**exhibits** [2] - 17:13, 56:20, 59:2
**exists** [1] - 55:3
**expect** [2] - 10:17, 52:25
**expensive** [2] - 31:15, 37:5
**explain** [2] - 49:24, 50:3
**explained** [2] - 51:16, 52:15

**explanation** [3] - 47:7, 49:17, 49:20
**export** [2] - 44:10, 46:16
**exported** [1] - 45:25
**extent** [1] - 36:9
**extraordinarily** [1] - 5:21
**extremely** [1] - 10:4

## F

**fabricate** [3] - 20:7, 20:10, 20:13
**facilitating** [2] - 27:8, 29:22
**fact** [5] - 41:5, 53:7, 55:20, 56:18, 57:23
**facts** [3] - 45:1, 50:19, 52:17
**failed** [1] - 43:14
**fairly** [1] - 58:3
**fall** [1] - 30:3
**fancy** [1] - 31:14
**far** [4] - 28:3, 28:7, 52:2, 52:6
**favor** [2] - 48:13, 54:2
**Fax** [1] - 2:8
**FBI** [2] - 46:20, 53:5
**feasible** [1] - 56:25
**February** [1] - 13:11
**Federal** [1] - 1:24
**fee** [1] - 60:5
**fees** [2] - 28:11, 60:5
**FERNANDO** [1] - 1:4
**few** [9] - 7:11, 10:22, 23:11, 35:21, 35:24, 38:16, 39:19, 41:19, 46:22
**file** [1] - 57:21
**filed** [5] - 8:7, 46:22, 50:23, 50:24, 57:23
**files** [1] - 44:10
**filing** [2] - 58:4
**final** [2] - 41:18, 54:5
**finally** [2] - 43:1, 52:6
**findings** [2] - 56:18, 57:23
**fine** [5] - 20:22, 24:13, 48:21, 57:2, 57:16
**finishing** [1] - 34:1
**fireworks** [3] - 42:3, 43:15, 55:15
**first** [17] - 9:18, 13:1, 13:8, 13:12, 13:20, 13:22, 14:7, 14:9, 15:19, 18:9, 23:15, 39:5, 46:19, 49:2, 51:3, 54:9, 55:14

**fits** [1] - 28:25
**five** [5] - 14:22, 40:8, 49:16, 57:7, 58:16
**five-year** [1] - 57:7
**fix** [1] - 14:12
**flew** [2] - 28:18, 31:8
**flexible** [1] - 10:4
**fluency** [1] - 36:10
**fly** [1] - 53:8
**flying** [1] - 27:11
**followed** [1] - 7:21
**following** [1] - 41:20
**fool** [1] - 43:25
**foregoing** [1] - 60:2
**foreign** [1] - 39:14
**foreigner** [1] - 52:16
**foreigners** [1] - 44:24
**form** [1] - 9:9
**former** [1] - 28:5
**forward** [3] - 18:20, 27:6, 49:10
**four** [9] - 11:23, 16:17, 16:20, 35:22, 37:21, 42:2, 42:3, 55:16
**frankly** [1] - 8:14
**fraud** [1] - 44:22
**fried** [1] - 39:21
**friend** [8] - 16:3, 27:18, 29:5, 29:8, 35:16, 37:3, 50:3, 50:13
**friend's** [1] - 35:19
**friends** [4] - 27:17, 39:24, 44:1, 52:14
**front** [1] - 44:1
**Fuks** [110] - 4:5, 10:13, 11:8, 11:25, 12:2, 12:20, 12:24, 13:2, 13:5, 13:8, 13:12, 13:17, 13:22, 13:24, 14:9, 14:18, 14:20, 14:24, 15:2, 15:8, 15:23, 15:25, 17:18, 17:19, 17:20, 18:1, 18:11, 19:22, 20:3, 20:16, 21:6, 21:22, 22:17, 23:14, 23:20, 25:1, 26:16, 36:9, 39:17, 39:20, 39:24, 39:25, 40:4, 40:9, 40:18, 41:2, 41:9, 41:11, 41:13, 41:15, 41:24, 42:8, 42:11, 42:16, 42:21, 42:23, 43:2, 43:4, 43:5, 43:10, 43:12, 43:14, 43:19, 43:21, 43:23, 43:24, 44:3, 44:9, 44:20, 44:25, 45:1, 45:3, 45:4, 45:10,

45:12, 45:13, 45:14, 45:16, 45:18, 45:20, 45:25, 46:8, 46:16, 46:18, 47:5, 47:14, 47:22, 48:1, 48:2, 48:3, 48:11, 48:13, 49:14, 49:15, 50:12, 50:18, 50:20, 51:3, 51:6, 51:14, 52:8, 53:2, 53:3, 53:7, 53:8, 54:18, 54:22, 54:24, 55:11
**FUKS** [2] - 1:8, 17:23
**Fuks's** [2] - 47:15, 51:22
**full** [3] - 5:12, 9:6, 58:8
**fully** [1] - 49:24
**funds** [2] - 54:22, 56:1

## G

**G-mail** [1] - 25:12
**general** [1] - 58:8
**Gennady** [16] - 18:19, 27:1, 27:5, 27:9, 27:25, 28:18, 30:1, 30:16, 30:24, 31:20, 31:21, 32:23, 34:1, 34:23, 35:7, 50:6
**Gennady's** [3] - 25:6, 28:17, 30:20
**gentleman** [1] - 19:6
**German** [3] - 31:22, 46:11, 46:13
**Germany** [6] - 6:20, 7:3, 7:4, 8:24, 29:6
**GIVEN** [1] - 5:14
**given** [4] - 32:1, 32:2, 40:1, 54:20
**Global** [2] - 54:18, 54:21
**God** [1] - 5:10
**Google** [1] - 8:2
**government** [2] - 18:13, 27:25
**grant** [1] - 56:15
**guard** [1] - 30:21
**guess** [1] - 59:7
**guests** [2] - 40:4, 40:5
**guy** [4] - 8:4, 30:21, 31:3, 31:7

## H

**Hamburg** [2] - 6:20, 14:19
**Hamilton** [5] - 2:13, 2:14, 4:12, 11:4, 48:24

**HAMILTON** [29] - 3:4, 4:11, 5:3, 5:25, 6:13, 6:23, 6:25, 8:16, 8:18, 9:10, 10:18, 10:25, 11:6, 11:11, 12:23, 15:12, 17:2, 17:4, 17:10, 17:15, 23:9, 38:5, 38:12, 49:2, 56:14, 57:3, 57:12, 57:16, 59:13
**hand** [2] - 5:6, 45:25
**handicapped** [1] - 28:22
**handled** [1] - 40:17
**happy** [1] - 56:21
**hardly** [1] - 27:14
**hear** [1] - 12:7
**heard** [10] - 12:12, 14:23, 39:15, 41:12, 44:23, 45:7, 46:10, 46:19, 47:10, 58:1
**hearing** [1] - 12:15
**heart** [1] - 39:16
**hello** [2] - 15:17, 26:19
**help** [2] - 5:10, 45:20
**hereby** [1] - 60:2
**hide** [1] - 46:23
**high** [1] - 58:3
**highlighted** [1] - 21:24
**himself** [1] - 35:24
**hire** [1] - 28:5
**history** [5] - 44:8, 46:1, 46:9, 48:8
**hold** [4] - 9:19, 26:22, 36:6
**Honor** [42] - 4:9, 4:11, 5:3, 5:25, 6:23, 8:16, 9:11, 10:18, 10:25, 11:6, 15:13, 17:2, 17:10, 17:15, 17:17, 17:21, 23:10, 28:8, 28:13, 31:20, 34:9, 38:3, 38:5, 38:8, 38:12, 38:23, 39:1, 39:12, 41:23, 48:16, 48:23, 49:2, 49:12, 53:25, 54:8, 57:3, 57:12, 57:16, 57:19, 58:18, 59:16, 59:19
**HONORABLE** [1] - 1:4
**hope** [1] - 58:18
**hopefully** [1] - 49:9
**horrible** [1] - 46:7
**hospitality** [1] - 49:5
**hospitals** [1] - 29:6
**hotel** [2] - 31:3, 53:1
**hotels** [1] - 40:16
**hours** [2] - 30:1, 30:4
**human** [11] - 18:13, 18:17, 18:20, 18:23,

19:1, 19:4, 19:7, 19:11, 26:24, 27:3, 27:5

## I

**Ibrahimov** [1] - 11:21
**idea** [5] - 27:4, 50:14, 55:10, 56:23, 58:15
**identified** [2] - 9:10, 41:20, 59:8
**identifying** [1] - 54:12
**image** [3] - 6:21, 6:22, 7:6
**important** [2] - 9:8, 35:23
**IN** [2] - 34:17, 59:19
**inaugural** [11] - 22:18, 40:14, 42:2, 42:3, 43:10, 43:15, 43:18, 48:4, 52:14, 55:15, 55:16
**inauguration** [19] - 22:3, 22:10, 22:12, 22:18, 35:15, 35:16, 35:20, 40:1, 40:4, 41:12, 42:14, 42:15, 43:2, 43:6, 44:25, 45:14, 45:21, 47:23, 55:24
**incidentals** [1] - 48:19
**included** [1] - 41:25
**includes** [1] - 40:13
**including** [1] - 22:5
**inconsistent** [1] - 10:20
**incorrect** [1] - 26:8
**INDEX** [1] - 3:1
**individual** [6] - 11:16, 11:24, 12:20, 14:6, 20:24, 49:13
**individuals** [1] - 44:11
**information** [14] - 7:20, 7:21, 7:22, 7:24, 8:11, 8:13, 9:2, 9:5, 35:2, 40:12, 40:21, 40:25, 45:6
**initiated** [1] - 15:25
**inquire** [1] - 12:6
**instead** [1] - 43:12
**instruct** [1] - 6:3
**intended** [1] - 34:8
**intention** [1] - 52:21
**intentional** [1] - 59:7
**interpret** [2] - 12:8, 36:22
**interpreter** [11] - 4:16, 6:3, 11:9, 12:7, 26:4, 26:11, 33:15, 33:22,

34:15, 36:22, 37:17
**INTERPRETER** [13] -
4:17, 4:21, 5:14,
12:3, 12:9, 12:12,
12:16, 22:13, 26:13,
33:24, 34:17, 36:7,
37:1
Interpreter [2] - 4:21,
33:18
**INTERPRETING** [1] -
37:19
interrogatory [1] -
7:19
interrupted [1] - 10:16
intrigued [1] - 39:18
introduced [2] -
11:21, 39:20
investigate [1] - 9:3
invited [2] - 37:13,
37:22
invoice [8] - 40:24,
41:2, 41:3, 41:8,
47:20, 48:10, 55:8
involve [1] - 34:12
Isle [1] - 51:23
Israel [1] - 29:6
issue [7] - 13:6, 14:22,
15:11, 54:9, 54:20,
54:21, 58:1
issues [7] - 10:14,
16:15, 19:4, 19:8,
19:11, 25:9, 27:23
item [1] - 42:22

## J

j.m.hamilton@
earthlink.net [1] -
2:16
**January** [5] - 43:1,
43:6, 43:19, 55:13
jet [1] - 29:4
**John** [4] - 2:13, 2:14,
4:9, 4:11
**JOHN** [1] - 2:4
johnlomas@
eversheds [1] - 2:8
johnlomas@
eversheds-
sutherland.com [1] -
2:8
joke [1] - 40:6
jokes [2] - 46:7, 46:8
**Joseph** [1] - 4:10
**JOSEPH** [1] - 2:5
journalists [2] - 20:25,
22:6
Jpeg [1] - 26:20
JR [1] - 2:4

judge [1] - 58:5
**JUDGE** [1] - 1:4
judges [2] - 58:9,
58:25
judgeships [1] - 58:10
judicial [1] - 58:1,
58:2, 58:9, 60:7

## K

keep [2] - 49:9, 51:20
**Kernes** [3] - 18:12,
18:17, 29:4
**Kerness** [27] - 18:23,
19:1, 19:14, 19:20,
27:9, 28:4, 28:12,
28:20, 29:9, 29:11,
30:6, 30:11, 31:5,
31:18, 33:2, 33:5,
34:2, 34:8, 35:2,
35:13, 45:18, 46:11,
47:16, 50:6, 50:13
Kerness's [4] - 31:18,
33:1, 35:10, 47:9
key [3] - 55:14, 55:18,
55:24
**Kharkiv** [9] - 12:21,
13:7, 14:21, 16:3,
18:12, 27:11, 29:18,
39:21, 47:17
Khomutynnik [1] -
20:19
Khomutynnik's [1] -
52:19
**Khuseyn** [2] - 5:15,
5:17
**KHUSEYN** [2] - 5:17,
6:11
**KIELWASSER** [1] -
1:23
**Kielwasser** [2] -
60:10, 60:11
kind [5] - 19:14, 32:23,
40:19, 51:9, 52:24
kinds [2] - 8:3, 53:17
knowledge [2] - 28:4,
29:11
known [2] - 16:17,
28:7
knows [1] - 9:17
**Krilemko** [1] - 25:7

## L

laid [1] - 53:11
language [2] - 23:17,
23:19
last [5] - 5:17, 12:12,
55:9, 56:6, 56:7

lasted [1] - 29:24
laughed [1] - 23:5
laughing [1] - 58:21
law [3] - 52:1, 56:18,
57:23
**Law** [1] - 2:14
lawyers [6] - 7:8,
24:21, 32:17, 32:25,
33:1, 44:4
layout [1] - 41:19
learning [1] - 9:16
least [1] - 24:8
leave [1] - 39:9
left [3] - 6:16, 52:19,
55:22
legit [1] - 53:18
**Leonid** [1] - 4:21
**LEONID** [1] - 4:22
less [1] - 60:5
level [1] - 23:2
levels [1] - 40:15
life [2] - 18:10, 27:24
lifted [1] - 29:20
light [1] - 6:1
lighting [1] - 6:4
likely [1] - 40:14
limine [1] - 9:22
limitations [1] - 50:25
lines [3] - 10:23,
24:17, 48:10
lingering [1] - 17:12
list [4] - 20:4, 41:25,
47:12, 55:12
listed [1] - 47:18
litigating [1] - 58:23
live [2] - 6:19, 6:20
lives [1] - 12:5
living [1] - 7:3
**LLC** [4] - 46:24, 47:1,
55:1, 55:5
**LLP** [1] - 2:5
load [1] - 58:24
loads [1] - 58:4
**Local** [1] - 56:19
located [1] - 6:17
logistics [1] - 11:14
**LOMAS** [39] - 2:4, 3:4,
3:5, 4:9, 7:15, 8:11,
8:25, 9:15, 15:16,
16:25, 17:17, 17:25,
21:3, 21:5, 21:16,
21:19, 21:21, 22:15,
22:16, 23:7, 24:18,
38:3, 38:8, 38:10,
38:15, 38:23, 39:1,
39:8, 39:12, 48:20,
48:23, 54:8, 56:6,
56:11, 57:2, 57:18,
58:18, 59:10, 59:12

**Lomas** [5] - 4:9, 7:14,
49:3, 54:5, 57:17
look [10] - 18:16,
24:16, 32:5, 33:11,
35:6, 36:5, 37:12,
37:19, 51:2, 53:10
looked [1] - 13:24
looking [1] - 55:25
**Los** [2] - 1:17, 2:15
losing [1] - 53:3
lost [3] - 6:21, 7:6,
53:3
low [1] - 12:3

## M

mail [8] - 2:8, 2:16,
25:3, 25:12, 41:7,
41:8, 41:10
mailed [1] - 25:12,
45:14
mails [5] - 45:9, 45:16,
45:23, 46:17, 50:23
maintain [1] - 52:7
major [1] - 39:24
Management [7] -
18:25, 19:10, 19:19,
45:20, 46:24, 46:25,
54:23
**March** [12] - 23:17,
23:18, 23:22, 23:25,
24:17, 25:22, 26:18,
44:11, 47:10, 50:10
marked [1] - 59:2
match [1] - 48:7
material [2] - 18:20,
27:2
matter [1] - 60:4
mayor [13] - 12:21,
13:7, 14:21, 16:2,
18:12, 27:9, 27:10,
28:5, 39:21, 47:16,
50:1, 50:2
**Mayor** [2] - 29:4, 50:5
**McCarthy** [2] - 52:11
mean [8] - 13:18,
14:13, 26:13, 26:25,
27:13, 29:8, 32:19,
54:14
meaning [1] - 35:9
means [2] - 25:12,
26:6
meant [3] - 13:19,
15:6, 58:22
medication [1] - 30:2
meet [4] - 28:16,
29:11, 49:25, 52:11
meeting [5] - 16:23,
28:20, 29:16, 29:24,

31:10
meetings [5] - 15:21,
20:24, 22:5, 22:8,
30:12
member [3] - 47:1,
54:25, 55:5
memo [3] - 34:1, 34:5,
34:7
mention [3] - 23:6,
47:16, 58:7
mentioned [1] - 23:5
message [2] - 21:25,
36:5
messaged [1] - 45:15
messages [25] -
19:23, 19:25, 20:4,
20:5, 20:7, 20:10,
20:14, 32:6, 33:12,
36:16, 40:2, 42:9,
42:24, 43:3, 45:9,
45:17, 45:19, 46:5,
46:8, 46:13, 46:16,
47:8, 48:9, 54:10
met [4] - 12:22, 15:23,
15:24, 30:14
**Mexico** [1] - 49:22
middle [3] - 5:18,
9:23, 10:20
might [3] - 31:25,
36:15, 55:14
million [2] - 14:3, 14:5
mind [2] - 41:1, 58:18
minister [1] - 11:20
minutes [3] - 7:11,
10:22, 38:16
misrepresentation [1]
- 44:23
misrepresented [1] -
45:1
mistakes [1] - 49:9
modified [1] - 50:17
moment [1] - 21:13
money [23] - 14:10,
15:9, 41:1, 44:2,
45:3, 48:3, 51:7,
51:12, 51:13, 51:18,
51:21, 51:24, 52:1,
52:3, 52:21, 53:13,
53:15, 53:20, 53:23,
53:24, 54:25
moneys [1] - 20:17
monitor [1] - 24:3
month [2] - 14:19,
47:19
months [4] - 39:19,
49:8, 58:16
morning [5] - 4:9,
4:11, 4:13, 4:17,
4:18
**Moscow** [4] - 6:18,

9:25, 12:5, 14:4
**most** [1] - 40:14
**motion** [2] - 9:21,
58:20
**move** [4] - 9:21, 24:21,
24:23, 56:10
**moved** [2] - 17:13,
56:20
**moving** [1] - 49:10
**MR** [67] - 3:4, 3:4, 3:5,
4:9, 4:11, 5:3, 5:25,
6:13, 6:23, 6:25,
7:15, 8:11, 8:16,
8:18, 8:25, 9:10,
9:15, 10:18, 10:25,
11:6, 11:11, 12:23,
15:12, 15:16, 16:25,
17:2, 17:4, 17:10,
17:15, 17:17, 17:25,
21:3, 21:5, 21:16,
21:19, 21:21, 22:15,
22:16, 23:7, 23:9,
24:18, 38:3, 38:5,
38:8, 38:10, 38:12,
38:15, 38:23, 39:1,
39:8, 39:12, 48:20,
48:23, 49:2, 54:8,
56:6, 56:11, 56:14,
57:2, 57:3, 57:12,
57:16, 57:18, 58:18,
59:10, 59:12, 59:13
**multiple** [2] - 45:12,
45:13
**Munich** [1] - 13:10

**N**

**name** [20] - 5:13, 5:16,
5:17, 5:18, 7:17,
7:18, 7:19, 7:23, 8:2,
8:4, 8:21, 8:22, 8:23,
9:6, 9:9, 9:17, 11:20,
19:6, 49:14
**named** [3] - 11:16,
11:24, 30:21
**near** [1] - 23:18
**necessarily** [1] - 10:11
**necessary** [1] - 37:6
**need** [11] - 12:10,
21:14, 21:18, 23:12,
24:9, 24:21, 35:22,
37:9, 38:14, 39:4,
56:22
**needed** [6] - 27:20,
28:23, 29:6, 34:12,
40:19, 40:20
**needs** [4] - 10:6,
24:19, 31:18, 34:15
**never** [25] - 8:4, 8:14,

9:9, 10:15, 15:23,
15:25, 16:14, 16:22,
18:8, 19:2, 19:5,
28:9, 28:13, 35:6,
43:11, 44:7, 49:24,
50:3, 50:4, 50:20,
51:15, 52:24, 53:14,
53:15, 53:20
**new** [1] - 8:1
**next** [5] - 5:2, 17:8,
40:8, 41:2, 46:13
**nickname** [4] - 5:16,
7:23, 7:24, 9:4
**night** [4] - 22:18, 23:1,
43:8, 43:9
**NO** [1] - 1:10
**none** [7] - 9:5, 28:3,
45:22, 45:23
**nothing** [4] - 5:9,
47:10, 51:4, 53:7
**notifying** [1] - 33:20
**November** [10] - 36:4,
36:25, 37:16, 41:4,
41:17, 41:24, 47:22,
54:12, 55:12, 57:15
**nuances** [1] - 41:19
**number** [1] - 4:22
**NW** [1] - 2:6

**O**

**oath** [1] - 17:20
**object** [1] - 7:25
**objection** [2] - 7:16,
56:13
**obtain** [1] - 45:2
**obvious** [2] - 52:13,
54:20
**obviously** [3] - 10:3,
24:9, 45:7
**October** [1] - 57:5
**Odyssey** [19] - 18:25,
19:10, 19:19, 45:19,
46:23, 46:25, 47:2,
50:18, 51:6, 51:8,
51:13, 51:14, 52:3,
53:13, 53:15, 53:17,
54:23
**OF** [4] - 1:2, 1:25, 2:3,
2:12
**offer** [2] - 38:7, 44:13
**offered** [1] - 42:20
**office** [1] - 14:23
**Offices** [1] - 2:14
**Official** [1] - 1:24
**official** [3] - 22:12,
22:18, 60:11
**Olga** [3] - 25:7, 25:10,
32:21

**ON** [2] - 2:3, 2:12
**once** [2] - 51:19, 52:21
**one** [18] - 7:16, 7:23,
9:16, 10:10, 14:14,
14:15, 14:19, 26:14,
30:22, 41:9, 41:11,
41:13, 42:18, 47:3,
49:13, 49:20, 49:22,
55:10
**ones** [3] - 23:2, 35:23,
35:24
**opening** [1] - 38:25
**operation** [1] - 29:7
**opportunity** [4] - 8:8,
8:9, 9:2, 17:14
**ops** [1] - 40:14
**oral** [3] - 50:22, 54:9,
54:15
**Orange** [1] - 57:5
**order** [1] - 37:3
**organization** [2] - 55:2
**original** [1] - 42:22
**overdue** [1] - 45:19
**oversight** [1] - 59:7
**owed** [5] - 14:10, 15:9,
48:2, 48:6, 48:10
**owes** [1] - 14:3
**own** [4] - 9:3, 42:14,
47:1, 54:18
**owned** [2] - 51:23
**owns** [1] - 53:12

**P**

**p.m** [1] - 43:5
**package** [4] - 42:7,
42:12, 42:17, 44:21
**packages** [1] - 42:15
**packed** [1] - 52:18
**PAGE** [1] - 3:2
**page** [5] - 23:15,
24:21, 42:18, 46:10,
46:12
**paid** [9] - 31:2, 31:3,
41:15, 42:22, 44:21,
48:5, 48:11, 48:15,
55:21
**pains** [1] - 30:2
**pandemic** [1] - 58:6
**paper** [2] - 9:9, 24:2
**papers** [1] - 8:6
**parade** [3] - 42:3,
43:16, 55:15
**paralyzed** [1] - 27:24
**part** [6] - 33:8, 37:11,
50:13, 54:13, 55:21,
55:22
**parties** [5] - 10:6,
40:3, 41:4, 47:8,

56:17
**parties'** [2] - 46:1,
48:9
**partner** [1] - 51:10
**partners** [2] - 53:14,
53:19
**party** [2] - 46:24,
51:17
**pass** [1] - 35:1
**passed** [1] - 42:21
**passport** [1] - 40:21
**passports** [1] - 40:20
**PAVEL** [2] - 1:8, 17:23
**Pavel** [5] - 4:5, 11:24,
26:19, 39:17, 49:14
**pay** [6] - 28:10, 35:4,
41:13, 48:3, 50:17,
54:19
**paying** [3] - 44:18,
55:22, 55:23
**payment** [7] - 40:23,
47:23, 54:15, 54:21,
55:6, 55:7
**payments** [2] - 40:17,
44:6
**pending** [1] - 10:2
**people** [3] - 14:23,
15:21, 15:22
**per** [3] - 40:13, 43:13,
58:5
**perfectly** [4] - 7:9,
10:16, 55:4, 56:23
**performance** [2] -
44:17, 44:19
**period** [1] - 36:25
**periodically** [1] -
32:24
**person** [10] - 9:3, 9:7,
9:16, 9:17, 14:7,
14:8, 15:23, 26:14,
28:23, 40:13
**personal** [2] - 27:15,
29:3
**personally** [3] - 15:24,
16:2, 49:7
**phantom** [1] - 30:1
**phone** [5] - 14:7, 14:9,
27:14, 46:20, 53:5
**phonetically** [3] -
12:4, 14:2, 25:7
**photo** [1] - 40:14
**physical** [2] - 24:14
**physically** [2] - 24:5,
28:19
**picture** [2] - 52:13,
52:22
**pictures** [1] - 22:20
**pierce** [1] - 53:16
**pierced** [1] - 51:15
**place** [1] - 15:22

**Plaintiff** [1] - 38:24
**plaintiff** [16] - 1:10,
4:10, 9:20, 17:16,
38:2, 38:7, 38:9,
39:17, 44:15, 44:17,
48:13, 49:13, 52:4,
53:23, 56:4, 57:2
**PLAINTIFF** [67] - 2:3,
3:8, 17:23, 23:23,
24:2, 24:6, 24:11,
24:15, 24:23, 25:5,
25:15, 25:21, 25:24,
26:5, 26:9, 27:1,
27:10, 27:17, 27:22,
28:7, 28:13, 28:17,
28:21, 28:25, 29:5,
29:10, 29:13, 29:17,
29:25, 30:7, 30:10,
30:14, 30:18, 30:20,
30:24, 31:2, 31:6,
31:12, 31:19, 31:25,
32:7, 32:11, 32:14,
32:21, 33:2, 33:6,
33:13, 33:19, 34:3,
34:6, 34:9, 34:18,
34:22, 35:3, 35:6,
35:11, 35:18, 35:21,
36:3, 36:11, 36:13,
36:19, 37:5, 37:11,
37:20, 39:11, 54:7
**plane** [3] - 28:21,
28:24, 52:19
**pleaded** [1] - 56:5
**plural** [4] - 25:25,
26:5, 26:10, 26:14
**point** [4] - 7:15, 42:11,
55:9, 56:6
**pointed** [1] - 41:24
**points** [2] - 29:1, 54:9
**political** [2] - 39:22,
45:5
**poluchennyy** [2] -
26:5, 26:10
**portion** [1] - 21:24,
58:19
**possibility** [1] - 8:7
**possible** [4] - 24:13,
33:19, 40:17, 58:13
**possibly** [1] - 50:21
**practice** [1] - 52:6
**premier** [2] - 42:4,
43:11, 55:16
**prepared** [1] - 38:13
**preparing** [2] - 32:18,
33:4
**present** [3] - 31:20,
38:20, 58:24
**presenting** [1] - 39:6
**President** [2] - 23:3,
39:19

Presidential [1] - 55:17
presidential [2] - 42:4, 42:14
PRESIDING [1] - 1:4
pressing [1] - 41:16
presume [1] - 10:20
pretty [1] - 46:7
price [6] - 40:8, 40:9, 44:18, 44:21, 48:14, 54:10
primarily [1] - 47:3
private [1] - 52:19
problem [4] - 7:7, 12:20, 13:15, 43:7
problematic [1] - 28:22
problems [2] - 16:7, 29:18
proceed [4] - 6:23, 7:13, 38:21, 38:24
Proceedings [2] - 1:16, 59:20
proceedings [1] - 60:3
product [8] - 19:3, 19:7, 19:11, 19:13, 19:17, 19:20, 45:17, 54:11
professional [1] - 56:7
proficient [1] - 36:11
program [1] - 52:20
project [2] - 19:1, 34:21
projects [1] - 18:23
prominent [1] - 52:9
promise [2] - 50:17, 57:25
promised [4] - 20:24, 22:5, 28:1, 44:2
proof [1] - 51:3
proper [3] - 6:1, 10:8, 55:4
properly [2] - 9:24, 10:9
proposed [2] - 56:18, 57:23
protected [1] - 49:11
prove [1] - 53:11
proved [1] - 53:12
provide [14] - 19:3, 19:7, 19:10, 19:13, 19:16, 19:19, 22:7, 28:5, 43:14, 44:5, 44:14, 46:15, 46:17, 46:20
provided [8] - 7:17, 7:18, 9:6, 25:13, 41:9, 41:11, 44:7, 46:9
providing [2] - 45:17,

47:13
publication [2] - 42:15
pull [2] - 21:3, 57:11
purchase [1] - 44:24
purchased [3] - 42:16, 42:22, 43:20
purported [1] - 47:6
purpose [1] - 20:19
pursuant [1] - 56:19
pursue [1] - 55:4
put [6] - 4:19, 23:13, 41:21, 46:5, 49:13, 50:1

## Q

questions [9] - 15:12, 16:25, 17:2, 23:7, 23:9, 23:11, 24:1, 38:1, 42:8
quite [1] - 33:19

## R

raise [2] - 5:5, 9:8
ran [1] - 47:2
rarely [1] - 27:12
rather [1] - 33:6
reached [1] - 55:6
read [4] - 23:24, 24:22, 24:25, 32:12
ready [3] - 4:25, 38:21, 40:10
real [4] - 5:16, 9:17, 11:15, 51:24
reality [1] - 58:24
really [6] - 34:10, 34:11, 35:7, 39:15, 49:20, 52:1
reason [1] - 33:9
reasonable [1] - 56:21
REBUTTAL [3] - 3:5, 17:24, 54:7
rebuttal [3] - 17:16, 17:18, 38:6
receipts [1] - 44:5
receive [5] - 19:25, 34:4, 48:12, 48:15, 55:25
received [11] - 25:16, 25:18, 25:25, 26:2, 26:6, 32:16, 36:16, 39:24, 52:3
recently [2] - 16:10, 16:23
reception [1] - 42:1
recess [2] - 11:1, 38:16

Recess [2] - 11:2, 38:18
recommending [1] - 58:10
record [14] - 4:8, 4:20, 5:13, 11:3, 21:2, 21:20, 33:21, 38:19, 51:17, 53:22, 56:19, 56:20, 59:5, 59:9
recorded [1] - 60:3
recover [1] - 56:1
red [2] - 43:7, 43:9
redirect [1] - 17:1
reduction [1] - 60:6
refer [1] - 24:17
reference [1] - 33:1
referenced [2] - 18:7, 22:2
referencing [1] - 15:5
referring [3] - 25:10, 33:4, 33:16
refund [2] - 20:16, 20:17
regarding [2] - 31:18, 45:17
regular [1] - 40:5
regulations [1] - 60:7
reinstating [1] - 28:2
relating [3] - 19:14, 19:20, 45:18
relationship [3] - 27:16, 40:1, 54:19
reliable [1] - 7:9
relies [1] - 47:3
religious [2] - 8:22, 8:23
relying [2] - 26:17, 45:4
remain [1] - 39:9
remember [6] - 9:12, 18:6, 20:18, 20:21, 25:8, 34:9
remind [1] - 17:20
remote [3] - 7:7, 8:8, 10:7
remotely [1] - 11:5
rendered [1] - 28:12
repeating [1] - 51:20
reply [1] - 32:17
report [3] - 26:24, 27:3, 27:5
Reporter [2] - 1:24, 60:11
Reporter's [1] - 1:16
representative [1] - 7:4
Republic [1] - 7:4
Republicans [1] - 52:10
request [3] - 7:19,

28:17, 40:22
require [1] - 5:23
required [1] - 48:3
residence [1] - 10:14
resolve [2] - 13:6, 13:15
respect [6] - 10:5, 44:22, 54:23, 56:22, 58:13, 58:24
respond [2] - 8:16, 26:23
responded [2] - 25:3, 40:20
response [4] - 7:19, 8:12, 9:1, 26:20
rest [1] - 39:17
restaurant [3] - 29:14, 29:16, 36:14
rests [2] - 17:10, 38:9
result [1] - 54:1
resume [2] - 4:15, 4:25
RESUMED [1] - 11:10
retrieving [1] - 24:13
return [1] - 54:1
returned [1] - 6:22
review [1] - 34:7
revoked [1] - 13:16
revoking [1] - 28:2
rights [11] - 18:13, 18:17, 18:20, 18:23, 19:1, 19:4, 19:7, 19:11, 26:24, 27:3, 27:5
ROCHA [1] - 1:4
Rogers [5] - 19:6, 19:16, 47:2, 50:8, 53:18
Rome [9] - 28:16, 29:4, 29:12, 29:16, 29:24, 30:12, 31:11, 31:23, 49:25
room [3] - 24:5, 24:6, 53:1
Royce [2] - 52:11, 52:12
RPR [2] - 1:23, 60:11
Rule [2] - 5:23, 56:19
ruling [2] - 56:4, 57:25
rulings [1] - 58:17
Russian [12] - 4:16, 4:21, 11:9, 23:16, 26:1, 26:2, 26:3, 26:10, 26:18, 33:18, 49:21
RUSSIAN [1] - 34:17

## S

safe [1] - 49:11
sanctions [3] - 28:1, 28:3, 29:19
saw [6] - 18:3, 22:24, 30:22, 41:23, 42:14, 45:22
SAYHAN [2] - 3:3, 6:11
Sayhan [6] - 5:4, 5:15, 5:16, 7:19, 8:21, 8:24
schedule [4] - 41:17, 42:24, 43:3, 43:4
schedules [1] - 45:14
screen [4] - 5:21, 21:6, 21:22, 41:21
scroll [2] - 24:19, 24:23
search [1] - 8:3
seats [2] - 42:9, 42:10
second [7] - 6:6, 14:17, 14:24, 15:2, 15:8, 31:10, 51:7
secretary [1] - 16:11
Section [1] - 47:12
section [1] - 41:22
securities [1] - 11:14
security [2] - 30:20, 31:7
see [32] - 4:16, 5:20, 7:11, 8:1, 9:7, 10:22, 14:24, 18:4, 21:6, 21:10, 21:22, 21:24, 22:1, 23:20, 24:3, 24:7, 24:10, 24:15, 25:6, 26:1, 26:9, 26:15, 27:19, 28:19, 32:11, 36:1, 36:21, 42:9, 42:24, 46:12, 51:21, 52:9
seeing [3] - 14:1, 14:6, 18:9
seeking [3] - 51:14, 53:24, 56:4
seem [1] - 8:6
seized [2] - 49:19
select [1] - 57:13
self [1] - 51:22
self-serving [1] - 51:22
sell [2] - 11:15, 35:13
send [7] - 19:22, 27:1, 27:23, 29:21, 40:21, 44:3, 54:24
sends [3] - 53:13, 53:23, 55:8
sent [13] - 25:2, 25:6,

40:24, 41:2, 41:6, 41:8, 45:12, 45:13, 45:16, 45:18, 51:12, 51:24, 54:22
**separate** [2] - 20:24, 22:4
**September** [5] - 47:7, 47:11, 47:23, 47:24, 57:15
**SEPTEMBER** [2] - 1:17, 4:1
**serious** [1] - 36:15
**service** [2] - 10:21, 54:11
**services** [3] - 22:5, 28:6, 35:12
**serving** [1] - 51:22
**settings** [1] - 36:14
**settle** [1] - 49:6
**settling** [1] - 45:19
**seven** [2] - 59:11, 59:14
**several** [1] - 52:9
**Shepherd** [3] - 31:22, 46:11, 46:14
**Shishkin** [4] - 12:4, 12:21, 14:2, 16:7
**shoes** [1] - 31:15
**short** [1] - 17:18
**shot** [1] - 30:8
**show** [2] - 22:20, 52:17
**showed** [2] - 14:3, 44:5
**showing** [2] - 10:8, 21:24
**shown** [1] - 40:2
**shows** [1] - 50:7
**SIC** [2] - 30:1, 47:10
**sides** [1] - 57:1
**Signal** [3] - 19:22, 19:25, 45:9
**signed** [1] - 45:15
**similarly** [1] - 51:19
**simple** [2] - 39:14, 39:15
**simply** [8] - 16:15, 30:3, 31:12, 31:25, 33:20, 37:13, 53:11
**sit** [1] - 13:14
**sitting** [3] - 9:25, 10:19, 46:13
**six** [1] - 14:22
**Sixth** [1] - 2:6
**skiing** [1] - 52:19
**sold** [3] - 43:10, 44:25, 51:23
**someone** [2] - 10:19, 30:23
**somewhat** [1] - 54:19

**soon** [2] - 40:17, 53:4
**sorry** [5] - 21:3, 22:13, 23:18, 32:7, 39:2
**sorts** [1] - 42:20
**speaking** [2] - 12:18, 13:21
**special** [1] - 28:23
**specific** [1] - 35:24
**specifically** [1] - 16:13
**spell** [1] - 5:12
**spelled** [1] - 14:2
**spelled** [2] - 12:5, 25:7
**spouse** [1] - 37:22
**spouses** [1] - 37:13
**start** [1] - 57:4
**started** [3] - 39:13, 41:16, 44:3
**starting** [1] - 23:17
**state** [5] - 4:7, 5:12, 20:8, 23:22, 57:5
**statements** [1] - 50:22
**STATES** [2] - 1:1, 1:24
**States** [3] - 15:5, 39:19, 58:3
**states** [2] - 26:19, 60:7
**station** [1] - 23:4
**statute** [2] - 50:25, 57:7
**stay** [1] - 52:18
**staying** [1] - 52:21
**stenographically** [1] - 60:3
**sticking** [1] - 42:21
**still** [3] - 43:2, 43:4, 56:4
**stole** [1] - 14:4
**stop** [4] - 7:5, 9:19, 12:6, 24:24
**story** [2] - 45:7, 45:11
**strategy** [3] - 34:1, 34:5, 34:7
**stream** [1] - 46:8
**Street** [1] - 2:6
**strike** [1] - 18:1
**stuff** [1] - 8:3
**subject** [2] - 32:1, 36:15
**submission** [1] - 57:22
**submit** [2] - 49:23, 56:18
**subpoena** [1] - 46:25
**substantive** [1] - 31:17
**substituted** [1] - 43:12
**suffered** [1] - 44:20
**suffering** [1] - 32:22
**sufficiently** [1] - 12:7

**Suite** [2] - 2:6, 2:15
**support** [2] - 45:11, 48:5
**supposed** [5] - 20:25, 35:25, 46:8, 47:8, 57:4
**supposedly** [3] - 15:6, 39:22, 55:5
**surrebuttal** [1] - 38:11
**Sutherland** [1] - 2:5
**sutherland.com** [1] - 2:8
**swear** [1] - 5:7
**swearing** [3] - 42:4, 43:16, 55:17
**swearing-in** [1] - 55:17
**SWORN** [3] - 3:3, 6:11, 17:23
**sworn** [1] - 5:6

**T**

**technology** [1] - 9:24
**TEL** [2] - 2:7, 2:16
**ten** [1] - 33:7
**term** [1] - 14:13
**testified** [11] - 10:13, 30:5, 43:24, 47:2, 48:1, 48:2, 50:8, 50:9, 50:15, 53:5, 55:1
**testify** [9] - 8:1, 11:5, 16:12, 16:13, 41:13, 44:23, 52:24, 53:1, 53:8
**testifying** [2] - 6:14, 15:19
**testimony** [15] - 5:7, 7:7, 8:8, 9:22, 10:1, 10:7, 10:11, 10:15, 16:4, 18:3, 39:7, 51:11, 51:25, 54:17
**TESTIMONY** [1] - 5:14
**Texas** [4] - 22:11, 22:25, 43:12, 52:10
**text** [13] - 20:4, 20:5, 23:21, 32:6, 32:13, 36:5, 37:16, 40:2, 43:3, 44:10, 46:12, 54:10, 54:12
**texts** [2] - 45:23, 50:24
**THE** [209] - 2:3, 2:12, 4:13, 4:17, 4:18, 4:21, 4:24, 5:11, 5:15, 5:20, 6:2, 6:6, 6:9, 6:21, 6:24, 7:5, 8:6, 8:17, 9:19, 10:19, 11:1, 11:3,

11:7, 12:3, 12:4, 12:6, 12:9, 12:10, 12:12, 12:14, 12:16, 12:17, 12:18, 15:14, 17:1, 17:3, 17:5, 17:7, 17:8, 17:12, 17:16, 17:19, 17:21, 17:22, 21:13, 21:17, 22:13, 23:8, 23:11, 23:23, 23:24, 24:2, 24:4, 24:6, 24:9, 24:11, 24:12, 24:15, 24:16, 24:20, 24:23, 25:1, 25:5, 25:11, 25:15, 25:19, 25:21, 25:22, 25:24, 26:1, 26:5, 26:7, 26:9, 26:11, 26:13, 26:15, 27:1, 27:7, 27:10, 27:15, 27:17, 27:19, 27:22, 28:4, 28:7, 28:10, 28:13, 28:14, 28:17, 28:19, 28:21, 28:24, 28:25, 29:3, 29:5, 29:8, 29:10, 29:11, 29:13, 29:15, 29:17, 29:23, 29:25, 30:5, 30:7, 30:8, 30:10, 30:11, 30:14, 30:17, 30:18, 30:19, 30:20, 30:23, 30:24, 31:1, 31:2, 31:4, 31:6, 31:9, 31:12, 31:17, 31:19, 31:23, 31:25, 32:3, 32:7, 32:9, 32:11, 32:12, 32:14, 32:15, 32:21, 32:25, 33:2, 33:3, 33:6, 33:10, 33:13, 33:15, 33:19, 33:21, 33:24, 33:25, 34:3, 34:4, 34:6, 34:7, 34:9, 34:13, 34:17, 34:18, 34:19, 34:22, 35:1, 35:3, 35:4, 35:6, 35:9, 35:11, 35:15, 35:18, 35:19, 35:21, 36:1, 36:3, 36:4, 36:7, 36:9, 36:11, 36:12, 36:13, 36:16, 36:19, 36:21, 37:2, 37:5, 37:8, 37:11, 37:15, 37:20, 37:23, 38:4, 38:6, 38:9, 38:11, 38:13, 38:16, 38:19, 38:24, 39:6, 39:9, 48:17, 48:22, 48:24, 54:4, 56:3, 56:9, 56:12, 56:15, 57:9, 57:13, 57:17, 57:20, 58:22,

59:6, 59:11, 59:14, 59:17
**thereafter** [1] - 47:19
**they've** [2] - 9:13, 51:15
**thinking** [1] - 56:25
**third** [1] - 42:18
**threat** [2] - 14:14, 14:15
**three** [5] - 30:15, 43:1, 51:10, 53:14, 53:18
**THREE** [1] - 1:16, 4:3
**THROUGH** [1] - 5:14
**THURSDAY** [2] - 1:17, 4:1
**ticket** [2] - 43:13, 44:21
**tickets** [39] - 22:3, 35:22, 37:3, 37:10, 37:21, 40:5, 40:8, 40:13, 40:18, 40:23, 41:5, 41:12, 41:16, 42:1, 42:2, 42:3, 42:4, 42:5, 43:11, 43:12, 43:15, 43:16, 43:20, 44:6, 44:14, 44:18, 44:24, 45:2, 47:23, 48:4, 48:11, 48:15, 54:12, 54:13, 55:13, 55:16, 55:18
**ticks** [1] - 42:3
**Tie** [1] - 43:13
**today** [8] - 8:5, 9:17, 9:18, 15:19, 16:5, 46:11, 52:25, 57:14
**together** [2] - 29:13, 50:14
**took** [7] - 13:19, 15:6, 20:18, 20:23, 28:18, 45:3, 58:16
**top** [1] - 23:18
**total** [2] - 40:23, 44:18
**touch** [2] - 16:19, 54:8
**train** [1] - 23:4
**Transcript** [1] - 1:16
**transcript** [6] - 20:4, 24:14, 56:24, 58:19, 60:3, 60:5
**transcription** [3] - 23:21, 28:15, 36:25
**transfer** [1] - 58:20
**translate** [4] - 26:4, 34:15, 36:7, 37:17
**translated** [2] - 33:14, 33:22
**translating** [1] - 33:18
**TRANSLATING** [3] - 34:17, 37:1, 37:19
**translation** [9] - 23:15, 26:3, 26:7, 26:12,

26:17, 26:24, 32:15, 32:19, 39:14
**translator** [2] - 36:19, 39:2
**transmission** [1] - 10:15
**transported** [1] - 28:19
**traveled** [1] - 35:16
**treatment** [1] - 40:5
**TRIAL** [2] - 1:16, 4:3
**trial** [10] - 4:15, 9:23, 10:2, 10:5, 16:9, 56:20, 56:25, 57:5, 58:15
**tried** [3] - 46:23, 49:8, 53:16
**trip** [4] - 29:4, 30:17, 31:24, 49:25
**true** [1] - 60:2
**Trump** [4] - 39:18, 39:23, 52:14, 52:22
**trust** [1] - 40:25
**truth** [3] - 5:9
**try** [3] - 11:7, 49:6, 50:1
**trying** [2] - 21:3, 57:6
**Tuesday** [1] - 39:13
**turned** [1] - 6:1
**turning** [1] - 35:15
**two** [23] - 10:10, 12:25, 13:3, 13:10, 15:20, 30:1, 37:3, 40:18, 40:23, 42:1, 42:4, 42:5, 43:10, 44:11, 44:16, 44:18, 46:1, 47:3, 50:24, 53:2, 55:14, 57:1, 57:4
**two-week** [1] - 57:4
**typical** [1] - 33:6

### U

**U.S** [2] - 39:22, 49:16
**ugly** [1] - 46:3
**Ukraine** [4] - 27:2, 27:5, 30:9, 51:24
**Ukrainian** [1] - 18:13
**ultimately** [2] - 10:8, 40:22
**unable** [1] - 43:21
**under** [5] - 7:13, 17:20, 28:1, 52:1, 57:22
**understood** [1] - 22:14
**underwriter** [1] - 42:17

**undisputed** [1] - 51:11
**unfair** [1] - 52:6
**unfortunately** [1] - 50:23
**unique** [1] - 52:24
**UNISON** [1] - 59:19
**United** [3] - 15:5, 39:19, 58:3
**united** [1] - 60:7
**UNITED** [2] - 1:1, 1:24
**unjust** [2] - 51:19, 52:2
**unreliability** [1] - 10:11
**unreliable** [1] - 10:20
**unusual** [1] - 39:15
**up** [13] - 7:21, 21:3, 21:22, 24:21, 28:1, 34:1, 40:9, 48:10, 52:18, 53:21, 55:10, 57:6, 57:11
**US** [1] - 2:5

### V

**V-I-S-H-M-I-D** [1] - 4:22
**vacancies** [2] - 58:2, 58:7
**Vanetik** [104] - 4:6, 4:12, 4:14, 8:24, 11:17, 11:19, 12:19, 13:19, 14:10, 15:2, 15:9, 16:4, 16:8, 16:12, 16:17, 18:11, 18:16, 18:22, 19:3, 19:13, 19:23, 20:1, 20:8, 20:11, 22:7, 23:22, 25:1, 25:6, 25:11, 26:19, 27:8, 28:5, 28:11, 28:16, 28:20, 29:12, 30:12, 31:10, 32:16, 33:23, 34:8, 34:20, 35:9, 35:12, 36:17, 37:17, 39:20, 39:23, 39:25, 40:3, 40:7, 40:11, 40:20, 41:8, 41:10, 41:17, 42:6, 42:10, 42:16, 42:20, 42:23, 42:24, 43:2, 43:3, 43:6, 43:10, 43:14, 43:21, 43:23, 43:24, 44:3, 44:4, 44:7, 44:9, 44:19, 44:23, 45:4, 45:8, 46:5, 46:12, 46:13, 46:15, 46:17, 47:2, 47:22, 48:2, 49:25, 50:5,

50:8, 50:14, 50:15, 50:21, 51:5, 51:9, 51:12, 51:16, 51:18, 52:3, 52:15, 54:20, 54:24, 55:5, 55:7
**VANETIK** [1] - 1:12
**Vanetik's** [6] - 8:19, 31:3, 33:16, 34:16, 41:7, 55:7
**various** [5] - 25:9, 27:12, 29:21, 31:14, 44:5
**veil** [2] - 51:15, 53:17
**verdict** [1] - 58:17
**verify** [1] - 40:12
**version** [1] - 24:2
**versus** [1] - 4:6
**victory** [1] - 42:1
**video** [9] - 11:8, 13:7, 13:23, 14:25, 15:1, 15:25, 17:19, 18:6, 18:8
**violations** [2] - 18:14, 18:18
**VIP** [9] - 40:5, 40:13, 42:3, 42:6, 43:16, 44:14, 44:21, 54:11, 55:16
**Virginia** [1] - 51:23
**visa** [13] - 13:16, 13:19, 13:20, 14:11, 14:12, 14:22, 15:3, 15:5, 15:10, 28:2, 53:3, 53:4
**Vishmid** [1] - 4:22
**visible** [1] - 10:16
**visit** [1] - 30:13
**Vitaliy** [4] - 20:23, 35:22, 36:2, 37:6
**Vitaliy's** [2] - 22:3, 37:3
**volume** [2] - 12:3, 12:10
**vS** [1] - 1:11

### W

**waited** [1] - 58:4
**waiting** [2] - 43:4, 58:6
**waived** [1] - 48:20
**walked** [2] - 31:12, 31:15
**wants** [1] - 53:11
**warrant** [1] - 49:21
**Washington** [2] - 2:7, 43:20
**week** [2] - 49:6, 57:4
**weeks** [1] - 46:22
**welcome** [2] - 39:9,

57:20
**West** [1] - 2:14
**whatnot** [1] - 52:7
**WhatsApp** [3] - 45:9, 46:1, 46:16
**wheelchair** [1] - 30:6
**whole** [2] - 5:9, 46:9
**wife** [11] - 22:3, 30:15, 30:17, 31:6, 31:11, 35:17, 35:20, 35:24, 37:3, 37:6, 37:14
**wild** [1] - 53:17
**wines** [1] - 31:14
**wire** [5] - 40:21, 40:22, 40:24, 41:5
**wireless** [1] - 10:21
**wish** [1] - 54:5
**wishes** [2] - 38:7, 39:10
**WITNESS** [10] - 3:2, 3:3, 5:11, 5:15, 6:6, 6:11, 12:4, 12:18, 17:7, 17:21
**witness** [21] - 5:2, 5:21, 7:16, 7:20, 7:25, 8:10, 8:15, 9:21, 11:5, 11:8, 12:15, 15:12, 17:3, 17:9, 23:9, 33:23, 36:24, 37:18, 38:2, 47:1, 52:24
**witnesses** [1] - 7:8
**words** [5] - 31:7, 33:16, 33:22, 35:23, 36:13
**world** [1] - 39:18
**worse** [1] - 58:7
**write** [1] - 20:25
**writings** [1] - 54:10
**written** [3] - 51:4, 51:5, 54:16

### Y

**Yanukovych** [1] - 27:25
**year** [1] - 57:7
**years** [10] - 7:3, 11:22, 11:23, 13:3, 13:10, 16:17, 16:20, 27:18, 49:16, 50:24
**yourself** [2] - 23:25, 32:13
**YURI** [1] - 1:12
**Yuri** [21] - 4:6, 4:12, 11:16, 12:19, 14:10, 25:15, 25:17, 27:2, 27:3, 27:22, 28:1, 29:20, 30:21, 31:3,

31:7, 31:20, 32:2, 34:23, 34:24, 39:20, 50:2