JOSEPH R. ASHBY (SBN 248579)
joseph@ashbylawfirm.com
ASHBY LAW FIRM P.C.
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (213) 232-3810
Facsimile: (213) 429-0976

WILLIAM T. O'BRIEN (*admitted pro hac vice*)
williamobrien@eversheds-sutherland.us
JOHN W. LOMAS, JR. (*admitted pro hac vice*)
johnlomas@eversheds-sutherland.us
EVERSHEDS SUTHERLAND (US) LLP
700 6th St NW
Washington, DC  20001
Telephone: (202) 220-8049
Facsimile: (202) 637-3593

Attorneys for Plaintiff Pavel Fuks

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>YURI VANETIK, an individual,<br><br>Defendant. | Case No.: 8:19-cv-1212- FLA (JDEx)<br><br>**PLAINTIFF PAVEL FUKS' NOTICE OF LODGING [PROPOSED] JUDGMENT IN A CIVIL ACTION** |

1  Pursuant to the Court's July 19, 2022 Order Following Bench Trial, Dkt.
2  No. 100, Federal Rule of Civil Procedure 52 and 58, and Local Rule 52-4, Plaintiff
3  Pavel Fuks hereby lodges the attached [Proposed] Judgment In A Civil Action.
4  Per Local Rule 58-7 also attached is a memorandum indicating the amount
5  of interest to be added to the [Proposed] Judgment for each day it remains
6  unsigned.
7  Per Local Rule 52-6, the [Proposed] Judgment In A Civil Action will be
8  served on Defendant Yuri Vanetik's counsel via the Court's CM-ECF system
9  concurrent with the filing of this notice of lodging.

DATED: July 26, 2022

ASHBY LAW FIRM P.C.
Joseph R. Ashby

EVERSHEDS SUTHERLAND LLP
William T. O'Brien
John W. Lomas, Jr.

By:  ___/s/ Joseph R. Ashby___
        Joseph R. Ashby
Attorneys for Plaintiff Pavel Fuks