JOSEPH R. ASHBY (SBN 248579)
joseph@ashbylawfirm.com
ASHBY LAW FIRM P.C.
1055 West Seventh Street, 33rd Floor
Los Angeles, CA 90017
Telephone: (213) 232-3810
Facsimile: (213) 429-0976

WILLIAM T. O'BRIEN (*admitted pro hac vice*)
williamobrien@eversheds-sutherland.us
JOHN W. LOMAS, JR. (*admitted pro hac vice*)
johnlomas@eversheds-sutherland.us
EVERSHEDS SUTHERLAND (US) LLP
700 6th St NW
Washington, DC  20001
Telephone: (202) 220-8049
Facsimile: (202) 637-3593

Attorneys for Plaintiff Pavel Fuks

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS, an individual,<br><br>           Plaintiff,<br><br>  vs.<br><br>YURI VANETIK, an individual,<br><br>           Defendant. | Case No.: 8:19-cv-1212- FLA (JDEx)<br><br>**PLAINTIFF PAVEL FUKS' SETTLEMENT OF INTEREST MEMORANDUM** |

Pursuant to Local Rule 58-7, Plaintiff Pavel Fuks hereby submits this Settlement of Interest Memorandum and states the following:

1. On July 19, 2022, the Court issued its Order Following Bench Trial, in which the Court (i) finds that Plaintiff Fuks succeeded claims sounding in contract and tort, specifically breach of contract and promissory fraud, (ii) finds that Plaintiff Fuks is the prevailing party, and (iii) awards Plaintiff Fuks the sum of $200,000, plus pre- and post-judgment interest. Dkt. No. 100 at pgs. 2, 17-18.

2. In its Order, the Court explained that: "[i]n diversity actions brought in federal court a prevailing plaintiff is entitled to pre-judgment interest at state law rates while post-judgment interest is determined by federal law." Dkt. No. 100 at p. 18, n. 11 (quoting *In re Cardelucci*, 285 F.3d 1231, 1235 (9th Cir. 2002)). The Court, accordingly, instructed: "The proposed Judgment, therefore, should reflect an award of pre-judgment interest under California law and post-judgment interest under federal law." Id.

3. Under California law, the rate for pre-judgment interest on a contract claim is ten percent (10%) per annum from the date of the breach. Cal. Civil Code § 3289.

4. With respect to Plaintiff's breach of contract claim, the Court found the following:

> *Defendant failed to provide a three-day itinerary for the inauguration in January 2017, and did not provide tickets to the presidential swearing-in ceremony or numerous other events Defendant later confirmed were part of the "VIP" package. See Ex. 1 at 23. The court, therefore, finds in Plaintiff's favor on his breach of contract claim, and Plaintiff is entitled to recover $200,000 in compensatory damages.*

Dkt. No. 100 at pgs. 2, 17-18.

1  Thus, here, the date of the breach is no later than January 20, 2017, the date of the
2  United States presidential inauguration.
3       5.   Accordingly, Plaintiff should be awarded pre-judgment interest on the
4  $200,000 in damages awarded on its breach of contract claim at the rate of ten
5  percent (10%) per annum from January 20, 2017 through July 19, 2022, the date of
6  the Court's Order. As shown below, this amounts to $109,917.77.

| Principal (damages award) | $200,000.00 |
| Annual interest (10% of principal) | $20,000.00 |
| Daily interest (annual interest / 365 days) | $59.7945 |
| # of Days from January 20, 2017 to July 19, 2022 | 2006[1] |
| Total Pre-judgment interest | $109,917.77 |

14       6.   As for post-judgment interest, given the Order issued July 19, 2022
15  the applicable rate pursuant to 28 U.S.C. 1961(a) is 3.11%. See, e.g.
16  https://www.casb.uscourts.gov/post-judgment-interest-rates.
17       7.   As shown below, at 3.11%, the daily post-judgment interest that
18  accrues on the sum of the $200,000 in damages awarded and the $109,917.77 in
19  pre-judgment interest awarded is $26.407.

| Principal (damages award + pre-judgment interest) | $309,917.77 |
| Annual interest (3.11% of the principal) | $9,638.44 |
| Daily interest (annual interest / 365 days) | $26.407 |

---

[1] This is the sum of the 345 days remaining in 2017 after the breach; 365 days for each of 2018, 2019, and 2021; 366 days for 2020 (leap year); and 200 days in 2022 (through the July 19, 2022) date of the Order.

```
 1   DATED: July 26, 2022            ASHBY LAW FIRM P.C.
                                     Joseph R. Ashby
 2
 3                                   EVERSHEDS SUTHERLAND LLP
                                     William T. O'Brien
 4                                   John W. Lomas, Jr.
 5
                                     By:  ___/s/ Joseph R. Ashby___
 6                                        Joseph R. Ashby
                                     Attorneys for Plaintiff Pavel Fuks
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

- 3 -
PLAINTIFF PAVEL FUKS' SETTLEMENT OF INTEREST MEMORANDUM