JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAVEL FUKS,<br><br>             Plaintiff,<br><br>        v.<br><br>YURI VANETIK,<br><br>             Defendant. | Case No.: 8:19-cv-1212- FLA (JDEx)<br><br>**JUDGMENT** |

1

On July 19, 2022, the court issued its Order Following Bench Trial finding Plaintiff Pavel (Pavlo) Fuks the prevailing party in this action. Dkt. 100. Accordingly, the court ORDERS as follows:

- Judgment is entered in favor of Plaintiff Pavel (Pavlo) Fuks and against defendant Yuri Vanetik;
- Defendant Yuri Vanetik shall pay Plaintiff Pavel (Pavlo) Fuks the amount of $309,863.02, which includes prejudgment interest at the rate of ten percent (10%) per annum pursuant to Cal. Civ. Code § 3289(b); and
- Defendant Yuri Vanetik shall pay post-judgment interest at the rate of 3.11% pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: July 28, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge